UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES, | : | |
| Defendants. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference in this matter on Monday, October 2, 2023, at 2:30 p.m. The conference will be held in Courtroom 23A.

Dated: New York, New York
       September 27, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.