UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
          v.                                            :   Case No. 1:23-cr-490 (SHS)
                                                        :
ROBERT MENENDEZ, NADINE                                 :
MENENDEZ, WAEL HANA, JOSE URIBE,                        :   **NOTICE OF APPEARANCE**
and FRED DAIBES,                                        :
                                                        :
                    Defendants.                         :
                                                        :
———————————————————————x

     PLEASE TAKE NOTICE that the undersigned attorney, Seth C. Farber, of Winston & Strawn LLP, hereby appears as counsel of record for Defendant Robert Menendez in the above-captioned action and further requests that copies of all papers in this action be served upon the undersigned. I hereby certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated:  New York, New York<br>        September 29, 2023 | Respectfully submitted,<br><br>/s/ *Seth C. Farber*<br>Seth C. Farber<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 294-4611<br>Fax: (212) 294-4700<br>SFarber@winston.com<br><br>*Attorney for Robert Menendez* |