

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**SETH C. FARBER**
Partner
212-294-4611
SFarber@winston.com

October 14, 2023

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

We write on behalf of defendant Senator Robert Menendez to request that the Court adjourn his arraignment on the Superseding Indictment, presently scheduled for October 18, 2023 at 2:00 PM (D.E. 66, Order), until a time convenient for the Court on either Monday, October 23, 2023 or Monday, October 30, 2023.

The reason for the requested adjournment is that Senator Menendez has previously scheduled Senate business in Washington, D.C. on Wednesday, October 18, including anticipated Senate floor votes. Accordingly, Senator Menendez respectfully requests that his arraignment be adjourned until either of the dates noted above.

We have conferred with the government, and AUSA Daniel Richenthal has informed us that the government has no objection to this request.

This is Senator Menendez's first request for an adjournment of his arraignment on the Superseding Indictment.

Respectfully,

Seth C. Farber

cc: All counsel (via ECF and Email)

**Senator Menendez's request to adjourn his arraignment to October 23, 2023, at 3:00 p.m. is granted.**

**Dated: New York, New York
October 16, 2023**

SO ORDERED:

Sidney H. Stein, U.S.D.J.