UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
UNITED STATES OF AMERICA :
:
:
v. :
: Case No. 1:23-cr-490 (SHS)
ROBERT MENENDEZ, NADINE :
MENENDEZ, WAEL HANA, JOSE URIBE, :
and FRED DAIBES, :
:
Defendants. :
:
------------------------------------------------------------ x

### DECLARATION OF SETH C. FARBER IN SUPPORT OF
### MOTION TO WITHDRAW AS COUNSEL

I, Seth C. Farber, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner at the law firm of Winston & Strawn LLP and a member in good standing of the bar of the State of New York and this Court. I respectfully submit this declaration pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4 in support of the accompanying Motion of Seth C. Farber and David A. Kolansky to Withdraw as Counsel of Record for Defendant Robert Menendez in this matter.

2. Avi Weitzman and Adam Fee of Paul Hastings LLP have entered appearances in this matter and will remain as counsel for Senator Menendez. In their notices of appearance, Mr. Weitzman and Mr. Fee have each indicated that they are available on the current trial date of May 6, 2024.

3. Due to the early stage of this proceeding, and the availability of Mr. Weitzman and Mr. Fee as noted above, my withdrawal and Mr. Kolansky's withdrawal as counsel will not delay this action or prejudice Senator Menendez.

1

4. Senator Menendez has consented to this withdrawal.

5. Winston & Strawn is not asserting a retaining or charging lien.

6. Pursuant to Local Civil Rule 1.4, a copy of this application is being served upon Senator Menendez and all other parties.

7. Accordingly, I respectfully request that the Court grant the Motion to Withdraw.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2023  
New York, New York

By: /s/ *Seth C. Farber*  
Seth C. Farber  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, New York 10166  
Tel.: (212) 294-4611  
Fax: (212) 294-4700  
SFarber@winston.com