**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, AND FRED DAIBES,<br><br>                  Defendants. | 23-cr-490 (SHS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert D. Luskin of Paul Hastings LLP, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Robert Menendez in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 17, 2023                    Respectfully submitted,


By: */s/ Robert D. Luskin*
     Robert D. Luskin
     PAUL HASTINGS LLP
     2050 M Street, N.W.
     Washington, DC 20036
     Telephone:  1(202) 551-1966
     Facsimile:  1(202) 551-0466
     robertluskin@paulhastings.com

     *Attorney for Defendant Robert Menendez*

**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-cr-490 (SHS) |
| -against- | **AFFIDAVIT OF ROBERT D. LUSKIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, AND FRED DAIBES, | |
| Defendants. | |

I, ROBERT D. LUSKIN, declare under oath as follows:

1.      I am a partner at Paul Hastings LLP, counsel to Robert Menendez.

2.      I submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificate of Good Standing attached hereto as Exhibit A, I am a member in good standing of the bar of the District of Columbia. I am admitted to practice before several federal courts, including the United States District Court for the Eastern District of New York, District of Columbia and the United States Court of Appeals for the DC Circuit.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      There are no pending disciplinary proceedings presently against me in any court.

7.      As such, there are no facts and circumstances surrounding any affirmative response to (3) through (6) above.

8.      I respectfully request to be permitted to appear as counsel *pro hac vice* in this case for Defendant Robert Menendez.

-1-

I declare under penalty of perjury that the foregoing statements are true and correct based on my personal knowledge.

Dated: November 17, 2023

By:  /s/ *Robert D. Luskin*

Robert D. Luskin
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone:  1(202) 551-1966
Facsimile:  1(202) 551-0466
robertluskin@paulhastings.com