

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Robert Menendez, et. al*,
             S2 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes to advise the Court that a superseding indictment was returned by the grand jury earlier today and docketed as S2 23 Cr. 490 (SHS) (the "Superseding Indictment"). The Superseding Indictment charges the same defendants with the same offenses as the current indictment, but expands the timeframe of the bribery and extortion conspiracy to include 2023 and provides additional factual detail. (*See, e.g.*, ¶¶ 55-65, 68-70).

    The filing of the Superseding Indictment will not necessitate the production of any additional discovery. Given that no new charges are included in the Superseding Indictment, that the Court has already excluded time under the Speedy Trial Act until the start of trial, May 6, 2024,

Honorable Sidney H. Stein
January 2, 2024
Page 2

and that the defendants reside out of state, the Government has no objection to the Court deferring an immediate arraignment on the Superseding Indictment or to arraigning the defendants by video.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

     By:  s/ Eli J. Mark
         Eli J. Mark
         Paul M. Monteleoni
         Daniel C. Richenthal
         Lara Pomerantz
         Assistant United States Attorneys
         (212) 637-2431/2219/2109/2243

cc:  (by ECF)

    Counsel of Record