UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          -against-<br><br>ROBERT MENENDEZ et al.,<br><br>          Defendants. | Case No. 23-cr-490 (SHS) |

## NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Avi Weitzman and Exhibits thereto, Defendant Senator Robert Menendez will and hereby does respectfully move this Court before the Honorable Sidney H. Stein, United States District Judge, in Courtroom 23A at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order Granting Senator Menendez's First Motion to Dismiss the Second Superseding Indictment pursuant to Federal Rule of Criminal Procedure 12(b)(3), or, in the alternative, striking pursuant to Federal Rule of Criminal Procedure 7(d) those allegations that either offend the Speech and Debate Clause of the United States Constitution or concern acts that cannot constitute "official acts" under the Supreme Court's decision in *McDonnell v. United States*, 579 U.S. 550 (2016).

**PLEASE TAKE FURTHER NOTICE** that by Order of the Court (ECF No. 112), any opposition papers shall be filed on or before February 5, 2024, and any reply shall be filed on or before February 12, 2024.

Dated: January 10, 2024

Yaakov M. Roth (*pro hac vice* pending)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Respectfully submitted,

By: */s/ Adam Fee*
    Adam Fee
    PAUL HASTINGS LLP
    1999 Avenue of the Stars
    Los Angeles, CA 90067
    Telephone: 1(310) 620-5719
    Facsimile: 1(310) 620-5819

    Avi Weitzman
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: 1(212) 318-6000
    Facsimile: 1(212) 725-3620

    Robert D. Luskin
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C. 20036
    Telephone: 1(202) 551-1966
    Facsimile: 1(202) 551-0466

    *Attorneys for Defendant Robert Menendez*