UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ,
WAEL HANA, JOSE URIBE, and FRED DAIBES,

Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

On January 13, 2024, counsel for Robert Menendez submitted a letter seeking a one-week extension of the deadline for all defendants to file suppression motions. (*See* ECF No. 127.) On January 15, 2024, the Government submitted a letter expressing that it did not oppose the extension request, provided that the Government's deadline to respond to all defense suppression motions also be extended by one week. (*See* ECF No. 128.)

Accordingly, IT IS HEREBY ORDERED that defendants' request to extend the deadline to file suppression motions—and only suppression motions—by one week is granted. The updated schedule for suppression motions *only* is as follows: the deadline for all defendants' suppression motions is January 22, 2024; the deadline for the Government to respond to all defense suppression motions is February 12, 2024; and the deadline for any reply by defendants is February 19, 2024. The pretrial schedule for all other motions, as set forth in the order dated December 28, 2023, remains unchanged. (*See* ECF No. 112.)

Dated:  New York, New York
January 15, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.