

January 22, 2024

<u>Via ECF</u>

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

**Re:**   *United States v. Robert Menendez et al.*, **No. 23 Cr. 490 (SHS)**

Dear Judge Stein:

    We represent Senator Menendez in the above-captioned matter. We write in response to the Court's January 17, 2024 Order (ECF 147) to advise the Court that we take no position regarding the press's unsealing requests (ECF 125 & 145) or the government's redactions (ECF 152).

    Respectfully submitted,

    */s/ Avi Weitzman*
    Avi Weitzman
    Adam Fee
    Robert Luskin

    *Attorneys for Defendant Robert Menendez*