UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ROBERT MENENDEZ et al.,

    Defendants.

Case No. S2 23-cr-490 (SHS)

## NOTICE OF MOTION TO SUPPRESS SEARCH WARRANT RETURNS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Avi Weitzman and Exhibits thereto, and the Declaration of Senator Robert Menendez, Defendant Senator Robert Menendez will and hereby does respectfully move this Court before the Honorable Sidney H. Stein, United States District Judge, in Courtroom 23A at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, pursuant to Federal Rule of Criminal Procedure 12, for an Order (i) convening an evidentiary hearing pursuant to the Supreme Court's decision in *Franks v. Delaware*, 438 U.S. 154 (1978); and (ii) suppressing evidence obtained pursuant to the search warrants identified in the Memorandum of Law.

    **PLEASE TAKE FURTHER NOTICE** that by Order of the Court (ECF No. 144), any opposition papers shall be filed on or before February 12, 2024, and any reply shall be filed on or before February 19, 2024.

1

Dated: January 22, 2024

Yaakov M. Roth, *pro hac vice*
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Respectfully submitted,

By: */s/ Adam Fee*
    Adam Fee
    PAUL HASTINGS LLP
    1999 Avenue of the Stars
    Los Angeles, CA 90067
    Telephone: 1(310) 620-5719
    Facsimile: 1(310) 620-5819

    Avi Weitzman
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: 1(212) 318-6000
    Facsimile: 1(212) 725-3620

    Robert D. Luskin
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C. 20036
    Telephone: 1(202) 551-1966
    Facsimile: 1(202) 551-0466

    *Attorneys for Defendant Robert Menendez*