UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT MENENDEZ et al.,<br><br>Defendants. | Case No. 23-cr-490 (SHS)<br><br>**UNDER SEAL** |

## DECLARATION OF ROBERT MENENDEZ
## IN SUPPORT OF HIS MOTION TO SUPPRESS EVIDENCE

I, Robert Menendez, declare as follows:

1. I am the sitting Senior U.S. Senator from the State of New Jersey and a Defendant in this action. I submit this Declaration in support of my Motion to Suppress Evidence. The facts stated herein are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I understand that in the course of investigating this case, law enforcement agents searched (i) the residence I share with my wife Nadine located at ▮▮▮▮▮▮▮▮▮▮▮▮; (ii) the contents of one of my personal email accounts (with email address ▮▮▮▮▮▮▮▮▮▮▮▮) and an iCloud account associated with the same address; (iii) the contents of another of my email accounts (with email address ▮▮▮▮▮▮▮▮▮▮▮▮) and an iCloud account associated with the same address; and (iv) the contents of my personal cellular phone, assigned call number ▮▮▮▮▮▮▮▮.

3. Since approximately April 2020 and through the date of the government's search of ▮▮▮▮▮▮▮▮▮▮▮▮, I resided at that address with my wife Nadine.

4.      At the time that the government conducted its searches of the email and iCloud accounts associated with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, I was the owner and operator of those email and iCloud accounts.

5.      At the time that the government conducted its search of the cellular phone assigned call number ▇▇▇▇▇▇▇▇, I was the owner and operator of that cellphone.

6.      My home, at the time when it was searched, contained numerous personal and private papers and effects which I would not have voluntarily shared with law enforcement agents. These include, but are not limited to, personal financial documents, personal and familial medical records, sentimental and private photographs and heirlooms, and many other categories of private, personal materials.

7.      My cellular phone, email, and iCloud accounts (as listed above), at the time when the electronic information stored thereupon was seized and searched, contained a plethora of private and personal information which I would not have voluntarily shared with law enforcement agents.  These include, but are not limited to, private correspondence (both text and voicemail) between myself and my wife, my family members, and my friends; personal and private financial and banking data; information concerning my whereabouts and call history; and many other categories of private, personal information.

8.      I understand that the FBI searched the home in which I reside with my wife, Nadine, at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on June 16, 2023.  Neither I nor my wife were present at the home during the search.

9.      Upon my return home, I was shocked to find my belongings and furniture in complete disarray.  Among other things, I noticed that certain interior doors (including doors I generally keep unlocked) had been forcibly broken down; furniture had been haphazardly moved

around; filing cabinets, desk drawers, dressers, wardrobes, and closets had all been rummaged through and their contents strewn about; and folders and loose documents were scattered on desks, tables, and on the floor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on January 22, 2024.

By: _____
Senator Robert Menendez