**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

ROBERT MENENDEZ et al.,

          Defendants.

Case No. 23-cr-490 (SHS)

**UNDER SEAL**

## DECLARATION OF AVI WEITZMAN
## IN SUPPORT OF SENATOR ROBERT MENENDEZ'S FIRST MOTION TO DISMISS

I, Avi Weitzman, declare as follows:

1.     I am an attorney licensed to practice law before this Court.  I am a Partner in the law firm of Paul Hastings LLP, counsel for Defendant Senator Robert Menendez in this matter.  I make this Declaration in Support of Senator Menendez's First Motion to Dismiss the Second Superseding Indictment.  Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of a letter dated December 28, 2023 from counsel for the Government to counsel for Senator Menendez in this matter.

3.     Attached hereto as **Exhibit B** is a true and correct copy of an email attaching a schedule and a list of attendees at meetings occurring between July 16-26, 2018.  The documents comprising Exhibit B were produced by the Government in discovery in this matter with Bates Numbers SDNY_R11_00465275 – SDNY_R11_00465280.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on January 10, 2024.

By: */s/ Avi Weitzman*
Avi Weitzman