# <u>Exhibit B</u>

[to be filed under seal]

**Sent:** Thur 7/26/2018 4:49:42 PM (UTC-04:00)
**Subject:** Final Schedule, & Stats
**From:** ▮
**To:** ▮

[Final Schedule.doc](Final Schedule.doc)
[Final - stats.doc](Final - stats.doc)

▮

Egyptian Defense Office
2590 L St. NW
Washington, DC 20037

▮

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
**July 16- 26, 2018**

| July 16, Monday | July 17, Tuesday | July 18, Wednesday | July 19, Thursday | July 20, Friday |
|---|---|---|---|---|
| 8:00 a.m.<br>EDO Meeting<br>[redacted] | 10:00 a.m. Bring passport/ID<br>Cong. Mario Diaz-Balart R-FL<br>Appropriations Com<br>[redacted] | 9:00 a.m.<br>Roundtable<br>[redacted]<br>Middle East Institute<br>[redacted] | 9:00 a.m.<br>Cong. Paul Cook R-CA<br>Armed Services/Foreign Affairs Com<br>[redacted] | 9:30 -10:30 a.m.<br>[redacted]<br>Vice Director, JDO<br>[redacted] |
| 10:00-10:45 a.m. River Entrance<br>Bring Passports<br>[redacted]<br>Pentagon | 11:00 a.m.<br>[redacted]<br>Foreign Relations Com<br>[redacted] | 11:15 a.m.<br>Cong. Ed Royce R-CA<br>Chairman Foreign Affairs Com<br>[redacted] | 10:00 a.m.<br>Sen. John Boozman R-AR<br>Appropriations Com<br>[redacted] | 12:00 noon<br>[redacted]<br>Dept. of State<br>Lunch meeting |
| 12:00 noon<br>[redacted]<br>staff of Sen. Ted Cruz R-TX<br>Armed Services Com<br>[redacted] | 1:00 p.m.<br>Cong. Lois Frankel D-FL<br>Foreign Affairs Com<br>[redacted] | 12:30 p.m.<br>Cong. Daniel Donovan R-NY<br>Foreign Affairs Com<br>[redacted] | 11:30 p.m.<br>[redacted]<br>Bureau of Counterterrorism and Countering Violent Extremism<br>Dept. of State<br>[redacted] | 2:30 p.m.<br>[redacted]<br>Middle East Policy Analyst<br>Congressional Research Service<br>[redacted] |
| 1:00 p.m.<br>Mitchel Hochberg - Legislative Asst of Cong. Jackie Speier D-CA<br>Armed Services Com<br>[redacted] | 2:00 p.m.  max of 4 persons only arrive 5 mins before meeting<br>Cong. Austin Scott R-GA<br>Armed Services Com<br>[redacted] | 2:00 p.m.<br>Cong. Louie Gohmert R-TX<br>Natural Resources/Judiciary Com<br>[redacted] | 2:00 p.m.<br>Roundtable<br>[redacted]<br>US Chamber of Commerce<br>[redacted] | 3:45 p.m.<br>[redacted]<br>Staff of Sen. Thom Tillis R-NC<br>Armed Services Com<br>[redacted] |
| 2:00 p.m.<br>[redacted]<br>Cong. Lee Zeldin R-NY | 3:00 p.m.<br>Cong. Brian Mast R-FL<br>Foreign Affairs Com | 3:00 p.m.<br>Cong. Eliot Engel D-NY<br>RM, Foreign Affairs Com | 4:00 p.m.<br>Sen. Ben Cardin D-MD<br>RM Foreign Relations Com. | 4:30 p.m.<br>[redacted]<br>, LA of Cong. Mark |

### Final Schedule of Meetings for Egypt's Military White Paper Delegation
### July 16- 26, 2018

| July 16, Monday | July 17, Tuesday | July 18, Wednesday | July 19, Thursday | July 20, Friday |
|---|---|---|---|---|
| Foreign Affairs Com [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | Meadows R- NC<br>Foreign Affairs Com [REDACTED] |
| 3:00 p.m. [REDACTED]<br>staff of Sen. James Inhofe R-OK<br>Armed Services Com [REDACTED] | 4:00 p.m.<br>Cong. Joe Wilson R-SC<br>Armed Services Com [REDACTED] | 4:00 p.m.<br>Cong. Steve Chabot R-OH<br>Foreign Affairs Com [REDACTED] | 5:00 p.m. [REDACTED] LA of<br>of Sen. John Cornyn R-TX<br>Foreign Relations Com [REDACTED] | 6:00 - 6:20 p.m. [REDACTED]<br>Egyptian Defense Office |
| 3:45 p.m. [REDACTED]<br>Senate Armed Services Majority & Minority Lead Staff [REDACTED] | 5:00 p.m.<br>Cong. Jody Hice R-GA<br>Armed Services Com [REDACTED] | 5:00 p.m.<br>Cong. Brad Schneider D-IL<br>Foreign Affairs Com [REDACTED] | 6:30 p.m.<br>Meeting<br>Egyptian Community<br>Egyptian Defense Office | 7:00 p.m.<br>Dinner hosted by [REDACTED] |
| 5:00 p.m.   max of 8<br>Cong. Hal Rogers R-KY<br>Chair - Appropriations Com [REDACTED] | 6:00 - 8:00 p.m.<br>Dinner hosted by [REDACTED]<br>Chief, National Guard Bureau [REDACTED] | 5:45 p.m. [REDACTED], Legislative Fellow<br>of Cong. Jim Cooper D-TN<br>Armed Services Com [REDACTED] | | |
| 5:45 p.m.<br>Cong. Doug Lamborn R-CO<br>Armed Services Com [REDACTED] | | 6:30 p.m.<br>Meeting<br>London Center for Policy Research [REDACTED] | | |



**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
July 16- 26, 2018

| | | | | |
|---|---|---|---|---|
| | | | | |
| **July 23, Monday** | **July 24, Tuesday** | **July 25 Wednesday** | | **July 26 Thursday** |
| 8:45 a.m.<br><br>CSIS<br>[redacted] | 9:15 a.m.<br><br>Distinguished Fellow<br>[redacted] | 8:15 a.m.<br><br>Egyptian Defense Office<br>[redacted] | | 9:00 a.m. entrance    River Entrance<br>[redacted]<br>Deputy Under Secretary of the Air Force for International Affairs<br>[redacted] |
| 10:00 a.m.-12:00 noon<br>Roundtable<br>National US-Arab Chamber of Commerce (NUSACC)<br>[redacted] | 11:00 a.m.   met by [redacted] Asst Secretary for Pol-Mil Affairs, Dept of State<br>[redacted] | 9:30 a.m.<br>Cong. Tulsi Gabbard D-HI<br>Armed Services/Foreign Affairs Com<br>[redacted] | | 11:00 – 12:00 noon    Passport needed<br>[redacted]<br>National Intelligence Manager for Near East<br>Office of the Director of National Intelligence (ODNI)<br>[redacted] |
| 12:30 p.m.-2:00 p.m.<br><br>Center for American Progress<br>[redacted] | 12:30 p.m.<br>Cong. Jeff Fortenberry<br>Appropriations Com<br>[redacted] | 10:45 a.m. (20 Mins)<br>Sen. Roger Wicker R-MS<br>Armed Services Com<br>[redacted] | | 12:15 p.m. - 1:15 p.m.<br>Lunch hosted by<br>[redacted]<br>J Gilberts Restaurant<br>[redacted] |
| 3:30 p.m. (15 mins only)<br>Cong. John Rutherford R-FL<br>& Nicholas Vance - LA<br>Appropriations Com<br>[redacted] | 1:15 p.m.<br>[redacted]<br>Military LA of Sen. Tim Scott R-SC<br>Armed Services Com<br>[redacted] | 12:15 p.m.<br>Sen. Bob Menendez D-NJ<br>RM Senate Foreign Relations Com<br>528 Hart Senate Bldg.<br>POC Wael Hana<br>[redacted] | | 2:30 p.m.<br>[redacted]<br>Egyptian Defense Office<br>[redacted] |
| 4:30 p.m. | 2:30 p.m. | 1:30 p.m. | | 3:15 p.m. |

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
**July 16- 26, 2018**

| | | | |
|---|---|---|---|
| Cong. Liz Cheney R-WY<br>Armed Services Com<br>■■■ | ■■■<br>staff of Sen. Angus King I-ME<br>Intelligence Com<br>■■■ | ■■■<br>Deputy Assistant Secretary<br>Bureau of Near East Affairs, Dept of State<br>■■■ | ■■■, Deputy CoS<br>of Sen. Steve Daines – R-MT<br>Appropriations Com<br>■■■ |
| **July 23, Monday** | **July 24, Tuesday** | **July 25 Wednesday** | **July 26 Thursday** |
| 6:30 p.m.<br>Reception hosted<br>Business Council for International Understanding (BCIU)<br>St. Regis Hotel, George Washington Room<br>■■■ | 3:30 p.m.<br>Sen. Ron Johnson R-WI<br>Foreign Relations Com<br>■■■ | 2:45 p.m.<br>Roundtable<br>Egyptian Caucus<br>■■■ | 4:00 p.m.<br>■■■ Staffer of<br>Sen. Patrick Leahy D-VT<br>Appropriations Com<br>■■■ |
| | 4:30 p.m.<br>■■■<br>JINSA<br>■■■ | 5:00 p.m.<br>■■■<br>Director, DSCA<br>■■■ | 6:00 p.m.  Bring Passport<br>■■■<br>Sr. Director for Gulf Affairs & Egypt,<br>■■■ - Central Levant Dir, Egypt & Jordan<br>National Security Council<br>■■■ |
| | 7:30 p.m.<br>Dinner, hosted by<br>■■■<br>Dumbarton & Conservatory Rooms<br>Four Seasons Hotel | 7:30 p.m.<br>Dinner Hosted by<br>■■■ | |

**Final Schedule of Meetings for Egypt's Military White Paper Delegation**
**July 16- 26, 2018**

Senate
House
Admin/DoD
Think Tanks

SDNY_R11_00465276

**Egyptian Military White Paper Delegation**
**July 16-25, 2018**

|  | Congress | Staffer | total |
|---|---|---|---|
| Senate | 5 | 10 | 15 |
| House | 19 | 4 | 23 |
| Pentagon | 8 |  | 8 |
| Admin | 5 |  | 5 |
| Think Tank | 8 |  | 8 |
| Others | 10 |  | 10 |
| Total |  |  | 69 |

| Senator | Staff |
|---|---|
| John Boozman | ███████ - Sen. Cruz |
| Ben Cardin | ███████ |
| Ron Johnson | ███████ - Sen. Tillis |
| Bob Menendez | ███████ – Sen. Inhofe |
| Roger Wicker | ███████ |
|  | ███████ - Sen. Scott |
|  | ███████ - Sen. King |
|  | ███████ - Sen. Cornyn |
|  | ███████ – Sen. Leahy |
|  | ███████ – Sen. Daines |

| House | Staff |
|---|---|
| Steve Chabot | ███████ - Cong. Meadows |
| Liz Cheney | ███████ - Cong. Speier |
| Paul Cook | ███████ - Cong. Zeldin |
| Mario Diaz-Balart | ███████ - Cong. Cooper |
| Daniel Donovan |  |
| Eliot Engel |  |
| Tulsi Gabbard |  |
| Jeff Fortenberry |  |
| Lois Frankel |  |
| Louie Gohmert |  |
| Jody Hice |  |
| Doug Lamborn |  |
| Brian Mast |  |
| Hal Rogers |  |
| Ed Royce |  |
| John Rutherford |  |
| Brad Schneider |  |
| Austin Scott |  |
| Joe Wilson |  |

| Pentagon | Admin | Think Tanks | Others |
|---|---|---|---|
| ███████ | ███████ | ███████ | US Chamber of Commerce |
| ███████ | ███████ | ███████ | Egyptian Community |
| ███████ | ███████ | ███████ | BCIU |
| ███████ | ███████ | ███████ | NUSACC |
| ███████ | ███████ | ███████ | London Center for Policy Res. |
| ███████ |  | ███████ | ███████ |
| ███████ |  | ███████ | ███████ |
| ███████ |  | Egyptian Caucus | ███████ |

| | | | | |
|---|---|---|---|---|
| | | | ███ | |

SDNY_R11_00465280