

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Menendez et al.,*
           S2 23 Cr. 470 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter to notify the Court and counsel for the defendants that the undersigned today submitted, via the Classified Information Security Officer, a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

Hon. Sidney H. Stein
United States District Judge
February 9, 2024
Page 2

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

By:    s/ Eli J. Mark
        Eli J. Mark
        Daniel C. Richenthal
        Paul M. Monteleoni
        Assistant United States Attorneys
        (212) 637-2431/2109/2219

        MATTHEW G. OLSON
        Assistant Attorney General
        National Security Division

By:    s/ Christina A. Clark
        Christina A. Clark
        Trial Attorney
        (202) 307-5191

cc:    (by ECF)

       Counsel of Record