UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 22 MAG 5801

In the Matter of Warrants for Content
and Other Information Associated with
the Email Accounts



**TO BE FILED UNDER SEAL**

**AGENT AFFIDAVIT**

**Agent Affidavit in Support of Application for Search Warrants
for Stored Electronic Communications**

STATE OF NEW YORK )
                              ) ss.
COUNTY OF NEW YORK )

       MARY JO CORKERY, Special Agent, Federal Bureau of Investigation ("FBI"), being

duly sworn, deposes and states:



2

09.20.2021

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY







SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005630







SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005635



SDNY_R_00005636





SDNY_R_00005638





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SDNY_R_00005642







---

[7] Based on my conversations with other law enforcement personnel and my review of interview notes and an FBI report, I am aware that ███████ was interviewed by the FBI on June 16, 2022, and claimed, among other things, not to be aware of Hana having provided a ring or car to Arslanian, and not to be aware of Hana attempting to assist ████ with his criminal case.

21

09.20.2021

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SDNY_R_00005647



SDNY_R_00005648



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY







SDNY_R_00005652





SDNY_R_00005654







SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SDNY_R_00005660









SDNY_R_00005664



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY







SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005671



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



---

[43] From speaking to other law enforcement personnel and reviewing an FBI report, I have learned that ███████ was interviewed by telephone on June 16, 2022 and stated that he did not recall Menendez, Arslanian, or Hana ever purchasing a ring, and did not recall Menendez visiting his store in the company of Hana.



 SDNY_R_00005678





[47] On June 16, 2022, I participated in an interview of ▮▮▮ who stated, in part, that he spoke to Hana regarding his prosecution in the same way that he spoke to everyone about it, and that he did not pay anyone to bring a favorable resolution to his case. When asked if Hana or Uribe had assisted him in resolving his case, he responded, "What could they do? They're not lawyers."

09.20.2021

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SDNY_R_00005684



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SDNY_R_00005687



 SDNY_R_00005688



---

[54] From speaking to other law enforcement personnel and reviewing an FBI report, I know that on June 16, 2022, ███████ was interviewed by telephone and denied providing Uribe with his email address to use to purchase or make payments on any vehicle.

65

09.20.2021

SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005690







SDNY_R_00005693



SDNY_R_00005694





 SDNY_R_00005696







SDNY_R_00005699



 SDNY_R_00005700



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SDNY_R_00005703



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





---



[74] From speaking with other law enforcement personnel and reviewing an FBI report, I have learned that ████████ ██████, was interviewed on June 16, 2022, and stated that, although he coordinated the physical spaces where COVID-19 testing sites were located, companies that wanted to conduct COVID-19 testing were not required to go through the city, and could just come into ████ and start testing. He also stated that while the ████ Mayor recommended ████ to ████ and did not recommend any other testing companies, ████ did not feel any pressure to use ███████████████████████████████████████████████████████████████████████████

[76] Based on my conversations with law enforcement personnel and my review of interview notes and an FBI report, I have learned that (a) ████ was interviewed by FBI agents on June 16, 2022 and claimed that neither he nor ████████ ever asked Menendez to help ████ that he asked Arslanian to help; and that Arslanian asked ██████ to tell various officials that Menendez had sent them, and (b) █████ was interviewed by FBI agents on June 16, 2022 and denied that Menendez had made calls on ███████ behalf.

82

09.20.2021



SDNY_R_00005707



SDNY_R_00005708





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005711



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005713





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY











SDNY_R_00005722



SDNY_R_00005723



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



 SDNY_R_00005725



SDNY_R_00005726



 SDNY_R_00005727





SDNY_R_00005729





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005732





SDNY_R_00005734



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



 SDNY_R_00005736



SDNY_R_00005737



SDNY_R_00005738







SDNY_R_00005741



SDNY_R_00005742



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



 SDNY_R_00005744



SDNY_R_00005745



SDNY_R_00005746



 SDNY_R_00005747



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005751





 SDNY_R_00005753



SDNY_R_00005754





SDNY_R_00005756



SDNY_R_00005757





SDNY_R_00005759



 SDNY_R_00005760



SDNY_R_00005761



SDNY_R_00005762



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



 SDNY_R_00005764



 SDNY_R_00005765



SDNY_R_00005766





SDNY_R_00005768



SDNY_R_00005769



SDNY_R_00005770



SDNY_R_00005771



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY







SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005780




SDNY_R_00005782



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY







SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005788





SDNY_R_00005790







SDNY_R_00005793



SDNY_R_00005794



SDNY_R_00005795



SDNY_R_00005796



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005800



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005802



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005804



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005808



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005810



SDNY_R_00005811



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY









SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005822



SDNY_R_00005823







SDNY_R_00005826









SDNY_R_00005830



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005842



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005844



SDNY_R_00005845





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SDNY_R_00005850



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005853



SDNY_R_00005854



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005856



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005864



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY





SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SDNY_R_00005868



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY







SDNY_R_00005875



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY



SUBJECT TO PROTECTIVE ORDER, ATTORNEY'S EYES ONLY