UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT MENENDEZ, ET AL. | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      It has come to the Court's attention that the parties have not been following the Court's Order dated January 30, 2024 [Doc. No. 169]. As of today, the Court has now filed each document under seal as requested by the parties, but the parties must, within five days of having submitted the document to the Court, file the entire document or a redacted document on the public record and email the basis for any redactions to the Court for filing under seal. The parties are directed to file the entire document or a redacted document on the public record, as required by the Court's Order dated January 30, 2024 [Doc. No. 169].

Dated: New York, New York
          February 27, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.