# Exhibit J



The cover page(s) is for administrative purposes only and shall not be disseminated without the consent of LSS.

UNCLASSIFIED//FOR OFFICIAL USE ONLY



1
UNCLASSIFIED//FOR OFFICIAL USE ONLY

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

CHS starts recording on Friday, August 16, 2019 at 11:00 pm.



**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY



4

UNCLASSIFIED//FOR OFFICIAL USE ONLY

The following conversation is in verbatim translation as per the case agent's instruction:

███ :  I have informed on Wail to him

CHS:  To whom?

███ :  Bob

CHS:  Hum, how did you inform on him?

███ :  I informed on him.

CHS:  How did you inform on him?

███ :  The deal that Wail had made with him about the $35,000 for the girl's ring.  I have told the girl that Wail has added other items with her ring on the same invoice for Egypt, to make her understand.

CHS:  Which ring the engagement ring?

███ :  Yeah.

CHS:  Did Bob have Wail buy the engagement ring?

███ :  Wail is the one who purchased it.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

CHS: What?

██████ : It is a story.

CHS: No, I do not understand. Why you do not make me understand it correctly, you had told me 150, then you told me 75…

██████ Look forget about the issue…

CHS: …and then you told me a man is in the issue.

██████ : …yeah, the man is in the issue but he promised the girl who belongs to the man. The man did not take anything.

CHS: Hum.

██████ : The girl who belongs to the man, was promised approximately [UI]

CHS: The girl who belongs to the man is Bob's friend.

██████ : Yeah.

CHS: Bob's friend is the broker.

██████ : Bob is aware.

CHS: Bob is aware of them.

██████ : Okay. Wail fucked the girl and gave her $67,000, and took the remaining amount.

CHS: Seven what?

██████ : $67,000 exactly.

CHS: He paid for her ring $67,000.

██████ : [UI] this is not the story of the items/animals at all, or from Egypt.

CHS: Yeah this is something else.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**████████████████**

**████**:  This is about a person who had a story here and Bob resolved it for him.

CHS:  Hum.

**████**:  It is something left/wrong and Bob resolved it for him that is it.  That girl is supposed to receive items, okay a car and a ring, and these items are for $100,000.

CHS:  A Mercedes and a ring.

**████**:  Yeah and a Mercedes and a ring and they are for $100,000.

CHS:  For Bob to fix the person's problem.

**████**:  So what Wail did next is he took from the kid $150,000 and got the car for the woman then folded everything [UI].

CHS:  And he did not get the ring.  You just said he got a ring for $35,000.

**████**:  Just listen to me.  When the issue finished, the woman called me when I was with Wail, then she me to go by her and asked me, how much did Wail receive from the man?

CHS:  [UI]

**████**:  She asked me, how much did Wail receive from the man?

CHS:  The girl, who is his fiancé.

**████**:  Yes, I told her $150,000.  She called the man on the phone and he told him I want the $35,000 [ph].  Done, then he went and got other items and the ring that looked similar but was for a lot less money, and told the man to give him an invoice for $35,000.

CHS:  35, this way he got the Mercedes and the ring.

**████**:  And he is wearing some gold and taken $50,000.

CHS:  Hum.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

████████████████

████: And he took a Rolex watch and another watch, a bracelet, and a necklace for himself. The necklace is from the same material as the bracelet that I told you about, the white. This whole thing was for $20,000, and put the whole expense for the ring for 35, even though the ring is for 12,000.

CHS: And Bob knows about the ring and the car?

████: He knows the ring is for the gander and that is it, and then the gander took the ring back to the diamond jeweler.

CHS: To make sure, and he told her.

████: He told her $12,000.

CHS: He told her.

████: He did not the story.

CHS: Huh/what?

████: He did not tell her the story but he told her about the ring.

CHS: And Bob did not call Wail ever since.

████: No he said to leave him.

CHS: Hum.

████: Bob [UI].

CHS: So who this man is he an Egyptian or an American?

████: Who?

CHS: The one who had his issue resolved.

████: American.

CHS: An American; and Wail knew him from where?

8

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

████████████

████ :  His friend for a long time, for four or five years.

CHS:  So he is Wail's friend.

████ :  Yeah.

CHS:  What was the favor?

████ :  Insurance and Wail is the one who informed on him [UI].

CHS:  Fraudulent car insurance?

████ :  Yeah.

CHS:  Wail informed on him?

████ :  Yeah, honest to God.

CHS:  Hehehe Wail is the one who informed on him.

████ :  Wail informed on him then told him he will resolved it for him [UI].  He resolved it and took from him $150,000 and [UI].

CHS:  And Bob knew how to remove the case totally?

████ :  [UI] it needed a push, it is legal [UI].

CHS:  It is possible that the man paid money to the court for reconciliation.

████ :  Yeah, yeah, he paid about half a million dollars.

CHS:  So it was going legally.

████ :  Yeah it is legal but it needed a push, without it he would have gotten three years imprisonment and pay the $400,000.

CHS:  Similar to ████ and ████ .

████ :  [UI], the push made the man avoid the three years, but the case will not resolve things.

9

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

CHS:  What if I take this information and give it to ████████████, it may help him.

████    Help him with what, this is here not there.

CHS:  To show them that he can turn people against each other, and if he swindles a person, he can turn things against all of us, and get us all into hell.

████:  To get whom?

CHS:  I mean if Wail swindles Bob.

████:  This thing was between Wail, Bob and the other man only.

CHS:  I mean, if I tell ███████████████…

████:  [UI] why in this place?

CHS:  What?

████:  [UI] why in this place?

CHS:  I do not know.

████:  [UI]

CHS:  I came here twice and I always sit outside with my friend David.

████:  [UI]

CHS:  I mean if I take this information to ████████████ and he sends it to Egypt.  He tells them: Wail was about to ruin things with Bob.  Bob who is starting to listen to us, and starting to trust us about the Muslim Brotherhood.   As he swindled CHS and other people, he also swindled Bob.  Forget about the people who are from here.

████:  This will create a problem.

CHS:  Forget about the people who are here.

████:  This is to be one thing among others; this should not be [UI].

10
UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

CHS:  But this is something big.

███ :  No, it is something big here, not there.

CHS:  No there.

███ :  How?

CHS:  I will tell you how.  When it reaches ████████████████ and he sends it to Egypt, that he ruined the biggest relation with one in the senate by swindling him.  It means Wail is making Bob understand that he is ██████████ friend, ██████████ and ███ does not do anything without Wail's permission...

███ :  And he sits with ████ .

CHS:  ...and he sits with ████ every day.  So when he swindles him, who is actually swindling him?

███ :  ████ 

CHS:  ████ .  I mean he swindled Wail, CHS, ████ , ████████████████ [ph] ████████████████ , and all these people but when it comes to him?

███ :  It will not work.  You will get yourself involved...

11

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

UNCLASSIFIED//FOR OFFICIAL USE ONLY



13

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY



15

UNCLASSIFIED//FOR OFFICIAL USE ONLY



16

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



17

UNCLASSIFIED//FOR OFFICIAL USE ONLY



18

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



19

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



21



22

UNCLASSIFIED//FOR OFFICIAL USE ONLY



23

UNCLASSIFIED//FOR OFFICIAL USE ONLY



24

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



25

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



27

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY





UNCLASSIFIED//FOR OFFICIAL USE ONLY