# Exhibit L

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
| --- | --- | --- |

### HEADER

| | |
| --- | --- |
| **Source ID:** | ███████ |
| **Date:** | 06/27/2019 |
| **Case Agent Name:** | ████████████ |
| **Field Office/Division:** | New York |
| **Squad:** | ████ |

### SOURCE REPORTING

**Date of Contact:**    06/25/2019

**List all present including yourself (do not include the CHS):**

████████

**Type of Contact:**    In Person

    **Country:**    UNITED STATES

    **City:**    New York

    **State:**    New York

**Date of Report:**    06/27/2019

| **Substantive Case File Number** |
| --- |
| ███████████ |

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
| --- | --- | --- |

████████████

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION | OFFICIAL RECORD |
|---------|----------------------------------|-----------------|
|         | CHS REPORTING DOCUMENT           |                 |

According to ████████, Hana has greatly exaggerated his relationship with Senator Robert Menendez.

### SIGNATURE

Submitted By ████████████                Thu, 27 Jun 2019 17:40:19 -0400

First Level Approved By ████████████      Tue, 2 Jul 2019 09:15:57 -0400

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY                SDNY_00103551