# Exhibit M

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |

## HEADER

**Source ID:** ▮▮▮▮
**Date:** 06/01/2021
**Case Agent Name:** ▮▮▮▮
**Field Office/Division:** New York
**Squad:** ▮

## SOURCE REPORTING

**Date of Contact:** 05/20/2021

**List all present including yourself (do not include the CHS):**
▮▮▮▮

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** New York
**State:** New York

**Date of Report:** 06/01/2021

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |

**Check here if additional reporting is in**
No

**Source Reporting:**

▮▮▮▮ CHS, ▮▮▮▮

▮▮▮▮

▮▮▮▮ U.S. Senator in exchange for that Senator intervening in a criminal case involving Unnamed Man 1. Hana had, in turn, given some of this money to ▮▮▮▮ for the purposes of renting out office space for IS EG Halal and Hana's New Jersey apartment.

▮▮▮▮

**SIGNATURE**

Submitted By ▮▮▮▮          Thu, 3 Jun 2021 17:52:02 -04:00
First Level Approved By ▮▮▮▮   Fri, 4 Jun 2021 12:20:28 -04:00