# Exhibit N

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

## HEADER

**Source ID:** ▉▉▉▉▉
**Date:** 08/04/2021
**Case Agent Name:** ▉▉▉▉▉▉▉
**Field Office/Division:** New York
**Squad:** ▉▉

▉▉▉▉   ▉▉▉▉
▉▉▉▉   ▉▉▉▉▉▉▉
▉▉▉▉   ▉▉▉▉

## SOURCE REPORTING

**Date of Contact:** 08/01/2021

**List all present including yourself (do not include the CHS):**
N/A

**Type of Contact:** Other
  **Other Contact Type:** ▉▉▉

**Date of Report:** 08/03/2021

| **Substantive Case File Number** |
|---|
| ▉▉▉▉▉▉ |
| **Substantive Case File Number** |
| ▉▉▉▉▉▉ |
| **Substantive Case File Number** |
| ▉▉▉▉▉▉▉▉ |
| **Substantive Case File Number** |
| ▉▉▉▉▉▉ |

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|
| | ▉▉▉▉▉▉ | |

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY      SDNY_00103631

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

**Check here if additional reporting is in**
No

████████████████████████████████████████

████ ████████████████████████████████ indicated that EGIS had concluded that Hana was completed burned due to FBI activity and that the service wanted to put a separate and identified EGIS asset in charge of IS EG Halal. "████████████

████████████████████████████████

████████████████████████████████

**Synopsis:**
████████████████████

**SIGNATURE**

Submitted By ██████████            Wed, 4 Aug 2021 12:13:09 -04:00
First Level Approved By ██████████  Wed, 4 Aug 2021 13:17:40 -04:00

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|