# Exhibit P

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |

## HEADER

| | |
|---|---|
| **Source ID:** | ▮▮▮▮ |
| **Date:** | 02/07/2020 |
| **Case Agent Name:** | ▮▮▮▮▮▮▮ |
| **Field Office/Division:** | New York |
| **Squad:** | ▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮ |
| ▮▮▮▮ | ▮▮ |

## SOURCE REPORTING

**Date of Contact:** 02/05/2020

**List all present including yourself (do not include the CHS):**
▮▮▮▮

| | |
|---|---|
| **Type of Contact:** | In Person |
| **Country:** | UNITED STATES |
| **City:** | New York |
| **State:** | New York |
| **Date of Report:** | 02/07/2020 |

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

**Substantive Case File Number**
▮▮▮▮

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY                    SDNY_00103599

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**Check here if additional reporting is i̶**
No

**Source Reporting:**

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████ had instructed at least one identified EGIS asset to cease all contact with Wael Hana. ███████████████████

███████████████████████████████████████████

**Synopsis:**
████████████████████████

**SIGNATURE**

Submitted By ██████████          Mon, 10 Feb 2020 13:32:20 -05:00
First Level Approved By ██████████

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY                    SDNY_00103600