# Exhibit Q

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |

## HEADER

**Source ID:** ▮▮▮▮▮
**Date:** 03/05/2020
**Case Agent Name:** ▮▮▮▮▮
**Field Office/Division:** New York
**Squad:** ▮▮

▮▮▮▮    ▮▮▮▮
▮▮▮▮    ▮▮▮▮▮▮▮
▮▮▮▮    ▮▮▮▮

## SOURCE REPORTING

**Date of Contact:** 03/04/2020

**List all present including yourself (do not include the CHS):**
N/A

**Type of Contact:** Other
    **Other Contact Type:** ▮▮▮▮

**Date of Report:** 03/05/2020

| **Substantive Case File Number** |
| ▮▮▮▮▮▮ |
| **Substantive Case File Number** |
| ▮▮▮▮▮▮ |
| **Substantive Case File Number** |
| ▮▮▮▮▮▮ |
| **Substantive Case File Number** |
| ▮▮▮▮▮▮ |

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |

▮▮▮▮▮▮

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY     SDNY_00103605

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

**Check here if additional reporting is in** ▮
No

**Source Reporting:**

▮

▮

▮ also noted that EGIS was no longer working with Wael Hana. EGIS had completely cut him off and was looking for another individual to manage IS EG Halal's international operations. Hana was still trying to stay involved by setting up offices, but this was futile and EGIS had already made the decision to no longer work with him.

▮

| | **SIGNATURE** | |
|---|---|---|
| Submitted By ▮ | | Thu, 5 Mar 2020 14:12:30 -05:00 |
| First Level Approved By ▮ | | Thu, 5 Mar 2020 15:25:18 -05:00 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S EYES ONLY        SDNY_00103606