# Exhibit T

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**


OFFICIAL RECORD

Date of entry __06/23/2022__

[redacted]

Investigation on 06/16/2022 at Totowa, New Jersey, United States (Phone)

File # [redacted]                                                                 Date drafted 06/22/2022

by  CORKERY MARY JO, AGESTA ANGEL LUIS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                               SDNY_00103712

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) ███████                                     , On 06/16/2022 , Page 2 of 2

███████

ARSLANIAN has not visited ███ jewelry store with HANA.

███████ MENENDEZ has not visited ███ store with HANA.

███ does not recall MENENDEZ, ARSLANIAN, or HANA ever purchasing a ring.

███████