# Exhibit U

FD-302

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   07/14/2022

[content redacted]

Investigation on  06/16/2022  at  Morristown, New Jersey, United States (In Person)

File # [redacted]                                                                 Date drafted  06/16/2022

by  Jennifer Breitenbach, SHAFER NICHOLAS A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                                   SDNY_00103678

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████
MENENDEZ never made calls on behalf of ████ or ████
████████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

SDNY_00103679



SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

Continuation of FD-302 of (U) Interview of ██████ , On 06/16/2022 , Page 4 of 5

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

SDNY_00103681

Continuation of FD-302 of (U) Interview of ▮▮▮▮ , On 06/16/2022 , Page 5 of 5

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY                    SDNY_00103682