# Exhibit V

FD-302 (Rev. 5-8-10)

Date of entry: 06/24/2022

was the Director of Health and Social Services in Plainfield, NJ.

Investigation on 06/16/2022 at Plainfield, New Jersey, United States (In Person)

File #  Date drafted 06/16/2022

by Jennifer Breitenbach, IORIO NICHOLAS DAVID

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

SDNY_00103719

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) ▮▮▮▮ , On 06/16/2022 , Page 2 of 4



SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

SDNY_00103720

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, On 06/16/2022, Page 3 of 4



SUBJECT TO PROTECTIVE ORDER: ATTORNEY'S POSSESSION ONLY

SDNY_00103721

Continuation of FD-302 of ███ , On 06/16/2022 , Page 4 of 4



███ felt no pressure to use ███ ███ or to continue to use ███ from anyone at all.