# Exhibit AA




**Extraction Report - Cellebrite Reports**

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

### Native Messages (1)

+_____ (1)

| # | | Deleted |
|---|---|---|
| 1 | Name: _____<br>Start Time: 7/23/2017 11:51:25 AM(UTC-4)<br>Last Activity: 5/13/2022 1:38:15 PM(UTC-4)<br>Number of attachments: 69<br>Source: Native Messages<br>Account:<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x7B8F4F3 (Table: chat, message, handle; Size: 153837568 bytes)<br>Source Extraction: File System<br>Body file: chat-1.txt<br><br>Participants:<br><br>_____<br><br>Bob Menendez* (owner) | |



To: +_____ Bob Menendez (owner)

Bob sorry I missed your call I didn't hear the call coming in I'll reach out for you Tuesday I'll have a better update some information but I have a better update on Tuesday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _____ Bob Menendez | | 7/23/2017 11:51:37 AM(UTC-4) | |

Status: Read

7/23/2017 11:51:25 AM(UTC-4)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x66EA0A (Table: message, handle, chat; Size: 153837568 bytes)

1

SUBJECT TO PROTECTIVE ORDER-- PROTECTED       SDNY_00072770



From: Bob Menendez (owner)
To:
Ok Mayor. He is just got some choices he has to make. Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▇▇▇▇▇▇▇ | 7/23/2017 11:55:17 AM(UTC-4) | | |

Status: Sent

7/23/2017 11:55:15 AM(UTC-4)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x66FFF4 (Table: message, chat, handle; Size: 153837568 bytes)



From:
To: Bob Menendez (owner)
Definitely Tuesday I'll call to let you know but probably by about noon Bob

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ Bob Menendez | | 7/23/2017 11:56:26 AM(UTC-4) | |

Status: Read

7/23/2017 11:55:57 AM(UTC-4)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x66FDE6 (Table: message, handle, chat; Size: 153837568 bytes)



From: Bob Menendez (owner)
To:
Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ | 7/23/2017 11:56:35 AM(UTC-4) | | |

Status: Sent

7/23/2017 11:56:35 AM(UTC-4)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x66F859 (Table: message, chat, handle; Size: 153837568 bytes)

SUBJECT TO PROTECTIVE ORDER-- PROTECTED                    SDNY_00072771

3

SUBJECT TO PROTECTIVE ORDER-- PROTECTED                                    SDNY_00072772

4

SUBJECT TO PROTECTIVE ORDER-- PROTECTED                              SDNY_00072773

5

SUBJECT TO PROTECTIVE ORDER-- PROTECTED                                    SDNY_00072774

SUBJECT TO PROTECTIVE ORDER-- PROTECTED

SDNY_00072775