UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,         :    (S4) 23-Cr-490 (SHS)

    -v-                               :

ROBERT MENENDEZ, NADINE MENENDEZ, :    ORDER
WAEL HANA, and FRED DAIBES,
                                  :
        Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court will hold a hearing pursuant to *United States v. Curcio,* 680 F.2d 881 (2d Cir. 1982), to address Nadine Menendez's attorneys' potential conflicts of interest on Thursday, March 21, at 11:30 a.m. in courtroom 23A.

Dated: New York, New York
       March 19, 2024

                          SO ORDERED:

                          *[signature]*
                          Sidney H. Stein, U.S.D.J.