UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR ELECTRONIC NOTIFICATION** |
| Robert Menendez, Nadine Menendez, a/k/a | ) **S4 23 Cr. 490 (SHS)** |
| "Nadine Arslanian," Wael Hana, a/k/a | ) |
| "Will Hana," and Fred Daibes, | ) |
| | ) |
| Defendants. | ) |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  Catherine Ghosh
     Catherine Ghosh
     Assistant United States Attorney
     (212) 637-1114

TO:  All counsel (via ECF)