UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES,

Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

In a letter dated March 10, 2024, defendant Robert Menendez moved to maintain two sentences of his memorandum in support of his severance motion under seal. (*See* ECF No. 251.) The Government opposed the sealing request. (*Id.*) In a letter dated March 28, 2024, Mr. Jonathan Dienst, on behalf of NBC New York, opposed Menendez's March 10 request and sought the unsealing of those two sentences. (*See* ECF No. 268.) On April 1, 2024, the Court issued an order requiring Mr. Dienst, if he still sought an unsealing order, to have an attorney move to seek an unsealing order pursuant to Fed. R. Crim. P. 47 on or before April 5, 2024. (*See* ECF No. 269.) In that same order, the Court set forth that any responses to any motion to unseal were due by April 10, 2024. (*Id.*)

On April 5, 2024, NBC Universal, as part of a "Media Coalition" of thirteen media companies, submitted a motion and an accompanying memorandum of law to intervene and unseal those two sentences related to the severance motion, citing ECF Nos. 136, 137, and 251-1. (*See* ECF Nos. 282, 283.) No responses were submitted by the deadline of April 10, 2024, or subsequently. In a letter dated April 15, 2024, the Media Coalition requested that its motion be granted as unopposed. (*See* ECF No. 324.)

The Court grants the Media Coalition's motion as unopposed. Menendez is directed to file ECF No. 251-1 with the two sentences at issue unsealed.[1]

Dated: New York, New York
April 16, 2024

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.

---

[1] ECF No. 136 contains no redacted material. ECF No. 251-1 is a less redacted version of ECF No. 137.