UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  (S4) 23-Cr-490 (SHS)

    -v-  :

ROBERT MENENDEZ, NADINE MENENDEZ,  :  ORDER
WAEL HANA, and FRED DAIBES,
                                                          :
             Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court will hold a pretrial conference on April 17, 2024, at 10:00 a.m. in Courtroom 23A to discuss the proposed stipulation and the timing of the trial.

Dated: New York, New York
       April 16, 2024

                                                               SO ORDERED:

                                                               Sidney H. Stein, U.S.D.J.