

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 19, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Menendez, et al.*,
           S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter to notify the Court and the defendants that the Government has filed with the Classified Information Security Officer a classified motion *in camera* and under seal, but not *ex parte*, pursuant to Section 6(a) of the Classified Information Procedures Act.

                             Respectfully submitted,

                             DAMIAN WILLIAMS
                             United States Attorney

            By:    s/ Eli J. Mark
                   Eli J. Mark
                   Daniel C. Richenthal
                   Assistant United States Attorneys
                   (212) 637-2431/2109

                   MATTHEW G. OLSEN
                   Assistant Attorney General
                   National Security Division

            By:    s/ Christina A. Clark
                   Christina A. Clark
                   Trial Attorney
                   (202) 307-5791

cc:    (by ECF)

       Counsel of Record