

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 26, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Menendez, et al.*,
           S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter to notify the Court and the defendants that the Government has filed with the Classified Information Security Officer a classified submission *in camera* and under seal, but not *ex parte*, in support of its motion pursuant to Section 6(a) of the Classified Information Procedures Act.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   s/ Eli J. Mark
        Eli J. Mark
        Daniel C. Richenthal
        Assistant United States Attorneys
        (212) 637-2431/2109

        MATTHEW G. OLSEN
        Assistant Attorney General
        National Security Division

By:   s/ Christina A. Clark
        Christina A. Clark
        Trial Attorney
        (202) 307-5791

cc:    (by ECF)

       Counsel of Record