UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    *-v.-*

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana," and
FRED DAIBES,

             Defendants.

S4 23 Cr. 490 (SHS)

## <u>VERDICT SHEET</u>

Please indicate your verdict with a check mark (✔).

**<u>COUNT ONE</u>:**           **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:    Guilty _____        Not Guilty _____

WAEL HANA:           Guilty _____        Not Guilty _____

FRED DAIBES:         Guilty _____         Not Guilty _____

**<u>COUNT TWO</u>:**           **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:    Guilty _____        Not Guilty _____

WAEL HANA:           Guilty _____        Not Guilty _____

FRED DAIBES:         Guilty _____         Not Guilty _____

**<u>COUNT THREE</u>:**       **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:    Guilty _____        Not Guilty _____

**COUNT FOUR:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:  Guilty _____    Not Guilty _____

FRED DAIBES:    Guilty _____    Not Guilty _____


**COUNT FIVE:**     **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:  Guilty _____    Not Guilty _____


**COUNT SIX:**     **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:    Guilty _____    Not Guilty _____

FRED DAIBES:    Guilty _____    Not Guilty _____


**COUNT SEVEN:**    **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:  Guilty _____    Not Guilty _____

WAEL HANA:    Guilty _____    Not Guilty _____

FRED DAIBES:    Guilty _____    Not Guilty _____


**COUNT EIGHT:**    **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:  Guilty _____    Not Guilty _____


**COUNT NINE:**    **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:  Guilty _____    Not Guilty _____

WAEL HANA:    Guilty _____    Not Guilty _____

**COUNT TEN:**               **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____


**COUNT ELEVEN:**            **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____


**COUNT TWELVE:**           **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:                  Guilty _____        Not Guilty _____


**COUNT THIRTEEN:**        **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

FRED DAIBES:                  Guilty _____        Not Guilty _____


**COUNT FOURTEEN:**       **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____


**COUNT FIFTEEN:**          **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

WAEL HANA:                    Guilty _____        Not Guilty _____

**COUNT SIXTEEN:**          **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____


**COUNT SEVENTEEN:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

**<u>COUNT EIGHTEEN</u>:**        **Obstruction of Justice**

ROBERT MENENDEZ:        Guilty _____        Not Guilty _____

_____
Foreperson

_____
Date and Time