UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| ROBERT MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES, | : | ORDER |
| Defendants. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The argument scheduled for today is adjourned to 5:00 p.m.

Dated: New York, New York
July 2, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.