UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -*v.*-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana,"
and FRED DAIBES,

             Defendants.

S4 23 Cr. 490 (SHS)

VERDICT SHEET

---

## **VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**       **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:     Guilty_____       Not Guilty _____

WAEL HANA:           Guilty_____       Not Guilty _____

FRED DAIBES:         Guilty_____       Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____     Not Released on Bond _____

**COUNT TWO:**       **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:     Guilty_____       Not Guilty _____

WAEL HANA:           Guilty_____       Not Guilty _____

FRED DAIBES:         Guilty_____       Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____     Not Released on Bond _____

**COUNT THREE:**         **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:      Guilty_____        Not Guilty _____

**COUNT FOUR:**          **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:      Guilty_____        Not Guilty _____

FRED DAIBES:          Guilty_____        Not Guilty _____

**COUNT FIVE:**          **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:      Guilty_____        Not Guilty _____

**COUNT SIX:**           **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:            Guilty_____        Not Guilty _____

FRED DAIBES:          Guilty_____        Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

                    Released on Bond_____   Not Released on Bond _____

**COUNT SEVEN:**         **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:      Guilty_____        Not Guilty _____

WAEL HANA:            Guilty_____        Not Guilty _____

FRED DAIBES:          Guilty_____        Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

                    Released on Bond_____   Not Released on Bond _____

**COUNT EIGHT:**   **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

**COUNT NINE:**   **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

WAEL HANA:   Guilty_____   Not Guilty _____

**COUNT TEN:**   **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

**COUNT ELEVEN:**   **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

**COUNT TWELVE:**   **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:   Guilty_____   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____   Not Released on Bond _____

**COUNT THIRTEEN:**   **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

FRED DAIBES:   Guilty_____   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____   Not Released on Bond _____

3

**COUNT FOURTEEN:**  **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

**COUNT FIFTEEN:**  **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

WAEL HANA:   Guilty _____   Not Guilty _____

**COUNT SIXTEEN:**  **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

**COUNT SEVENTEEN:**  **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

**COUNT EIGHTEEN:**  **Obstruction of Justice**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

You have completed the verdict form. Please sign the verdict form and return to the courtroom.

New York, New York

July \_\_\_\_\_, 2024

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____