UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana,"
and FRED DAIBES,

                 Defendants.

S4 23 Cr. 490 (SHS)

VERDICT SHEET

## VERDICT SHEET

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**     **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:     Guilty ✓     Not Guilty _____

WAEL HANA:     Guilty ✓     Not Guilty _____

FRED DAIBES:     Guilty ✓     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond ✓     Not Released on Bond _____

**COUNT TWO:**     **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:     Guilty ✓     Not Guilty _____

WAEL HANA:     Guilty ✓     Not Guilty _____

FRED DAIBES:     Guilty ✓     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond ✓     Not Released on Bond _____

**COUNT THREE:**     **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:     Guilty __✓__     Not Guilty _____

**COUNT FOUR:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty __✓__     Not Guilty _____

FRED DAIBES:     Guilty __✓__     Not Guilty _____

**COUNT FIVE:**     **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty __✓__     Not Guilty _____

**COUNT SIX:**     **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:     Guilty __✓__     Not Guilty _____

FRED DAIBES:     Guilty __✓__     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond __✓__     Not Released on Bond _____

**COUNT SEVEN:**     **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty __✓__     Not Guilty _____

WAEL HANA:     Guilty __✓__     Not Guilty _____

FRED DAIBES:     Guilty __✓__     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond __✓__     Not Released on Bond _____

2

**COUNT EIGHT:**  Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt

ROBERT MENENDEZ:   Guilty ✓     Not Guilty _____

**COUNT NINE:**  Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates

ROBERT MENENDEZ:   Guilty ✓     Not Guilty _____

WAEL HANA:   Guilty ✓     Not Guilty _____

**COUNT TEN:**  Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates

ROBERT MENENDEZ:   Guilty ✓     Not Guilty _____

**COUNT ELEVEN:**  Bribery – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:   Guilty ✓     Not Guilty _____

**COUNT TWELVE:**  Bribery – Actions to Benefit Fred Daibes and Qatar

FRED DAIBES:   Guilty ✓     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓     Not Released on Bond _____

**COUNT THIRTEEN:**  Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:   Guilty ✓     Not Guilty _____

FRED DAIBES:   Guilty ✓     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓     Not Released on Bond _____

3

**COUNT FOURTEEN:**   Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

**COUNT FIFTEEN:**   Conspiracy For a Public Official to Act as a Foreign Agent

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

WAEL HANA:   Guilty ✓   Not Guilty _____

**COUNT SIXTEEN:**   Public Official Acting as a Foreign Agent

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

**COUNT SEVENTEEN:**   Conspiracy to Commit Obstruction of Justice

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

**COUNT EIGHTEEN:**   Obstruction of Justice

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

You have completed the verdict form. Please sign the verdict form and return to the courtroom.

New York, New York

July 16, 2024



4