O7F3MENF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                                    23 Cr. 490 (SHS)

ROBERT MENENDEZ,
WAEL HANA, a/k/a "Will Hana,"
and FRED DAIBES,

        Defendants.
                                            Trial
------------------------------x

                                                  New York, N.Y.
                                                  July 16, 2024
                                                  9:30 a.m.


Before:

                      HON. SIDNEY H. STEIN,

                                            District Judge
                                            -and a Jury-

                            APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY: DANIEL C. RICHENTHAL
     ELI J. MARK
     CATHERINE E. GHOSH
     Assistant United States Attorneys

O7F3MENF

APPEARANCES CONTINUED

PAUL HASTINGS LLP
     Attorneys for Defendant Menendez
BY:  ADAM FEE
     AVI WEITZMAN
     RITA FISHMAN

GIBBONS, P.C.
     Attorneys for Defendant Hana
BY:  LAWRENCE S. LUSTBERG
     ANNE M. COLLART
     RICARDO SOLANO, Jr.

CESAR DE CASTRO
SETH H. AGATA
SHANNON M. McMANUS
     Attorneys for Defendant Daibes

Also Present:
Bachar Alhalabi, Interpreter (Arabic)
Rodina Mikhail, Interpreter (Arabic)

1           (Trial resumed; jury not present)
2           THE COURT:  Bring the jury in.
3           (Jury present.  Time noted 9:50 a.m.)
4           THE COURT:  Good morning, ladies and gentlemen.
5   Welcome.  I now see you're here.  You may continue with your
6   deliberations.  We're here.
7           (Jury continues deliberations.  Time noted 9:51 a.m.)
8           (Recess pending verdict)
9           (At 12:33 p.m. a verdict was reached)
10          THE COURT:  We have a note from the jury.  It's Court
11  Exhibit No. 8 at 12:33 p.m.  "We have a verdict."
12          Bring the jury in.  I want no exclamations or
13  outbursts of any sort.  The quiet should reflect the solemnity
14  of the occasion.
15          (Jury present.  Time noted 12:51 p.m.)
16          THE COURT:  You may be seated in the courtroom.
17          THE DEPUTY CLERK:  Ladies and gentlemen of the jury,
18  please answer to your presence when your number is called.
19          (Roll called; each juror answered in the affirmative)
20          THE DEPUTY CLERK:  All jurors are present.
21          THE COURT:  Foreperson, has the jury reached a
22  verdict?
23          THE FOREPERSON:  We have, your Honor.
24          THE COURT:  Please hand the verdict to my deputy.  I
25  will inspect it for regularity.

1            I'm returning the verdict sheet to my deputy to return
2    it to the foreperson.
3            Madam Foreperson, if you would please rise.
4            THE DEPUTY CLERK:  In the matter of United States of
5    America v. Robert Menendez, Wael Hana, and Fred Daibes, 23 Cr.
6    490.
7            As to Count One, conspiracy to commit bribery.
8            How do you find the defendant Robert Menendez, guilty
9    or not guilty?
10           THE FOREPERSON:  Guilty.
11           THE DEPUTY CLERK:  How do you find defendant Wael
12   Hana, guilty or not guilty?
13           THE FOREPERSON:  Guilty.
14           THE DEPUTY CLERK:  How do you find the defendant Fred
15   Daibes, guilty or not guilty?
16           THE FOREPERSON:  Guilty.
17           THE DEPUTY CLERK:  If you have found defendant Fred
18   Daibes guilty of Count One, indicate whether he was released on
19   an appearance bond at the time of the offense.
20           THE FOREPERSON:  Released on bond.
21           THE DEPUTY CLERK:  As to Count Two, conspiracy to
22   commit honest services wire fraud.
23           As to Robert Menendez, guilty or not guilty?
24           THE FOREPERSON:  Guilty.
25           THE DEPUTY CLERK:  As to Wael Hana, guilty or not

1   guilty?
2            THE FOREPERSON:  Guilty.
3            THE DEPUTY CLERK:  As to Fred Daibes, guilty or not
4   guilty?
5            THE FOREPERSON:  Guilty.
6            THE DEPUTY CLERK:  Please indicate whether Fred Daibes
7   was released on an appearance bond at the time of the offense.
8            THE FOREPERSON:  Released on bond.
9            THE DEPUTY CLERK:  As to Count Three, conspiracy to
10  commit extortion under color of official right.
11           How do you find defendant Robert Menendez, guilty or
12  not guilty?
13           THE FOREPERSON:  Guilty.
14           THE DEPUTY CLERK:  As to Count Four, conspiracy to
15  commit obstruction of justice.
16           How do you find defendant Robert Menendez, guilty or
17  not guilty?
18           THE FOREPERSON:  Guilty.
19           THE DEPUTY CLERK:  How do you find defendant Fred
20  Daibes, guilty or not guilty?
21           THE FOREPERSON:  Guilty.
22           THE DEPUTY CLERK:  As to Count Five, bribery --
23  actions to benefit Wael Hana and Egypt.
24           How do you find defendant Robert Menendez, guilty or
25  not guilty?

1            THE FOREPERSON:  Guilty.

2            THE DEPUTY CLERK:  As to Count Six, bribery -- actions

3   to benefit Wael Hana and Egypt.

4            As to Wael Hana, guilty or not guilty?

5            THE FOREPERSON:  Guilty.

6            THE DEPUTY CLERK:  As to Fred Daibes, guilty or not

7   guilty?

8            THE FOREPERSON:  Guilty.

9            THE DEPUTY CLERK:  Have you found that Fred Daibes was

10  released on an appearance bond or not released on a bond?

11           THE FOREPERSON:  Released on bond.

12           THE DEPUTY CLERK:  As to Count Seven, honest services

13  wire fraud -- actions to benefit Wael Hana and Egypt.

14           As to defendant Robert Menendez, guilty or not guilty?

15           THE FOREPERSON:  Guilty.

16           THE DEPUTY CLERK:  As to defendant Wael Hana, guilty

17  or not guilty?

18           THE FOREPERSON:  Guilty.

19           THE DEPUTY CLERK:  As to defendant Fred Daibes, guilty

20  or not guilty?

21           THE FOREPERSON:  Guilty.

22           THE DEPUTY CLERK:  Indicate whether Fred Daibes was

23  released on an appearance bond.

24           THE FOREPERSON:  Released on bond.

25           THE DEPUTY CLERK:  As to Count Eight, extortion under

1  color of official right -- actions to benefit Wael Hana and
2  Egypt.
3           As to Robert Menendez, how do you find the defendant,
4  guilty or not guilty?
5           THE FOREPERSON:  Guilty.
6           THE DEPUTY CLERK:  As to Count Nine, honest services
7  wire fraud -- actions to benefit Jose Uribe and Uribe's
8  associates.
9           How do you find defendant Robert Menendez, guilty or
10 not guilty?
11          THE FOREPERSON:  Guilty.
12          THE DEPUTY CLERK:  How do you find defendant Wael
13 Hana, guilty or not guilty?
14          THE FOREPERSON:  Guilty.
15          THE DEPUTY CLERK:  As to Count Ten, extortion under
16 color of official right -- actions to benefit Jose Uribe and
17 Uribe's associates.
18          How do you find defendant Robert Menendez, guilty or
19 not guilty?
20          THE FOREPERSON:  Guilty.
21          THE DEPUTY CLERK:  As to Count Eleven, bribery --
22 actions to benefit Fred Daibes and Qatar.
23          How do you find defendant Robert Menendez, guilty or
24 not guilty?
25          THE FOREPERSON:  Guilty.

```
 1              THE DEPUTY CLERK:  As to Count Twelve, bribery --
 2   actions to benefit Fred Daibes and Qatar.
 3              How do you find the defendant Fred Daibes, guilty or
 4   not guilty?
 5              THE FOREPERSON:  Guilty.
 6              THE DEPUTY CLERK:  Indicate whether Daibes was
 7   released on an appearance bond at the time of the offense or
 8   not released on bond.
 9              THE FOREPERSON:  Released on bond.
10              THE DEPUTY CLERK:  As to Count Thirteen, honest
11   services wire fraud -- actions to benefit Fred Daibes and
12   Qatar.
13              How do you find defendant Robert Menendez, guilty or
14   not guilty?
15              THE FOREPERSON:  Guilty.
16              THE DEPUTY CLERK:  How do you find defendant Fred
17   Daibes, guilty or not guilty?
18              THE FOREPERSON:  Guilty.
19              THE DEPUTY CLERK:  Indicate whether Fred Daibes was
20   released on an appearance bond at the time of the offense or
21   not released on bond.
22              THE FOREPERSON:  Released on bond.
23              THE DEPUTY CLERK:  Count Fourteen, actions to benefit
24   Fred Daibes and Qatar.
25              How do you find defendant Robert Menendez, guilty or
```

1    not guilty?
2             THE FOREPERSON:  Guilty.
3             THE DEPUTY CLERK:  As to Count Fifteen, conspiracy for
4    a public official to act as a foreign agent.
5             How do you find the defendant Robert Menendez, guilty
6    or not guilty?
7             THE FOREPERSON:  Guilty.
8             THE DEPUTY CLERK:  How do you find defendant Wael
9    Hana, guilty or not guilty?
10            THE FOREPERSON:  Guilty.
11            THE DEPUTY CLERK:  As to Count Sixteen, public
12   official acting as a foreign agent.
13            How do you find defendant Robert Menendez, guilty or
14   not guilty?
15            THE FOREPERSON:  Guilty.
16            THE DEPUTY CLERK:  As to Count Seventeen, conspiracy
17   to commit obstruction of justice.
18            How do you find defendant Robert Menendez, guilty or
19   not guilty?
20            THE FOREPERSON:  Guilty.
21            THE DEPUTY CLERK:  As to Count Eighteen, obstruction
22   of justice.
23            How do you find defendant Robert Menendez, guilty or
24   not guilty?
25            THE FOREPERSON:  Guilty.

1        THE COURT:  Please be seated, Foreperson, and hand the
2   verdict sheet to my deputy.
3        THE DEPUTY CLERK:  Ladies and gentlemen of the jury,
4   please listen to your verdict as it stands recorded.
5        United States of America v. Robert Menendez, Wael
6   Hana, and Fred Daibes.  23 Cr. 490.
7        As to Count One, conspiracy to commit bribery.  You
8   find defendant Robert Menendez guilty.  You find defendant Wael
9   Hana guilty.  You find defendant Fred Daibes guilty.  You found
10  that Fred Daibes was released on bond at the time of the
11  offense.
12       As to Count Two, conspiracy to commit honest services
13  wire fraud.  You found the defendant Robert Menendez guilty.
14  You found the defendant Wael Hana guilty.  You found the
15  defendant Fred Daibes guilty.  You found that Fred Daibes was
16  released on an appearance bond at the time of the offense.
17       As to Count Three, conspiracy to commit extortion
18  under color of official right.  You found defendant Robert
19  Menendez guilty.
20       As to Count Four, conspiracy to commit obstruction of
21  justice.  As to Robert Menendez, you found the defendant
22  guilty.  As to Fred Daibes, you found him guilty.
23       As to Count Five, bribery to benefit Wael Hana and
24  Egypt.  You found defendant Robert Menendez guilty.
25       As to Count Six, bribery -- actions to benefit Wael

Hana and Egypt.  You found defendant Wael Hana guilty.  You found defendant Fred Daibes guilty.  You found Fred Daibes guilty of Count Six at the time of the offense released on bond.

As to Count Seven, honest services wire fraud -- actions to benefit Wael Hana and Egypt.  You found defendant Robert Menendez guilty.  You found defendant Wael Hana guilty.  You found defendant Fred Daibes guilty.  You found Fred Daibes guilty of Count Seven that he was released on an appearance bond at the time of the offense.

As to Count Eight, extortion under color of official right -- actions to benefit Wael Hana and Egypt.  You found defendant Robert Menendez guilty.

As to Count Nine, honest services wire fraud -- actions to benefit Jose Uribe and Uribe's associates.  You found defendant Robert Menendez guilty.  You found defendant Wael Hana guilty.

As to Count Ten, extortion under color of official right -- actions to benefit Jose Uribe and Uribe's associates, you found defendant Robert Menendez guilty.

As to Count Eleven, bribery -- actions to benefit Fred Daibes and Qatar.  You found defendant Robert Menendez guilty.

As to Count Twelve, bribery -- actions to benefit Fred Daibes and Qatar.  You found defendant Fred Daibes guilty.  You found Fred Daibes guilty that he was released on an appearance

1  bond at the time of the offense.
2              As to Count Thirteen, honest services wire fraud --
3  actions to benefit Fred Daibes and Qatar.  You found defendant
4  Robert Menendez guilty.  You found defendant Fred Daibes
5  guilty.  As to defendant Fred Daibes, you found that he was
6  released on an appearance bond at the time of the offense.
7              Count Fourteen, extortion under color of official
8  right -- actions to benefit Fred Daibes and Qatar.  As to
9  Robert Menendez, you found the defendant guilty.
10             As to Count Fifteen, conspiracy for a public official
11 to act as a foreign agent.  You found defendant Robert Menendez
12 guilty.  You found defendant Wael Hana guilty.
13             As to Count Sixteen, public official acting as a
14 foreign agent.  You found defendant Robert Menendez guilty.
15             As to Count Seventeen, conspiracy to commit
16 obstruction of justice.  You found defendant Robert Menendez
17 guilty.
18             As to Count Eighteen, obstruction of justice.  You
19 found defendant Robert Menendez guilty.
20             THE COURT:  Deputy, please poll this jury.
21             THE DEPUTY CLERK:  Juror No. 1, is that your verdict?
22             JUROR NO. 1:  Yes, it is.
23             THE DEPUTY CLERK:  Juror No. 2, is that your verdict?
24             JUROR NO. 2:  Yes.
25             THE DEPUTY CLERK:  Juror No. 3, is that your verdict?

1            JUROR NO. 3:  Yes.
2            THE DEPUTY CLERK:  Juror No. 4, is that your verdict?
3            JUROR NO. 4:  Yes.
4            THE DEPUTY CLERK:  Juror No. 5, is that your verdict?
5            JUROR NO. 5:  Yes.
6            THE DEPUTY CLERK:  Juror No. 6, is that your verdict?
7            JUROR NO. 6:  Yes.
8            THE DEPUTY CLERK:  Juror No. 7, is that your verdict?
9            JUROR NO. 7:  Yes.
10           THE DEPUTY CLERK:  Juror No. 8, is that your verdict?
11           JUROR NO. 8:  Yes.
12           THE DEPUTY CLERK:   Juror No. 9, is that your verdict?
13           JUROR NO. 9:  Yes.
14           THE DEPUTY CLERK:  Juror No. 10, is that your verdict?
15           JUROR NO. 10:  Yes.
16           THE DEPUTY CLERK:  Juror No. 11, is that your verdict?
17           JUROR NO. 11:  Yes.
18           THE DEPUTY CLERK:  Juror No. 12, is that your verdict?
19           JUROR NO. 12:  Yes.
20           THE DEPUTY CLERK:  Jury polled, your Honor.  Verdict
21   unanimous.
22           THE COURT:  I'm handing you the verdict sheet and I'm
23   directing you to file and record the verdict.
24           Ladies and gentlemen of the jury, your duty now is
25   completed.  You've been here every day the court has been open

1    since May 13.  You've been extraordinary in fulfilling your
2    obligations.  As I've said on more than one occasion, you were
3    here on time, you listened to the testimony, some of you took
4    notes.  You, from my standpoint, observing you, you were
5    following the testimony assiduously, and I know you've taken
6    your obligations very seriously.
7             I appreciate your having been available and willing to
8    undertake jury duty.  And it turned out to be an extensive
9    period of time, longer than I had projected.  I think
10   originally we were talking about six to seven weeks, and it's
11   been nine weeks.
12            I very much appreciate your service, as I know my
13   staff does, and as I know all of the attorneys here do and the
14   parties as well.  Again, everyone appreciates your service to
15   the court.
16            Ladies and gentlemen, you are discharged with the
17   appreciation of the Court, my staff, the attorneys, and the
18   parties.  You are excused.
19            (Jury dismissed.  Time noted 1:06 p.m.)
20            THE COURT:  I'm setting the sentencing date at this
21   time as October 29, 2 p.m. for Mr. Hana, 2:45 p.m. for
22   Mr. Daibes, 3:30 p.m. for Mr. Menendez.
23            Are there any motions that the parties wish to make at
24   this time or any applications?
25            MR. RICHENTHAL:  Your Honor, we have no proposed

1    change in bail conditions for Mr. Menendez and for Mr. Daibes.

2             With respect to Mr. Hana, we propose that the current
3    bond be additionally secured, and the parties had a chance to
4    confer and I can list out the additional security. That part
5    is on consent.

6             The part that isn't is Mr. Hana, as I think the Court
7    is aware, is currently released on GPS monitoring with a curfew
8    and with various places and times he's available to be outside
9    of his home.

10            At this time, in light of the jury's verdict, we move
11   that he be transferred from home detention with a curfew to
12   home incarceration, that is, not permitted to leave his
13   residence except for specified purposes and with prior consent
14   from pretrial services.

15            THE COURT: So the request of the government is to
16   change from home detention to home incarceration.

17            MR. RICHENTHAL: That is no more curfew, that's
18   correct. He must remain at home except for certain
19   circumstances, permitted to go to court, permitted to meet with
20   counsel, permitted to have necessary medical visits, and
21   effectively nothing else.

22            THE COURT: He's on GPS monitoring you say.
23   Mr. Richenthal, he has GPS monitoring?

24            MR. RICHENTHAL: He does, your Honor.

25            THE COURT: Mr. Lustberg.

1    MR. LUSTBERG:  Thank you, your Honor.  We oppose, we
2   did agree with the government with the posting of additional
3   security.
4    THE COURT:  I haven't heard that.  What's the
5   additional security?
6    MR. RICHENTHAL:  The additional security on the
7   bond -- this part is on consent.  I think there may be a
8   dispute about home incarceration.
9    The additional security would be, beyond the security
10  already, that Mr. Hana would post or provide to his attorney to
11  put in escrow approximately $237,000 worth of 1-kilogram gold
12  bars.  As well as all or substantially all of his watch
13  collection, specifically 12 Rolexes, one Chronoswiss, and one
14  Concord.
15   Specifically, your Honor, and this may be an easier
16  way to do it, it is the items listed in Government
17  Exhibit 3K-2.  That's the additional security.  There is
18  already substantial security on the bond.
19   THE COURT:  Let me hear from Mr. Lustberg.
20   MR. LUSTBERG:  Thank you, your Honor.  So with respect
21  to that additional security, we discussed it with the
22  government and do not oppose that aspect of the application.
23   I should note, your Honor, just to remind the Court,
24  Mr. Hana was, when this matter was first indicted, Mr. Hana was
25  in Egypt.  He voluntarily, as it were, came to the United

1    States to face these charges.
2            Since that time, he's been, as the Court noted, under
3    a house arrest type situation with GPS monitoring subject to
4    various curfews.  He has consistently --
5            THE COURT:  What is the curfew imposed?
6            MR. LUSTBERG:  The current curfew I believe is from 8
7    in the morning until 9 in the evening.  It was originally 8 to
8    8 and on application this Court allowed him to stay out an
9    additional hour until 9.  And that was also subject to being
10   relaxed at the discretion --
11           THE COURT:  So the curfew is the reverse, that is
12   9 p.m. to 8 a.m.
13           MR. LUSTBERG:  No.  I'm sorry, correct.
14           THE COURT:  Go ahead.
15           MR. LUSTBERG:  He has been in absolute 100 percent
16   perfect compliance with those conditions of release.  As the
17   Court is very well aware, he's appeared every single day for
18   trial.
19           THE COURT:  This is what I'm going to do.  He's under
20   GPS monitoring.  I take it, Mr. Lustberg, either you or
21   pretrial services have his passports and travel documents?
22           MR. LUSTBERG:  Pretrial services has those, your
23   Honor.
24           THE COURT:  For both Egypt and the United States?  I
25   think he's a citizen of both.

1     MR. LUSTBERG:  He does not actually have travel
2  documents for Egypt.  And so there are none anywhere.  But,
3  yes, his U.S. travel documents are in the possession of
4  pretrial services.
5     THE COURT:  I'm going to impose all of the conditions
6  that have been imposed up to now.  We'll keep the curfew at
7  9 p.m. to 8 a.m.  I'm going to keep it at home detention with
8  the increased security to be those items in Government
9  Exhibit 3K-2 to be posted within 72 hours of today.  Otherwise
10  it's home detention.  I think that's appropriate.
11     Anything else?
12     MR. RICHENTHAL:  Can I ask the Court to consider one
13  modification to the curfew?
14     THE COURT:  Go ahead.
15     MR. RICHENTHAL:  Right now as I understand it, it is
16  seven days a week.  It is substantially more difficult to
17  enforce a curfew on a weekend, just given personnel issues.
18     Would the Court consider having home incarceration
19  over the weekend?
20     THE COURT:  I think that makes sense.  I've had that
21  issue before with the monitoring personnel.
22     Mr. Lustberg, that's my inclination.  In other words,
23  have him stay at home on the weekends.
24     MR. LUSTBERG:  Other than the specified reasons, such
25  as, for example, if he has to -- and I would ask for one other

1   one -- he be permitted to attend any religious observations on
2   weekends, which I think is typically --
3            THE COURT:  That's fair.  But I want it to be clear.
4   On weekends, it's going to be home incarceration.  With the
5   terms of home incarceration, there are exceptions even within
6   home incarceration.  So whatever those exceptions are.  I
7   certainly think they include religious observations.
8            MR. LUSTBERG:  Thank you.
9            THE COURT:  So again, just to be clear, home detention
10  except on weekends where it will be home incarceration.  During
11  the weekday, the curfew is 9 p.m. to 8 a.m. and throughout he's
12  to be on GPS monitoring.  And the increase in security is those
13  physical items set forth in Government Exhibit 3K-2.
14           Anything else?
15           MR. RICHENTHAL:  No, your Honor.
16           MR. FEE:  Your Honor, we're going to reserve under
17  Rules 29 and 33.  We'll make post-verdict filings in writing in
18  the time period set forth in the rules.
19           THE COURT:  Set forth in the rules?
20           MR. FEE:  Yes.
21           THE COURT:  Fine.  I understand that.
22           MR. LUSTBERG:  I was going to request, given the
23  length of the trial, the complication of the record, the rules
24  require filings under Rule 29 and 33 within 14 days.  I was
25  going to request we be --

O7F3MENF

1              THE COURT:  Is there any objection to extending it for
2     30 days, that is until August 19?
3              Any objection?
4              MR. RICHENTHAL:  No, your Honor.
5              THE COURT:  But I want to be clear about this.  The
6     14-day limit for post-judgment motions is extended until
7     August 19.
8              Anything else?
9              MR. RICHENTHAL:  Not from the government.
10             THE COURT:  Thank you.  I thank everybody.  It was
11    very well tried.  I know all of the parties, all of the
12    attorneys devoted a great deal of time and effort to this.
13    From the standpoint of the Court, it was a well-tried case all
14    around.  Thank you.
15             (Adjourned)