

October 26, 2024

_**VIA ECF**_

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**  _**United States v. Robert Menendez, et al.,**_ **S4 23 Cr. 490 (SHS)**

Dear Judge Stein:

We write on behalf of Senator Menendez to respectfully request a two-week extension of the Probation Department's current November 8, 2024 deadline to submit its Presentence Report ("PSR") in order to provide defense counsel additional time to provide Senator Menendez's objections to the Probation Department's PSR, which are due 14 days before the PSR is due to the Court.  There are significant factual and legal issues in connection with the draft PSR that require additional time for defense counsel to prepare objections.

We have been asked to make this request by US Probation Officer Specialist Nick Dimaria.  We do not expect that this request would affect the current sentencing date of January 29, 2025.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ _Avi Weitzman_
Avi Weitzman
Adam Fee

_Attorneys for Defendant Robert Menendez_