UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ,
WAEL HANA, and FRED DAIBES,

Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

Pursuant to the Amended Standing Order of the Southern District of New York entitled "In the Matter of Standardizing Dates for the Preparation of Pre-Sentence Investigation Reports" dated May 29, 2014, the Probation Office filed its initial disclosure of the Pre-Sentence Investigative Report ("PSR") with the parties on September 6. Menendez's last date in which to file objections to that preliminary PSR was September 20, more than one month ago. (*See* Amended Standing Order § (4).) Despite requests from the Probation Officer assigned to this defendant, no objections have been filed with the Probation Office to date. On Saturday, Menendez's counsel filed a request seeking yet additional time in which to file any objections. (ECF No. 624.)

Menendez is directed to provide the Probation Office with any objections to the preliminary PSR by November 11. The dates set forth in the Court's Order dated September 23, 2024 (ECF No. 617) remain as set.

Dated: New York, New York
       October 28, 2024

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.