# Exhibit A-1

| | | | | | | |
|---|---|---|---|---|---|---|
| 422 | Native Messages | +15163951745 Mon Fiance Parfait* | +12012908400 Bob Menendez* (owner) | Timestamp: 1/28/2022 12:33:10 PM(UTC-5) | **Direction:** Incoming<br>**Body:** WOW<br><br>**Participants:**<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| +12012908400 Bob Menendez | | 1/28/2022 12:33:25 PM(UTC-5) | |<br><br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x611F2A7 (Table: message, handle, chat; Size: 153837568 bytes)<br>**Service Identifier:**<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |
| 423 | Native Messages | +12012908400 Bob Menendez* (owner) | +15163951745 Mon Fiance Parfait* | Timestamp: 1/28/2022 12:30:35 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** https://amp.cnn.com/cnn/2022/01/25/politics/us-arms-sales-egypt/index.html<br><br>**Participants:**<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| +15163951745 Mon Fiance Parfait | 1/28/2022 12:30:38 PM(UTC-5) | 1/28/2022 12:32:55 PM(UTC-5) | |<br><br>**Attachments:**<br><br>DE1B969C-BB7E-44CD-880D-CBB59B984B1E.pluginPayloadAttachment<br>~/Library/SMS/Attachments/1d/13/A26F213E-54DC-4F08-AB5B-9DAF72966EEC/DE1B969C-BB7E-44CD-880D-CBB59B984B1E.pluginPayloadAttachment<br><br>3D2EA963-3FA2-4B67-9EF5-B70A113711FE.pluginPayloadAttachment<br>~/Library/SMS/Attachments/87/07/67737C31-CE29-42D9-A7B7-0530FCA9C7E9/3D2EA963-3FA2-4B67-9EF5-B70A113711FE.pluginPayloadAttachment<br><br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x611F859 (Table: message, chat, attachment, handle; Size: 153837568 bytes)<br>File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/1d/13/A26F213E-54DC-4F08-AB5B-9DAF72966EEC/DE1B969C-BB7E-44CD-880D-CBB59B984B1E.pluginPayloadAttachment :  (Size: 5372 bytes)<br>File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/87/07/67737C31-CE29-42D9-A7B7-0530FCA9C7E9/3D2EA963-3FA2-4B67-9EF5-B70A113711FE.pluginPayloadAttachment :  (Size: 1066394 bytes)<br>**Service Identifier:**<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | |

GOVERNMENT EXHIBIT
A103-10
23 Cr. 490 (SHS)