# Exhibit B-1



# Extraction Report - Cellebrite Reports



## Participants


+12023068581
Jason Tuber*


+12012908400
Bob Menendez* (owner)

## Conversation - Instant Messages (1)

**From:** +12023068581 Jason Tuber
**To:** +12012908400 Bob Menendez (owner)

https://amp.cnn.com/cnn/2022/01/25/politics/us-arms-sales-egypt/index.html

**Attachments:**



Title: 6D50F44B-55A6-473D-A5DC-D7536FE09EA4.pluginPayloadAttachment
Size: 5372
File name: ~/Library/SMS/Attachments/dc/12/273BD66C-9EC2-4041-89DD-A6BBD26B1749/6D50F44B-55A6-473D-A5DC-D7536FE09EA4.pluginPayloadAttachment

~/Library/SMS/Attachments/dc/12/273BD66C-9EC2-4041-89DD-A6BBD26B1749/6D50F44B-55A6-473D-A5DC-D7536FE09EA4.pluginPayloadAttachment



Title: 913421E3-9283-4DA8-9AD0-95A30F43FAC4.pluginPayloadAttachment
Size: 1066395
File name: ~/Library/SMS/Attachments/7b/11/9FF394F0-06E7-4B54-A492-377220902C22/913421E3-9283-4DA8-9AD0-95A30F43FAC4.pluginPayloadAttachment

~/Library/SMS/Attachments/7b/11/9FF394F0-06E7-4B54-A492-377220902C22/913421E3-9283-4DA8-9AD0-95A30F43FAC4.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12012908400 Bob Menendez | | 1/26/2022 5:30:15 PM(UTC-5) | |

**Status:** Read

1/26/2022 5:21:38 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x610A801 (Table: message, handle, attachment, chat; Size: 153837568 bytes)
File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/dc/12/273BD66C-9EC2-4041-89DD-A6BBD26B1749/6D50F44B-55A6-473D-A5DC-D7536FE09EA4.pluginPayloadAttachment :  (Size: 5372 bytes)
File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/7b/11/9FF394F0-06E7-4B54-A492-377220902C22/913421E3-9283-4DA8-9AD0-95A30F43FAC4.pluginPayloadAttachment :  (Size: 1066395 bytes)

GOVERNMENT
EXHIBIT
A120
23 Cr. 490 (SHS)

1