# Exhibit C-2

> From: 15163951745@s.whatsapp.net Nadine Arslanian (owner)
> To: 12013704144@s.whatsapp.net Brother S
>
> Ohhh
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 12013704144@s.whatsapp.net Brother S | 1/28/2022 9:15:22 AM(UTC-5) | 1/28/2022 9:15:22 AM(UTC-5) | |
>
> **Status:** Read
> **Platform:** Mobile
>
> 1/28/2022 9:15:21 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ChatStorage.sqlite : 0x338EE3 (Table: ZWAMESSAGE; Size: 4407296 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2CDD (Size: 14640 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ContactsV2.sqlite : 0x90DA5 (Table: ZWAADDRESSBOOKCONTACT; Size: 733184 bytes)

> From: 12013704144@s.whatsapp.net Brother S
>
> Miss you guys
>
> **Status:** Read
> **Platform:** Mobile
>
> 1/28/2022 9:15:39 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ChatStorage.sqlite : 0x338E5B (Table: ZWAMESSAGE; Size: 4407296 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ContactsV2.sqlite : 0x90DA5 (Table: ZWAADDRESSBOOKCONTACT; Size: 733184 bytes)

> From: 15163951745@s.whatsapp.net Nadine Arslanian (owner)
> To: 12013704144@s.whatsapp.net Brother S
>
> [REDACTED]
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 12013704144@s.whatsapp.net Brother S | 1/28/2022 12:35:55 PM(UTC-5) | 1/28/2022 12:42:31 PM(UTC-5) | |
>
> **Status:** Read
> **Platform:** Mobile
>
> 1/28/2022 12:35:53 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008020-0004748036F1002E_files_full.zp/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ChatStorage.sqlite : 0x33EF7E (Table: ZWAMESSAGE; Size: 4407296 bytes)
00008020-0004748036F1002E_files_full.zp/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2CDD (Size: 14640 bytes)
00008020-0004748036F1002E_files_full.zp/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ContactsV2.sqlite : 0x90DA5 (Table: ZWAADDRESSBOOKCONTACT; Size: 733184 bytes)

**GOVERNMENT EXHIBIT B207-1**
23 Cr. 490 (SHS)

166

SUBJECT TO PROTECTIVE ORDER-- PROTECTED

SDNY_00071664

From: 15163951745@s.whatsapp.net Nadine Arslanian (owner)
To: 12013704144@s.whatsapp.net Brother S

I text it to you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12013704144@s.whatsapp.net Brother S | 1/28/2022 12:37:01 PM(UTC-5) | 1/28/2022 12:42:31 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/28/2022 12:36:59 PM(UTC-5)

Source Extraction: Legacy
Source Info:
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ChatStorage.sqlite : 0x33EEEE (Table: ZWAMESSAGE; Size: 4407296 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2CDD (Size: 14640 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ContactsV2.sqlite : 0x90DA5 (Table: ZWAADDRESSBOOKCONTACT; Size: 733184 bytes)

From: 15163951745@s.whatsapp.net Nadine Arslanian (owner)
To: 12013704144@s.whatsapp.net Brother S

Did you get the text?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12013704144@s.whatsapp.net Brother S | 1/28/2022 6:36:48 PM(UTC-5) | 1/29/2022 3:52:16 AM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/28/2022 6:36:44 PM(UTC-5)

Source Extraction: Legacy
Source Info:
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ChatStorage.sqlite : 0x33EE5A (Table: ZWAMESSAGE; Size: 4407296 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2CDD (Size: 14640 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ContactsV2.sqlite : 0x90DA5 (Table: ZWAADDRESSBOOKCONTACT; Size: 733184 bytes)

From: 12013704144@s.whatsapp.net Brother S

Yes

**Status:** Read
**Platform:** Mobile

1/29/2022 3:52:22 AM(UTC-5)

Source Extraction: Legacy
Source Info:
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ChatStorage.sqlite : 0x33EDDC (Table: ZWAMESSAGE; Size: 4407296 bytes)
00008020-0004748036F1002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/59C2823A-CF79-4E8D-ADEE-DE2D01A4FAAC/ContactsV2.sqlite : 0x90DA5 (Table: ZWAADDRESSBOOKCONTACT; Size: 733184 bytes)

SUBJECT TO PROTECTIVE ORDER-- PROTECTED                    SDNY_00071665