# Exhibit D-1

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x163B99E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x163B99E (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



**Source Extraction:**
Encrypted Backup 395215

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

GOVERNMENT EXHIBIT
C207-8
23 Cr. 490 (SHS)

547

SDNY_00012217

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679CB2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

Director office of Egyptian affairs in state department "Kathryn Kiser" told our DCM today ▓▓▓▓ ▓▓▓▓ a billion $ of usaid to Egypt before the recess !!!!

Status: Read

Platform: Mobile

9/9/2019 11:48:20 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679CB2 (Table: ZWAMESSAGE; Size: 62464
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER,
bytes)



12027950565@s.whatsapp.net ahmed helme DC

Is this true ?

Status: Read

Platform: Mobile

9/9/2019 11:48:42 PM(UTC+0)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679C33 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

Is this true ?

**Status:** Read

**Platform:** Mobile

9/9/2019 11:48:42 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679C33 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

549

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012219



Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679BB3 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)



550

SUBJECT TO PROTECTIVE ORDER -- PROTECTED    SDNY_00012220

Source Info:

Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679BB3 (Table: ZWAMESSAGE; Size: 62464000 bytes)

Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

ارجوك

**Status:** Read

**Platform:** Mobile

9/9/2019 11:49:27 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679B39 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

551





SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012222

(7590 bytes)



SUBJECT TO PROTECTIVE ORDER -- PROTECTED                    SDNY_00012223



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16A1D81 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16A1D81 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                    SDNY_00012224