Exhibit D-2

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679CB2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION;
Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679CB2 (Table: ZWAMESSAGE; Size: 62464
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER,
bytes)



SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012218

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679C33 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027960565@s.whatsapp.net ahmed helme DC

Is this true ?

Status: Read

Platform: Mobile

9/9/2019 11:48:42 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679C33 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

549

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012219



From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

هلا اسال

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/9/2019 11:49:19 PM(UTC+0) | 9/9/2019 11:49:19 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/9/2019 11:49:15 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679BB3 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

هلا اسال

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/9/2019 11:49:19 PM(UTC+0) | 9/9/2019 11:49:19 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/9/2019 11:49:15 PM(UTC+0)

550

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679BB3 (Table: ZWAMESSAGE; Size: 52464000 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679B39 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

551

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012221



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679B39 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



552

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012222

17590 bytes)



From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

غير صحيح وميعرفش حاجه عنها

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/10/2019 12:05:13 AM(UTC+0) | 9/10/2019 1:12:48 AM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/10/2019 12:05:12 AM(UTC+0)

553

SUBJECT TO PROTECTIVE ORDER -- PROTECTED



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16A1D81 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16A1D81 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

554

SUBJECT TO PROTECTIVE ORDER -- PROTECTED