Exhibit H-2





**Extraction Report** – Apple iCloud (Backup)

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Name:** +15163951745<br>**Start Time:** 3/10/2021 5:48:32 PM(UTC+0)<br>**Last Activity:** 4/23/2022 10:46:28 AM(UTC+0)<br>**Number of attachments:** 6<br>**Source:** Native Messages<br>**Account:** will@iseghalal.com<br>**Source file:** Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x134C38 (Table: chat, message, handle; Size: 1323008 bytes)<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-1.txt<br><br>Participants:<br><br>+15163951745<br> Naden*<br><br>will@iseghalal.com | | 🏷 |



From: +15163951745 Naden
To: will@iseghalal.com (owner)

My brother forgot me yesterday. 😔😔

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/10/2021 5:48:46 PM(UTC +0) | |

Status: Read

3/10/2021 5:48:32 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x5EE28 (Table: message, handle, chat; Size: 1323008 bytes)

**GOVERNMENT
EXHIBIT
C602**

23 Cr. 490 (SHS)

1

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Can you leave the letter in an  sealed envelope in your lobby this way he can maybe pick it up on the way home from the train station.
I'm sooo proud of you 🫶

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/11/2021 10:35:47 PM(UTC+0) | |

**Status:** Read

3/11/2021 10:20:52 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x5E92C (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Will do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/11/2021 10:36:13 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x5E629 (Table: message, chat, handle; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I left the envelope at the front desk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/12/2021 12:06:21 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x5E463 (Table: message, chat, handle; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

With your name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/12/2021 12:07:06 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x5E261 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Thank you .  Be careful tonight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/12/2021 12:44:00 AM(UTC+0) | |

**Status:** Read

3/12/2021 12:43:49 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x5FFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

☺

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/12/2021 12:44:08 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x5FADA (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning . What is Selvia's due date?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/12/202 1 6:56:30 PM(UTC +0) | |

**Status:** Read

3/12/2021 5:06:38 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x5F914 (Table: message, handle, chat; Size: 1323008 bytes)

---

From: will@iseghalal.com (owner)
To: +15163951745 Naden

5/1

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/12/2021 6:56:45 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x5F708 (Table: message, chat, handle; Size: 1323008 bytes)

---

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Do you want to go to flemings with us tonight? If you made plans will see you another day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/12/2021 11:06:20 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/12/2021 11:06:13 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x5F544 (Table: message, handle, chat; Size: 1323008 bytes)

4

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

I made a dinner reservation at lefkes. I am going with dr. Jak and nick. You are more than welcome to come, I will get two tables.

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/12/2021 11:08:02 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x60FC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

We will catch up another night. Enjoy . Stay out of trouble

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +12013704144 | | 3/12/2021 11:10:05 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/12/2021 11:09:52 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x60CF5 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Thanks

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/12/2021 11:10:08 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x60AB6 (Table: message, chat, handle; Size:
1323008 bytes)

5

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Sunday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/12/2021 11:10:12 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x608E6 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Hi. I hope you had fun last night. I made a phone call to two people. I can't seem to get in touch with anybody I don't know if it's because it's a weekend but I don't have a gynecologist yet mine retired I was wondering if Dr. Jack could make A phone call and find out about a serious situation. Or ask his wife.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/13/2021 10:05:44 PM(UTC+0) | |
| will@iseghalal.com | | | |

Status: Read

3/13/2021 10:02:58 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x61FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Thanks
I will call him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/13/2021 10:10:17 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x61B87 (Table: message, chat, handle; Size: 1323008 bytes)



From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Still trying but maybe he can from his wife or he can ask a friend for terminology so that we can make the phone calls tomorrow.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/13/2021 10:41:00 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/13/2021 10:18:59 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6198D (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

http://vaccine.Holyname.org

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/14/20 21 5:20:09 PM(UTC +0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/14/2021 5:19:05 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x62FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

What is your full correct name how do you spell it?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/14/2021 5:22:00 PM(UTC+ 0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/14/2021 5:21:42 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x62AF5 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Wael L Hana

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/14/2021 5:22:19 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x628CD (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

6 pm River palm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/14/20 21 5:46:29 PM(UTC +0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/14/2021 5:39:24 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x626EB (Table: message, handle, chat; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/14/2021 5:46:34 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x621C8 (Table: message, chat, handle; Size:
1323008 bytes)



From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

last night and today the whole day is been dedicated to my brother.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/14/2021 5:56:05 PM(UTC+0) | |
| will@iseghalal.com | | | |

Status: Read

3/14/2021 5:55:45 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x63FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Thanks my sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/14/2021 5:56:15 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x63A8C (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Can you please find out how many weeks pregnant she is. I am speaking to a very
important doctor

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/14/2021 6:10:47 PM(UTC+0) | |
| will@iseghalal.com | | | |

Status: Read

3/14/2021 6:08:26 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x638A0 (Table: message, handle, chat; Size: 1323008 bytes)



From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

30 weeks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/14/2021 6:11:10 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x6361D (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Great!!   You have no idea how many phone calls I have made and fa ours pulled.
You are going to be hopefully happy tonight.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/14/2021 6:15:38 PM(UTC+0) | |
| will@iseghalal.com | | | |

Status: Read

3/14/2021 6:14:59 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x64FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)



| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/14/2021 6:15:50 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x64A11 (Table: message, chat, handle; Size: 1323008 bytes)



From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

On my way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/14/2021 9:40:11 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x64845 (Table: message, chat, handle; Size: 1323008 bytes)

---

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Us too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/14/20 21 9:52:56 PM(UTC +0) | |
| will@iseghalal.com | | | |

Status: Read

3/14/2021 9:52:44 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x64667 (Table: message, handle, chat; Size: 1323008 bytes)

---

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Thank you for a fun dinner .
I love watching both of you laugh.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/15/2021 1:35:48 AM(UTC+0) | |
| will@iseghalal.com | | | |

Status: Read

3/15/2021 1:34:22 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6448F (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Any time sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/15/2021 1:36:16 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x64248 (Table: message, chat, handle; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Don't forget about the driver

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/15/2021 10:38:46 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x65FC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

You are the best!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/15/20 21 10:40:01 PM(UTC +0) | |
| will@iseghalal.com | | | |

Status: Read

3/15/2021 10:39:57 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x65DC2 (Table: message, handle, chat; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/15/2021 10:40:08 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x65BD6 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Good morning. Don't forget your vaccine today. Instead of quarantining for 10 days you can
work hard for an extra 10 days. Ha ha Ha. Have a great day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/16/2021 1:36:01 PM(UTC+0) | |
| will@iseghalal.com | | | |

Status: Read

3/16/2021 1:34:24 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x659FE (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Morning
Thanks 😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/16/2021 1:36:19 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x65426 (Table: message, chat, handle; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Call me when you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/16/2021 2:20:20 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x6523A (Table: message, chat, handle; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

15 graham st

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/16/2021 2:58:23 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x66FC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

31 Schaffer rd

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/16/2021 3:02:45 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x66A20 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Is 15 Graham Street in Alpine or in Cresskill?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/16/202 1 6:02:17 PM(UTC+ 0) | |
| will@iseghalal.com | | | |

Status: Read

3/16/2021 6:01:59 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x67FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Alpine

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/16/2021 6:02:25 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6794C (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/16/20 21 6:15:18 PM(UTC +0) | |
| will@iseghalal.com | | | |

Status: Read

3/16/2021 6:15:08 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x67774 (Table: message, handle, chat; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Do you have a picture of what the house looks like?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/16/2021 6:17:24 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/16/2021 6:17:09 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x675A6 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/16/2021 6:17:30 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6737E (Table: message, chat, handle; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

I will send it after my meeting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/16/2021 6:17:43 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x68FC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

OK I'm looking for the house number there is a dream house , two houses that are very very old that you would not like I'm I'm trying to figure out which one it is

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/16/2021 6:18:29 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/16/2021 6:18:04 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x68DBE (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Ok Good luck with good luck with your meeting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/16/2021 6:18:29 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/16/2021 6:18:09 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-36653FA4D09A/Library/SMS/sms.db : 0x68AA9 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/16/2021 6:18:33 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6888D (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Good morning. I hope you are feeling great and the vaccine went well.

I hope you did not make a date with the nurse that gave you the vaccine. LOL

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +12013704144 | | 3/17/2021 1:33:30 PM(UTC+0) | |
| will@iseghalal.com | | | |

Status: Read

3/17/2021 1:33:18 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x686BF (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Morning


| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/17/2021 1:34:03 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x683D2 (Table: message, chat, handle; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Any update about the driver

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/17/2021 2:01:00 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x681E0 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

I will find out today he did not finish till 1030 last night. I will let you know before the party

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/17/2021 2:07:59 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/17/2021 2:07:47 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x69FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Thanks 😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/17/2021 2:08:05 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x69A50 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

He is in the middle of a hearing and he still has another hearing so as soon as I hear from him I will let you know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/17/2021 2:43:27 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/17/2021 2:43:12 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x6986E (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/17/2021 2:43:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x695C5 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Good morning. Thank you for last night. You are such a troublemaker. LOL
I don't know what happened at the end of the night but it looks like everybody was having a
lot of fun. Thank you for including me.  You are the best brother

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/18/2021 1:59:17 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/18/2021 1:58:59 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db :
0x693ED (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Morning
Anytime sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/18/2021 1:59:28 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x6AFC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

I will pick you up at 4:15

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/18/2021 5:43:38 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x6ADD6 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Great. Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/18/2021 5:46:30 PM(UTC +0) | |
| will@iseghalal.com | | | |

Status: Read

3/18/2021 5:46:22 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x6A880 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

You're welcome 😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

Status: Sent

3/18/2021 5:46:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x6A69C (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

I will not make it back to New Jersey before 6 pm . 😔 😔

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/18/2021 7:02:27 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/18/2021 7:02:04 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6BFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/18/2021 7:02:38 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6BA3A (Table: message, chat, handle; Size: 1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Can I call you later?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

3/18/2021 10:48:04 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6B872 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Of course.  Heading back to New Jersey now. I'm dying to find out what you thought of the house and if you liked it. I can't believe this traffic Bob is home and I'm not even close to being home yet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 3/18/2021 10:48:54 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

3/18/2021 10:48:45 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x6B67E (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning tried calling you but it says your voicemail is not set up and your phone is off.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/19/2021 6:35:15 PM(UTC+0) | |

**Status:** Read

3/19/2021 6:33:32 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x6B323 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I was so worried that I called Jenny to find out if you are OK and she said you are flying I thought your flight was in the afternoon .
Safe flight and happy landing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/19/2021 6:35:15 PM(UTC+0) | |

**Status:** Read

3/19/2021 6:33:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x6CFC0 (Table: message, handle, chat; Size: 1323008 bytes)

23

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning. I'm not sure what happened. You left before we got to Villa Amalfi on Thursday. I called and texted you and left you three messages Friday have not heard anything from you . I' called Jenny because I was worried left a message with Nick yesterday I still have not heard anything from you I don't know what happened.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/23/2021 12:26:10 PM(UTC+0) | |

**Status:** Read

3/23/2021 12:25:12 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6DFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Morning
I'm here
Call me when you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/23/2021 12:26:46 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6D215 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning. Are you in New Jersey or or Uruguay?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/24/2021 4:51:22 PM(UTC+0) | |

**Status:** Read

3/24/2021 4:51:03 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6EFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Uruguay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/24/2021 4:52:05 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6EDA4 (Table: message, chat, handle; Size:
1323008 bytes)

---

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Attachments:



Title: 63829754240__212EF40B-AA63-49A4-8A08-282869794AB7.HEIC
Size: 1533776
File name: ~/Library/SMS/Attachments/22/02/940F0C79-3C7D-4501-A22C-
663E17D0F1DF/63829754240__212EF40B-AA63-49A4-8A08-282869794AB7.HEIC
~/Library/SMS/Attachments/22/02/940F0C79-3C7D-4501-A22C-
663E17D0F1DF/63829754240__212EF40B-AA63-49A4-8A08-
282869794AB7.HEIC

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/24/2021 4:52:26 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6EBDE (Table: message, chat, attachment,
handle; Size: 1323008 bytes)
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/Attachments/22/02/940F0C79-3C7D-4501-A22C-
663E17D0F1DF/63829754240__212EF40B-AA63-49A4-8A08-282869794AB7.HEIC : (Size:
1533776 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

WOW    I. just got home and looked at the picture.
It's BEAUTIFUL!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/24/2021 9:42:28 PM(UTC+0) | |

**Status:** Read

3/24/2021 7:25:36 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x6E9C8 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Nick deserves a raise and a bonus.   He is so nice so polite .   Very rare

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/25/2021 6:27:08 PM(UTC+0) | |

**Status:** Read

3/25/2021 6:25:55 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x6E77B (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks 🙏

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

3/25/2021 6:27:19 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6E530 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Morning sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 2:33:32 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6E362 (Table: message, chat, handle; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

**Attachments:**

Title: IMG_1670.HEIC
Size: 2123501
File name: ~/Library/SMS/Attachments/cc/12/314176C9-7CEC-4982-B81C-C52381EDE779/IMG_1670.HEIC
~/Library/SMS/Attachments/cc/12/314176C9-7CEC-4982-B81C-C52381EDE779/IMG_1670.HEIC

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 2:33:59 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6FFC8 (Table: message, chat, attachment, handle; Size: 1323008 bytes)
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/Attachments/cc/12/314176C9-7CEC-4982-B81C-C52381EDE779/IMG_1670.HEIC :  (Size: 2123501 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

So  beautiful .  MABROUK.  Are you back?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/26/20 21 3:39:12 PM(UTC +0) | |

**Status:** Read

5/26/2021 3:38:59 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6FDB2 (Table: message, handle, chat; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 3:39:16 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6FBAA (Table: message, chat, handle; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

We need to get together

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 3:39:28 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x6F9EC (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Ok is the princess with you here?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/26/20 21 3:44:04 PM(UTC +0) | |

**Status:** Read

5/26/2021 3:43:56 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x6F800 (Table: message, handle, chat; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 3:44:07 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x6F606 (Table: message, chat, handle; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

I'm alone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 3:44:15 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x6F44C (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Oh .  😊😊.  Ok I'm in Boston . Will be back early tomorrow.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/26/2021 3:47:03 PM(UTC+0) | |

**Status:** Read

5/26/2021 3:46:45 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x70FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

She is so adorable .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/26/2021 3:47:03 PM(UTC+0) | |

**Status:** Read

5/26/2021 3:46:57 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x70A8D (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

See you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 3:47:16 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x708AB (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

When did you get back?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/26/20 21 4:07:21 PM(UTC +0) | |

**Status:** Read

5/26/2021 3:53:07 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x706DD (Table: message, handle, chat; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Sunday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/26/2021 4:07:24 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x704FB (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

This is the name of the soap store that you were looking for.
You can order online whatever you want.

**Attachments:**



Title: IMG_6060.jpg
Size: 274580
File name: ~/Library/SMS/Attachments/89/09/A634E33A-F3C4-4290-835C-78C74B7476F8/IMG_6060.jpg
~/Library/SMS/Attachments/89/09/A634E33A-F3C4-4290-835C-78C74B7476F8/IMG_6060.jpg

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/30/2021 5:11:47 PM(UTC+0) | |

**Status:** Read

5/30/2021 5:00:53 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x71FC0 (Table: message, handle, attachment, chat; Size: 1323008 bytes)
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/Attachments/89/09/A634E33A-F3C4-4290-835C-78C74B7476F8/IMG_6060.jpg : (Size: 274580 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/30/2021 5:11:57 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x71CD4 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning not sure if you are up yet? LOL.  I have to go to Bloomingdales and Norstrom's to exchange sizes for shoes  and a dress my daughter got

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/31/2021 4:54:13 PM(UTC+0) | |

**Status:** Read

5/31/2021 4:54:04 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x71808 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Morning

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/31/2021 4:54:33 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x71823 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I'm at the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/31/2021 4:54:42 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7165D (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I just finished at the mall. I'm heading home.   route four is a parking lot going east but empty going west. Have not heard from him yet.  as soon as I hear from him I will reach out to you. Hope you are behaving.... LOL

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/31/2021 8:32:07 PM(UTC+0) | |

**Status:** Read

5/31/2021 8:31:50 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7147B (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

LOL

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/31/2021 8:32:21 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x72FC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Still not back 😔😔

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/31/2021 10:11:32 PM(UTC+0) | |

**Status:** Read

5/31/2021 10:11:22 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x72E04 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I'm going with Nick to Sofia

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/31/2021 10:12:02 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x72C20 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

7:30 dinner

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/31/2021 10:12:10 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x72A30 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I'm going to call and see if we got a reservation at River Palm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/31/2021 10:33:16 PM(UTC+0) | |

**Status:** Read

5/31/2021 10:33:02 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x72513 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/31/2021 10:33:18 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x722DE (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

7:30 River palm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 5/31/20 21 10:48:43 PM(UTC +0) | |

**Status:** Read

5/31/2021 10:48:11 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x73FC0 (Table: message, handle, chat; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok
See you there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

5/31/2021 10:48:51 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x73AB4 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I'm here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Unsent

5/31/2021 11:26:03 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x738DC (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning. Bob has calls with the state department. Late afternoon. He asked that we
change Cipriani's for next Saturday.😔😔

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/5/2021 4:39:54 PM(UTC+0) | |

Status: Read

6/5/2021 4:35:48 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x7370D (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/5/2021 4:40:06 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7344A (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

We can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/5/2021 4:40:11 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x73290 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Let me know tomorrow what we can do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/5/2021 4:40:45 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x74FC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Call when you can sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/9/2021 1:35:59 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x74AC5 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning. I am preparing for two very important zooms . I  will be done by 2 o'clock and will call you then

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/9/2021 12:58:41 PM(UTC+0) | |

**Status:** Read

6/9/2021 12:58:34 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x748D5 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Morning

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/9/2021 12:58:55 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x742F1 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

So upset halfway through my zoom froze I've been sitting there for a half an hour thinking it's just not my turn yet. I'm going to change and head to Bed and bath

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/9/2021 5:41:27 PM(UTC+0) | |

**Status:** Read

6/9/2021 5:29:33 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x75FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/9/2021 5:41:42 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x75CBF (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Can you meet me in half an hour in front of bed and bath or marshals. Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/9/2021 7:05:06 PM(UTC+0) | |

**Status:** Read

6/9/2021 6:07:05 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x75AFD (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I am going into Old Navy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/9/2021 7:05:06 PM(UTC+0) | |

**Status:** Read

6/9/2021 6:33:43 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x758A0 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I am going to marshals. I think you must be in a meeting because you're not picking up the phone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/9/2021 7:05:06 PM(UTC+0) | |

**Status:** Read

6/9/2021 6:35:31 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x756B2 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Sorry I was on a conference call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/9/2021 7:06:05 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7543B (Table: message, chat, handle; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I am here at the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/9/2021 7:06:17 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x75245 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

It's OK. I knew you were busy. I will try tomorrow afternoon.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/9/2021 9:33:35 PM(UTC+0 ) | |

Status: Read

6/9/2021 8:25:54 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x76FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/9/2021 9:33:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x76954 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Morning
Are we having dinner

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/11/2021 2:26:00 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7679A (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning. Remember I told you a friend of mine is flying in from Greece today and we are having dinner with him tonight.  I'm not sure what the plans are for tomorrow or Sunday but I know tonight we are busy for sure. I will let you know.
Sorry if there are any misspellings I am dictating while driving

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/11/2021 2:48:00 PM(UTC+0) | |

**Status:** Read

6/11/2021 2:47:54 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x77FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

It's ok
Let me know know when you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/11/2021 2:48:49 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7632C (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Lunch tomorrow?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/13/2021 11:11:58 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x78FC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning I am on a zoom with the Senate wives. I will call you early afternoon.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/14/2021 3:49:49 PM(UTC+0) | |

Status: Read

6/14/2021 3:49:45 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x789A5 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/14/2021 3:50:08 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x78746 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Hi. I have so much work to prepare for tomorrow. I will definitely stop by Edgewater tomorrow.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/14/2021 7:42:27 PM(UTC+0) | |

Status: Read

6/14/2021 7:42:19 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x79FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I'm here anytime

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/14/2021 7:42:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x797A9 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Will you be at the office in a half an hour?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/15/2021 2:58:31 PM(UTC+0) | |

**Status:** Read

6/15/2021 2:52:01 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x795C9 (Table: message, handle, chat; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/15/2021 2:58:39 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x793BB (Table: message, chat, handle; Size: 1323008 bytes)

45

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I already went up to Route 17 I will stop by in the afternoon on the way back. I wasn't sure if you were in a meeting or not

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/15/2021 3:22:18 PM(UTC+0) | |

Status: Read

6/15/2021 3:21:29 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x7AFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/15/2021 3:22:25 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7AD11 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I am going to see my doctor and I will be back in 45 minutes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/15/2021 6:04:24 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x7AB57 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Thank you for the text. I will go for my manicure pedicure. Now.  I I will text you  when I finish ..   it'll probably take an hour and a half.
Are you OK? Is it just a check up?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/15/2021 6:16:15 PM(UTC+0) | |

**Status:** Read

6/15/2021 6:10:24 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x7A920 (Table: message, handle, chat; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

I'm ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/15/2021 6:16:20 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7A5FF (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I am happy to hear that I have missed my appointment so I have not started yet but wherever you are I will stop by and say hi even if you were at dinner

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/15/2021 7:34:18 PM(UTC+0) | |

**Status:** Read

6/15/2021 7:25:48 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x7A435 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Going back to the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/15/2021 7:34:44 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x7BFC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

What are your plans I just finished

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/16/20 21 8:48:47 AM(UTC +0) | |

Status: Read

6/15/2021 8:47:01 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x7BDD8 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Hi are you at the office?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/16/20 21 6:24:09 PM(UTC +0) | |

Status: Read

6/16/2021 6:21:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x7BBD4 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/16/2021 6:24:20 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x7B9EC (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

OK on my way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/16/2021 6:25:51 PM(UTC+0) | |

**Status:** Read

6/16/2021 6:25:38 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x7B826 (Table: message, handle, chat; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/16/2021 6:25:53 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x7B658 (Table: message, chat, handle; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Sister dinner tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/19/2021 9:20:57 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x7CFC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Happy first Father's Day.!!!!

Attachments:



Title: Attachmen.png
Size: 131811
File name: ~/Library/SMS/Attachments/23/03/02EA92A5-FF9D-4383-8875-
D4428341A17D/Attachmen.png
~/Library/SMS/Attachments/23/03/02EA92A5-FF9D-4383-8875-
D4428341A17D/Attachmen.png

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/20/20 21 6:32:39 PM(UTC +0) | |

Status: Read

6/20/2021 6:32:29 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x7C98D (Table: message, handle, attachment,
chat; Size: 1323008 bytes)
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/Attachments/23/03/02EA92A5-FF9D-4383-8875-
D4428341A17D/Attachmen.png :  (Size: 131811 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/20/2021 6:32:51 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7C730 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Bob is with his son I will ask when he comes home. He has had events the last three days I
have hardly seen him but I will let you know when he gets home what we are doing.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/20/2021 6:33:07 PM(UTC+0) | |

Status: Read

6/20/2021 6:33:03 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x7C556 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

How does it feel to be wished happy Father's Day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/20/2021 6:33:18 PM(UTC+0) | |

Status: Read

6/20/2021 6:33:18 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x7C23B (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Feel Great

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/20/2021 6:33:44 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7DFC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Let me know what's the dinner plans if any

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/20/2021 6:34:20 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7DDFC (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

As soon as he comes home I will let you know where

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/20/202 1 7:03:51 PM(UTC+ 0) | |

Status: Read

6/20/2021 7:01:34 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7DBE8 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/20/2021 7:04:01 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x7D9CE (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

He is not home yet.😔😔

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/20/2021 10:13:38 PM(UTC+0) | |

**Status:** Read

6/20/2021 10:13:29 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x7D802 (Table: message, handle, chat; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I just wake up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/20/2021 10:13:51 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x7D616 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning. I woke up it was 10:47 pm. when he finally got home yesterday.    he had meeting after meeting. And left at 8:30 this morning.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/21/2021 3:42:28 PM(UTC+0) | |

**Status:** Read

6/21/2021 3:42:20 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x7EFC0 (Table: message, handle, chat; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Morning
Call me when you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/22/2021 12:38:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7E1F0 (Table: message, chat, handle; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/22/2021 2:42:23 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7FFC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning I'm on a zoom for the Senate  wives.  . Will call you as soon as I finish

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/22/2021 5:11:33 PM(UTC+0) | |

**Status:** Read

6/22/2021 4:53:58 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7FE02 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/22/2021 5:11:37 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7FB9F (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Il can. meet you at 6 o'clock at the Brownstone across the street from Lefkes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/22/2021 9:01:51 PM(UTC+0) | |

**Status:** Read

6/22/2021 8:56:01 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x7F9D3 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Brownstone is closed. I have to think of somewhere else I will let you know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/22/2021 9:01:51 PM(UTC+0) | |

Status: Read

6/22/2021 9:01:23 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x7F345 (Table: message, handle, chat; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/22/2021 9:02:03 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x80FC8 (Table: message, chat, handle; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Let me know where

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/22/2021 9:02:10 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x80E0E (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Going into a meeting now. Should be done by six. Where are you planning on having dinner?

I can't have dinner but I'm thinking of where it'll be close for both of us. I will call you as soon as I finish this meeting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/22/2021 9:09:05 PM(UTC+0) | |

Status: Read

6/22/2021 9:08:54 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x80C2E (Table: message, handle, chat; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Tell me anywhere good for you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

6/22/2021 9:09:47 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x808BB (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Lefkes is valet parking I will go on Bicycle Club parking lot

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/22/2021 10:32:28 PM(UTC+0) | |

Status: Read

6/22/2021 10:30:22 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x806C1 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Have a safe and successful trip

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/23/20 21 11:07:00 AM(UTC +0) | |

**Status:** Read

6/23/2021 11:04:52 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-
887B-36653FA4D09A/Library/SMS/sms.db : 0x80488 (Table: message, handle, chat; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/23/2021 11:07:09 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-
887B-36653FA4D09A/Library/SMS/sms.db : 0x80294 (Table: message, chat, handle; Size:
1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Morning

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/25/2021 4:47:23 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-
887B-36653FA4D09A/Library/SMS/sms.db : 0x81FC8 (Table: message, chat, handle; Size:
1323008 bytes)

58

From: +15163951745 Naden
To: will@iseghalal.com (owner)

We just landed.  Instead of leaving  Saturday  morning.  We had to leave this morning and had 3 hour delay.
We will be back Friday - not sure what flight yet.
How was your trip?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 6/25/2021 7:43:41 PM(UTC+0) | |

**Status:** Read

6/25/2021 7:33:46 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x81DFA (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Great
I'm going to Cairo next Friday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/25/2021 7:44:32 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x82FC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I want know if yo guys coming or not

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/25/2021 7:44:49 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x829D0 (Table: message, chat, handle; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Call when you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

6/25/2021 7:45:00 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
88B7-36653FA4D09A/Library/SMS/sms.db : 0x827D0 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

On the way to airport to go to the border  in Texas.    It rained non stop for 5 days . Now in
Texas weather is so nice.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/1/2021 5:34:47 PM(UTC+0) | |

**Status:** Read

7/1/2021 5:34:37 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-88B7-36653FA4D09A/Library/SMS/sms.db :
0x8235D (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Safe trip

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/1/2021 5:35:12 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
88B7-36653FA4D09A/Library/SMS/sms.db : 0x83FC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Thank you . You too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/1/202 1 6:16:07 PM(UTC +0) | |

Status: Read

7/1/2021 5:39:18 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x83DF6 (Table: message, handle, chat; Size:
1323008 bytes)



From: +15163951745 Naden
To: will@iseghalal.com (owner)

Saturday I have to drop off one check for $5000 and one check for $4000 to the hospital for
Autism CAN .

if you want to give a check from your company it will go and that the foundation  directory
as one of the founders for the autism foundation at Hackensack Meridian Health

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/1/2021 6:16:07 PM(UTC+0) | |

Status: Read

7/1/2021 6:16:01 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db :
0x84FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I can
Tell me how much and to who

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

7/1/2021 6:16:55 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
887B-36653FA4D09A/Library/SMS/sms.db : 0x85FC8 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

To Hackensack Meridian Health   In the memo  Autism CAN .   Whatever you feel
comfortable I 5000 and up a goes and the directory as one of the founders so if you can
5000 that would be great.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/1/2021 6:39:20 PM(UTC+0) | |

**Status:** Read

7/1/2021 6:19:02 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x85DC4 (Table: message, handle, chat; Size: 1323008 bytes:)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Thank you 🙏 very much

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/1/2021 6:39:20 PM(UTC+0) | |

**Status:** Read

7/1/2021 6:19:09 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x85A7D (Table: message, handle, chat; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/1/2021 6:39:53 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x85895 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Just la see in McCallen . I feel like I'm in a western movie. 😄 I can't believe the flight was 15 minutes white huge difference between the two cities.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/1/2021 9:33:53 PM(UTC+0) | |

**Status:** Read

7/1/2021 9:33:29 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x856D3 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Have fun 😊

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/1/2021 9:34:33 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x853DE (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

The hotel room In McCallen Texas.   No fun!!

Houston was great , but with the five hour plane delay we missed everything just slept and got up in the morning.  I had croissant.  Bob left at 7:30 am for an event and then straight to the airport.
I wish we could have stayed in Houston for fundraisers.

**Attachments:**



Title: IMG_6764.jpg
Size: 392381
File name: ~/Library/SMS/Attachments/7a/10/7171261A-C55D-4865-B717-75F18746E7E2/IMG_6764.jpg
~/Library/SMS/Attachments/7a/10/7171261A-C55D-4865-B717-75F18746E7E2/IMG_6764.jpg

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/1/2021 11:50:12 PM(UTC+0) | |

**Status:** Read

7/1/2021 11:50:06 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0:86FC0 (Table: message, handle, attachment, chat; Size: 1323008 bytes)
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/Attachments/7a/10/7171261A-C55D-4865-B717-75F18746E7E2/IMG_6764.jpg : (Size: 392381 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Egypt looks good than McCallen lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/1/2021 11:52:14 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x86776 (Table: message, chat, handle; Size: 1323008 bytes)



From: +15163951745 Naden
To: will@iseghalal.com (owner)

DEFINITELY does!!
We are up waiting for the cab to go to the airport  back to Houston .  Have a safe flight
🙀  .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 2:42:53 PM(UTC+0) | |

**Status:** Read

7/2/2021 12:09:53 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x86574 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/2/2021 2:43:05 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x862CF (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Just landed in Newark .  Leaving again Sunday morning 6 am for 2 more fundraisers.  It's
raining here.  Hope you have a safe and great trip

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 9:48:59 PM(UTC+0) | |

**Status:** Read

7/2/2021 9:46:36 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-36653FA4D09A/Library/SMS/sms.db :
0x87FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks
I'm at jfk 😂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

7/2/2021 9:49:22 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8776D (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I thought you were leaving in the morning. Have a great flight . Say hi to Selvia and give
Marla a huge hug from me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 9:51:27 PM(UTC+0) | |

Status: Read

7/2/2021 9:51:20 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0x8757F (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I will
Thanks sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

7/2/2021 9:51:44 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x872DA (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

We will be back at Newark airport at 6 AM on Sunday 😄

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 9:51:50 PM(UTC+0) | |

**Status:** Read

7/2/2021 9:51:48 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x88FC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Enjoy your travel 📑

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/2/2021 9:52:26 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x88875 (Table: message, chat, handle; Size:
1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I will pick up your letter tomorrow morning.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 9:52:44 PM(UTC+0) | |

**Status:** Read

7/2/2021 9:52:40 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x88689 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/2/2021 9:52:48 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x89FC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Thank you.  It's 2 more fundraisers . It's fun for me but work for Bob

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 9:53:37 PM(UTC+0) | |

**Status:** Read

7/2/2021 9:53:32 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x89DFC (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I know
Someone have to work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/2/2021 9:54:05 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x89BB7 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

LMAO !!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 10:23:26 PM(UTC+0) | |

**Status:** Read

7/2/2021 10:23:17 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x899BF (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

I needed that laugh after being in the airport from 7 AM this morning taking two flights and finally just pulling into the driveway.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 7/2/2021 10:23:39 PM(UTC+0) | |

**Status:** Read

7/2/2021 10:23:32 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8AFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Good morning
Call me please when you wake up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

7/19/2021 7:47:46 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-4783-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8A74A (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

October 11 th Egypt Air 936 arriving at 4:40pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 10/2/202 1 3:17:38 PM(UTC+ 0) | |

**Status:** Read

10/2/2021 3:06:29 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/5_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8BFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

**Status:** Sent

10/2/2021 3:17:41 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/5_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8B5D3 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Hope  today is the best birthday you've ever had 🌍🔍🎁🐾

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 10/2/2021 4:52:14 PM(UTC+0 ) | |

**Status:** Read

10/2/2021 4:49:08 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/5_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8CFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

10/2/2021 4:52:21 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x8CAA0 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

You must be a very special brother. You have no idea what your sister is going through and went through to make this trip happen.

Can't wait to see you all

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 10/2/2021 5:17:58 PM(UTC+0) | |

Status: Read

10/2/2021 4:53:37 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-887B-36653FA4D09A/Library/SMS/sms.db : 0x8C8C6 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)
Attachments:



Title: IMG_0609.jpg
Size: 817658
File name: ~/Library/SMS/Attachments/c8/08/FDF340F5-EA56-4F89-93B9-
0536EBECD72A/IMG_0609.jpg
~/Library/SMS/Attachments/c8/08/FDF340F5-EA56-4F89-93B9-
0536EBECD72A/IMG_0609.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 10/2/20 21 5:17:58 PM(UTC +0) | |

Status: Read

10/2/2021 5:11:26 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8C5C9 (Table: message, handle, attachment,
chat; Size: 1323008 bytes)
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/Attachments/c8/08/FDF340F5-EA56-4F89-93B9-
0536EBECD72A/IMG_0609.jpg :  (Size: 817658 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Thanks sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

10/2/2021 5:18:19 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8C3BB (Table: message, chat, handle; Size:
1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Sister
Are you home
I want send something to you guys

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

12/23/2021 5:14:56 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8EFC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

Hi I am in Livingston getting highlights. I'll be home by 3:30. I am so  so so happy that you are alive. I have gone through everybody trying to reach out to you.

Are you and South America,? Egypt? I will call you on my drive back.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 12/23/2021 5:43:55 PM(UTC+0) | |

Status: Read

12/23/2021 5:43:48 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8ED96 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

I'm here sister

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

12/23/2021 5:44:17 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8E6C3 (Table: message, chat, handle; Size: 1323008 bytes)



From: will@iseghalal.com (owner)
To: +15163951745 Naden

Let me know when you get home to send nick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

12/23/2021 5:44:46 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8E4E9 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 1/28/2022 5:37:41 PM(UTC+0) | |

Status: Read

1/28/2022 5:37:18 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x8FFC0 (Table: message, handle, chat; Size: 1323008 bytes)

From: will@iseghalal.com (owner)
To: +15163951745 Naden

2013704144

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |

Status: Sent

3/24/2022 10:05:14 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db : 0x9BFC8 (Table: message, chat, handle; Size: 1323008 bytes)



From: +15163951745 Naden
To: will@iseghalal.com (owner)

Elisa is going to call you from bob's office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/24/202 2 10:40:39 PM(UTC +0) | |

**Status:** Read

3/24/2022 10:38:03 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-
36653FA4D09A/Library/SMS/sms.db : 0x9BAC8 (Table: message, handle, chat; Size: 1323008 bytes)

From: +15163951745 Naden
To: will@iseghalal.com (owner)

At that number

| Participant | Delivered | Read | Played |
|---|---|---|---|
| will@iseghalal.com | | 3/24/20 22 10:40:39 PM(UTC +0) | |

**Status:** Read

3/24/2022 10:38:24 PM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-
8B7B-36653FA4D09A/Library/SMS/sms.db : 0x9B8AC (Table: message, handle, chat; Size:
1323008 bytes)

From: +12013704144 (owner)
To: +15163951745 Naden
To: will@iseghalal.com (owner)

Good morning
I'm going with Fred to see houses at 11 am today
I can meet before or after or tomorrow morning

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Naden | | | |
| will@iseghalal.com | | | |

**Status:** Sent

4/23/2022 10:39:00 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0xA2FC8 (Table: message, chat, handle; Size: 1323008 bytes)

From: +15163951745 Naden
To: +12013704144 (owner)
To: will@iseghalal.com (owner)

Where is the house? I'll ask him when he wakes up . We were awake until 3am.
I have a meeting for autism at 8 am so I'm up and getting ready .
Last night was fun.  Probably right after seeing the house because I don't think he will be up
much before

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12013704144 | | 4/23/2022 1:50:06 PM(UTC+0) | |
| will@iseghalal.com | | | |

**Status:** Read

4/23/2022 10:46:28 AM(UTC+0)

Source Extraction:
Legacy (2)
Source Info:
Production_17211404398.Extracted.zip/17211404398/680274/will@iseghalal.com-
680274/backup/D_d4611c7a57448e96cecbfde18f4b6004ebc32d5b/S_73C58148-C44D-47B3-8B7B-36653FA4D09A/Library/SMS/sms.db :
0xA3FC0 (Table: message, handle, chat; Size: 1323008 bytes)