# Exhibit I-2

From: System Message System Message
Outgoing call from Fred Daibes (12013152629@s.whatsapp.net owner)
9/5/2019 3:02:32 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1ADD46 (Table: call_log; Size: 6471680 bytes)

From: System Message System Message
Outgoing call from Fred Daibes (12013152629@s.whatsapp.net owner)
9/6/2019 1:41:11 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1ADD06 (Table: call_log; Size: 6471680 bytes)

From: System Message System Message
Missed call from Will HANA (15515744550@s.whatsapp.net)
9/9/2019 11:56:38 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1ADC89 (Table: call_log; Size: 6471680 bytes)

From: System Message System Message
Incoming call from Will HANA (15515744550@s.whatsapp.net)
9/10/2019 12:00:05 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1ADC4A (Table: call_log; Size: 6471680 bytes)

From: 15515744550@s.whatsapp.net Will HANA
[redacted]
9/10/2019 12:00:51 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x47A931 (Table: message; Size: 6471680 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x81E1C (Table: wa_contacts; Size: 573440 bytes)

From: System Message System Message
Outgoing call from Fred Daibes (12013152629@s.whatsapp.net owner)
9/10/2019 12:04:12 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1ADC0B (Table: call_log; Size: 6471680 bytes)

GOVERNMENT
EXHIBIT
D207-3
23 Cr. 490 (SHS)

10

**From:** System Message System Message
Incoming call from Will HANA (15515744550@s.whatsapp.net)
9/10/2019 12:08:52 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1ADBCC (Table: call_log; Size: 6471680 bytes)

**From:** 15515744550@s.whatsapp.net Will HANA
morning
can you find out if he did make any phone call about that message .
**Platform:** Mobile
9/11/2019 11:06:14 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x47A8A7 (Table: message; Size: 6471680 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x81E1C (Table: wa_contacts; Size: 573440 bytes)

**From:** System Message System Message
Missed call from Will HANA (15515744550@s.whatsapp.net)
9/11/2019 2:54:18 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1ADB8F (Table: call_log; Size: 6471680 bytes)

**From:** 12013152629@s.whatsapp.net Fred Daibes (owner)
Yes. He told me he took care of it
**Status:** Read
**Platform:** Mobile
9/12/2019 3:59:59 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x47A7F8 (Table: message; Size: 6471680 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x2E0 (Size: 852 bytes)

**From:** 15515744550@s.whatsapp.net Will HANA
ok
**Platform:** Mobile
9/12/2019 4:02:25 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x47A7AD (Table: message; Size: 6471680 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x81E1C (Table: wa_contacts; Size: 573440 bytes)

11