# Exhibit B
## Produced in Native Format