# Exhibit C
## Produced in Native Format