# Exhibit I

| | |
|---|---|
| **From:** | Valeriano Trinidad |
| **To:** | Ghosh, Catherine (USANYS); Monteleoni, Paul (USANYS); Fee, Adam J.; Weitzman, Avi; PH-MenendezTeam; Lawrence S. Lustberg; Anne M. Collart; Ricardo Solano Jr.; LaBruno, Christina M.; Cesar de Castro; Seth Agata; Shannon McManus; Kimberly Tabares |
| **Cc:** | Mark Gillespie; Jamaica Young; Mark, Eli (USANYS); Richenthal, Daniel (USANYS); Pomerantz, Lara (USANYS); Clark, Christina (NSD); Florczyk, Braden (USANYS); Wechsler, Rachel (USANYS) [Contractor]; Hamill, Connor (USANYS) [Contractor]; Project Rue WIST |
| **Subject:** | [EXT] RE: United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- updated exhibit index |
| **Date:** | Sunday, July 7, 2024 12:19:52 AM |
| **Attachments:** | image743084.png<br>image869161.png<br>image425707.png<br>image384834.png |

--- External Email ---

Report Suspicious

Hi Catherine,

Confirming receipt of the updated exhibit index and the GX 3D-1 (replacement).

Thanks,

Val



Valeriano Trinidad
Senior Project Manager

Phone (805) 404-5879
Email   vtrinidad@haystackid.com



This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee, this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing, or copying the context of this email, including all attachments. If you have received this email in error, please delete it and notify the sender via email immediately. HaystackID is not a law firm and does not provide or offer legal advice, and no service performed or provided by either HaystackID shall be deemed to be legal advice or the practice of law.

**From:** Ghosh, Catherine (USANYS) <Catherine.Ghosh@usdoj.gov>
**Sent:** Saturday, July 6, 2024 8:06 PM
**To:** Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov>; Adam Fee <adamfee@paulhastings.com>; Avi Weitzman <aviweitzman@paulhastings.com>; PH-MenendezTeam <PH-MenendezTeam@paulhastings.com>; Lawrence S. Lustberg <llustberg@gibbonslaw.com>; Anne M. Collart <ACollart@gibbonslaw.com>; Ricardo Solano Jr. <rsolano@gibbonslaw.com>; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>; Cesar de Castro <cdecastro@cdecastrolaw.com>; Seth Agata <sagata@cdecastrolaw.com>; Shannon McManus <smcmanus@cdecastrolaw.com>; Kimberly Tabares <ktabares@cdecastrolaw.com>

**Cc:** Valeriano Trinidad <vtrinidad@haystackid.com>; Mark Gillespie <mgillespie@haystackid.com>; Jamaica Young <jyoung@haystackid.com>; Mark, Eli (USANYS) <Eli.Mark@usdoj.gov>; Richenthal, Daniel (USANYS) <Daniel.Richenthal@usdoj.gov>; Pomerantz, Lara (USANYS) <Lara.Pomerantz@usdoj.gov>; Clark, Christina (NSD) <Christina.Clark3@usdoj.gov>; Florczyk, Braden (USANYS) <Braden.Florczyk@usdoj.gov>; Wechsler, Rachel (USANYS) [Contractor] <Rachel.Wechsler@usdoj.gov>; Hamill, Connor (USANYS) [Contractor] <Connor.Hamill@usdoj.gov>
**Subject:** United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- updated exhibit index

**[EXT]**

 

This is a secure message.

Click here by 2024-07-12 03:06 UTC to read your message.
After that, open the attachment.

More Info

Disclaimer: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2022 Proofpoint, Inc. All rights reserved.