UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 23-Cr-490 (SHS) |
| v. | |
| ROBERT MENENDEZ, WAEL HANA, and FRED DAIBES, | ORDER |
| Defendants. | |

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the government's letter filed on December 16, 2024 (ECF No. 655). The defense shall submit a response on or before December 20, 2024.

Dated: New York, New York
       December 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.