## Appendix 1

Letters Submitted in Support of Senator Robert Menendez

| Submitter | Relationship to Senator Menendez |
|---|---|
| Luis Alamo | Former President, local Kiwanis Club |
| Maria Almeida | Former Staffer |
| Henry J. Amoroso | Former President and CEO, Saint Vincent Catholic Medical Centers |
| President Nicos Anastasiades | Former President of Cyprus |
| Abraham Antun | Friend and Constituent |
| Maria Carmen Aponte | Former United States Ambassador to El Salvador |
| Alfredo J. Balsera | Hispanic Media Advisor for Barack Obama |
| Hrair Baronian | Constituent |
| Michael Barry | Friend and Real Estate Executive |
| David Barry | Founder & CEO, Urby |
| Eduardo Bhatia | Former President of the Senate of Puerto Rico |
| Lyndon K. Boozer | Constituent and Friend |
| Virgil Cabello | Former Executive Director, Housing Authority of Union City, New Jersey |
| Martin Cabrera | Constituent |
| Nidia Cano | Treasurer, Association of United Guatemalans in Paterson |
| Kory Vargas Caro | Former Campaign Staffer |
| Raphael Chavez-Fernandez | Former Staffer (various capacities) |
| Upendra J. Chikvula | Former New Jersey Assemblyman, Mayor, and New Jersey Board of Public Utilities Commissioner |
| Ben Chouake | President, Norpac |
| Phillip Christopher | President, Pancyprian Association |
| Andy Comodoromos | Constituent |
| Hal Connoly | Former Staffer (various capacities, including SFRC) |
| Irene Corbin | Constituent |
| Jeanne Cretella | Founder and President, Landmark Hospitality; Board Member, New Jersey Restaurant and Hospitality Association |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Norberto Curitomai | Constituent |
| Debbie Curto | Former Staffer |
| Philip Darivoff | Constituent |
| Eric Daughtry | Friend and Constituent |
| Peter DeGast | Owner, IHOP franchise |
| Amanda Devecka-Rinear | Constituent |
| Dr. Muhammad Dhbeis | Syrian Rights Advocate |
| Manuel R. Diaz | Former Union City Commissioner, Law Partner |
| Nairi Diratsouian | Director of Legislative Affairs and Community Relations, Armenian National Committee of America |
| Joan Dublin | Health Care Provider and Community Leader |
| Dina Dubon | President, Newark Street Vendor Association; Former Treasurer, Hispanic State Parade of New Jersey |
| Alexander Duran | Constituent |
| Marcell Felipe | Constituent |
| David Ferreira | Former Staffer (for Rep. Esteban Torres) |
| Justin Field | Former Legislative Staffer |
| Rev. Bolivar Flores | VP, New Jersey Coalition of Latino Pastors and Ministers |
| Rafael J. Fraguela | Former Union City Commissioner |
| Carlos P. Fuente | Constituent |
| Alida Garcia | Immigration Rights Advocate and Friend |
| Rabbi Menachem Genack | Religious Leader and Constituent |
| Phil Goldschmeidt | Constituent |
| Dr. Alan Goldsmith | Founder, Jewish Renaissance Foundation and Medical Center |
| Caridad Gonzalez | Sister |
| Pedro Gonzalez | Brother-in-Law |
| Ovelio Gonzalez | Friend and Constituent |
| Dr. Ronald Gonzalez | Nephew |
| Luis V. Guitierez | Former Member of Congress |
| Christina Haley | Former Staffer |
| Victor Herlinsky | Member, New Jersey State Ethics Committee |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Michael Hutton | Former Chief of Staff |
| Mickey Ibarra | Former Assistant to the President of the United States |
| Rustrem Ibrahimaj | Owner, Café Italiano Risotrante |
| Peter Kakoyiannis | Archon, Ecumenical Patriarchate |
| Bernard F. Kenny, Jr. | Former Majority Leader, New Jersey State Senate |
| Vartivar Keshishian | Constituent |
| Brad Klatt | Constituent |
| Steve Klinghoffer | Former President, Jewish Federation of Greater MetroWest NJ |
| Rabbi Aaron Kotler | President & Chief Executive, Beth Medrash Govoha |
| Garine Koushagjian | Constituent |
| Daniel H. Krivit | Lawyer and Friend |
| Meir Lichtenstein | Lakewood Township Committee Member and Constituent |
| Fred Liriano | General Director, U.S. Federal Chaplains Agency |
| Mayor Hector C. Lora | Mayor, Passaic, New Jersey |
| Alice Lugo | Former Chief Counsel |
| Ashu Mahajan | Constituent |
| Dr. Asif Mahmood | Commissioner, US Commission on International Religious Freedom |
| Samantha Maltzman | Former Staffer, including Campaign Finance Director |
| Andy Manatos | Former Assistant Secretary of Commerce |
| Alec Manicone | Nephew |
| Geoffrey Manicone | Brother-in-Law |
| Michael Maron | President & CEO of Holy Name Medical Center |
| Marcus Sebastian Mason | Senior Partner, Madison Group |
| Rev. Dr. Calvin McKinney | Pastor, Calvary Baptist Church of North Jersey at Garfield |
| Carlos Medina | President & CEO, Statewide Hispanic Chamber of Commerce of New Jersey |
| Robert J. Menendez, Jr. | Son |
| Alicia Menendez | Daughter |
| Antonia Merina | Bishop, Pentecostal Church of the State of New Jersey |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Illeana Montes | Former President, Hispanic Bar Association of New Jersey |
| Raul Morales, Sr. | Friend and Former Canvasser |
| Cristina Jimenez Moreta | Former Executive Director, United We Dream |
| Elio Muller | Friend, Former AUSA, and Civil Servant |
| Cecilia Munoz | Former Head of White House Domestic Policy Council |
| Janet Murguia | CEO, UnidosUS |
| Vera A. Nazarian | Constituent |
| Danny O'Brien | Former Chief of Staff & SFRC Staff Director |
| Carlos Odio | Son-in-Law |
| Christian A. Onuoha | Constituent |
| Librada Orsino | Constituent |
| Mike Ortega | Driver, Assistant, and Friend |
| Manny Ortiz | Founder, VantageKnight, LLC |
| Robert Prats Palerm | Former Senator of Puerto Rico |
| Francisco Pelayo | Former Staffer |
| Remberto Perez | Former Board Member and President, Independent Insurance Agents of New Jersey |
| Medardo Perez | Community Activist and Constituent |
| Michael Politopoulos | Constituent |
| Esperanza Porras-Field | Founder & President Emeritus, Morris County Hispanic-American Chamber of Commerce |
| Douglas Quinn | Constituent |
| Gertrudis Ramirez | Constituent |
| Bishop Joshua Rodriguez | Bishop & Founding Pastor, The Cityline Church; Vice President, National Latino Evangelical Coalition |
| Estuardo Rodriguez | Founder, Friends of the National Museum of the American Latino |
| Edgar Romero | Friend and Constituent |
| Dr. Felix Roque | Mayor, West New York, New Jersey |
| Nina Saria | Constituent |
| Frank Sharry | Friend |
| Pastor Dr. DeForest B. Soaries, Jr. | Pastor Emeritus, First Baptist Church, Lincoln Gardens |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Rosemarie Sorce | Chairwoman, Hackensack University Medical Center |
| Terry Strada | National Chairperson, 9/11 Families United |
| Garbis Tabourian | Father-in-Law |
| Katia Tabourian | Sister-in-Law |
| Archbishop Anoushavan Tanielian | Armenian Archbishop and Prelate of the Eastern Prelacy of the United States |
| Ani Tchaglasian | Constituent |
| Savas Tsivicos | Constituent (Supreme President of the American Hellenic Educational Progressive Association) |
| Stephanie Valencia | Family Friend |
| Emilio Del Valle | Constituent |
| Linda Fiddle Walder | Founder & Executive Director, Daniel Jordan Fiddle Foundation for Adult Autism |
| Robb Watters | Friend and Managing Partner, Madison Group |
| Tasos Zambas | Constituent and Friend |
| Endy Zemenides | Executive Director, Hellenic American Leadership Council |

*Luís Alamo*

Dear Honorable Judge Sidney Stein,

I have been fortunate to know Senator Robert Menendez for over four decades. Our connection began in the early 1980s, a period when Bob had already made a name for himself by being elected to the Union City School District's Board of Education. When I first met him, Bob had graduated from Rutgers Law School and was well on his way to becoming a significant figure in New Jersey politics. In 1986, he was elected Mayor of Union City, and two years later, while continuing to serve as Mayor, he was elected to represent New Jersey's 33rd district in the General Assembly. Bob's early years in public service were marked by a deep commitment to his community, even as he balanced his responsibilities to his family, and as a rising politician and a practicing attorney.

It was during these early years that Bob became a trusted friend to me and my family. In 1983, my father was tragically murdered during a robbery in New York City. This devastating event forced me to abandon my dream of playing college football and instead take on the responsibility of managing our family business. Over the years I've often felt that having suffered through a tragic death of his own father was something that compelled Bob to always find time to provide me, and my family with unwavering support. Especially in the early years despite his burgeoning professional and political careers, he took the time to offer guidance and comfort, revealing the depth of his compassion and his commitment to those in his community.

As Bob's public service career advanced, so did my own involvement in the community. I dedicated myself to volunteer work through the local Kiwanis Club, eventually leading the organization as its president. Throughout these years, I saw firsthand Bob's unwavering dedication to service. Whether as Mayor, Assemblyman, or later as a U.S. Congressman and Senator, Bob always encouraged others to get involved and give back, leading by example with his own acts of volunteerism. His leadership motivated many, including myself, to actively contribute to our community.

Today, I regard Bob not only as a cherished friend and neighbor but also as someone I have admired and relied on throughout my life. He has been a mentor, a guiding figure, and someone whose integrity I deeply respect. It is difficult for me to reconcile the man I know with the accusations that have been leveled against him. The Robert Menendez I know is a loyal friend, a true patriot, and a dedicated public servant who has consistently put the needs of others before his own.

I understand that Your Honor is now tasked with determining Senator Menendez's sentence. My reason for writing is to ensure that the Court is fully aware of the significant positive impact he has had throughout his life. I earnestly hope that the Court acknowledges the profound influence Senator Menendez has had on so many individuals and the broader community. He has been a pillar of support and leadership, often without seeking recognition or reward. Regardless of the case's outcome, I ask

*8200 Blvd East, North Bergen, NJ 07047*

## **Appendix 1**

### Letters Submitted in Support of Senator Robert Menendez

| Submitter | Relationship to Senator Menendez |
|---|---|
| Luis Alamo | Former President, local Kiwanis Club |
| Maria Almeida | Former Staffer |
| Henry J. Amoroso | Former President and CEO, Saint Vincent Catholic Medical Centers |
| President Nicos Anastasiades | Former President of Cyprus |
| Abraham Antun | Friend and Constituent |
| Maria Carmen Aponte | Former United States Ambassador to El Salvador |
| Alfredo J. Balsera | Hispanic Media Advisor for Barack Obama |
| Hrair Baronian | Constituent |
| Michael Barry | Friend and Real Estate Executive |
| David Barry | Founder & CEO, Urby |
| Eduardo Bhatia | Former President of the Senate of Puerto Rico |
| Lyndon K. Boozer | Constituent and Friend |
| Virgil Cabello | Former Executive Director, Housing Authority of Union City, New Jersey |
| Martin Cabrera | Constituent |
| Nidia Cano | Treasurer, Association of United Guatemalans in Paterson |
| Kory Vargas Caro | Former Campaign Staffer |
| Raphael Chavez-Fernandez | Former Staffer (various capacities) |
| Upendra J. Chikvula | Former New Jersey Assemblyman, Mayor, and New Jersey Board of Public Utilities Commissioner |
| Ben Chouake | President, Norpac |
| Phillip Christopher | President, Pancyprian Association |
| Andy Comodoromos | Constituent |
| Hal Connoly | Former Staffer (various capacities, including SFRC) |
| Irene Corbin | Constituent |
| Jeanne Cretella | Founder and President, Landmark Hospitality; Board Member, New Jersey Restaurant and Hospitality Association |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Norberto Curitomai | Constituent |
| Debbie Curto | Former Staffer |
| Philip Darivoff | Constituent |
| Eric Daughtry | Friend and Constituent |
| Peter DeGast | Owner, IHOP franchise |
| Amanda Devecka-Rinear | Constituent |
| Dr. Muhammad Dhbeis | Syrian Rights Advocate |
| Manuel R. Diaz | Former Union City Commissioner, Law Partner |
| Nairi Diratsouian | Director of Legislative Affairs and Community Relations, Armenian National Committee of America |
| Joan Dublin | Health Care Provider and Community Leader |
| Dina Dubon | President, Newark Street Vendor Association; Former Treasurer, Hispanic State Parade of New Jersey |
| Alexander Duran | Constituent |
| Marcell Felipe | Constituent |
| David Ferreira | Former Staffer (for Rep. Esteban Torres) |
| Justin Field | Former Legislative Staffer |
| Rev. Bolivar Flores | VP, New Jersey Coalition of Latino Pastors and Ministers |
| Rafael J. Fraguela | Former Union City Commissioner |
| Carlos P. Fuente | Constituent |
| Alida Garcia | Immigration Rights Advocate and Friend |
| Rabbi Menachem Genack | Religious Leader and Constituent |
| Phil Goldschmeidt | Constituent |
| Dr. Alan Goldsmith | Founder, Jewish Renaissance Foundation and Medical Center |
| Caridad Gonzalez | Sister |
| Pedro Gonzalez | Brother-in-Law |
| Ovelio Gonzalez | Friend and Constituent |
| Dr. Ronald Gonzalez | Nephew |
| Luis V. Guitierez | Former Member of Congress |
| Christina Haley | Former Staffer |
| Victor Herlinsky | Member, New Jersey State Ethics Committee |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Michael Hutton | Former Chief of Staff |
| Mickey Ibarra | Former Assistant to the President of the United States |
| Rustrem Ibrahimaj | Owner, Café Italiano Risotrante |
| Peter Kakoyiannis | Archon, Ecumenical Patriarchate |
| Bernard F. Kenny, Jr. | Former Majority Leader, New Jersey State Senate |
| Vartivar Keshishian | Constituent |
| Brad Klatt | Constituent |
| Steve Klinghoffer | Former President, Jewish Federation of Greater MetroWest NJ |
| Rabbi Aaron Kotler | President & Chief Executive, Beth Medrash Govoha |
| Garine Koushagjian | Constituent |
| Daniel H. Krivit | Lawyer and Friend |
| Meir Lichtenstein | Lakewood Township Committee Member and Constituent |
| Fred Liriano | General Director, U.S. Federal Chaplains Agency |
| Mayor Hector C. Lora | Mayor, Passaic, New Jersey |
| Alice Lugo | Former Chief Counsel |
| Ashu Mahajan | Constituent |
| Dr. Asif Mahmood | Commissioner, US Commission on International Religious Freedom |
| Samantha Maltzman | Former Staffer, including Campaign Finance Director |
| Andy Manatos | Former Assistant Secretary of Commerce |
| Alec Manicone | Nephew |
| Geoffrey Manicone | Brother-in-Law |
| Michael Maron | President & CEO of Holy Name Medical Center |
| Marcus Sebastian Mason | Senior Partner, Madison Group |
| Rev. Dr. Calvin McKinney | Pastor, Calvary Baptist Church of North Jersey at Garfield |
| Carlos Medina | President & CEO, Statewide Hispanic Chamber of Commerce of New Jersey |
| Robert J. Menendez, Jr. | Son |
| Alicia Menendez | Daughter |
| Antonia Merina | Bishop, Pentecostal Church of the State of New Jersey |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Illeana Montes | Former President, Hispanic Bar Association of New Jersey |
| Raul Morales, Sr. | Friend and Former Canvasser |
| Cristina Jimenez Moreta | Former Executive Director, United We Dream |
| Elio Muller | Friend, Former AUSA, and Civil Servant |
| Cecilia Munoz | Former Head of White House Domestic Policy Council |
| Janet Murguia | CEO, UnidosUS |
| Vera A. Nazarian | Constituent |
| Danny O'Brien | Former Chief of Staff & SFRC Staff Director |
| Carlos Odio | Son-in-Law |
| Christian A. Onuoha | Constituent |
| Librada Orsino | Constituent |
| Mike Ortega | Driver, Assistant, and Friend |
| Manny Ortiz | Founder, VantageKnight, LLC |
| Robert Prats Palerm | Former Senator of Puerto Rico |
| Francisco Pelayo | Former Staffer |
| Remberto Perez | Former Board Member and President, Independent Insurance Agents of New Jersey |
| Medardo Perez | Community Activist and Constituent |
| Michael Politopoulos | Constituent |
| Esperanza Porras-Field | Founder & President Emeritus, Morris County Hispanic-American Chamber of Commerce |
| Douglas Quinn | Constituent |
| Gertrudis Ramirez | Constituent |
| Bishop Joshua Rodriguez | Bishop & Founding Pastor, The Cityline Church; Vice President, National Latino Evangelical Coalition |
| Estuardo Rodriguez | Founder, Friends of the National Museum of the American Latino |
| Edgar Romero | Friend and Constituent |
| Dr. Felix Roque | Mayor, West New York, New Jersey |
| Nina Saria | Constituent |
| Frank Sharry | Friend |
| Pastor Dr. DeForest B. Soaries, Jr. | Pastor Emeritus, First Baptist Church, Lincoln Gardens |

| Submitter | Relationship to Senator Menendez |
|---|---|
| Rosemarie Sorce | Chairwoman, Hackensack University Medical Center |
| Terry Strada | National Chairperson, 9/11 Families United |
| Garbis Tabourian | Father-in-Law |
| Katia Tabourian | Sister-in-Law |
| Archbishop Anoushavan Tanielian | Armenian Archbishop and Prelate of the Eastern Prelacy of the United States |
| Ani Tchaglasian | Constituent |
| Savas Tsivicos | Constituent (Supreme President of the American Hellenic Educational Progressive Association) |
| Stephanie Valencia | Family Friend |
| Emilio Del Valle | Constituent |
| Linda Fiddle Walder | Founder & Executive Director, Daniel Jordan Fiddle Foundation for Adult Autism |
| Robb Watters | Friend and Managing Partner, Madison Group |
| Tasos Zambas | Constituent and Friend |
| Endy Zemenides | Executive Director, Hellenic American Leadership Council |

*Luís Alamo*

that Your Honor considers all the good he has done for his country, as well as the personal care and attention he has shown to his friends and constituents.

From my perspective, it would be a great loss for our country if Senator Menendez were to be incarcerated rather than continuing to use his expertise, knowledge, and relationships to benefit our society, particularly in these challenging times. I sincerely hope that the Court understands that Senator Menendez has already faced numerous hardships—public humiliation, the loss of his position, and the damage to his career. I believe that further punishment through imprisonment would serve no productive purpose, especially when he still has so much to offer.

Thank you for taking the time to read my letter. Like many others, I have been deeply saddened by the situation that Senator Menendez now finds himself in. I hope and pray that the Court sees the exceptional individual he has been and will continue to be to those who know him.

Yours sincerely,

Luis Alamo
8/21/2024

*8200 Blvd East, North Bergen, NJ 07047*

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 12, 2024

Dear Honorable Judge Stein,

I am writing to you with deep respect and a strong sense of duty to share my perspective on Senator Robert Menendez. My association with Senator Menendez began in 1982 when he served as my family's attorney. Since then, I have had the honor of working alongside him for the past 24 years in various capacities, including as his state district manager and New Jersey Scheduler.

Before joining the Senator's team, I held the position of Deputy Director for the City of Union City, where I managed the Departments of Public Affairs, Revenue and Finance, and Parks and Public Property. I also contributed to several non-profit organizations, including the Hudson County Chapter of the American Red Cross, Union City Day Care Center, and the National Association of Cuban American Women. Notably, I was the first Latina to preside over the Board of Directors of North Hudson Community Action Corporation, which serves multiple counties in New Jersey.

In my role as office manager for Senator Menendez, I have witnessed firsthand the significant impact of his leadership. Our office has provided critical support to tens of thousands of constituents during pivotal events such as 9/11, the Superstorm Sandy, and the COVID-19 pandemic. The Senator's office was renowned for its dedication, often extending its assistance to individuals from other states who sought help due to our reputation for going the extra mile.

Senator Menendez has been a staunch advocate for those in need, whether addressing the plight of homeowners affected by Sandy, supporting 9/11 first responders, aiding small businesses devastated by the pandemic, or facilitating life-saving transplants. As Chairman of the Senate Foreign Relations Committee, he has also championed the cause of millions living under oppressive regimes globally.

Throughout my four decades of knowing Senator Menendez, I have found him to be a dedicated public servant, deeply committed to his constituents and the nation. I understand that Your Honor is tasked with the difficult decision of sentencing Senator Menendez. I respectfully urge you to consider the extensive positive contributions he has made over five decades of public service. The loss of his expertise and commitment would be a significant detriment to our country.

Thank you for your time and consideration, as well as for your dedicated service to our nation.

Sincerely,

Maria Almeida

**Henry J. Amoroso**



September 16, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein:

My name is Henry J. Amoroso, Jr. and I am submitting this letter to you on behalf of Senator Robert Menendez, for your consideration in determining Senator Menendez' sentence. I am a member of the New Jersey Bar and have practiced in the State of New Jersey for approximately forty years. I hope this letter provides you with a more complete picture of Senator Menendez and his decades long career as a dedicated public servant.

I have known Senator Robert Menendez for almost twenty years. I first met him when I was the CEO of a distressed Catholic hospital system based in New Jersey, based primarily in Newark, New Jersey. At the time, I contacted the Senator's Office to introduce him to our new breast cancer center, which aimed to serve the poorest population and neediest patients, in an effort to source funding.

Upon hearing of the plight of the system and its patients, Senator Menendez immediately agreed to tour the hospital system's breast cancer facilities. After completed the tour and witnessed the work that was being done, Senator Menendez moved to expeditiously to secure additional funding for our breast cancer center. I recall specifically at what was a first meeting how moved he was by our patients struggles and the important work we were doing to address their needs.

Breast cancer affects one in eight women nationwide and survival rates are worse in minority and disadvantaged populations. Senator Menendez' efforts helped open doors to recovery for many vulnerable patients that would otherwise not have such an opportunity.

Not long after, I had an opportunity to get to know the Senator more intimately through mutual friends. It was during this time that we started to have many conversations about our families, life experiences, and most importantly, faith. Those conversations were often deeply moving as we shared with each other our family backgrounds, the struggles, challenges and triumphs we

experienced.  I recall one evening at dinner both of us being moved to tears as I shared my own experiences with the Senator regarding the loss of people who meant so much to me and how kind, supportive and encouraging he was.  It was not as if I was speaking with a Senator, but as instead to a good man, a faithful friend.

Over the years, our relationship developed to one where we only occasionally discussed politics. More often than not we would speak about the simple but rewarding chores at home over the weekend or fun evenings out with friends with good self-deprecating humor.

During the course of what is now an almost 40-year legal career, I have represented the Vatican on several important matters.  I am also deeply spiritual and rigorously follow the principles of my Catholic faith.  So, you can imagine how excited I was, when, in September 2015, Pope Francis traveled to the United States and scheduled what might have been a once in a lifetime event – the Pope speaking to a joint legislative session of Congress.   As I understand it, each of the Senators were extended an invitation to bring a guest.  When Senator Menendez invited me to attend, I was moved beyond comprehension that he would offer me that ticket and not only ensure that I had a ticket but that I sat in a position of import.   I remember the day vividly. Despite his many responsibilities based on the fact that he was part of the welcoming delegation, he made time to meet me and literally walk me to my seat.

We met not long after that for dinner where I recounted some of my own work on behalf of the Holy See and the State of Israel, both places of profound interest to Senator Menendez, and shared with him not only my gratitude at how powerful the day was in my own life.  Naturally, given our shared faith and other shared experiences, our friendship continued.   Our conversations were often spirited and always fun, with topics ranging from political observations, the expansion of our families and our everyday lives.

In 2019, I was involved in a terrible car accident, shattering my right shoulder and suffered other injuries.   My recovery was long and at times, difficult, but once I was up and about and able to have dinner in March 2020, the Senator invited me out, in part to celebrate my 60th birthday and to see how I was doing.    During dinner, he obviously noticed I was struggling to cut my steak and without any hesitation and without bringing attention to himself, he gently leaned over with his own knife, grabbing my fork and cutting my steak for me while remaining completely engaged in conversation.  He did it in such a way to not make me at all self-conscious and to again demonstrate his kindness and thoughtfulness.  While this may seem a somewhat minor story to relate in a letter such as this, it is one that deeply impressed me.  In part, because it was one that was instinctive and so humanly generous.

While I do not know anything of the allegations against Senator Menendez other than what I have read in the news, I acknowledge his conviction.  The man I heard about in the news is much different than the kind, generous, thoughtful and empathetic man I know the Senator to be.  I can confirm countless stories of people that I know well who have benefited from the Senator's

career of public service, including desperately ill Veterans in need of veteran services or struggling immigrants caught between the horrors of home and the promise of America.

As you undertake the seriousness of all that you must consider in imposing your sentence in the discharge of your duties, I hope you keep in mind the person you may not have had the opportunity to see in the courtroom. The person that I know to be a good friend and good man.

I want to thank you for taking the time to read this letter as I am sure it is one of the many who have been deeply saddened by the circumstances that the Senator now faces.

I will continue to offer my prayers for all involved and the true merit of the person be considered in the context of all that has happened.


Very truly yours,


Henry J. Amoroso



## NICOS ANASTASIADES
FORMER PRESIDENT OF THE REPUBLIC OF CYPRUS [ 2013 - 2023 ]

9th of October, 2024

Honorable
Sidney H.Stein
Daniel Patrick Moynihan United States Courthouse
300 Pearl Street
New York, NY 10007

Your Honor,

I appeal to your honesty, with all due respect, in the hope of helping to paint a more accurate picture of the personality and ethos of the distinguished Senator Robert Menendez.

I am writing to you in the capacity of former President of the Republic of Cyprus between 2013-2023, but also as a former chairman of the Foreign Affairs Committee of the House of Representatives during which I had first met Senator Menendez.

Throughout our long acquaintance I found a genuine and reliable American politician, who with all his political action, for the prevalence of international law, helped in the reorientation of the foreign policy of the Republic of Cyprus, with the result that the former member country of the non-aligned became, during my presidency, a strategic partner of the USA.

At the same time, with his own initiatives, he helped deepen the relations of the Republic of Cyprus with the state of Israel, Egypt and Jordan.

His struggle to end the Turkish occupation of Cyprus, on the basis of UN resolutions, was the most credible solution for the benefit of both communities of the island, Greek Cypriots and Turkish Cypriots, which would also greatly help in the normalization of relations between two allies, the Hellenic Republic and Turkey.

It was precisely this sincere interest in peace in the Eastern Mediterranean region that led me to the decision to award him the highest honor of the Republic of Cyprus.

I cannot ignore his persistent struggles to rid the Republic of Cyprus of Russian influence through the facilitations provided for the docking of Russian warships or the detachment of my country from Russian investments and the fight against money laundering.

NICOSIA TOFARCO BUILDING ♀ 30, CHYTRON STR., BLOCK A, 2ND FLOOR, 1075 NICOSIA ☎ (+357) 22 573 999

LIMASSOL IMPERIUM TOWER ♀ 64, OMIROU STR., 3096 LIMASSOL | P.O. BOX 54722, 3727 LIMASSOL ☎ (+357) 25 842 000 🖶 (+357) 25 842 100

✉ expresident@anastasiades.com.cy



During my many years of presence in the political life of Cyprus, I met numerous leaders and political figures of foreign countries, I assure you that in the person of Senator Robert Menendez was the first time I met such an honest friend who, without ignoring the interests of the USA, made it a priority to highlight and solve the problems of the region.

Your Honor,

As a lawyer, I am aware of the limits of my permissible intervention; it is my request that, in the assessment of the sentence, you take into consideration his invaluable contribution to the restoration of international law and the service of the well-understood interests of the USA.

Your Honor,

Please accept this letter as a token of the deepest gratitude that my country and its people hold for the distinguished and selfless friend, Senator Robert Menendez.

Thank you very much for the honor and the opportunity to contact you.


Yours sincerely,

Nicos Anastasiades
Former President of the Republic of Cyprus (2013-2023)

September 27, 2024

The Honorable Sidney H. Stein, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 23A
New York, NY 10007-1312

Dear Honorable Sidney H. Stein,

I am writing to you today as a constituent of Senator Robert Menendez and as someone who has known him for over 30 years. I have had the honor of observing his tireless work for the people of New Jersey, particularly in my own professional community of Perth Amboy. Senator Menendez has consistently represented and defended the needs of the most oppressed and hardest working individuals in our state. His advocacy for the diverse population of Perth Amboy—a city of many nations—has had a profound impact on countless lives.

As a survivor of a tragedy that deeply affected my family and me, I feel compelled to share my personal experience with Senator Menendez. On July 19, 2020, my wife and partner of 32 years, Esther Salas, was the target of an assassination attempt that resulted in the murder of our only child, Daniel Mark, and my near killing on that same day. As you may know, a disgruntled lawyer who was angry with my wife because of the way she was handling his case, stalked our family with a plan to assassinate my wife at our home in North Brunswick, New Jersey. However, unbeknownst to our son's killer, our son would sacrifice his own life as an act of love for his family, and I would also do my best to protect our family. I suffered several gunshot wounds that pierced five different parts of my body, and nearly lost my life on the day and weeks following the shooting. During this unspeakable time of grief, Senator Menendez was there for my family, offering support that went beyond words.

Having a personal connection to Daniel, Senator Menendez's actions following our unfathomable tragedy began with his attendance at Daniel's funeral mass on September 26, 2020. However, Senator Menendez's support extended well beyond his prayers and physical presence that somber day in church. Senator Menendez's personal commitment to ensure the safety and independence of the men and women who proudly serve our federal judiciary resulted in a two-plus year endeavor to see the enactment of the Daniel Anderl Judicial Security and Privacy Act on December 23, 2022. During this years-long endeavor, Senator Menendez exhibited selflessness

1

by putting the safety and protection of the federal judiciary before himself. Senator Menendez's support of this much needed legislation never wavered and his perseverance, determination, and love for our Daniel is something our family will never forget.

While I understand the seriousness of the legal matters before the Court, I also know firsthand that this moment in time does not extinguish the long-standing service and good deeds by Senator Menendez. I offer this character letter not just as an attorney, but also as Daniel's father, Esther's husband, and as the child of immigrant parents. My father, Julius Anderl, fled from persecution by leaving his home in Vienna, Austria, to come to America in search of a safer and better life. He met and married my mother, Edith D'Arino, who was from Italy, and together they did their best to raise me and my two sisters. As someone who understands hardship, surviving tragedy, and the power of forgiveness, I humbly request that the Court show compassion and leniency to Senator Menendez.

Thank you, Your Honor, for your attention to this matter and for your consideration of my heartfelt plea.

Respectfully submitted,
Mark A. Anderl
Attorney, Perth Amboy, New Jersey

Abraham Antun



September 8, 2024

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Robert (Bob) Menendez

Dear Judge Stein:

Bob Menendez and I are lifelong friends. Growing up in Union City we attended school together right through college. Bob served as my best man at my wedding. In all the years I have known Bob, he has always extended himself to help people. He would assist people with immigration issues or with any type of service they required. Bob did all this before he became an elected official.

Bob is an advocate for human rights and denounced all oppressive governments. This advocacy was borne from his personal experience and the challenges faced by Cuban refugees fleeing a dictatorship. During his years serving in Congress, Bob played a critical role in providing financial assistance to Hudson County, NJ to assist in the recovery of superstorm Sandy, the COVID-19 pandemic and securing funding to improve surface transportation. I know this personally since I have served as the County Administrator for Hudson County for over 20 years.

Besides being a servant of New Jersey, Bob is devoted to his two children and grandchildren. Bob's efforts throughout his career have been to create a better place for all future generations. Bob never forgot his roots or his friends. The challenges he faced throughout his life impacted how he has worked to improve the well-being of others.

Bob has been an unselfish public servant, friend and family man throughout his life. This is the person I know and not the one portrayed by the prosecution.

Sincerely,

Abraham Antun

MARI CARMEN APONTE



August 20, 2024

Honorable Judge Stein
U.S. District Court, New Jersey

Dear Judge Stein:

I write on behalf of Senator Robert Menendez, whom I first met when he was elected to the United States House of Representatives in approximately 1993. Since then, I have known him as a faithful public servant, serving the people of New Jersy and the United States. Over the years, I have seen him advance a broad range of issues: from human rights and women's rights to diversity in the Federal labor force. He did so tirelessly, altruistically and unselfishly. At the time, I was active in national Hispanic community organizations, and was part of groups who would approach him to take a stand on behalf of our community. We were always under resourced, and issues like immigration, housing, economic development for our community were always on our agenda. He was consistently responsive, usually supporting our requests to take active positions protecting or advancing the interests of the Hispanic community. While on occasion those positions were not popular for him, he had the courage to be consistent with his constituents.

In approximately 2001, when I led the Puerto Rican Federal Affairs Administration for the Governor of Puerto Rico, I approached him seeking support for a few projects we had in New Jersey to reach, educate and advance the Puerto Rican community in that State. This is when I got to know him personally much better. I remember having conversations with him at the time about the even handedness we needed to have in our projects so as not to be partisan. Notwithstanding his strong partisan positions, he always responded even handedly in giving us broad referrals of people who could be helpful. In fact, the person we hired to run our operations in New Jersey was his referral, and she turned out to do an outstanding job, always mindful of the broad-based approach and the objectives the Commonwealth of Puerto Rico wanted to achieve with the communities at that time. Because of his direct involvement with us, Senator Menendez helped us accomplish our goals, and we could provide services to the Puerto Rican community in New Jersey.

As a result, I got to know the Senator and was always in touch with him when it came to helping the community. He also helped me as I sought to be confirmed by the United States Senate as U.S. Ambassador to El Salvador. His support was unconditional and critical as I was baselessly labeled by those who were politically opposed as a Cuban spy. He knew the accusations were baseless, and he, along with the US. Department of State and others supported my candidacy. Senator Menedez also worked with other Senators, and eventually I was confirmed.

Judge Stein
Page Two
August 20, 2024

But that was not the end of our collaboration.  After I was confirmed and was serving in El Salvador, he visited the country on a fact-finding trip as part of a Congressional Delegation.  During the trip, I asked him to attend a lunch with the Salvadoran Supreme Court, who were the only ones with the Constitutional authority to approve our Request for Extradition of a Salvadoran national who had allegedly murdered a young woman at a fast-food restaurant in Colorado.  At the time, the United States had several extraditions pending, and the Embassy had been asking the Supreme Court for years to act on our Petitions.  Senator Menendez went at the request very strongly throughout the lunch.  He was relentless in his arguments, and answered every defense the Justices gave him for not granting the request.  At the end of the lunch, the Justices left and said nothing.

Three days later, the Embassy got the notice that the petition had been granted and for the first time in about 110 years an Extradition petition was granted by the Salvadoran Supreme Court.  In a matter of days, we had a United States government plane in El Salvador pick the accused up and fly him to face justice in Colorado.

About a year later, I received a handwritten note from the victim's father letting me know there had been a guilty finding by the jury and thanked me for the work we had done to help his family bring closure to their loss.  Simply put, this would not have happened without Senator Menendez' strong conversation with the Salvadoran Supreme Court.

Based on my interactions with Senator Menendez over decades, there is no doubt in my mind that he has served his country well and has cared for his community personally and professionally.  But I also understand you must consider all the facts before you.  Judge, I hope that as you reach your decisions, based on all the evidence presented, you also have the benefit of events that illustrate what a powerful force for good the Senator has been during his career.

I appreciate and salute you for taking my thoughts into account.

Sincerely Yours,

Mari Carmen Aponte



September 26, 2024

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Stein:

I respectfully submit this letter on behalf of Senator Bob Menendez with the hope that my words, combined with those of others, will be given consideration as part of his trial and potential sentencing.

As an American of Cuban and Spanish heritage, Bob Menendez always personified to me what it means to be a freedom loving patriot. Senator Menendez and I share a common background in that his family, like mine, lost their native country to a Marxist Leninist regime, they suffered at the hands of a brutal dictatorship and fortunately found refuge in the United States. Those experiences mark one's family forever and lead you to appreciate and cherish democracy in a very special way. Families like ours understand democracy different from many of our American brothers and sisters because we know firsthand that democracy is delicate and vulnerable. We don't take it for granted.

During his career in public service, particularly in Washington and specifically on matters of foreign affairs, it is clear that Bob Menendez was supremely guided by that spirit of patriotism and democracy. He has spoken out for the abused, oppressed and marginalized inside our country and beyond our shores...drawing attention to their plight and using his political reach to defend them. He has taken on dictators and totalitarians with strength. While others in the political world talk about defending democracy, Senator Menendez actually does it. Bob Menendez has dedicated his political life to the cause of liberty.

Of course, the positions that Senator Menendez has taken, the courage he has shown by calling out political thugs by name, and the passion with which he has fought for our country and its government - to always lead with conviction instead of convenience - comes with great risk.

For people like him that risk will inevitably manifest itself into powerful political enemies at home and abroad that will take great strides to have him erased from the universe of influence and silenced. In my humble opinion, that is what has happened here.

Cuba is a regime that successfully infiltrated the Pentagon, State Department and other elements of Homeland Security. No one has fought harder against their dictatorship in Congress than Bob Menendez.

Today there is a growing current of public support in the US among certain sectors for Hamas inspired causes. Few people have defended Israel like Bob Menendez.

While some people in positions of power would prefer to turn a blind eye to the atrocities of the Hugo Chavez/Nicolas Maduro regime in Venezuela so that we can play in their oil fields, Bob Menendez has put values over profit and said NO.

Again, these bold stances come at a cost and I fear that is what is precisely affecting Senator Menendez today. Based on my relationship with him for over two decades, combined with my personal upfront observations during that time, it is inconceivable that Bob Menendez would ever betray his country. He has always been a man driven by principle that puts the well-being of others before his own. To think otherwise only means that you don't know him.

As you analyze his case, your Honor, I pray that you take into account the complete history of the life and service of Bob Menendez. I respectfully urge you to look beyond the court filings and consider the real-life risks that he voluntarily submitted himself to during his career, and the enemies that he generated along the way, to defend others. The US Congress needs more people with the values of Bob Menendez and sadly he is no longer there.

Thank you for taking the time to read my letter. For me it is a privilege to sign my name in honor and defense of Bob Menendez...despite the circumstances. It is a heartfelt testament.


Sincerely,

Alfredo J. Balsera

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 25, 2024

Dear Honorable Judge Sidney Stein,

As an immigrant, my journey in the United States was laden with weariness. I came to
the United States from a war-torn country where politicians did not represent the voices
of the people they represented. My fears for this behavior were the same in the US and
my fears turned out to be true.. The fear of being unheard and the frustration of being
disregarded fueled my distrust until I had the opportunity to read one of Senator
Menendez's statements. At first, I was hesitant to believe the promises because I saw
him as another politician. I met him several times at events with the community.

Over time and as the years went on, I began hearing of Senator Menendez's work more
regularly through statements, speeches at Armenian Genocide Commemoration events
and action he would take in his roles as Congressman and Senator. I began to trust the
words of Senator Menendez and it became clear to me that when he promised
something, he delivered. And that is exactly what happened in 2019 when after years of
fighting for recognition of the Armenian Genocide, Senator Menendez showed me that
is is possible for public servants to represent the voices of those who often go unheard.

I am writing to share my story in hopes that you will consider the good the Senator has
done as you determine his sentence.

Sincerely,

Hrair Baronian

*David Barry*



September 11, 2024

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Stein:

My name is David Barry, and I was born and raised in New Jersey. I understand that Your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter is to share some of my own personal experiences with Senator Menendez and hopefully provide insight into his honorable character and the good deeds he has done during his life of public service.

I have known Senator Menendez for approximately thirty years. During that time, I have known the Senator to be an exemplary public servant and extraordinary human being, devoted to his country and his constituents. The Senator has always demonstrated steadfast commitment to the people of New Jersey, supporting economic growth while ensuring that every person was treated with dignity and given a fair shot.

I first met Senator Menendez when he was a Congressman in my home district, the 13th district of New Jersey. At that time, after having received a BA from Columbia College and JD from Georgetown University Law Center, I set out to pursue a career in real estate development. I was interested in building relationships with elected officials to better understand the composition of government and its objectives. After meeting Senator Menendez (at that time Congressman Menendez), I concluded that he was, far and away, the most intelligent, hardworking, honorable, and committed elected official in New Jersey. As time passed, we developed a mutual respect and friendship.

Over the years, as I built my business as well as championed civic efforts important to me, I have been deeply impressed with Senator Menendez's fortitude and commitment to serving his constituency. I have personally witnessed the Senator taking on and solving important issues for his constituents relating to education, improvement of the environment, quality of life, and economic opportunity.

1

Honorable Judge Stein
September 11, 2024
Page 2

One example that comes to mind pertains to the Senator's support of Liberty National, an ambitious project to transform a filthy abandoned oil tank farm on Lower New York Bay into a commercially successful golf course with complete remediation of all environmental contaminants. The land at issue had been severely contaminated by its prior industrial uses and was a danger to the environment and surrounding neighborhoods. The path to productive use was complicated and uncertain. Senator Menendez recognized the multitude of benefits that would be bestowed upon the community by the project, and he was a tireless advocate helping to activate and coordinate all levels of government to support the cleanup and redevelopment of the waterfront. The project was a huge win for Jersey City and New Jersey as it permanently remediated dangerous contamination, created open space and public paths and walkways connecting Liberty State Park to areas south and established a quality recreation facility on a former wasteland.

Another example involved Senator Menendez's support of Liberty Science Center in Jersey City, a not-for-profit institution for which I am Co-Chair of the Board of Directors. Liberty Science Center is a hugely important public institution with a mission to inspire the next generation of scientists and engineers. It receives visits from over 750,000 students and teachers per year and relies on a combination of both private donations and public subsidies to fulfill its mission. Over the 10 plus years that I have been involved with LSC, Senator Menendez has been a staunch supporter of the institution, consistently advocating for public subsidies involving existing operations, off-site programming, and expansion of the facilities and its educational programs. The Senator has also dedicated his time personally attending dinners and lectures to show his support.

A final example involves the Senator's constant commitment to the support and economic integration of New Jersey's immigrant population. Senator Menendez has personal experience with despotic regimes and understands the challenges faced by those individuals new to our nation. Senator Menendez has been a prescient thinker and moral leader around the complex issues surrounding immigration long before it was politically necessary to address this issue. He has pushed for quality education, affordable housing, and healthcare for those most vulnerable populations, and for decades has maintained a strong moral stance against marginalization of our immigrant population.

Senator Menendez has truly done so much for so many over his extensive career in public service. Whatever the facts may be of this case, I respectfully ask that Your Honor consider all of the good that the Senator has done for this country and its citizens over the past four decades of his public service. I believe that the Senator has already been punished in so many ways by this case including the public shame, the financial burden, the loss of his office and the tarnishing of his legacy. I respectfully suggest that our society will be better off if the Senator is given a sentence of community service, instead of time in prison, where he can use his vast knowledge and skills to help others.

Honorable Judge Stein
September 11, 2024
Page 3


       In closing, I pray the Court truly appreciates what an honorable and dedicated public servant Senator Menendez has been for his career, and I thank Your Honor for taking the time to read this letter.

Respectfully submitted,

David Barry

DB/ma

3

August 20, 2024

District Judge Honorable Sidney H. Stein
Danial Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Stein,

I write to you today to express my support for Senator Robert Menendez. As a friend and as a constituent, I have known Bob for more than three decades. He is, and has always been, defined by principle. He has represented and advocated on behalf of the State of New Jersey, particular affinity for Hudson County, with pure and unwavering beliefs in what is right and good for the people of New Jersey and the United States of America. Bob is unique among so many of his colleagues in that his message has always been consistent. Whether you love or disagree with his position, everyone who has ever met Bob Menendez knows where he stands.

I am the Chief Executive of large Real Estate firm based in Hoboken, New Jersey. Since the early 1990's, I have been a supporter of Robert Menendez. His policies, his intelligence, his tenacity and his integrity have made extraordinarily positive differences in the lives of millions. From my own experiences, US Senator Menendez, US Congressman Menendez, State Senator Menendez, State Assemblyman Menendez has exemplified his offices. His depth of understanding in the issues he has championed, or opposed, has made him indispensable in governing this country. There are no colleagues of Senator Menendez that I hold in higher regard.

Robert Menendez is a champion of causes. It is only befitting that he chose to fight the charges levied against him. We live in a complicated world, where issues are often nuanced. Simplification of actions and events for expediency may serve an overloaded docket, but unfortunately does not serve justice. Without going too far afield, it is my opinion that our judicial system needs significant reform in the realm of sentencing guidelines and plea bargains. Statistically, 95% of criminal convictions are obtained by guilty pleas rather than by jury trials. Draconian sentencing guidelines and the stacking of charges, versus magnitudes less in penalties and incarceration time, for saving the courts the trouble of providing citizens their constitutional right, is not what this country was founded upon. I am hopeful that your honor shares the belief that the pendulum has swung far too wide in the realm of sentencing based upon a flawed system that keeps our incarceration rates among the highest in the world.

Robert Menendez has devoted his life to making the lives all around him better and more meaningful. He is loved by family, friends and the constituents who actually know him, as opposed to those who only see him through editorialized headlines. It is my hope that your honor would see the benefit to New Jersey and the United States of America in allowing Bob Menendez the continued freedom to give his tremendous experience in government to the many who have and will benefit from that expertise.

Thank you.

Respectfully,

Michael Barry

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

September 24, 2024

Dear Honorable Judge Stein,

My name is Eduardo Bhatia. I am the former President of the Senate of Puerto Rico and currently a visiting professor at Princeton University. I have known Senator Robert Menendez for over two decades, during which I have come to recognize his extraordinary contributions as a public servant, not only to New Jersey but also to communities far beyond, including Puerto Rico.  Although I do not have any personal knowledge of the allegations made against him by the federal prosecutors, I feel it is imperative that I share the following information with you before sentencing Mr. Menéndez.

Early in his Congressional career, Bob Menendez became deeply acquainted with Puerto Rico, and I had the opportunity to work closely with him on critical issues affecting the island.  One of the most significant examples of Bob Menendez's commitment that I personally witnessed was his relentless effort to include Puerto Rican residents in the Affordable Care Act. His dedication to helping poor families attain access to healthcare was unwavering, and his work directly improved the quality of life for so many who had previously been left behind. His leadership on this issue exemplified his deep care for the well-being of vulnerable communities.

I also observed his tireless efforts to uplift Latinos, Blacks, and other minority groups in the United States. Bob spearheaded and championed legislation aimed at providing educational opportunities and creating jobs for those who need it most. I will never forget his leadership on the DACA legislation, which gave countless children of immigrants hope and opportunity in this country. His efforts have always been rooted in a genuine desire to ensure a more just and equitable society for all.

But perhaps most profoundly, I saw firsthand his commitment to Puerto Rico during one of the island's darkest hours. After Hurricane Maria devastated Puerto Rico in 2017, Bob Menendez was one of the first to offer assistance. His immediate and persistent advocacy for aid to rebuild the island demonstrated not only his deep concern for the people of Puerto Rico but also his belief in the responsibility of public service during times of crisis. He was more than a Senator during that time—he was a true friend to Puerto Rico, offering hope when it was needed most.

On a personal level, Bob Menendez is my dear friend. I know his children and his family, and I can attest to the kind of person he is. He is a caring father, a role model for young Latino leaders across the country, and a man of great integrity. Throughout our years of friendship, I have come

to admire not only his political acumen but also his unwavering commitment to making a positive difference in the lives of others.

I understand that Your Honor faces a difficult decision in sentencing Senator Menendez. I want to emphasize that whatever actions are at the heart of this case, they should not overshadow the incredible good he has done for so many people over the course of his life. His record of public service is one that reflects a lifelong dedication to helping others, particularly the most vulnerable.

I humbly ask that Your Honor keep in mind the vast impact that Senator Menendez has had on countless lives—his decades of leadership, the care he has shown to friends and constituents alike, and the profound difference he continues to make, even now. The consequences of this case have already been deeply felt by Senator Menendez, his family, and his career. I sincerely believe that his talents and dedication can still contribute much to the nation in these troubled times.

Thank you for your time and consideration in reading this letter. I am just one of many who have been saddened by the circumstances Senator Menendez now faces, but I remain hopeful that the Court will take into account his lifelong dedication to serving others and his immense contributions to the country.


Very truly yours,

Eduardo Bhatia

August 30, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Judge Stein:

I'll never forget when I first met Bob Menendez after he was just elected to Congress - it was January of 1993, over 30 years ago.

We ran into each other at the elevator in The Lansburgh apartment building where he lived, and I was excited that a "latino" had been elected to Congress which was rare back then.

You see my mother was a Latina, Yolanda Garza, who had been hired by then Senator Lyndon Johnson as a secretary when he was Senate Majority Leader; she worked for him throughout his career — hence my name, Lyndon.

I was in my 20s and working as an administrative assistant to the US Telecom Association.

Bob's response when I introduced myself was candid, insightful and revealing, "Thank you - I'm Cuban" which at the time I didn't fully appreciate or understand as a descendant of Mexican Americans.

What I did come to appreciate over the next several decades as our relationship evolved from the house to the senate was that his proud heritage defined who he was: grateful, intelligent, selfless, dedicated, magnanimous, humble, candid, loyal, focused and devoted to the public good above all else.

His parents had escaped persecution from Cuba and his gift back to this country for the opportunity to succeed and represent his peers has ALWAYS been to *serve* the public.

It's in his DNA in my opinion and as long as I have know him, his priorities have always been others, not himself.

As a young man, we all know that he had the courage and conviction as a young mayor to expose corruption in Hudson County which lead him to federal office. He has never stopped fighting for those who are disenfranchised, impoverished and need a helping hand from their publicly elected officials which is why he has been so effective as a Congressman and Senator for the citizens of New Jersey and Americans in general.

It is my pleasure to serve as a character reference for Bob Menendez because it is my deep personal belief that the man that I have known professionally well over several decades, is NOT the man that has been portrayed in the public domain and made to be a mockery of in the media.

Bob Menendez is at heart a public servant, and he has devoted his life to serving others.

One of my favorite memories of the Senator is a speech that he gave on the Senate floor on the Obama healthcare act which ultimately passed Congress and was enacted into law.

His compelling case for the underprivileged and disenfranchised reflected his own upbringing and was from the heart, mind and sinew. And he helped ultimately carry the day so that all have access to healthcare irregardless of their employer.

It reflected who Bob Menendez is and why he has spent his entire life in public service working to help others.

I've known Bob well for many decades and, in my experience, personal financial gain has never ever been a consideration for him.

I ask for the court to please consider the entirety of Bob Menendez' career which was in service to his constituents over multiple  decades plus in public service.

Bob Menendez is a good decent man and was an extraordinary public servant for our county.

Respectfully with kind regards,


Lyndon K. Boozer

District Judge Hon. Sidney H. Stein

Daniel Patrick Moynahan

United State CourtHouse

500 Pearl Street

New York New York 10007-1312


Honorable Judge Sidney H. Stein:


I have known Senator Menendez since my appointment to serve at the Housing Authority of Union City N.J. as the Executive Director, by the Board of Commissioners of the Authority.  I served in this capacity from July 1987 till my retirement in December 2015.

On my first day on the job I found out that the Authority had serious financial as well maintenance issues.  I reached out to Senator Menendez  (at the time Mayor of Union City) and asked him to be supportive of my efforts to turn the Authority around to a healthy position.  He told me I will have his support in whatever efforts we may have in improving the quality of life for the residents of public housing.

The first thing that comes to mind is the fact that the housing authority ( in addition to the public housing units as well as the section 8 program) manages 120 units of Veterans Housing that were built after WWII for soldiers returning back home to the States.

 These housing units were neglected. After all the years since their construction they were in terrible conditions. I applied to the Federal Government for a grant to improve the physical conditions of these units. And as a requirement from H.U.D. support from the local Authorities is required to make sure that the application by the Authority is in compliance with the local (municipality) ordinance and regulations.

We were successful in this endeavor, and thanks to Senator Menendez's (Mayor) assistance and support we were able to rehabilitate these veterans units that otherwise would have had to be demolished due to their poor physical condition, therefore saving these veterans homes.

While serving as Mayor of Union City N.J. Senator Menendez had the opportunity to build and manage the first public Pre-K Child Care Center for the families of Union City. Part of the funding will be provided by the municipality and part will be provided by the State of New Jersey. The City was in need of a place to build such a facility. The Authority owned a vacant parcel of land that it had purchased in the 1960s with the hope of building new public housing units, which never materialized due to H.U.D. 's lack of funding for new units.

Senator Menendez (Mayor) approached me with the dilemma the City had: funding for a Child Care Center and no place to build it.  I thought that the Day care Center was a terrific idea. I spoke with the Board of Commissioners of the Authority and they agreed to form a partnership with the City, providing the vacant land for the construction of the Day Care Center.

This Child Care Center provides low income parents with the opportunity to have their children in a safe environment while at work. Again Senator Menendez (Mayor) made a big difference in the quality of life for these families that reside in Union City.

One major achievement for the Housing Authority, as well as a feather on Senator Menendez's cap, is that during the Clinton Presidency and under the leadership of H.U.D. Secretary Henry Cisneros, the Clinton Administration created a Pilot Program for the Housing Authorities nationwide. However the original program consisted of only 20 grants.  A very competitive process to obtain that particular grant. These pilot programs were known as Centers of Learning, with the purpose to move public housing residents from welfare into the mainstream of the economy.

The Housing Authority of Union City applied for such a competitive grant. I reached out to Senator Menendez (at the time Congressman) and he assured me that he was 100% supporting this grant.  And the Authority was one of the 20 recipients nationwide of the grants. The Housing Authority received a $2 million grant to build this facility.  The Housing Authority named it The Pavillion.

This 20,000 sq. ft. facility provides an adult educational center, after school children programs, drug prevention programs, family counseling. and a recreational center.  The Authority partnered with the Hudson County Community College to provide the adult residents with much needed skills: computer literacy, ESL, and other certification programs provided by the College. In addition to the fact that the Authority has this magnificent facility, the Authority

was able to receive a charter from the Girls Scouts to set up the first Public Housing Girls Scouts Troop in New Jersey. The Authority also was able to sponsor a basketball team that competed very successfully statewide. During the summer months the Authority partnered with the City as well as the Board of Education to bring to the public housing children the summer programs that both of those entities run during the summer months.

Without any hesitation on my part, I can say that none of the above would have been possible without the support of Senator Menendez for the grant application. Without his support I have some doubts of our success.  Once again Senator Menendez (congressman) came "to bat" for the residents of Union City in improving the quality of their life.  Personally  I will forever be thankful and appreciative for Senator Menendez's  assistance on this matter.

The Section 8 program (rental assistance for recipients living in privately owned housing) was in jeopardy of losing substantial funding nationwide due to funding cuts by H.U.D. for this much needed program, once again I reached out to Senator Menenedez and informed him of the situation the Section 8 program was to face, and he was instrumental in being able to have H.U.D. to maintain the current level of funding (at the time) and not having Housing Authorities nationwide lose much needed funding for this program. Again, Senator Menendez contributed to the quality of life of these section 8 recipients that otherwise, if those financial cuts had taken effect, millions of families would most likely be homeless.

In addition to the contributions made by Senator Menendez to Public Housing as a major public housing advocate, he was also a major factor in bringing to Union City the State of New Jersey program: The Urban Enterprise Zone.

To preserve the viability of the commercial establishments in the downtown area of cities and towns in order for them to compete with the shopping malls, the N.J.  State Legislature approved what is known as The Urban enterprise Zones.

This designation would allow the commercial areas in each city that received the UEZ designation to charge 3% sales tax compared to 6% statewide. Senator Menendez supported the Union City application for this designation, and was instrumental for the City to receive such designation. Senator Menendez was able to improve the quality of life for the residents and merchants of Union City. The residents pay a 3% sales tax and the merchants of the UEZ

(Bergenline Ave. and Summit Ave.) increased their sales not only from Union City residents but shoppers from surrounding towns as well. Thanks to Senator Menendez's efforts, Union City experienced a tremendous boom to its economy, and in essence, improved the overall quality of life for all the residents.

On a personal level, due to the professional relationship that I established with Senator Menendez while serving as the Executive Director Of the Housing Authority, I  established a personal relationship with him as well.  I was able to meet his family and found this family to have the following: honesty, integrity, people of great faith, and as a father (and of one myself) I view Senator Menenendez to be an exemplary father and always instilling in his children the values and morals to become productive members of society.

In conclusion I do not have any knowledge of his present predicament, but my experiences with Senator Menendez's personal as well as professional experiences have always been of a man of integrity, a man of his word, and a true believer in doing good for the people that he serves as a public official.

Your Honor, I understand that you are asked to impose a sentence on Senator Menendez's case.  My purpose of writing this letter to you, is to share the good that Senator Menendez has done throughout his 50 years of public service,

I sincerely hope that you understand that Senator Menendez has already been punished in so many ways by this case, public shame, loss of public office, the legacy of how his public service will be viewed.

Your Honor, I want to thank you for taking your time to read this letter and I'm sure that you will take into consideration Senator Menendez's entire career as a public servant, to see the good that he has done for people and not this one episode, as he can still be a very productive member of society and be of much help to our communities.

Respectfully yours,
Virgil Cabello

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 13,2024

Dear Honorable Sidney Stein,


I have known Bob Mendez for over 25 years; and I came to know him when he was a Congressman and I Chaired the Pension Fund Committee for an advocacy group, New America Alliance. I spent several hours with him and his staff reviewing the issue of lack of access to capital for minority owned money management firms with public and federal pension funds. He asked several questions trying to understand the issue, the roadblocks, and the benefits of access to capital to the larger society. It was the start of a friendship that he saw the genuine interest for good on our part and I saw an interest in him as a leader in doing the right thing. Bob is a person of good character who has made a positive impact on those around him. Bob has always shown himself to be honest, trustworthy, caring on issues, compassionate, empathetic, selfless on advocacy issues, and sincere about helping other people.


Over the years we spent many times addressing the access to capital issue with him and his colleagues. And through those years, I saw him fight for so many issues aside from issues I was advocating for. One issue that stands out is his fight for farmers' rights in congress, and I asked him why he was fighting for farmers rights when he did not have many farmers in his New Jersey constituency. He simply replied that it was the right thing to do, and if he did not do it no one else would take up the fight for those farmers that did not have a voice. He went on to pass a bill that gave subsidies and representation to struggling farmers throughout the country.


Bob was always fighting for the underserved, those without a voice, and for what is right. As we continued to build a friendship he would ask me about other issues in the federal government. He saw the lack of representation with minority owned firms working with the federal government and pushed for the Office of Minority and Women Inclusion, which it was installed during the Obama presidency. I saw him take on his colleagues in his own party to push for what is right and for the underserved. There were several advocacy groups that were thrilled that they had a voice in the U.S. Senate through Bob Menendez to broach the issue and bring it to the forefront. The reporting for different agencies was important to have and demonstrate transparency in the federal government. Those

initiatives are still in place, and they report annually the progress or lack thereof on how each of the agencies are progressing in their efforts.

I remember an occasion where he was delaying a vote and approval to ask tough questions on a $47 billion merger of a major telecommunications company for the betterment of the public. He did it even though he was close to the company for many years, and they were headquartered in his home state of New Jersey. He wanted to ensure that the newly merged company would not take advantage of the low-income market of which they would control a large portion in major cities. The publicly traded company gave access to more viewership across the country and to two Hispanic TV networks and two African American TV networks for increased viewership. That work was unprecedented, but Bob would often bring up difficult issues and to ensure that the public and especially underserved communities were not being left behind.

I have witnessed Bob as U.S. Senator listen to advocacy groups such as New America Alliance and address exceedingly difficult issues with the U.S. Securities and Exchange Commission. Bob called for a meeting with S.E.C. Chair, Gary Gensler and his staff to start the dialogue on difficult issues addressing access to capital issues for minority and women owned firms and to start the dialogue on corporate board transparency. He brought other senators into the discussions to drill down on what the fundamental issues were and how to find solutions for all parties involved. I have sat around the table with him and his staff late into the night coming up with good policy solutions. He never wanted to complain about the situation, but wanted to understand the issues thoroughly and then come up with solutions that would benefit the public.

I understand the gravity of the situation, and while I am not here to comment on the case, I believe that Bob is truly remorseful and committed to making amends. I am confident that with the proper support, Bob will be able to learn from this situation and become a valuable member of the community. He will never stop fighting for those who do not have a voice or for the underserved community, whether he is an elected official or not. Bob is an eternal servant for others, it is in his DNA, and he will continue to be devoted to this country and making it a better place.

I have only known Bob Menendez in his efforts of serving the public and giving of his time and efforts for fighting for millions of Americans in New Jersey, but throughout the country and abroad. He has done a tremendous amount of good for this country and I hope your honor that you do take into consideration all the great things he has personally contributed to our country and to our fellow Americans. Sometimes the actions at one point in time can overlook a person's whole life and all the amazing things that they have contributed and impacted. I try to be a man of faith at all times, but we are human, and we all fall from grace multiple times in our lives. This is one of those times for Bob, but I hope and pray for his sake and for his family that you find it in your heart and mind to not only to reflect on the recent actions, but all the good he has done for so many over the decades of his public service. We have lost our greatest national Latino leader in Bob Menendez, but I know he will continue to serve our Latino community and the whole country and find ways to make our country even better. Service to others is at the soul of who he is.

If given the opportunity, I will continue to offer my full support to Bob during and after this difficult time. Your honor, I pray that you can get a small sense and glimpse from my letter the special man Bob Menendez really is and the character he exemplifies as a leader. I hope that you will take this letter into consideration when determining an appropriate sentence.

Thank you for your time and consideration.


Sincerely,

Martin Cabrera, Jr

CEO

Cabrera Capital Markets

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Dear Judge Stein,

I am Mrs. Nidia Cano a community leader and member of the volunteer committee of the Borough of Prospect Park. In addition, I am the treasurer of the Association of United Guatemalans in Paterson. I have also served in the past as a Commissioner of the Board of Education of Prospect Park.

In my role as a community leader, I have experienced firsthand the different obstacles that are experienced by our people. While seeking to help them, I came to know those individuals who truly care and make a difference in the lives of those in need.

Our community is very blessed to have someone like Senator Menendez, who we could always turn to for help. That is why I write this letter on behalf of US Senator Robert Menendez.

Due to his hard work, dedication, commitment, and determination to help those in need, he earned the love and admiration of the people. He is always approachable and willing to help. Senator Menendez always cared for those who knocked on the door of his office or approached him on the street, or any other public place with federal issues such as housing, veterans, affordable healthcare, education, and immigration. He is a pioneer, advocating to ensure every child in New Jersey has access to early education, an opportunity to attend quality public schools and affordable higher education. He knows how vital it is to support schools, teachers, and "we" the parents to encourage young people to build the skill set needed to excel in today's and future economies.

People in the Garden State will always treasure his passion for serving, his humbleness, and his exemplary advocacy. Senator Menendez truly cared for his people.

While I do not have any direct knowledge of his pending legal issues, I have seen his humbleness, compassion, and love to serve the public. I have witnessed first-hand his devotion to service. Senator Menendez has done great things for the people of NJ. As a result, I ask for your compassion when deciding his sentence. I am sure that if you do, many New Jersey residents would be grateful for your action.

Respectfully,
Nidia Cano
Community Leader
404 North 8th Street
Prospect Park NJ 07504

Kory Vargas Caro



September 12, 2024

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 10007-1312

Dear Judge Stein,

I am writing to you in my capacity as a former campaign staffer to offer my perspective on Senator Bob Menéndez.

I have had the privilege of knowing Senator Menéndez for 16 years and served as his campaign fundraiser for 8 of those years. What sticks out to me about my time with the Senator, is how far we've come. How because of his commitment to uplifting people of color to elected office, he changed the landscape of government for the better.

It may be hard to remember, but before 2008, the highest elected office occupied by a person of color was the position of United States Senator. When I worked on Capitol Hill in 2006, Senator Menéndez was the highest ranking Latino in the federal government. His title and rank is not what is significant about his accomplishment, it is how he used his position. He was the voice and the advocate negotiating on behalf of many under-represented communities when it came to important issues like healthcare reform, immigration reform, small business reform and education reform.

I saw this first-hand, when I traveled the country with Senator Menéndez for his 2012 re-election campaign. I helped organize events with the Taiwanese and Armenian communities in California, the Greek communities in Chicago and New Jersey, Iranian Jewish and Pakistani Muslim communities in Texas. Every time I heard the same thing, "Senator, you're the only one willing to stand up for our communities".

How did he stand up for communities? In three simple ways:

1. **He studied the issues:** If you have gotten to know the Senator, then you know how intelligent he is. He is a student of history, and a disciplined researcher. Complex issues with a lot of nuance, especially international relations, is an area he has incredible

knowledge and skill in. The willingness to learn the issue, engenders trust with communities that often feel forgotten.

2. **He led with empathy:** The Senator's background and childhood allowed him to empathize with immigrant communities that fled hardship, and sought opportunities in the US, but also cared about what was happening in their home countries. He understood what it meant to be a global citizen and wanted the lives of immigrants to not only be better in the US but wanted their families who didn't get a chance to immigrate to have better lives in their countries.

3. **He courageously stood up to power:** During the 2008 immigration reform debate in the Senate, he was willing to withhold his vote to stop bad amendments that were anti-immigrant. He often stood up to his own Party's leadership for the issues and people he fought for. Defying Party leadership is not common and he was known for that type of independence and bravery.

I hope that this letter provides some context on Senator Menéndez' character and contributions. It is my sincere belief that they have made meaningful and positive contributions to our society.

Thank you for taking the time to consider my perspective.

Sincerely,

Kory Vargas Caro
Former employee of Senator Menéndez

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 12, 2024

Dear Honorable Judge Sidney Stein,

I am Raphael Chavez-Fernandez and I have had the privilege of knowing U.S. Senator Bob Menendez since 2012. Although we initially met when he hired me in New Jersey, our relationship has deepened beyond professional ties. Over the past decade, the Senator and I have shared many joyous and challenging moments, from my wedding to the COVID pandemic. Through my time knowing the Senator, both as his staff and later as a friend, I have come to trust and admire him.

I first met the Senator when I graduated from Rutgers University with my undergraduate degree. As a young Latino entering the workforce for the first time, I aspired to effect change and to serve under someone who valued the needs of my home state. In my new role as an Outreach Advisor for the Senator, I witnessed his selflessness and dedication. We attended church services, marched in parades, cried with victims of domestic and sexual violence, and participated in protests to protect fundamental rights. His unwavering commitment to the residents of New Jersey and our country — regardless of party affiliation, who you worship, your sexual orientation, your gender identity, or your race — was admirable. If someone sought to foment hate, the Senator was there to uphold decency and empathy for our fellow men and women. If someone sought to divide the community, the Senator was there to unite us. Whether across the country, in communities in the state, or within his own staff, the Senator engendered passion and commitment to service with all who came across his path. His efforts embody the true spirit of service, transforming the aspirations of many into reality because he genuinely believes in the promise of the American dream.

Over the years, I've had the pleasure of serving on his staff in various capacities. It's not often that you can say that the community your boss – a senior United States Senator– built was one that became your closest friends and confidants, and even where you met your wife. It's a direct result of the commitment to service – and each other – the Senator brought out in every person who worked for him. No matter the position of the staff member, he was there to celebrate the joys and offer support in the challenges for the community he built. He made sure to sing Happy Birthday to everyone who worked for him, remembered if your parents were going through a tough time, and always offered to lend a hand if he could.

His leadership was marked not just by strategic vision and a drive to do good but by an empathetic connection that fostered loyalty, motivation, and a truly cohesive team. As we worked more closely, our conversations provided not only guidance but also a deep fostering of respect and trust. I am the son of undocumented immigrants, a Latino blue-collar, working-class family, and in several ways, the Senator is a trailblazer not just for the thousands of residents he served but for myself as well.

My relationship with Senator Menendez has grown over time, and he has repeatedly proven to be a trustworthy and sincere friend. He officiated my wedding, the most important day in my life

and one he truly made special. He is someone who has faced more hardship than anyone should, yet he remains focused on those around him.

The work he has done and the policies he has enacted have changed more lives than any of us could measure. And that work was done to better serve a state he loves, for that – and so much more – we owe our gratitude to the Senator for advocating on our behalf.

I am aware that Senator Menendez is facing sentencing for an offense, and while this situation is regrettable, my view of him remains unchanged. He is a patriot and a man of honor and integrity who still has much to offer his country, and I sincerely hope the court will consider this letter a testament to his character during sentencing.

Thank you for your consideration.


Sincerely,

Raphael Chavez-Fernandez

Hon. Sydney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Stein,

I provide this character letter for Mr. Robert Menendez with whom I have worked as a community leader because he addressed critical issues of racial bias, hate crimes, and immigration. I have known him since 1992, when he was serving as a New Jersey State Senator representing NJ's 33rd legislative district. Mr. Menendez was the sponsor of the landmark legislation addressing discrimination against Indian Americans, after the "Dot busters' Case." Senator Bob Torricelli modeled after NJ's racial bias and hate crimes' legislation in the U.S. Congress.

As a U.S. congressional representative, Mr. Menendez has represented New Jersey's 13th congressional for six two-year terms, during which he was an influential supporter of immigration issues for the immigrant community. In 2006, I wrote a letter to Governor Jon Corzine recommending Mr. Menendez to the U.S. Senate seat vacated by Jon Corzine. Mr. Menendez has continued his strong advocacy for immigrant issues during his tenure in the U.S. Senate.

This character reference letter highlights my work with him while he was serving the immigrant community. I wish him well during his challenging times. As a God-fearing person, I pray for his family's wellbeing.

(Upendra J. Chivukula)

Commissioner Emeritus

NJ BPU Commissioner (2014-2022)

NJ Assemblyman–D17 (2002-2014)

Franklin Township Councilman and Mayor (1997–2005)

September 3, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein

I am writing this letter to you in support of Senator Robert Menendez. I am a volunteer citizen advocate who has known and worked with him since 1997 on matters of importance to the US-Israel relationship and our country, the USA. As a background I have been a practicing physician in NJ since 1983. I am the child of a holocaust survivor, my mother, and both my in-laws are survivors. Our household is well aware of the dangers of being helpless and for the need to be proactive.

In 1997 I became more involved with Jewish Political Advocacy and joined the leadership of several Major Jewish Organizations and schools. Philanthropy and volunteer work towards the betterment of America, the US-Israel relationship, and the community at large has been a priority for my family since childhood. I receive no compensation for any of this volunteer work, in fact my wife Esther fondly says Ben has a lot of expensive hobbies.

As the President of Norpac, a political action committee made up of thousands of volunteers, devoted to strengthening US-Israel relations, I have known and worked with hundreds of members of congress. We have worked on promoting the safety of America and its ally Israel. In my work over the last 26 years there has been one Member of Congress that has stood out as the most stalwart supporter of US-Israel relations and American security, and that is Senator Rebert Menendez. The Senator is the most informed legislator on the current dangers of Iran. He has been a visionary in working towards and writing legislation in the effort to curtail Iran financially and prevent it from becoming a Nuclear Power. He has been largely successful during his tenure in congress in this effort. It is clear that as close as Iran is now to having a nuclear weapon, the delay attributed to the sanctions legislation written by and successfully promoted by Senator Menendez has given America and our allies time to develop technology to defend against incoming attacks. I am immensely grateful to those American leaders, like Senator Menendez who have devoted themselves to addressing this threat.  His work has likely saved millions of lives.

 I have no personal knowledge of the allegations made against Senator Menendez and I was surprised when I heard of them. My experiences with the Senator for the last 26 years is as a person deeply devoted to his country, who has in my experience always been careful of his actions and ethical conduct. He is a friend, a patriot, and has given his life to public service. Recent events are very tragic.

As you consider imposing a sentence upon Senator Menendez, I would respectfully ask that you consider that the Senator and his family has already suffered greatly through the public humiliation of his conviction, and his forced resignation from the Senate. There are few people in our country that have done as much good, been as selfless in their public service, and received so little in return.

I would ask for your mercy in sentencing and if possible to serve out his punishment in community service as despite the apparent recent indiscretions much positive work can still be done by this extraordinary person.

I thank you for reading and considering my plea for the Senator.

Most Sincerely

Ben Chouake MD

District Judge Honorable Sidney H. Stein
Danial Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Stein,

On July 20, 1974 Turkey, a country member of NATO and an ally of the United States utilizing American arms on the pretext of protecting a Turkish minority, invaded the Republic of Cyprus killing thousands and forcibly removed 200,000 Greek-Cypriots from their ancestral homes.

My name is Philip Christopher, President of the Pancyprian Association, the largest Greek-Cypriot organization in the United States that has been fighting for the right of the Greek-Cypriot people to return to their ancestral homes.

The majority of our members are American citizens who lost their homes and properties in the occupied area of Cyprus and arrived in the United States as refugees.

Senator Menendez, as a member of the House of Representatives and subsequently as a Senator, became the champion of our cause.  Perhaps the fact that he is the son of immigrant refugees from Cuba, provided his clear understanding of the struggle of the Cypriot people for Human Rights, Freedom and Justice.

Senator Menendez became the symbol of our struggle, always putting pressure on Turkey to abide by UN Resolutions and respect Congressional Resolutions calling for the return of all refugees to their ancestral homes.  Senator Menendez was responsible for many of us to visit our homes and churches in the occupied area of Cyprus.  Senator Menendez became a beacon of hope with motivational speeches, inspiring our community into political collective action calling for an end of the illegal occupation of 37% of the territory of Cyprus, a member of the UN and the European Union.

In our community, Senator Menendez is a champion for Human Rights, Freedom and Justice!  He attended funerals of our missing, he attended memorials in tribute of our fallen heroes and he was the person who understood our pain and sorrow.

Senator Menendez is a good man, devoted a lifetime of service to our country and, more important, he was a voice of hope for all Americans fighting for our Democratic principles.  In our view, our country is worse off without Senator Menendez in the Senate and although I understand and respect that no one is above the law, in my heart I firmly believe that Senator Menendez could serve the people of New Jersey in many positive ways rather than being in prison.

I want to express my appreciation for reading my letter and hopefully, your understanding the pain of American citizens who lost loved ones in the brutal illegal invasion and people like my parents who died with the dream of returning to their home town in Cyprus.

For my parents, Senator Menendez was a hero who fought for American principles for Human Rights, Freedom and Justice!  Please show understanding and leniency and sentence Senator Menendez to serve our community.

Very truly yours,

Philip Christopher
President

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312                                    September 24, 2024

Dear Honorable Judge Sidney Stein

I am writing this letter to inform you of my own experiences with the hope that you will be better informed about my perception of Senator Menendez which is also shared by many people in the Greek-American community.

I am a Certified Public Accountant (CPA) and after a service in public accounting for over 50 years I retired effective on January 1st, 2024. I am also involved in many community organizations including religious entities under the umbrella of the Greek Orthodox Archdiocese of America. I am naturalized American citizen who was born in Cyprus of Greek decent and currently reside in Kinnelon, NJ. Immigrated to the United States with my wife Anna, an American citizen, and our newly born daughter Eliza, in 1974. Soon after our arrival to the United States the island-nation of Cyprus was invaded on July 20, 1974 by Turkey. As a result, 40% of the island fell under the control of the Turkish army, including our village. We lost all our properties including our newly built home as was the case for over 200,000 Greek Cypriot refuges who were misplaced and left destitute as a result of the Turkish invasion. The entire Greek-American community was mobilized, seeking justice for Cyprus, by lobbying for the U.S. Government and the U.S Congress to intervene and leverage its influence with Turkey for the withdrawal of its forces from Cyprus, the return of the refugees to their ancestral homes and to disclose information about the fate of 2,000 missing, many of them children.

The first time I met Senator Menendez was after his election to the U.S. Congress at a meeting with a delegation of Greek American community leaders in Jersey City, in 1993. During this meeting we had the opportunity to discuss the Cyprus problem including the issues relating with Turkey's violation of human and religious rights and the tragedy about the missing and the misplaced. Senator Menendez concluded the meeting by assuring us of his commitment to support our efforts and of his willingness to be our advocate to the U.S. Administration and the U.S. Congress in promoting ideas for a just solution of the Cyprus issue and the removal of the Turkish occupying forces from the island.

Through the years the Senator's involvement in support of our cause, had grown to the level of becoming our most trusted ally and our strongest voice in Washington. His consistent opposition to the mighty Turkish lobby had made him their hated enemy and a target to neutralize. In response, the Greek American community came to his support by organizing fundraisers and vote registration in assuring of his re-election to U.S Congress. Over the years, I was personally involved in organizing several fundraisers in his support. The latest one was in September 2022, where with the help of many of his friends in our community, I was able to raise over $150,000 for the Senator's re-election.

Your Honor, I have known Senator Menendez for over thirty years and during that time I was able to observe and form my own opinion about his moral attributes, devotion to his country and commitment to his constituents. In my dealings with him I never experienced any actions on his part that may define him as a man unworthy of the trust placed upon him. On the contrary, I find him to be a patriot with a deep commitment to our county, a caring person concerned about the well being of others and a committed elected official devoted to serve his constituents and the people of our country at the best of his ability.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez and want to thank you for taking the time to read this letter. I am just one of many people who have been saddened by the circumstances he now faces. Whatever he did or did not do in this case I ask that Your Honor not loose sight of all the good he has done for his country over decades of public service. All of us, in the Greek-American community, will miss his leadership…. We will miss him.


Sincerely,

Andreas D. Comodromos

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

September 17, 2024

Dear Judge Stein,

Senator Bob Menendez, a career public servant, deserves to be judged by all he has accomplished and stood for.  As a former Menendez staffer, I saw firsthand what he has achieved, that he always fought for those in need—even if it was not politically expedient—and that as a person, he was good to work for and the proud father of two remarkable people.

I worked for Bob Menendez in four different jobs.  First, I was a junior press and legislative staffer for him in the House of Representatives. Then, after law school and practicing law for four years, I became policy director for his 2006 campaign. Later, I worked as a legislative aide on energy/environment/and transportation matters in his Senate office, and lastly, I worked for him as a professional staffer in the Senate Foreign Relations Committee.

While I worked for him, he accomplished a lot.  For instance, he led the effort to extend and expand solar tax credits, which has helped make solar the cheapest source of electricity and given us hope for addressing the climate crisis.  When Superstorm Sandy devastated the region, he was instrumental in securing a $60 billion relief package, which provided critical aid to thousands of families and businesses struggling to rebuild their lives and communities.  When I was on the Senate Foreign Relations Committee, he authorized the Power Africa Program, which led to 43 million people gaining new or improved access to electricity.  These are all impressive accomplishments, but they are not what impressed me most about him.

Harry S. Truman said, "It is amazing what you can accomplish if you do not care who gets the credit."  In Washington, it often feels like people are working harder to get credit than they are at helping people.  That is not what I experienced with Senator Menendez.  In passing legislation, the lead sponsor generally takes all the credit, and every cosponsor is considered a bit player at best.  Menendez was the key figure in passing legislation in the Senate to designate the Paterson Great Falls National Historical Park (despite opposition from the National Park Service), even though he was not the bill's lead sponsor.  This urban park is a sanctuary for the citizens of Paterson and is also a showcase of Alexander Hamilton's vision to make Paterson and America an industrial hub.  Similarly, he worked hard to pass legislation to secure $3.2 billion for local governments to address the climate crisis despite it being led by another Senator.  This program helped some communities plan or even contemplate the implications of climate change for the first time.  Recently, that program received an additional $500 million in funding.  He did not need the credit to do what was right.

An example that best demonstrates his willingness to fight for what is right, when no one is watching, was when he fought for Pennsylvanians suffering from coal mine pollution.  When he served on the Energy Committee, President Obama nominated an official from Pennsylvania to

oversee mining regulation.  Some local environmental activists felt this official did not do enough to protect coal communities scarred by the pollution and the health impacts from abandoned mines.  Senator Menendez took these concerns seriously and vigorously questioned the nominee at his confirmation hearing.  When he did not get the answers he sought, he turned around and asked me, "Can we put a hold on this guy?"  Though a little stunned, I managed to say, "Yes. We can."  I was taken aback because you don't put holds on nominees of a president of your own party, and you certainly don't do it for mining regulators, who have little to no impact on your home state.  But it was the right thing to do, so he did it.  Eventually, the Senator released the hold after the official answered his questions to his satisfaction and assured him he would work to protect communities from mining pollution.  While this decision did not earn him favor within the Obama Administration or score political points, it deeply impressed me that he was willing to risk his standing to fight for the principles he believed in.

As a boss, the Senator was approachable and supportive, allowing us the autonomy to pursue our work passionately, but he also fostered a positive work environment, even taking the time to celebrate our birthdays with a song (however much we might have cringed).

But his remarkable children are what impresses me most about him.  Alicia and Rob are special people.  Alicia has worked hard to become an accomplished television journalist, an incredible mom, and a fantastic person.  Rob is a dedicated father and an impressive freshman Congressman, charting his path with some of the same aims as his father but with a greater focus on coalition building.

On a personal note, I met my partner while working for Senator Menendez.  So, I owe him for my career, and also for my family.

I ask that you take Senator Menendez's service, his accomplishments, and him as a person into account as you consider his sentencing.  Thank you for your consideration.

Hal Connolly

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007


Dear Judge Stein,

I wanted to write to you to talk about Bob Menendez, a long-time friend of mine, in the hopes of giving you a broader picture of who he is as a person.

I met Bob Menendez in 1990. He was the Mayor of Union City, New Jersey, and my family was opening a new restaurant on Kennedy Boulevard. We had never opened a brand-new restaurant before and didn't know what to expect. Bob Menendez made it a point to meet with us. He told us how much he appreciated seeing a family-friendly restaurant come into the community, especially one that would create 100s of jobs in the community. He came to our launch and has been a friend ever since.

But the biggest compliment was that Senator Menendez brought his family to our restaurant and we got to watch his daughter, Alicia, and son, Rob, grow up, go off to college, and then come back to New Jersey and become parents themselves. Now the Senator and his grandkids come to the restaurant. For us in our business, customers like this become family and I'm so grateful that I've gotten to know all of these wonderful people over the years.

As the Senator got elected to Congress, there were times along the way when our family had an issue that we just didn't know who to turn to for help. That's when Senator Menendez and his amazing staff were there to help.

For example, in the early 2000s, my mother was struggling with Alzheimer's disease. My sisters and I struggled enough just figuring out how to care for our mother, let alone figure out the complicated rules around Medicare, Medicaid, long-term care, and the rest. That's when we turned to Senator Menendez and his staff to help us understand what my mother's benefits were and what long-term care options might be available to her. Senator Menendez offered us help that gave us peace of mind at one of the hardest times in our lives.

Years later in 2016, one of my beloved aunts was suffering with cancer. She had been dealing with a breast cancer diagnosis for years at that point and often told us that her insurance company made her feel like she'd be better off dead and that she'd certainly be cheaper that way. It broke our hearts to see our aunt that way. Then her insurance company denied my aunt a cancer drug that her doctors believed would give her more time to be with my uncle, her kids, and her grandkids. We couldn't believe it; we were shocked and devastated.

Once again, we turned to Senator Menendez to see if the insurance company could deny these drugs. Within days, my aunt had her medication. She lived almost another full year, and I am grateful to Senator Menendez for each and every day that my aunt got to be with us.

Another thing that the Senator was always willing to help with was helping someone experience the joy of becoming an American citizen. He helped so many people we knew through business and even in our family. For example, my husband, Donald, was born in Canada and came to the United States when he was 9 years old. Despite being drafted into the Army in 1971 when he served in Vietnam and being married to me since 1973, my husband didn't pursue becoming an American citizen. When the Senator would come to the restaurant, he and my husband would talk about politics, the military, really everything that impacts our country and our families. The Senator encouraged my father to become an American citizen so that he could exercise his right to vote. My husband pushed it off until 2020. That election was too important in my husband's mind. So we reached out to the Senator for help. My husband got his citizenship in September 2020 and was able to cast his vote in that election. My husband was so proud.

What we didn't know at the time was that this would be the only time my husband would exercise his right to vote. Don died on June 3, 2022. When the Senator heard, he called us to grieve with us. And then, the Senator sent us a letter and a flag explaining that he had that flag flown over the Capitol in Don's honor. Because that is Senator Menendez. He is kind, thoughtful, helpful, and he really cares about regular people like my family.

I won't pretend to understand the legal issues that you as a judge must think about. But what I do know is that Bob Menendez is a good man who has spent decades of his life helping people, supporting New Jersey businesses, and caring for families like ours.

I pray for Senator Menendez and his kids and grandkids every day. And I pray for you to find compassion as you do your work in this case. I also pray that you take into consideration how much good Bob Menendez has done in this world. He has helped so many for so long and the tragedy would be if all those good things don't matter now.

Sincerely,
Irene Corbin
Fort Lee, New Jersey
September 24, 2024



District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

My name is Jeanne Cretella and I am the Founder and President of Landmark Hospitality.  My husband and I formed Landmark back in 2001 when we opened the Liberty House, inside Liberty State Park, Jersey City.   Through the years our business, through hard work, dedication and team who truly embraces our vision, has grown to 16 venues across New Jersey and Pennsylvania such as Stone House, Ryland Inn, Hudson House, Felina, and Farmhouse to name a few.

In 2008 I joined the Board of the New Jersey Restaurant and Hospitality Association and began to meet with elected officials on a regular basis.  It was at this time that I began interacting with the Senator and his team.  Right from the beginning, it was apparent that Senator Menendez wanted to hear what his constituents had to say and understand their needs, concerns and challenges of their businesses.  Th Senator and his office were always available and were the most responsive office in Washington.

Each year a group of restauranteurs travel to Washington to meet with our elected officials.  It's not at all uncommon for the vast majority of these meetings to be with aides, yet Senator Menendez would always be present at our meetings.  Although we didn't always agree on all our issues, he understood that restaurants create community jobs and act as anchors in those communities. He was always interested in hearing our concerns and why certain issues were important to us.  My interactions with Senator Menendez and his team has been truly exceptional and noteworthy as I have seen firsthand the dedication and accessibility that the Senator has demonstrated towards his constituents.  When we would reach out it was not uncommon for a response to be immediate.

During the unprecedented challenges of the COVID-19 pandemic, Senator Menendez's office proved to be an invaluable resource.  The Senator personally took the time to understand the specific issues faced by local businesses like mine.  He personally would call to check in and take a pulse of what restaurants were faced with. The Senator and is office had on going zoom calls with our Board. His office worked tirelessly to address the concerns we raised, including



navigating the complexities of relief programs and advocating for policies that were crucial for our survival. The Senator's commitment was not just to offer general assistance, but to provide targeted solutions tailored to the unique needs of the restaurant industry such as introducing and passing PPP 2 which specifically helped to save restaurants from immediate closure.

Senator Menendez's deep understanding of immigration reform is another area where his impact has been profound. I have witnessed the Senator's unwavering support for comprehensive immigration reform. His advocacy in this area has been instrumental in highlighting the vital role that immigrant workers play in our economy and ensuring that their voices are heard in policy discussions. Furthermore, as a State that has tremendous seasonal fluctuation, specifically with our shore towns and our farmers, visa programs are essential, and Senator Menendez has proven to be a champion in this regard. The list of legislation that the Senator fought for to help small businesses survive, and have the opportunity to grow, goes on and on. All of my interactions with the Senator and his team have proved to be responsive, compassionate and deeply committed to the welfare of the community. Senator Menendez's approach has always been characterized by a genuine willingness to listen and a strong sense of responsibility towards the issues that matter most to his constituents.

Although I do not have any personal knowledge of the allegations made against the Senator, my experiences with him have always led me to believe that he is someone who has dedicated his life to helping his constituents and making New Jersey and the United States be the best it could be. He has never been nothing less than professional, and his years of dedication to public service should be taken into consideration during his sentencing.

In closing, I thank you for taking the time to consider all the good Senator Menendez has done his whole life. He's made New Jersey a place where we all want to live, raise our families and run our businesses. Your Honor, I beg you to not lose sight of all he has done over the decades and that he has already suffered tremendous loss. Personally, I will continue to admire the man who I know worked tirelessly for us all, and who I believe always put what was best for New Jersey first.

Thank you for your time and consideration,

Jeanne Cretella
President | Landmark Hospitality
People and Culture Advocate
(917) 841-5280
www.Landmarkhospitality.com

537 North Avenue, Plainfield, NJ 07060

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 29, 2024

Dear Honorable Judge Sidney Stein,

I have known Senator Robert Menendez for over 30 years, dating back to his time as the mayor of Union City, New Jersey. Throughout these decades, Senator Menendez has been a staunch advocate for the Latino community and a tireless supporter of all minority groups and new immigrants, not only in New Jersey but across the entire country.

My interactions with Senator Menendez have always been characterized by his unwavering commitment to the causes he believes in, particularly his support for fair and just immigration reform. I was deeply involved in advocating for this cause, and Senator Menendez was our champion. He consistently made himself available to meet with constituents, listen to their concerns, and assist them with issues, particularly those related to immigration. Whether it was helping new immigrants navigate the complex paperwork or standing alongside us at rallies, his dedication was evident in every action he took.

One particular example that stands out to me is his leadership in drafting legislation aimed at achieving comprehensive immigration reform. Despite working across the aisle with other senators, the bill unfortunately did not pass. However, this did not deter him; instead, it only reinforced his determination to continue fighting for what he believed was right.

While I do not have personal knowledge of the specific allegations made against him by the prosecutors, I can speak to the character of the man I know. Senator Menendez is a true friend, a patriot, and a devoted public servant who has spent his life helping others and serving the public. His impact on the lives of countless individuals is immeasurable, and his contributions to our country are profound.

As Your Honor considers the sentence in this case, I respectfully ask that you also consider the incredible good that Senator Menendez has done throughout his life. He has touched the lives of so many, often asking for little in return. Whatever the outcome of this case, I hope that the Court does not lose sight of the positive difference he has made over decades of public service.

In my personal view, our country would be far worse off if Senator Menendez were to serve a sentence rather than continue to use his skills, knowledge, and relationships to help our nation in these troubled times. The public shame, the loss of his office, and the lasting impact on his career are already significant punishments. I sincerely hope that the Court will consider these factors and see that justice can be served without further incarceration.

Thank you for taking the time to read this letter. I am sure I am just one of many who have been deeply saddened by Senator Menendez's current circumstances. I hope and pray that the Court appreciates how special of a man he has been and how much more he can continue to contribute to our community and our country.

Respectfully yours,

Norberto Curitomai

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 15, 2024

Dear Honorable Judge Stein:

Initially, I want to thank you for taking the time to read this letter.  I am certain it is among many that the Court will review, and they are likely to say many of the same things aimed to support Sen, Menendez in the circumstances he is now facing. I ask only that you take any amount of time you are able to consider what I believe demonstrates his character, which I experienced personally from both working along side Sen. Menendez and knowing him day to day for 13 years.

I have known Sen. Menendez for 13 years. I came to know him through Sen. Frank Lautenberg who I worked under for 14 years and Sen. Jon Corzine for 5 years. I was nervous at first to work for a new employer but I soon realized what an amazing man he is. I was very fortunate after he was elected and never had a better work experience.

There is honestly no incident or event or, frankly, any glimmer of a circumstance during the 13 years I worked alongside him that Sen. Menendez was anything but circumspect in his response and ethical in his approach to the issues we handled.  Not only was I consistently and continually impressed by his dedication to his public servitude and tireless efforts to do his best in his senatorial position, but I was equally amazed by his willingness to as energetically attend to his staff's needs and concerns - inside and outside the office.

Over the years I worked for Sen. Menendez from 2006 – 2019 the office has helped thousands of constituents. Some of the cases we worked on were helping families save their homes from foreclosure, assisting veterans with receiving their benefits, helping seniors receive their social security checks, healthcare issue and helped navigate students with their loans. Please find some examples of these cases below. A 92-year-old WWII veteran contacted the office stating that the VA would only give him generic prescription drugs. This caused the veteran to have seizures that could have killed him. We contacted the VA and they were able to provide him the medicine he needed. A constituent called the office around the holidays and her husband had just retired from the National Guard. He was owed several months back pay and had not received it yet. The woman was in tears because she could not afford gifts for the holidays. Our office contacted the National Guard and they were able to expedite his pay and they also delivered a truck load of toys for the children. A gentleman contacted the office regarding his sister who was dying of cancer. They learned of a trial program that would be able to help her live longer. They were told she could not participate in the trial. We contacted the FDA and explained the situation and they were able to tell us exactly what was need to be done to be in this program. Two days later, the family was informed that she was accepted into the trial program. 5 years later the gentlemen informed me that unfortunately his sister had passed away but wanted to thank Sen. Menendez for giving them 5 more years together. A constituents contacted our office regarding adopting a baby from Mexico. All of the arrangements were made. It should have taken a week for them to

get the adoption processed and return home. Unfortunately, the adoption agency didn't file the proper paperwork so the constituent contacted our office for help. The constituent had to leave his wife in Mexico to return to his job in NJ. We contacted the proper authorities and they were able to get the adoption done. The constituent and his wife and newly adopted son wanted to come and thank Sen. Menendez personally. When they came to the office, they were nervous to meet the Sen. When he walked into the room to meet them they were impressed by his warmth and caring nature and he held the baby and sang to him in Spanish. The reason why agencies worked so well with our office is because they had a lot of respect for Sen. Menendez and knew he was a man of the people. When Sen. Menendez would go to food pantries during each Thanksgiving, he would give out food and after everyone was done eating he would mop the floors to clean up. Sen. Menendez liked for the staff to work till 6:00 PM so that constituents who couldn't call the office during the day still had time to contact us. During Holidays, we would have a skeleton staff to take calls to make sure we were always available to our constituents.

Again, I offer this letter to share my own experiences with Sen. Menendez in hope that they can assist the Court in rounding out the dimensions of him as a person. To the extent they can, I hope that my experiences of working with and knowing Sen. Menendez  so personally offer a balance of the incredible good that he has done in his life. I truly believe that Sen. Menendez has dedicated the most energy and greater part of his life to doing great things for the people he was elected to represent, we who were lucky enough to work for him in that position, and who were fortunate friends and family members to him.  I hope only that I am a small voice in a bigger chorus of people that offer Your Honor the perspective that Sen. Menendez did a great deal of good in his decades of public service and that he was personally attentive to so, so many, including me.  He made me and so many others feel "seen" and "heard," regardless of their position or status. I am prayerful that he can be similarly seen and heard in his present circumstances and the unfortunate shade of this backdrop.

Sincerely,

Deb Curto

**Philip M. Darivoff**
**One Farmstead Road**
**Short Hills, NJ  07078**

September 25, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have known Senator Menendez for over 20 years. I came to know him as a constituent from New Jersey and through my role as an activist and leader of the pro-Israel community.  Your honor, I understand that you are considering imposing a sentence on Senator Menendez, and I hope that my personal experience can help guide your decision.

All my interactions with the Senator have been conducted with the highest level of professionalism and integrity.  We discussed serious matters involving the security of our nation and the Middle East, and the Senator always prioritized US security and the national interest.  I identify the Senator as being the leading voice in Congress, initially in the House and later in the Senate, for the dangers of Iran's nuclear ambitions.  I can think of no member of our government, in Congress or in the Executive branch, who has done more to protect the people of the United States and the Middle East from the Iranian nuclear threat. His absence in the Senate weakens our nation and allies.

The Senator often shared with me stories of his family from Cuba, how they suffered at the hands of tyrants and how that experience shaped his outlook and policy choices.  These conversations were not staged performances, rather heartfelt expressions of his deep convictions to stand against evil.

Your Honor, I imagine that you will hear from many who feel as I do, and perhaps from others who do not.  My views come from more than two decades of friendship and work with Senator Menendez and I fear for our nation's future from the possible loss of one of the great advocates for the national security of the United States of America.   Whatever the outcome of your decision, I hope that Senator Menendez can continue to champion the high ideals I always saw him portray.

Respectfully,

Philip M. Darivoff

Erica Daughtrey



September 18, 2024

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Honorable Judge Stein,

My name is Erica Daughtrey and I am writing to you today on behalf of Bob Menendez. I have had the distinct pleasure of knowing Bob since 1994. I attended a meeting during his second term in Congress and I was amazed. You could have heard a pin drop in the room. His passion for the average working-class family gave me hope that someone in elected office genuinely cared. My mom was a single parent and worked 3 jobs to keep off the welfare books so that I could have a better life. I grew up in Bayonne, NJ Hudson County. In Bayonne, you were involved in politics or you were not. I choose to be involved. I loved the idea of supporting a candidate that actually cared about his or her constituents and didn't show up once a year for a cup of coffee. That was Bob.

Soon after being involved in politics, I worked on several different races local, county and Statewide. The more time I spent volunteering, I was able to really see the type of person Bob was, empathetic, tough, passionate and inclusive. He made you feel part of positive change.

I always volunteered for the Senator because I believed in my heart of the dedication he gave to the residents of New Jersey. His list of accomplishments are too long to write about, but he championed for residents who suffered loss from Hurricane Sandy, he fought for funding for children who had Autism, he ensured funding to upgrade our roads, bridges and public transportation as well as fighting for DACA so our Dreamers could one day be part of the fabric of what makes this country so great. That's the Bob Menendez I knew in public office.

The Bob Menendez, who I am lucky enough to call my friend, was the first person to call me the day my mom passed away on July 2, 2004. This was the most devastating day I ever faced and here he took time out of his schedule in Washington to spend more than a half hour consoling me on my loss. I asked him, "How do I live without my only family?" His answer to me was, "You will never be alone and you will always have me to count on. Family doesn't mean you have the same DNA. Family is who is there for you during your darkest hours." I will never forget that call for as long as I live.

When the news broke about the trouble Bob was facing, my first concern was for his well-being, but also, I was saddened to hear this along with many others. As the days pass I'm sure that Bob regrets the choices he has made. Every action we make has a consequence and I know for certain this weighs heavy on his heart.

Four decades of service assisting the residents of New Jersey has to count for something. There will never be another person as dedicated to the people of this State than he. That being said, I ask your Honor to take all of the good he has done when you consider your judgment.

Respectfully,

Erica Daughtrey

Erica Daughtrey

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

Dear Judge Stein,

I opened my IHOP in Union City on September 19, 1990.  Robert Menendez, who was the Mayor at the time, cut the ribbon on opening day and we immediately struck up a friendship.

I was always impressed with then-Mayor Menendez's hard work ethic and enjoyed watching him ascend up the political ladder to become a US Senator. While achieving such a high political goal, Bob Menendez never lost sight of his humble upbringing and was always a man of the people.

Over the years, I watched his kids - Alicia and Rob (Bobby to us) - grow up to become impressive adults of their own.  Our family celebrated their successes like we would our own.  Then I got to meet the Senator's grandkids as Alica and Rob started bringing their own kids to the IHOP.

In these decades of friendship, Senator Menendez was always willing to help people in need.  One example involves my friend, Vinny Ottina, and Vinny's father Primo. Primo was a retired Fort Lee Police officer and a Korean War Veteran. Primo was in failing health, and he was reaching out to the VA for help. For some reason, Primo's military file was stuck in some type of red tape.  Vinny was at his wits end, having to himself pay for things out of his own pocket to make sure his father got the care he needed.

When Vinny told me about this problem, I mentioned it to the Senator to ask for advice.  The Senator and his staff got everything straightened out, and Primo ended up in a VA Nursing Home where he finished out his days.

There are countless stories about the Senator actively helping regular people like Vinny and other friends and family of mine figure out a problem.  Whether it was helping with an immigration issue or helping a business owner understand a legal change, Senator Menendez was there for us, always ready and willing to help.

Bob Menendez even mourned with us over the years when we lost family members, coming to wakes and funerals, calling us, and being with us.  When my wife died in July 2020, the Senator called to check in on me.  That he would take time out of his busy schedule to talk to me meant more than I can say.  The Senator even had a flag flown over the Capitol in my wife's honor, which was very touching.

Bob Menendez is a great man who spent 50 years of his life serving the public and giving a voice to regular New Jerseyans like me and my family.  I strongly hope that you take into account all of this information, all of the good Senator Menendez has done in his life, and all of the people Senator Menendez has helped over the years.

Sincerely,
Peter DeGast

Fort Lee, New Jersey
September 24, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 21, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for 30 years.

As a conservative Republican now retired from the Hudson County Sheriff's Office in New Jersey, I have supported Senator Menendez because he has always defended his constituents no matter what affiliation you were.

My interactions with Sen. Menendez have been on a personal and political level.

One example that stands out to me is how he has always tried to do his best for his constituents in the County of Hudson and in the state of New Jersey.

My biggest admiration of Senator Menendez is how he has always defended the Cuban cause of tightening the embargo against the dictatorship of the Castro regime and other tyrannical regimes.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been of a good individual, devoted to his country and his constituents, with unfailing devotion to helping others and serving the public. The man that I have come to know is a true friend, a patriot, and a devoted public servant.

Your Honor on imposing a sentence on what he did or did not do I would wish if you can judge him on all the good things he has done during his career.

My personal view is that this country will be far worse off if Sen Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair or just to also ask him to serve a sentence, especially when he can otherwise still be of so much help to his community.

I want to thank you for taking the time to read this letter. I am sure I am just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I

hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many.

Very truly yours,

*Emilio Del Valle*

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

We have known Sen. Menendez for nearly 10 years. We came to know him through his advocacy on behalf of Superstorm Sandy survivors.

Superstorm Sandy hit the Northeast coast of the United States on October 29, 2012 and left a devastating aftermath. The superstorm was responsible for the death of 72 people in the U.S. and billions of dollars of damage to coastal communities, displacing thousands of people, and is considered the second most expensive hurricane to hit any coast in the United States.   In New Jersey alone, the storm damaged 346,000 homes and 1,400 boats, affected 70 drinking water systems, and significantly eroded the coastline.  Out of the 346,000 homes damaged, 55,000 were substantially damaged or destroyed. The storm itself was an economic disaster, but the aftermath – the implementation of national and state disaster recovery programs- further devastated coastal states and communities.

In New Jersey, thousands of impacted homeowners continue to struggle to rebuild due to fraudulent underpayments from their highly subsidized flood insurance carriers and inadequate state recovery programs.

Senator Menendez quickly made Sandy Recovery a personal mission; he and his staff were always available to work with and strategize around storm recovery.  Every year we marked the Sandy anniversary with him and each event involved advocating for storm survivors who were still struggling to get home.

There are any number of examples I could provide.  But here is the most significant.

The National Flood Insurance Program, which is overseen by FEMA, was chronically and systemically underpaying Sandy survivors.  And because their insurance payouts were so low, they were suffering incredible stress, health issues, and unable to afford the repairs they needed to get home.

Senator Menendez led with his colleagues, and was able to get Senator Schumer to work with him to demand that FEMA re-open all the NFIP cases for Superstorm Sandy - mainly of course in New Jersey and New York.

Because of widespread underpayment, major pressure and fraudulent engineering reports FEMA reopened all Sandy claims (around 144,000) in 2015.   Nearly 85% of people who asked to have their claims reopened got additional funding.  Additional payouts totaled $258,648,226 and FEMA also paid out $164,320,515 for cases that were in litigation, which brought the total additional payouts to $422,968,741 as of January 29 2018.

This means, because of Senator Menendez's advocacy, storm survivors who desperately needed it received funds to help rebuild, pay down debt, and get home and whole.  It was incredibly significant for our members.

He continued to work with us on disaster recovery, even this year, working to negotiate a solution for "clawback," which is when disaster survivors are forced through no fault of their own to repay grant funds due to outdated legislation and duplication of benefits.

I do not have any personal knowledge of the allegations made against him by the prosecutors. I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter is to ensure that the Court is aware of the impact of his work on the lives of storm survivors.

Sincerely,

Amanda Devecka-Rinear, Executive Director New Jersey Organizing Project