MANUEL R. DIAZ

September 6, 2024

Hon. Sidney Stein
Daniel Patrick Moynihan
United States Courthouse
500 pearl Street
New York, NY 10007-1312

Dear Judge Stein,

I am a former Union City Commissioner and law partner of Bob Menendez. I write to you in Reference to the sentencing of Senator Menendez.

Bob and I went to the same high school, college and law school together. When we graduated from Rutgers Law School and passed the bar, we opened a law firm together. It was a general practice, but we worked hard and did well.

Even in those days, Bob was in public service and spent much of his time in that regard. I was more interested in the law and making money, but at one point, the former mayor of Union City, who Bob was running against offered me an opportunity to run for city commissioner on his slate. I accepted and went on to win. That was the only election Bob ever lost. Needless to say, it created a rupture in our relationship.

Subsequently, I pled guilty to a federal crime and served two years in prison. When I was in half way house, I reached out to Bob to see if he could help me find employment so that I could start my life over. He could have held what I did to him against me, but instead, Bob helped me find employment and gave me a second chance. He not only gave me a chance at rebuilding my life, he helped me in my journey making amends to society for my transgressions. For 15 years, I worked helping the poorest of the poor members of our society through the homeless assistance programs in a local N.G.O. This has by far, been the most rewarding experience of my life.

Your Honor, I respectfully ask that you temper justice with compassion and give Senator Menendez a second chance! I am personally aware of the many people he has helped and mentored. He has so much to offer.

Thank you for allowing me to share the insights I have of this remarkable man.

Respectfully,

Manuel R. Diaz