Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 25, 2024

Dear Honorable Judge Sidney Stein,

I am a grassroots activist in the Armenian American community. I am writing to tell you my story with Senator Menendez in hopes that you will consider the enormous good he has done for our community as you deliberate a sentence in his trial.

From a very young age, Senator Menendez (at first, Congressman Menendez) was a permanent fixture in my life. He was always speaking at our April 24 events commemorating the Armenian Genocide and delivering a message of struggle and hope to our community. His speeches always gave me a sense of hope that the injustices against our people will one day be recognized and perpetrators will be held accountable.

As I grew up and became involved in the grassroots effort for recognition, I had the honor of meeting Senator Menendez several times. It was through these meetings that I understood that some public servants, this one in particular, actually served the public. I knew he meant every word he said in meetings because following every meeting, there would be concrete action.

Senator Menendez stands tall as a hero in our community, in NJ and beyond. His promise to deliver the recognition of the Armenian Genocide by the US government was one that our community relied on for years. It gave us hope because we knew the Senator would spare no effort to get it done. And he did. He delivered. After many years of broken promises by many "politicians," this public servant - representative of the people – delivered. We knew he would because he always did. My great grandparents, survivors of the Armenian Genocide who passed away years ago, can now rest in peace. Our entire community cried in unison that day – December 12, 2019 because it was finally done. Personally for me and my family, Senator Menendez is and will always be the giant figure who delivered justice to our people.

I did not follow the Senator's case in the media but I do know he is facing a sentence for this case. I respectfully ask that Your Honor consider the amount of good he has done as a public servant and the justice he has brought for an entire nation of people of whom almost 2 million live in the United States.

Sincerely,

Nairi Diratsouian

Joan Dublin
<u>Health Care Provider/Community Leader</u>
██████████████████

August 19, 2024

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Your Honor:

I am an African American healthcare professional who oversees a Health Care organization in an underserved section of my community that requires an abundance of health care services. The facilities I operate as the President and CEO provide services to over 50,000 patient visits a year.

I wanted to let you know how I came to know Bob Menendez before he was Senator, before he was Congressman - when he was just a local government representative who showed concern for the community where he lived. I saw how he took care of people, but most of all how he responded to those who were in need in our community. I saw him display compassion, concern and commitment in helping those in need ... and got things done for them.

His dedication to the underserved has always inspired me to take that approach in my work, my life and my community to make that kind of commitment to those in need who come to our facilities for service. Health care services for his community has always been one of Bob's top priorities and he never failed to provide needed resources and to personally show up to support us.

When I heard about Bob's troubles, I was saddened for him, for his family and for all those he has served diligently for so many years. I'm sure Bob Menendez regrets everything that he has done that led him to his current situation and I have no doubt that for him, this is the lowest point ever in his life.

When mistakes are made, we all acknowledge that we must live with those mistakes our entire lives, and often punish ourselves more than any external forms of punishment. I know we all are responsible for our actions and the same is true for Bob. But I also know of all the people he has helped over the years, and how they have benefitted from all the good that he has done throughout

his lifetime of service. Surely the way he has uplifted his community and each individual whose life Bob has improved must count for something to help minimize the consequences which you have the power to impose. We are all saddened and disappointed with his current situation but hope that you can apply some of that same compassion Bob has shown for so many for so long when it comes to determining his fate.

Thank you for your consideration.

Joan Dublin, RN, MPA, ACHE.
Health Care Provider/ Community Leader

Hon. Sidney H. Stein
Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Stein,

I am Mrs. Dina Dubon a community leader. In addition, I am the President of the Newark Street Vendor Association. Also, I was the treasurer of the Hispanic State Parade of New Jersey for 23 years. In my tenure as a community leader I have been very involved with issues that are of concern to our people. Our community is very diverse with different needs and aspirations. However, we were very grateful to know that we had a great Leader that always went an extra mile when we needed his assistance.

Therefore, I am moved to write this letter on behalf of US Senator Robert Menendez from whom our community and all the residents of the Garden State has benefited from exceptionally.

To any New Jersey resident the exemplary work, dedication, and great advocacy of Senator Menendez was not unknown. His passion to serve the public made him so popular, not only in NJ but nationwide. When I used to travel out of state my friends and acquaintances (who were experiencing any issues) mentioned how they wish that Senator Menendez could represent them. His work for championing the priorities of the community, from affordable healthcare to immigration reform to economic opportunity for all were unmatched.

One noticeable instance that exemplified these traits occurred when he joined students in Newark to rally against President Trump's decision to end Deferred Action for Childhood Arrivals (DACA) program created under President Obama. Senator Menendez was instrumental in creating DACA, which offered work permit protection from deportation. Hope for a better future was extended to nearly 800,000 DREAMers across the country who were brought to the United States as young children.

I remember like if it was yesterday how he was approached on a Sunday morning while eating at IHOP by Elaine Rodríguez whose daughter was disabled and was experiencing issues with Medicaid. He stopped eating and gave Mrs. Rodriguez his undivided attention took her information and the next day, his office was assisting Ms. Rodriguez with her necessity.

Senator Menendez always cared for the residents of New Jersey. He has been available to help in times of need. Everyone in the community knew that he was here to serve. He assured us that his staff knew that his priority was to assist in any way possible within the law. Thus, his staff would refer the request for assistance to the proper agency if it involved a state or municipal issue.

While I do not have any direct knowledge of the case before the court, I have seen his humbleness, compassion and love to serve the public. I have witnessed first-hand his devotion to service. Senator Menendez has done great things for the people of NJ . As a result, I ask for your compassion when making a decision regarding his case. I am sure that if you do, many New Jersey residents would be grateful for your action.

Respectfully,

Dina Dubon

Community Leader

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 6, 2024

Dear Judge,

I have had the privilege and honor of knowing and working with Senator Menendez for over twenty years now. Throughout my experiences with him both personally and professionally, Senator demonstrated immense integrity, kindness, compassion, and dedication to the genuine well being of others. These qualities appeared to be evident to me and to the community that he was serving. I have fond memories of the Senator when he was the Mayor of Union City. My dad who knew him would always praise him and the work and support that he gave the Latino community. I later became acquainted with Senator Menéndez when my father passed in 1999.

One particular instance stands out in my memory, highlighting Senator Menendez's character. My wife, who is an educator and was employed by the WNY school district witnessed the Senator at work making great improvements to the Hudson County schools. He facilitated the allocation of state and federal funds for the improvement of the education system and surrounding neighborhoods which included the construction of new elementary school buildings and one which is named after him, The Robert Menendez School.

Senator Menéndez' advocacy for a better education and opportunities for minorities has been transformative over the past decades.
His passion for his work and his compassion for people have always been very evident to me. In my experiences with him he has always gone well above his duties to take a call, help a friend or family member and make a difference in any way that he can. For example, during an emergency crisis where a person was dying, he aided the family members in obtaining their green cards before their time expired here in USA. Senator Menéndez personally ensured that aid and support reached the affected families swiftly and effectively as they were at risk of deportation. His actions allowed them to stay longer until the family member passed away.

Additionally, I have witnessed first hand how he has mentored and helped people like me, giving us hope and opportunities that otherwise we would not have had in our community. As the owner of Son Cubano Restaurant, there was a time where my family and I faced tremendous opposition based on discrimination. It was an extremely challenging time for us as the Condominium Association of our location went up against our concept and business, personally attacking me, my wife and my family. We were being bullied, bashed and discriminated for being Latinos. Senator Menéndez was the one who stood up with us against this injustice. This allowed us the opportunity to save our business, create jobs and help build the West New York community.

Furthermore, during Covid, Senator Menéndez and his team spent countless hours on the ground, listening to people's concerns and offering tangible solutions. His actions provided not only relief through PPP and other programs, but also long-term support for those in need, showcasing his unwavering commitment to his constituents.

The man described in the sensationalized press articles does not resemble the man I have come to know and respect. The Senator I know is a compassionate leader who has always genuinely cared about making a difference in the lives of others. He is someone who inspires those around him to strive for a better community and a better future.

1

I firmly and sincerely believe that our community and our country will be far worse off if Senator Menendez is placed in confinement, where he is unable to continue his vital work. His absence would leave a significant void in our efforts to improve the lives of many and address the pressing issues and adversity we face today.

I respectfully urge and ask you to strongly consider the positive impact Senator Menéndez has had on our community and the countless lives he has touched. His dedication and contributions are invaluable, and I respectfully and sincerely hope that you will take these factors into account in your deliberations.

Thank you for your time and consideration.


Alexander Duran
Son Cubano Restaurant
███████████



August 28, 2024

Hon. Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have admired Sen. Menendez all my life, and have personally known him for about six years. I came to know him through my work advocating for prisoners of conscience.
My interactions with Sen. Menendez have shown me that he is a man of integrity that goes out of his way to help those who are oppressed and does so without ever asking for recognition or reward other than his own personal satisfaction in helping others.

One example that stands out to me is the time we brought ████████████████t to Washington DC, without prior notice. ████████ is a medical doctor who spent 12 years as a prisoner of conscience in Castro's Cuba where he was routinely subjected to draconian methods of physical and mental torture. On the one rare occasion on which ████████, was allowed to travel outside Cuba, I took him to Washington DC, as he wanted to see the Lincoln Memorial. Once Sen. Menendez learned that ████████ was in town, he cleared his calendar so he could see him and treated him as if he was a foreign head of state (without any cameras or benefit to Sen. Menendez). Senator Menendez took his hand and said, you can always count on me. And he has always delivered for ████████ and so many other prisoners who feel forgotten for years in the dark "tapiada" prisons with no windows. His message of solidarity with them, is often cited by them as a sign of hope.

Another example of Sen. Menendez's extraordinary humanity that comes to mind is the day he gave me and a small group of visitors a tour of the US Capitol. As we stood in the rotunda of the majestic building, we were all inspired by its beauty, but none of the visitors seemed more moved or emotional than our host, though he had been there so many times. As his eyes watered, he spoke about the great minds that had walked those halls as if he was a child speaking of his heroes and then ended with and "I feel that responsibility now, to carry on their legacy".

I have had the chance to work with numerous political leaders in the US and abroad, including heads of state, Nobel laureates, and many others. I have to see that even in that select group, most are just politicians. Only a select few of those holding that level of power are truly leaders who see their power, not as an end, but as a means. As a means to make the world a better place, more humane. To impact the lives of those who are less fortunate. Sen. Menendez is one of those select few whom I consider one of our society's transformative leaders. His actions and decisions sometimes to his detriment, have saved individual lives and made the world a safer place.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been the opposite. He is generous, sometimes to a fault. I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the incredible good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much, for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country and for so many others over decades of public service.

I understand that there is pressure to make an example out of a public official, but justice, which is what we are charged with dispensing as lawyers, especially those lawyers who serve behind the bench, requires a look at the individual, his unique set of circumstances, and that he is judged as a whole. If you balance those scales, Sen. Menendez has done much more to make this place right than whatever he may have done wrong. If Sen. Menendez was a first term elected official, I may have a different opinion. But Sen. Menendez has spent a lifetime of selfless and effective service to others and to his country. If, but for Menendez, today Iran would pose a nuclear direct nuclear threat, not just to Israel, but to the United States. And I can name many more examples. One cannot judge someone who has made a mistake, without balancing that against an entire lifetime of selfless dedication that has actually resulted in a safer world for all us, including this very Court.

Unlike other defendants, Sen Menendez has already been punished beyond what he deserves— the public shame and mockery he has suffered is far superior to those suffered by other high profile defendants because unlike others, Sen. Menendez' largest asset in his life, was a reputation built over a lifetime of good selfless deeds. Thus, the destruction of his reputation is heavier punishment that the reputational destruction that a business tycoon may suffer when sentenced to prison but keeping his fortune –because his reputation is all Sen. Menendez ever had and earned.

I believe that it would be much more balanced and just and good for our country, if Sen. Menendez punishment was not to serve time, but to serve community service hours advising the State Department, the Senate Foreign Relations Committee, NGOs and to teaching courses both to students and to lawmakers on the matter of foreign relations and on the importance of avoiding ethical lapses or even there appearance. It may be a unique sentence, but Sen. Menendez is a unique defendant. And he is not unique because he is a Senator, for there are 100 of them, he is unique even amongst his peers.

I want to thank you for taking the time to read this letter. I am sure I am just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many. Many of the most oppressed and tortured prisoners on earth will certainly feel the weight of sentencing.

Sincerely

Marcell Felipe

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

September 24, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez since first becoming a Congressional intern and then legislative staff for Rep. Esteban Torres in the late 90s. To say that I know Sen. Menendez is an overstatement. We don't have a personal relationship, but what I have observed for 25+ years has been the incredible volume of work produced by the Senator that served the public interest.

As an advocate for consumers, I can't help but recollect the Senator's work on the Dodd-Frank Act in the wake of the Great Recession. The Senator was instrumental in so many of the provisions needed to help American families to keep their homes, and fought hard after the law was passed to fix the unintended mistakes in the law – like how to help homeowners with subordinated debt, often from owning a small business. The Senator was everywhere throughout the State after Hurricane Sandy devastated the Jersey coast. It was his work overseeing the federal efforts at reconstruction that helped so many New Jersey families not lose their homes and become whole from their insurance claims on losses.

The allegations against the Senator caught me and other admirers of the Senator by surprise. All I can attest to is what I have personally witnessed – and that has been a devoted public servant. Working in politics and Washington D.C., I am under no illusion that our elected leaders are human beings who are expected to sacrifice time and time again, often at a great personal and professional expense.

Your Honor, it is my sincere hope that the Court is aware of the great deal of good the Senator has accomplished throughout his career. This good also includes inspiring me, when young and impressionable, to commit to a life of advocacy and public service for the public good. I could only hope to accomplish a fraction of what he has done in service of our country, New Jersey and even my home island of Puerto Rico.

I implore your Honor to please not forget that the final balance of any good man's life shouldn't be judged by his worst deeds.

Respectfully,

David D. Ferreira

Washington, DC

September 15, 2024

The Honorable Judge Sidney Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I had the honor of working for Senator Menendez for twelve years from Labor Day 2002 to Labor Day 2014. I am writing to provide my perspective on my many positive interactions with the Senator and of his varied commendable accomplishments during my employment with him.

I worked in several different capacities for the Senator during my employment, including as an intern, staff assistant, mailroom director, and for the last seven years of my employment as a legislative staffer for a range of different issues. It is my hope that I appropriately convey through this letter the remarkable accomplishments and honest service to State and Country that I was able to witness over that twelve year period.

I worked for a Senator who was hard working, determined, fiercely protective of his home state, with a deep commitment to constituent services and the issues he cared most about. On the policy front, among a range of other issues he was devoted to expanding access to health care, immigration reform, and education. When discussing a bill he wrote to provide a universal tax credit for job training and higher education, he often spoke movingly about how education had provided him the opportunity to become a United States Senator.

An illustration of Senator Menendez's ability to use his office for positive change came during legislative consideration of the Affordable Care Act where he successfully changed the bill to avoid imposing significantly higher insurance costs on American families with an undocumented immigrant member. While not exactly the most headline grabbing issue to ever be negotiated, the impact would have been no less damaging. To provide some context, the original draft of the Affordable Care Act required that mixed-status families calculate their household income by adding up income earned by every member of the family, including the undocumented individual, but not counting the undocumented member in the total family count. This formula would have artificially inflated the per-capita income of every family in America with an undocumented member. Because the cost of health insurance purchased through the exchanges is based on the ability to pay, higher incomes would have meant more expensive health insurance premiums. And given the substantial increase in income that would have been created, this

flawed formula would have had a devastating impact on insurance affordability for hundreds of thousands of Americans, including American citizen children.

Despite this being technical minutiae that virtually nobody outside of Washington knew or cared about, the Senator quickly saw the harm it would cause families and directed us to fight for a fair formula for mixed-status families. Unfortunately, our efforts floundered as we debated, cajoled, reasoned with, and yelled at anybody who would listen about this issue. Immigration was just too controversial we were told.

Until one day, when I sent him the message that the Chairman had issued his final decision that he would not change the formula. Instead of surrendering as we all were preparing to do, he wrote back a simple message: "Then please tell the Chairman I am inclined to vote against the legislation." Nobody else in the entire United States Congress was willing to go that far to protect mixed-status families. And for what gain? No donors cared, no newspapers were writing editorials, there was simply limited political benefit to take such a significant political risk.

But because Senator Menendez decided to "go to the mat," to use that rare bit of leverage that can only be deployed sparingly for it to be effective, to fight for fairness for low-to moderate income mixed status families, hundreds of thousands of Americans have greater access to health care today. That he threw down the gauntlet for an issue that impacts so many but that so few would ever give him credit for, should be seen as evidence of a Senator who truly cared about making positive change through his office.

An example of the Senator's devotion to constituent services comes from his first days as a United States Senator. As we set the office up, I was tasked with the rather unenviable job of building out the mailroom process. I will always remember the interest that the Senator took in ensuring that the mail operation was responsive to all New Jerseyans regardless of political leanings. I remember to this day the conversation we had where he laid out the values that would govern the mail operation: "Justin, always remember that if someone took the time to reach out to us, the least we can do is provide them a response. Whether we agree with them or not does not matter, if they care enough about an issue to communicate with us, then it is our responsibility to provide as thorough a response as we can reasonably deliver." He understood that democracy does not run on agreement, but on acknowledging and being respectful of each other's views. I am proud to say during my time there, our office had one of the highest mail response rates of any United States Senator. As much as I would like to take credit, this success should accurately be viewed as an example of the Senator's leadership driving a culture ahead of the curve on constituent service.

In discussing the Senator's commitment to constituent services, I would be remiss to not bring up the story of Brad Gaskins. Brad was a New Jersey constituent and Iraq War veteran who was

dealing with severe post-traumatic stress disorder (PTSD) at a time (2007) when understanding was far less evolved than it is today. Brad's PTSD spiraled after his return home from service in Iraq to the point that he had to separate from his family and became unhoused, and went AWOL from the Army. After a period of time, Brad was connected to Citizen Soldier which helped him organize a return to the Army to process his desertion and address his PTSD. Rather than treatment, Brad was punished for going AWOL in Fort Drum New York. When Senator Menendez was briefed on the situation, he leaped into action calling Department of Defense officials and even went so far as to write an urgent letter to the Secretary of the Army requesting that Brad be treated for his severe PTSD. Thanks to the Senator's efforts, Brad was subsequently transferred to Walter Reed where he began treatment. In defending his constituent, Senator Menendez was also in the vanguard of policymakers pushing a new paradigm around PTSD.

 Brad's story was highlighted in a series of New York Times articles.[1] But one name you will not find in any of these stories was Bob Menendez. He undertook this effort not to gain notoriety or advance his political career, but to effect change for a brave constituent in need.

One final story on the perspective of Senator Menendez as a boss. Despite his less than cuddly outward demeanor, I never remember him once yelling at a staffer. Even in many instances where a dressing down was warranted, his go-to was to calmly explain "in the future, let's" avoid this/think about that. I vividly remember to this day one of the "in the futures" I received. We were meeting with a group of small businesses and I was a rather new policy staffer feeling quite full of myself. I staffed him in this meeting and about ten minutes in I decided to pull out my blackberry device to check my emails. Thinking nothing of it, I did it one more time before the meeting ended. After the meeting ended, he quietly pulled me aside and said something to the effect of: "in the future, please try to avoid looking at your device during meetings. Our constituents come a long way and take time out of their lives to spend time with us about issues they care deeply about, and during this time they deserve our undivided attention." Even today, every time I get an itch to check my phone during a meeting, this conversation reminds me to be respectful to those I meet with and give them my attention.

I understand and appreciate the responsibility that Your Honor has to impose a sentence on Senator Menendez. While we are all deeply saddened by the current state of affairs, I hope that this letter can shed some light on the great impact that the Senator's career had on the State of New Jersey, the country, and me personally, and that when considering a sentence the entirety of his record can be taken into account. Thank you for your service and your consideration of my views.

---

[1] https://www.nytimes.com/2007/11/18/nyregion/18awol.html

Sincerely,

Justin Field



Dear Honorable Judge Sidney Stein,

I hope this letter finds you in good health and spirit. My name is Reverend Bolivar Flores and I am the Vice President of the New Jersey Coalition of Latino Pastors and Ministers, an organization that oversees more than four hundred faith communities in our state.

I am writing to you on behalf of Senator Bob Menendez, who I have known as a dear friend for nearly ten years. In all that time the Senator has always served as a firm advocate for New Jersey residents, and perhaps more importantly as a symbol within the Latino community, which I believe should be strongly considered when weighing the consequences of his conviction. Our community has long endured racist and xenophobic demonization, and yet the Senator's presence on the national stage was always proof that we had prominent, good-hearted representation within the country's leadership. I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. I do not have any personal knowledge of the allegations made against him by the prosecutors. But I do know that the Senator has always stood up for the voiceless in our state, and that as one of few prominent Latinos in national politics he is the subject of personal identification and admiration for many of us.

My purpose in writing this letter is to ensure that the Court is aware of the degree to which the Senator's sentencing will be felt personally by Latinos in our state. My personal view is that our community will be far worse off if Sen Menendez is serving an extreme sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, the impact on how his career will be viewed once and forever in the history books. All of these punishments have been widely felt by our community.

I want to thank you for taking the time to read this letter. I am sure you have received many such notes from others who are also deeply saddened by the circumstances the Senator now faces. It is only my intent to speak on behalf of myself and those I serve, and I hope that my message is understood as such. I hope and pray that the Court appreciates what it is like for Latinos, young and old, to see themselves reflected in our leadership, and that it considers what this sentencing will mean for our community.

Sincerely,

Rev. Bolivar Flores

September 17, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Honorable Judge Sidney Stein.

I am a former educator, school board member and Union City Commissioner. I have
known Robert "Bob" Menendez for over 50 years. I came to know him while I was a
freshman at Union Hill High School, Union City, NJ. Bob was a senior and the
President of the Student Council. At that time while in school my interactions with
Bob were not frequent or lengthy.

However, Bob's leadership abilities were visible even then. He led the Student
Council to demand and win certain rights that students at that time did not have.
led with his example of honesty, loyalty, humility, conscientiousness, reliabili
and perseverance. He was a role model to follow in academia, civility and ma
other aspects even at that early age.    That is the young man that I knew then
the man that I know now. The man I know does not resemble the person
described in the press by the media.

Later on he emerged as a community leader helping the Cuban Community and
minorities to integrate into the fabric of our new country. He was the bridge for
of us to cross over to the new culture. Bob made us proud, always speaking
the possibilities and opportunities that this great nation has to offer to tho
work hard, and study hard, Bob Menendez encouraged all of us to registe
vote, in order to participate in the democratic process,    He would say....
can" get an education, learn a skill etc.. and be part of the American
Dream.    The message ...Study hard, work hard, make them believe in y
your actions.    These words continue to resonate till this day.  Throughout
he inspired many to follow his lead.

with Bob his conduct inside and outside a decent man, a gentleman and he is very humble for a man of his position and knowledge".

Many times he use to teach me to avoid the "appearance of impropriety". we would go out to eat locally, and the restaurant wanted to invite us, he insist on paying. He told me that we needed to support American industry by an American car to support the different occasion he suggested that I buy an American car to support the Unions.  The man I know does not resemble the person described in the

Senator Menendez has already been punished in so many ways by this public shame, the mockery, the loss of his office, the impact on how he will be viewed once and forever in the history books. For a man who has dedicated his whole life to public service, this is the ultimate punishment think it would be fair or just to also ask him to serve a prison sentence when he can otherwise still be of so much help to his community.

I want to express my deep gratitude to your Honor to take the time to letter. I am sure, I am just one of many people who have been deeply by the circumstances Senator Menendez now faces. I hope and pray court appreciates how special of a man he has been and will conti many.

Respectfully
Rafael J. Fraguela

THE FUENTE COMPANIES

September 1, 2024

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:     Personal Letter of Support – Senator Robert Menendez**

Dear Judge Stein:

I have known Senator Robert "Bob" Menendez for close to thirty 30 years. I met him through our mutual dear friends, Elio Mueller and the Honorable Judge Emiliano Jose "E.J." Salcines, who hail from my hometown of Ybor City in Tampa, Florida. As a proud and patriotic Cuban American, it was an immense honor to meet one of the first in my community to reach the sacred halls of Congress. From day one, Bob was a gentleman with me, always down-to-earth and with a heartfelt approach, a true breath of fresh air in our nation's capital.

I am the 3rd generation owner of a family business, which my immigrant grandfather opened in 1912. With my children – the 4th generation – already involved, we have grown from a small local business to a global brand, all through years of hard work, dedication, and sacrifice, the American Dream personified. It was through our business, though, where we encountered the overwhelming need to assist a very poor and underfunded rural community in the Dominican Republic. What once started as a small school has grown over the last 22 years to a United Nations-recognized foundation which includes an expanded curriculum and multiple facilities to provide sports, healthcare, and the arts to this community. Aside from my family's contributions, funding for this amazing and much needed complex comes from charitable donations collected at events around the world. It is here where Bob was always so helpful, introducing me to so many wonderful people who would ultimately visit and help our charitable foundation. Whenever possible, Bob would attend fundraising events himself or assist with spreading the word about our wonderful charity. I do not know the amount of funds he assisted us in raising over the course of so many years, but I know he definitely made an impact in the lives of these families.

As far as the underlying case before Your Honor, I do not have any personal knowledge of the allegations made against Bob by the prosecutors. But my experiences with Bob have always been good and sincere, and he always came across as a decent man who was devoted to our great country and to his constituents, with an unfailing devotion to helping others and serving the public. Bob became a mentor to me, a hero who motivated me to always do the right thing and help those in need. Indeed, the man that I have come to know is a true patriot and public servant.

I understand that Your Honor is being asked to impose a sentence. The purpose of this personal letter is to simply share my own experiences with the senator to ensure that the Court is aware of all that he has done in his life. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for our country over decades of public service and the personal attention and care he has shown to his friends.

THE FUENTE COMPANIES

I want to thank you for taking the time to read this letter.  I am sure I am just one of many people who have been deeply saddened by the circumstances Bob now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many. I appreciate Bob very much and love him dearly.

Sincerely,

Carlos P. Fuente, Jr.

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 12, 2024

Dear Judge Stein,

I have known Senator Menendez both through my work as an immigration rights advocate for 12 years and my close friendship with Senator Menendez's daughter Alicia and son-in-law Carlos throughout the same time period. I love Alicia and Carlos dearly, and I write this letter not as someone with judgments or knowledge about this case, but out of sincere care and concern about the detrimental impacts that America's reliance on over incarceration has on the immediate family of those convicted and aspirations that your decision may keep them in mind. It is my hope that your heart opens up for Alicia, Carlos, and their two beautiful, vibrant daughters and their futures as you make your sentencing decision.

What I know about Senator Bob Menendez from a professional standpoint is that whenever the powers within the United States government were acting in a manner that harmed the Latino community, there was one Senator who was always willing to rise and take a stand for the people in our country who are often forgotten, bullied, or for the last many years, blamed for all of America's problems. As an immigrant rights advocate, we would frequently go to him with our community's most pressing asks to take risks that may have been politically difficult for him but in the balance of just and unjust he would take that risk to help those being treated unjustly. Writing this letter reminds me of another grandfather in the Trump Administration who was under threat of deportation who Senator Menendez, along with clergy members, accompanied to his check in with ICE to support him so that he would not be separated from his grandbabies. And it's the grandbabies who weigh on my heart in this case now because what I know about Senator Menendez as a grandfather is that he loves those little girls and those little girls love him. We would all often joke about how the babies looked just like the Senator and not their parents as toddlers.

As a young mom myself of young children the same age as Senator Menendez's grandchildren, I think about how often I've had to rely on my own parents for child care, for culture, and how much my children are provided from the joyous intergenerational exchange in the grandparent/ grandchild relationship. My prayer is that Alicia & Carlos' daughters will still have an opportunity to nurture this relationship and that my friends won't have to navigate these challenges as young parents without the girls' grandfather. That Alicia will be able to hug her father rather than live with an impossible emotional hole to fill throughout her life. And that their family won't be separated indefinitely. I do not believe that human beings should be defined by our worst moments. I have faith in opportunities for redemption.

Thank you for your consideration of my friends Alicia, Carlos, and their two daughters at this time.

Sincerely,

Alida Garcia

Rabbi Menachem Genack
Congregation Shomrei Emunah
89 Huguenot Ave, Englewood, NJ 07631

September 4, 2024

Honorable Judge Sidney Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stein,

I have had the privilege of knowing Senator Robert Menendez since he first entered Congress as a member of the House of Representatives and throughout his career in the Senate. Over the years, I have come to deeply respect and admire him for his dedication to public service and his caring and kindness in personal interactions.

Throughout my interactions with Senator Menendez, he has consistently demonstrated his commitment to helping others and making a positive impact on the lives of those in need. One such instance that stands out occurred in early 2021, when an eight-year-old boy named ███████████, battling leukemia, required immediate medical treatment abroad. The family needed to travel urgently to the United States, but due to COVID-19 restrictions, they were unable to secure the necessary visas. Senator Menendez, upon hearing about their dire situation, intervened. Within hours, he and his staff facilitated the issuance of emergency visas, enabling the family to travel and receive treatment. This act of compassion gave ██████████ two additional years of precious life. Although he ultimately passed away, his family remains eternally grateful for the Senator's swift action and support during their most difficult time.

There are other instances that reflect Senator Menendez's deep commitment to helping others. A little over a year ago, the ████████ family faced a similarly critical situation when their 21-year-old son, battling cancer, needed a stem cell transplant from one of his siblings. Time was of the essence, and neither sibling had a visa to enter the United States. Under Senator Menendez's guidance, the consulate expedited their visa processing, allowing the siblings to arrive in New York just in time to assist in the life-saving treatment. More than a year later, the son continues to fight, and the family remains profoundly thankful for the Senator's intervention.

Another example is the ████ family, who have two children with severe physical limitations due to a degenerative bone disease. In 2023, the younger daughter required urgent surgery available only in the United States. Despite numerous obstacles, Senator Menendez's prompt action enabled the family to secure the necessary visas in time, allowing the surgery to proceed. His sensitivity to their plight and his unwavering support made all the difference for the family.

My personal experiences with Senator Menendez reflect a man who has always been devoted to his country and his constituents, with an unwavering commitment to public service and helping those in

need. The Senator I know is a compassionate leader, a true friend, and a dedicated public servant. I understand that Your Honor must weigh many factors in determining a sentence for Senator Menendez. My intention in writing this letter is to provide a glimpse into the profound good he has done throughout his life. I sincerely hope that the Court will consider the countless acts of kindness and service that have defined his career. He has done so much for so many, without seeking anything in return. I respectfully urge the Court to consider these factors and to show leniency in its sentencing.

Thank you for taking the time to read my letter. I am one of many who have been profoundly affected by Senator Menendez's compassion and dedication. I hope that the Court will recognize the positive impact he has had on so many lives.

Respectfully yours,

Menachem Genack

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 11, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for 5 years. I came to know him through working with an NGO whose mission is to advocate for democracy and freedom in Syria, and active engagement with the senate foreign relation committee was an essential piece of our strategy.

Our interactions as a Syrian American community as a group and individually with Sen. Menendez have been deep and thoughtful. The Syrian crisis for several years remained one of the most dire and complicated human crises in the 21st century. We were quite impressed by the knowledge and insight Senator Menendez would bring in our encounters, and more so the sympathy and high yield desire to help protect the lives for countless of Syrians against alliance of bad actors in the Middle East.

One example that we remember well is the hearing the senator put together at SFRC on US foreign policy on Syria in June 2022 where he invited an International Law professor who we highly recommended based on our academic and legal consultation to speak profoundly and strategically about the issue, and she did super well. We could not have brought up that level of engagement without the senator well understanding and support.

Another example that comes to mind is when the senator would come in person to attend our public Syrian American community policy conference events in Capitol Hill in a gesture of support to our several years struggle and he would engage with our community and give them a huge dose of support.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been noted for him being a humble with average US citizens, people of color, marginal communities, as well as a compassionate foreign policy expert who helped advance the esteemed values of US across the world. The man that I have come to know is a true friend, a patriot, and a devoted public servant.

Senator Menendez has done absolutely a lot to help millions of Syrians to survive one of the most horrible crises of the 21st century and we can't thank him enough for what he did.

Many criminals from within Assad regime have attempted to fool US policy makers to evade sanctions and normalize the criminal regime and he was in the front frightening against that. Following his resignation from SFRC we only have seen the opposite with reports of gridlock in the SFRC and certainly signs of winning for Assad regime across the middle east policy scene.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the incredibly good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much, for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service and the leadership in important moments.

My personal view is that this country will be far worse off if Sen Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair or just to also ask him to serve a sentence, especially when he can otherwise still be of so much help to his community.


I want to thank you for taking the time to read this letter.  I am sure I am just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many.



Dr Muhammad Bakr Ghbeis
Instructor of Pediatrics, Harvard Medical School
Immediate Past president
Citizens for Safe and Secure America (www.C4SSA.org)



Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 20th, 2024

Dear Honorable Judge Sidney Stein,

I am writing to share my deep respect and admiration for Senator Bob Menendez, a man I have come to know over the past 15 years as a friend, a patriot, and a dedicated public servant who has devoted over half a century of his life to serving our nation. During this time, I have witnessed firsthand his unwavering commitment to the people he represents and the values he holds dear.

I understand that Your Honor is now faced with the difficult task of determining a sentence for Senator Menendez. My purpose in writing is to ensure that the Court is fully aware of the profound good he has done throughout his life. I believe it is rare to encounter someone who has contributed as much as Senator Menendez has to so many people, often without seeking recognition.

During the COVID-19 pandemic, I reached out to Senator Menendez with an urgent request on behalf of a friend's father, who was desperate to obtain a visa to reunite with his dying mother in the United States. Despite the overwhelming challenges of that time, Senator Menendez responded with compassion and efficiency, ensuring that the father could be by his mother in her final moments. This act of kindness is just one example of the personal attention and care he has consistently shown to his friends, constituents, and the broader community.

In another instance, I sought his assistance in supporting a highly qualified young man, the son of a security guard who has long protected my synagogue, in his aspiration to attend the United States Military Academy at West Point. Senator Menendez took the time to learn about this young man, recognized his potential, and did not hesitate to lend his support. Today, that young man is an exemplary cadet, a source of immense pride not only to his family but also to the community that has watched him grow and succeed.

My personal view is that our country will be far worse off if Senator Menendez is required to serve a sentence, rather than continuing to use his skills, knowledge, and relationships to help our country in these troubled times. He has so much more to offer. The consequences of this case have already exacted a heavy toll on him—the public and personal shame, the mockery, the loss

of his office, and the lasting impact on how his career will be remembered in the history books. These are significant and painful penalties in themselves.

I sincerely hope that the Court recognizes the gravity of these consequences and considers whether it would be just or fair to impose an additional sentence, especially when Senator Menendez still has the potential to contribute meaningfully to his community and our nation.

Whatever actions or decisions have led to the present circumstances, I respectfully urge Your Honor to consider the countless positive contributions Senator Menendez has made over decades of public service. His leadership, both in personal and professional contexts, has left a lasting impact on many lives, including my own.

Thank you for considering my perspective as you deliberate.

Sincerely,
Philip Goldschmiedt

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 9, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for over 20 years. I came to know him through my work with our non-profit agencies, specifically within the Federally Qualified Health Centers.

My interactions with Sen. Menendez have been positive and he has always been able to assist when requested. One example that stands out to me is during my time as President with the Jewish Renaissance Medical Center. Sen. Menendez helped me secure funding through an earmark to construct a 50,000 square foot facility to expand our Federally Qualified Health Center in 2008. He was very instrumental in the process which enabled us to grow and enhance services to the community in Middlesex County.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been positive and would describe him as a good man, devoted to his country and his constituents, with unfailing devotion to helping others and serving the public.  The man that I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the incredible good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much, for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service / the personal attention and care he has shown to his friends / the leadership in important moments in both his personal and professional life.

My personal view is that this country will be far worse off if Sen Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair or just to also ask him to serve a sentence, especially when he can otherwise still be of so much help to his community.

I want to thank you for taking the time to read this letter.  I am sure I am just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many.

Very truly yours,

Dr. Alan Goldsmith

Alan Goldsmith, PH.D, President & Founder
Jewish Renaissance Foundation
JRF Community Health Center
Assistant Professor Hackensack Meridian School of Medicine

The Honorable Judge, Sidney Stein
U.S. District Court - Southern District
500 Pearl Street
New York, NY 10007
August 19, 2024

Dear Honorable Judge Sidney Stein,

My name is Caridad Gonzalez. I am writing this letter in support of my baby brother
Robert Menendez, who has been convicted in the recent case that shook up the entire county of
Hudson, in the State of New Jersey.

I am shaken by how difficult this letter is for me to write. I wish there were an ideal place
for me to begin. Even so, where does one start when a loved one's life is laid across someone
else's table?

What keeps me believing in Bob and loving him is the fact that he is a good person
that came from a loving home. I wish more than anything that you, the man who decides his
fate, could know him like I do. So, a little bit of Robert Menendez that I know is where I will
begin.

Growing up with Bob was average. I was the typical big sister, but he was
different. Always asking questions, loved to read, his favorite place to spend time was
at the library. Bob was and is a very compassionate person. Like our mother, the norm for him
was to put others first. He was a people pleaser. He always found ways
to help others around him and made every effort to help.

Bob was genuinely concerned about the same issues young people his age were, and very
devoted to those that meant something extra special to him. When you asked him about his
interests and opinions, Bob was able explain his ideas in ways far beyond those his same age
would be capable of. He was very likeable and had and still has a deep
sense of humor. He loved to sing and is a wonderful singer. That is the baby brother I will
always remember.

Now let me tell you about the Bob he is today. He is extremely bright, has not changed. He is
polite and considerate to those that have contact with him. Bob loved his job, in the legislature,
and was always helping people, whether they saw him on the street, a restaurant or in
the park. He always listens to them, sometimes able to give them some guidance
at once. Further, whoever came in the door of his office whether at Newark or Washington, DC
he never rejected anyone. His office in Washington and Newark, some would say it was "wall to
wall" people. One example that stands out to me was a man Bob helped on the street one day. It
was in Union City, going down to Route I95. This man had a flat tire. He could not help himself
for he had a problem with his arm. Without hesitation, out of the car comes my brother Bob to
help this man by changing his tire. This man was amazed. He said to Bob, "I have never seen or
heard of a senator changing a tire." I share this story because it emphasizes the kind of person
Bob was and still is.

Thank you, your Honor for your time in reading this letter. I wanted to speak from my heart, and I hope that you will forgive the informality of this letter. I realize that you have a substantial number of things to consider in my brother's case. And I hope I have not sounded like a nagging sister.

I am deeply saddened by the circumstances my brother faces. The impact of the outcome of this case extends beyond Bob, but also to his children, Alicia and Rob, and his grandchildren. I hope and pray that you will consider my brother's good character and the positive contributions he can continue to make to society.

Respectfully yours,

Caridad Gonzalez



Dear Honorable Judge Sidney Stein,

I am writing to you today about Senator Robert Menendez. I have known Senator Menendez all my life; to me, he has always been Uncle Bob. I have fond memories of him from when I was a child, long before he became a figure in politics, before his rise in the Senate, and before he appeared in your courtroom. I believe that knowing him from childhood to adulthood gives me a unique perspective on who he truly is.

I remember Uncle Bob when he lived with his mother, my grandmother, one of the most cherished people in my life. Uncle Bob was in high school then. He seemed so mature and wise to me at that time. He would play with me and roughhouse, much to my grandmother's dismay, but it was always fun for me. He was a mail carrier then, always working, always helping. I also remember when he became Secretary of the Board of Education in Union City. Even though I was young, I knew it was important, though I did not realize just how young he was when he took up that position. He had a better head on his shoulders than I ever did at that age.

One of my strongest memories is from when I was in third grade, and my grandfather, Uncle Bob's father, took his own life. Uncle Bob came to our house to break the news. It was a terrible day for my family. My mother's scream and tears are something I will never forget. Uncle Bob took care of me that day. He knew my mom needed time to pull herself together, so he took me outside to play catch. He took care of all of us that day. He has always been a loving family man.

As time went by, Uncle Bob continued to practice law, but his passion for politics never waned. I remember when he testified against William Musto in a corruption case. He always taught me to do the right thing, no matter the personal cost. Those were days when he had to wear a bulletproof vest because of threats to his life. Still, he continued despite the danger because he believed in what he was doing.

Time went on, and my uncle moved up the political ranks. I witnessed the arduous work he put in, always believing he could make a difference. I saw the good times and the bad. I also saw a man who stuck to his convictions and overcame the odds. He inspired me to rise above my station, to make a better life for myself, and to help others. This inspiration led me to medical school and ultimately to becoming an orthopedic surgeon. Such was the impact my uncle had on me and on all the people I now serve. To me, he was still just my uncle—the one who would pester me about my grades and was always around for holidays and major life events.

My uncle has always been about service—service to his constituents, to his family, and to his friends. He has helped my father's family many times with a recommendation for a job or for school. He has also helped countless people in the Union City community with immigration issues, finding housing, and bettering themselves. His life has been one of service, a testament to the American dream for himself and for those he has served. He inspired me to serve as well.
Now, Uncle Bob is also an uncle to my boys. He is my older son's godfather. He is still the loving and caring individual I grew up with. He still calls us and sings "Happy Birthday" every year, something we all look forward to. He still checks in on my boys about their grades and showers them with love.

I do not have personal knowledge of the allegations made against him by prosecutors, as I was unable to attend the trial. However, my experiences with Uncle Bob have always been positive. He is a good man who pulled himself up from an immigrant household and held himself and those around him to a higher standard. He is a man of service, devoted to his country, his family, and his constituents. The man I know is an honest man, a true patriot.

I understand that Your Honor is being asked to impose a sentence on Uncle Bob. My purpose in writing this letter is to share with you the man I know. A man who has always stood for what was right. A man who would not even smoke a Cuban cigar with me in the privacy of our home because there was an embargo at that time. A man whose greatest aspiration has always been to serve this country. And a man who loves his children, grandchildren, and nephews with all his heart.

Uncle Bob has done so much for so many and asked for nothing in return. He reminded me of this when I care for my patients. Once, when I was at my wit's end with the constant questions about medicine, he reminded me that our job is to serve. I sincerely hope the court does not lose sight of all the good my uncle has done.

I genuinely believe that this country and my family would be much worse off if Uncle Bob is serving a sentence rather than continuing to serve his community and his family. My uncle has already been sentenced in many ways and suffers daily knowing that all he has done, all he has strived for, and whatever good he has done has been overshadowed. He fears that history will not remember his honorable deeds but rather his failures. I do not think it would be fair to punish him further, as he already lives in his own personal purgatory. Moreover, serving a sentence would mean a death in jail, robbing his children of their father, his grandchildren of their grandfather, and his nephews of their beloved uncle. Truly, the sentence would not be served by one man but by an entire family.

Thank you, Your Honor, for taking the time to read this letter. I am deeply saddened, as many are, by the circumstances my uncle faces. I implore you to consider how important this man is to so many people, how vital he can still be to our future as a nation and as a family.


Sincerely,
Dr. Ronald M. Gonzalez

Dr. Ronald Gonzalez
Assistant Professor
Hand and Upper Extremity Division
Department of Orthopaedics and Rehabilitation
University of Rochester Medical Center
Phone: (585) 275-5193<tel:(585)%20275-5193>
Fax: (585) 273-3297<tel:(585)%20273-3297>

601 Elmwood Avenue · Box 665 · Rochester, NY 14642
www.urmc.rochester.edu

Ovelio Gonzalez



Honorable Judge Sidney Stien
U.S. District Court – Southern District
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Stein,

My name is Ovelio Gonzalez. Before retiring I was a janitor in the Union City school system since 1990. I have known Senator Robert Menendez (Bob) since 1964. I came to know Bob because he lived in the same building where my cousin was a superintendent, at 4607 Hudson Avenue in Union City.

Bob was not like most young people. He was not a partygoer. More than anything he was always studying and became a lawyer, which was his dream.

In 1985, when I was going to an exceedingly difficult divorce, it was Bob that offered his help and represented me. But Bob not only represented me, he never charged me a dime, not even filing costs. Who does that? Bob has not only helped me but numerous members of our community.

Robert Menendez has been a kind individual, with unwavering commitment to the people he serves, devoted to his country, and his constituents. He is a loyal friend and patriotic person. Countless people marvel at his kindness and gentleness.

I genuinely believe that it will be unfair to ask Senator Menendez to serve a sentence contrary to using his talent and wisdom, in these turbulent times. Bob has already been punished by the public shaming and resignation of his office.

I want to thank you for reading my letter. I am deeply saddened by the situation Senator Menendez now faces. I pray and have faith that the Court will recognizes the special man he has been and will continue to be to many.

Respectfully yours

Honorable Judge Sidney Stein
U.S. District Court – Southern District
500 Pearl Street
New York, NY 10007
August 10, 2024

Dear Honorable Judge Stein,

My name is Pedro Gonzalez, I reside at ███████████████████
I am writing this letter on behalf of my brother-in-law Robert Menendez.
I have known Robert Menendez since he was 9 years old. He is a decent and kind-hearted person.

Bob was the first in his family to go to college. Despite coming from a humble family with few resources, he fought hard to achieve his dream of being a lawyer. After attending public school in Union City, he worked his way through college and law school, passing the bar in 1980.

Bob first started in politics in 1974 when he was elected to the Union City Board of Education the youngest candidate to win election to the board. From there he was elected as Union City Mayor. He then served in the New Jersey Legislature followed by the New Jersey Senate. Later, he would serve as US House of Representative and finally a US Senator, winning all these elections with a wide margin of votes.

Robert Menendez is an honest man who worked for his constituents in the most dedicated manner, with love and goodness. Always fighting for the little guy and helping those who do not have a voice for the past 50 years. I humbly ask your honor not to lose sight of all the good he has done for his country and his fellow man.

Thank you, your Honor, for taking the time to read this letter. Our family is deeply saddened by the circumstances Bob faces. I am sure you know the power and impact your decision will have on the life of this man. I pray that the court appreciates how significant of a man he has been and will continue to be to many.

Respectfully yours,

September 17, 2024


Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Stein,

I am former Congressman Luis V. Gutierrez of Chicago, Illinois. I had the privilege of serving with Senator Bob Menendez when he was a congressman back in 1993. We had different politics, but we came to respect, admire, and work alongside each other for the issues we believed in. It is because I know him so well that I write to you about his sentencing.

Bob is smart, eloquent and tenacious. He was a good ally to have. He loves our country and is passionate about our people.

We spent nearly 3 decades together in the House, and later on with Bob in the Senate, as colleagues, friends and brothers often fighting side-by-side on the issues we were passionate about. Two of them bring insights, Your Honor, into who Bob Menendez is.

We both shared a passion for immigration reform, especially for young people who were brought to this country by their parents and were, unknown to them, undocumented. These young people came to be known as Dreamers, because they believed in the American dream. As Bob would often say, "the only flag these young people ever pledge allegiance to is that of the United States, the only national anthem they know is the Star-Spangled Banner, the only country they've ever known as their home is the United States".

I was so passionate about immigration reform, traveling across the country advocating for change, that I became known as the "Moses" of immigration reform. If I was Moses, then Bob was my Joshua.

We tried to get then President Obama to use his executive authority to protect Dreamers from deportation. The President consistently said he didn't have the power to do so, until one meeting at the White House with the Congressional Hispanic Caucus. Bob and I were given the lead to make the case to President Obama that he did have the power to protect these young people. Bob, then a Senator, and I had strategized on how to convince the President. I started off by making the case, both in terms of public policy, morally and ethically, but when the President rebuffed me, it was Senator Menendez who backed me up, giving President Obama a

legal memorandum, he had prepared, showing how other Presidents had used their executive powers for deferred action on deportation.

President Obama was taken back; said he would look at it and the rest is history. Dreamers got protected by President Obama's DACA program. (Deferred Action for Childhood Arrivals).

We subsequently fought to make sure that what became known as the "Morton Memorandum" named after the then Director of ICE, was invoked to defer action on the deportation for tens of thousands of immigrants. These efforts kept families together, often with one of the family members being a US citizen. These were the people, with bent backs, kneeling in the fields to pick your fruit and vegetables, the maid doing your bed in the hotel room, the aid whose tender heart and strong hands helped the infirmed. They were invisible to many, but not to us.

I am Puerto Rican and Bob was born here in the United States of Cuban parents. Neither of us came from communities with immigration problems, but it was the Puerto Rican and the Cuban who led the way for hundreds of thousands of young people's lives to be positively affected.

It wasn't politics for us, they couldn't vote for us, it was principal.

The second major event I remember is our travel to Puerto Rico after a hurricane hit the island in 1996. Bob, I and Congresswoman Nidia Velasquez were among the first to visit the island in the aftermath of the hurricane. The island was devastated, and as we toured it, we heard about the lack of help the residents were suffering from. We promised people that we would go back to Washington and fight for them.

Nidia and I are Puerto Rican by descent, but for Bob it was the principal that 3.5 million United States citizens, who just happened to be Puerto Rican, many who had worn the uniform of the United States in its defense, we're being treated like second-class citizens in their recovery. From that day on, when Puerto Rico needed a voice in the United States Senate where they have no representation, it was Senator Menendez who was seen their champion. These were people who could not even vote for him, but he was their voice.

There are many other stories I could share with Your Honor, that demonstrate Bob Menendez is a man of principal that doesn't act in his self-interest; however, I know you have many important responsibilities to attend to.

Judge, please consider not just what I have shared with you, but what I am sure many others have as well, as redemption for whatever Senator Menendez has been accused of. Decades of good deeds should rest on the scales of Justice as well.

I know you have a difficult burden, but if our system of justice is truly going be just and fair, a life well lived should count for something.

I thank you for your service and for the time you have taken in considering my letter.

Respectfully,

Luis V. Gutierrez
Member of Congress retired

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 6, 2024

Dear Honorable Judge Sidney Stein,

I am writing to provide a character reference for Robert Menendez, whom I have had the honor of knowing and  for half the time working with for nearly 14 years. I first encountered Senator Menendez when I began working for him as a young Latina woman eager to make a difference. Throughout my time working with him, I witnessed firsthand the extraordinary qualities that define his character as a steadfast leader and fighter for all the principles and people he represented.

Senator Menendez was the first politician to give me a chance, providing mentorship and opportunities that greatly impacted my life. His commitment to empowering others was evident in his actions, from championing initiatives for Latino communities to nurturing emerging leaders like myself and fighting for at times unpopular issues that effected some of the most vulnerable communities. I was privileged to work by his side while he created a vibrant network of Latino donors, a community that was previously non-existent, and showed a remarkable ability to absorb and recall intricate details, ensuring that every effort on his behalf was acknowledged and valued.

His guidance and the experiences I had working alongside for Senator Menendez taught me the true meaning of principle and conviction. Even when his beliefs led to contentious situations, he remained steadfast in his commitment to doing what was right, demonstrating a level of integrity that was truly admirable.

Senator Menendez's tough exterior, which some might misconstrue as unapproachable, masks a deeply caring and kind individual. Whether traveling for campaign events or managing a demanding schedule in Washington, he always took the time to acknowledge important personal milestones, such as birthdays/milestones, and followed up personally on his passion projects, including those addressing Alzheimer's disease, equal pay for women and marginalized communities. His dedication to these causes extended beyond mere participation; he was a true leader. The countless communities that depended on him to have a voice, were able to find solace because they knew they could always count on him.

The most profound display of Senator Menendez's character emerged when he became a grandfather. His pride and joy in discussing his grandchildren revealed a softer, more personal side of him that contrasted sharply with the public persona he had cultivated over years of rigorous public service.

In an era where popularity often overshadows genuine hard work and principles, Senator Menendez stands out as someone who has consistently prioritized substance over superficiality. His career has been marked by a sincere desire to address inequities and improve the lives of those around him. The lessons he imparted to me, both directly and indirectly, continue to guide my professional and personal life.

I do not have personal knowledge of the specific allegations against Senator Menendez, but I can attest to the character of the man I know. His dedication to his country and his constituents, his unwavering principles, and his genuine care for others are qualities that define him. He has been a true friend, a patriot, and a devoted public servant.

As the Court considers everything concerning for Senator Menendez, I respectfully urge you to consider the profound impact he has had through his decades of service. His contributions to our country and the personal sacrifices he has made should not be overlooked. I believe that his continued presence and engagement would benefit our community far more than any additional punishment.

Thank you for taking the time to read this letter. I am happy to provide any additional information. I hope it provides insight into the remarkable person Senator Menendez is and the significant positive impact he has had on many lives.

Sincerely,

Christina Haley

# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Victor Herlinsky**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-4416**
**Email: vherlinsky@sillscummis.com**

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561)-693-0440
Fax: (561)-828-0142

August 30, 2024

Judge Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    Robert Menendez

Dear Judge Stein:

I sincerely wish that I didn't have to write this letter. I would have much rather been writing a letter to support Bob Menendez's re-election this November. I have been proud to support his efforts as the chair of the Senate Foreign Relations Committee to protect oppressed peoples throughout the world, particularly in Ukraine. His voice will be sorely missed as a champion for people victimized by autocrats. Alas, I am writing Your Honor as you contemplate the sentence to impose on now ex-Senator Bob Menendez for actions atypical of the Bob Menendez I know.

I have admired Bob Menendez since his first campaign for Congress in 1993. His run as New Jersey's first Hispanic member of Congress bore every sign of a great public servant and a voice for the downtrodden. Let me be clear that Congressman then Senator Menendez fulfilled that promise. He was at the forefront of condemning injustice whenever and wherever he found

12577687.v1

# Sills Cummis & Gross
### A Professional Corporation

August 30, 2024
Page 2


it. No congressional leader was a bigger supporter of Israel and an opponent of the blatant antisemitism this country seems to be perpetually subject to. He led the fight against Turkish aggression against the Kurds and recognizing the Armenian Genocide. His ban by Russian dictator Vladimir Putin from entering Russian territory is a badge of honor.

Senator Menendez's work on behalf of the people of Ukraine is particularly poignant for me because I am the son of two Ukrainian refugees from World War II. Starting with the 2014 Russian invasion of Crimea, Bob as the chair of the U.S. Senate Foreign Relations Committee was almost singlehandedly responsible for the passage of the Ukraine Freedom Support Act of 2014. He fought tirelessly for more resources for Ukraine. I remember bringing my mother to speak to him about his effort to preserve a free Ukraine. My mom is his number one fan.

As the years progressed, I formed a friendship with Bob Menendez. We shared dinners and other social occasions as well as the occasional game of golf. We bonded over the reality that neither of us is a particularly stellar golfer. I still count Bob as a friend.

I am letting Your Honor know of all the good that Senator Menendez has done so you will be able to balance that against the actions you heard at trial. In light of all the good that Senator Menendez has done, I do not believe he deserves a lengthy jail sentence. I ask that you look at the totality of his life and give Bob a sentence that will allow him to live a useful and fulfilling life in service to his community. I want to thank Your Honor for your thoughtfulness during the trial and consideration of this letter.


Respectfully submitted,



Victor Herlinsky


VH:ao


12577687.v1

September 5, 2024

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Dear Honorable Judge Sidney Stein,

Thank you for the opportunity to provide information about my former boss and friend – Bob Menendez.  I served as Menendez's Chief of Staff from 1992-2003 and think I have a unique perspective that speaks to what kind of man Bob Menendez is based on knowing him as his Chief of Staff for 12 years and his friend for more than 30 years.

I first heard of State Senator and Mayor Robert Menendez when I was working for his predecessor – US Rep. Frank Guarini (D-NJ) in the late 1980's in his Washington, DC office.  As a young Legislative Assistant for Rep. Guarini, I spent a fair amount of time in the district and got to know several of the local mayors and politicians.  I remember hearing about how Bob Menendez and his political mentor and close friend -- Bruce Walters -- helped take down corrupt Mayor William Musto who was ghost signing Menendez's name on checks and was ultimately convicted on racketeering charges.  Menendez testified against Musto, ran against him and lost while Musto was in prison, and then ran again and won.  Bob Menendez played an important role in the local Democratic party as its rising star and prevented Hudson County from becoming Republican controlled.

As the Mayor of Union City and an influential State Senator, Bob Menendez posed a major political threat to sitting NJ Rep. Guarini – especially given the upcoming census and redistricting process that would reflect the growing Latino population in NJ.  Menendez was poised to take over the Congressional seat and become the State's first Hispanic Member of Congress.  Guarini's Chief of Staff Neil Carroll was already two moves ahead and recommended to Menendez that I become his Administrative Assistant in Washington, D.C.  I vividly remember Neil Carroll telling me that Menendez was a "new breed" and a political animal unlike any from NJ before.  In Neil's words, Menendez was a true public servant and was not interested in using his office for personal gain.

I am respectfully sharing these stories with you Your Honor to give you a better understanding of Menendez's background and the challenges he faced as a Cuban American Democrat, the political fights & losses that helped form his identity and mindset.  Nobody made it easy for Bob and he had to outfight, outthink and outwork everyone to rise to the top of the NJ Democratic political machine.  If you did not know Bob well, his reputation was that of an extremely talented, hard-nosed guy who was standoffish and hard to deal with.

The Bob Menendez I know is honest, has tremendous integrity, is articulate, driven, hard-working, a visionary and a political mastermind.  He has made many loyal friends along the way on both sides of the aisle that enabled him to accomplish more than most Senators.  Menendez beat the odds and became the first Hispanic Member of Congress from NJ, and the first Hispanic in the elected

leadership of the House of Representatives – something I am proud to have been a part of.  In the process of climbing his way up the political ladder to the very top in NJ and becoming one of the most powerful Senators in the nation, Bob Menendez authored and passed major tax, entitlement, banking, securities, consumer protection, education, health care, environmental, transportation, homeland security, national security, and foreign relations legislation – including the Cuban, Russian, Chinese, and Iran sanction laws.

Shortly after I began working for Menendez, I became the Chief of Staff and never looked back. In my personal experience as his Chief of Staff for 12 years and as a federal lobbyist/consultant for the last 20 years, Bob has always acted above board with integrity and followed all ethics laws.  He used his passion, talent, vision, and hard work to serve the people of NJ and this nation honorably.  He was one of the most effective Senators and Members of Congress in recent history.  The mark he has left on the Hispanic community is permanent and can not be erased as much as the NY press and Department of Justice have demonized and destroyed his reputation.

The mark he left on the regions' transportation infrastructure, the financial & health care sectors, the elderly, the poor and disenfranchised, his work to create the Department of Homeland Security and then ensure the families of the victims of 9/11 were compensated and taken care of.  The tremendous federal responses to Hurricane Sandy and the COVID epidemic were led by Menendez.  His work as the Chairman of the Foreign Relations Committee will leave a legacy of protecting & promoting America's interest abroad.  Bob Menendez fights for what he believes in – that has always been his strongest attribute. It was this characteristic that New Jerseyans admired and responded by re-electing him each term.

I am saddened to say, Your Honor, that I cannot think of any greater punishment than the public disgrace of being convicted as a "foreign agent" of Egypt.  Bob Menendez is one of the most patriotic people I have ever met.  He was widely considered one of the most intelligent Senators by his colleagues and many of his former colleagues have confided in me that what they have read in the press and the allegations made by the US government does not square with the man they know, respected and passed meaningful legislation with.  They know what he has accomplished, and it was a well-known fact, that the Senate Foreign Relations Committee was one of the few committees that passed meaningful legislation and approved nominees on a bi-partisan basis and that was because of Bob Menendez.

The bottom line is that Bob Menendez is a good man and has already suffered greatly.  His legislative record speaks for itself.  There are thousands of Hispanic elected officials, government officials, judges, prosecutors, journalists, artists, and businesspeople who Bob Menendez helped pave the way for.  In the process of fighting for Hispanics, minorities, women, the poor, the elderly, and the people of New Jersey and this nation – Bob Menendez played the game hard, with integrity, and took things to the edge, but he would never cross the line.  I believe that Bob Menendez would never sell his office or sell out his country.

In my three decades of experience, Bob Menendez only acted if it was ethical, and in the best interests of his constituents and the nation.  I know this firsthand as Bob's former Chief of Staff and someone who lobbied him for over 20 years on behalf of NJ and national clients.  He routinely vetted things with his Chief Counsel in his Senate office or the Ethics committee before engaging on an issue or request.  Senator Menendez's reputation among his colleagues, staff & the

lobbying/advocacy community was that of a Senator who was not afraid to take on controversial issues. Most Senators are politically risk adverse.  Not Bob Menendez.  Bob was viewed on Capitol Hill as a straight shooter and not someone who was in any way shape or form unethical.

In conclusion, in the process of imposing a sentence Your Honor, I respectfully ask that you consider all the good that Bob has done in more than 50 years of public service and perhaps more importantly, what it took for him to get there to become one of the most powerful Senators.  Bob used that power to help his constituents, the nation & the world become a better place.  Bob Menendez has also suffered tremendously.  Only a handful of the men and women he served with for over 30 years in Congress, have stood by him.  He has been publicly shamed, humiliated and cast aside by his colleagues, friends, the US government, and the media.  The elementary school named after him in West New York changed its name.  His legislative accomplishments and everything that he did to make American a better country for millions of people will be wiped away by history while he has become the brunt of the joke.

However, Bob Menendez can still give back to the people he fought so hard to break barriers for.  In my humble opinion, he has suffered and been punished enough.  Please give him an opportunity to find a productive role to play for our country in the future.  Thank you, Your Honor, for allowing me to provide this information about who Bob Menendez really is and the tremendous positive impact he has had on our nation and the world.

Sincerely,

Michael Hutton



A GOVERNMENT AND PUBLIC AFFAIRS FIRM

September 23, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

Dear Judge Stein:

I have known Bob Menendez for his entire career in the United States Congress---over 30-years--- having served as manager of campaigns & elections at the National Education Association, assistant to the president at the White House, and as founder & president of the Ibarra Strategy Group.

My experience with Bob was always positive including the professional courtesies he extended demonstrating respect for my views representing the NEA, White House and ISG.  While strong-willed, Bob listened, was fair, helped when convinced, and always honest.

As the founder and chairman of the Latino Leaders Network, a national non-profit organization dedicated to bringing leaders together since 2004, I proudly presented The Honorable Bob Menendez with our first Eagle Leadership Award and again in 2006 for his outstanding contribution to the Latino community, New Jersey, and our nation.

As I reflect upon the many leaders known during my 40-year professional career in Washington, I am grateful for the opportunity to have worked with Bob Menendez ---a public servant dedicated to assisting others in need.  Based on my personal experience, he is not an official I would suspect of wrongdoing.

I urge the court to consider the many years of dedicated public service by Bob Menendez as you determine the length of punishment. He is a good man deserving of an opportunity for redemption.

Respectfully,


Hon. Mickey Ibarra
Founder & President



ᴀ Gᴏᴠᴇʀɴᴍᴇɴᴛ ᴀɴᴅ Pᴜʙʟɪᴄ Aғғᴀɪʀs Fɪʀᴍ

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 19, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for 15 years. I came to know him through his visits to my restaurant, Cafe Italiano Ristorante, in Englewood Cliffs.

My interactions with Sen. Menendez have always been positive and impactful. He has consistently shown a genuine interest in the well-being of others and has made a significant positive impact on those around him. One example that stands out to me is when he took the time to personally assist a local family in need, ensuring they received the necessary support during a difficult time. His dedication and compassion in this instance were truly inspiring.

Another example that comes to mind is his efforts in supporting our community during the aftermath of a severe storm. Sen. Menendez organized resources and coordinated with local authorities to ensure that aid was delivered promptly and efficiently. His leadership and commitment during this crisis were instrumental in helping our community recover.

I do not have any personal knowledge of the allegations made against him by the prosecutors. However, my experiences with Sen. Menendez reflect a man who is devoted to his country and his constituents, with unfailing dedication to helping others and serving the public. The man that I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the incredible good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service, the personal attention and care he has shown to his friends, and his leadership in important moments in both his personal and professional life.

My personal view is that this country will be far worse off if Sen. Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen. Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, and the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair or just to also ask him to serve a sentence, especially when he can otherwise still be of so much help to his community.

I want to thank you for taking the time to read this letter. I am sure I am just one of many people who have been deeply saddened by the circumstances Sen. Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many.

Very truly yours,

Rrustem Ibrahimaj
Englewood Cliffs resident
Cafe Italiano Ristorante Owner

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Cristina Jiménez
212 Pinebrook Blvd
New Rochelle, New York, 10804

September 23, 2025

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for the last twenty years. I came to know him through my work
advocating for immigration policy reforms and organizing immigrant youth and families in the
New York metro area and nationally.

As a leader in the immigrant justice movement and formerly undocumented, I've had the
opportunity to work with Sen. Menendez and his staff to support immigrant families facing
deportation and advocate policy changes at the federal level.  As the unjust deportations of
immigrant communities increased post 9/11, Sen. Menendez and his staff demonstrated their
commitment to their constituents and immigrant communities by working in partnership with
community organizations to keep undocumented youth and immigrant families together in the
face of cruel deportations. In my role at the time as Executive Director of United We Dream, the
largest immigrant youth led network, I experienced Sen. Menendez and his staff always
attentive and responsive to the needs of the community. Sen. Menendez and his staff would do
the work of reaching out to community and advocacy organizations, making time to meet with
families impacted by deportation, and reaching out to other congressional offices to engage
them in supporting families and joining efforts to change unjust immigration policies. As one of
the few U.S Senators from Latine and immigrant background, Sen. Menendez has played a
leadership role in ensuring that immigration reforms that keep families together and provide a
pathway to citizenship for the undocumented are prioritized in Congress, even when his own
colleagues have disagreed with him. His unwavering leadership and commitment to this issue
has inspired many of us throughout the years.

I'm also deeply grateful for Sen. Menendez leadership in one of the most difficult and
traumatizing moments for immigrant and refugee communities under the Trump
administration. Amid mass deportations, ending of the DACA program, and thousands of
children being violently separated from their parents at the border, Sen. Menendez was one of
the leading Senators protecting immigrant communities. During the negotiations to pass

legislation that would protect DACA recipients and undocumented families, he was unequivocal about his opposition to amendments that would criminalize and unjustly punish immigrant parents for migrating to protect their children from violence and poverty. In one of the meetings with advocates and other Members of Congress and their staff he emotionally shared his opposition, sharing the immigration story of his own family, and committing to ensuring that policy negotiations reflect values of justice, dignity, and humanity. Sen. Menendez's leadership was critical in ensuring that those harmful and inhumane policy proposals didn't move forward. His work for Latine and immigrant communities has been a testament to his unwavering commitment to ensure that our country gets closer to its aspirational values of justice and equality for all.

I do not have any personal knowledge of the allegations made against Sen. Menendez by the prosecutors. I can only speak to my experiences with Sen. Menendez and his office in my efforts advocating for immigration policy reforms and organizing immigrant and Latine families. I write this letter to ensure the Court is aware of Sen. Menendez commitment to the dignity and of immigrant and Latine communities.

Sincerely,
Cristina Jiménez

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

September 23, 2024

Dear Judge Stein,

I am submitting this letter of recommendation in support of Senator Robert Menendez for consideration by your Honor as to the issues involving his sentencing.

I have known Senator Menendez for close to 30 years both socially and professionally.  My first experience with Senator Menendez involved the illegal invasion of the Republic of Cyprus by Turkey.  Senator Menendez was and is a passionate advocate as to issues involving the Rule of Law, human rights and religious freedom caused by the illegal invasion by Turkey of the Republic of Cyprus.

Being a member and serving on leadership boards and committees of the Greek Orthodox Archdiocese, I know personally that he is well respected in our community, because of his strong advocacy of the issues that concerns our community. Senator Menendez consistently demonstrates his unwavering commitment to the principles of the United States which he applies to the international arena involving human rights and religious freedom.

He has received numerous awards from and including the Chian Federation Medal of Honor, the Cyprus Federation of America, the Sierra Club and the Autism Society of America, are just a few.  As chairman of the Senate Foreign Relations Committee, he has clearly demonstrated his commitment to the Rule of Law, and in my opinion applies these same principles that are embedded in our nation and seeks to have these freedoms and rights apply to other situations involving the United States in foreign policy.

If Senator Menendez is incarcerated it would in my opinion be the injustice of a very talented American.

I can unequivocally say that as to the referenced issues Senator Menendez has with the Greek and Cypriot communities, he is respected for his support of the religious freedom of the Phanar in Constantinople in Turkey.

In closing, I ask that your Honor take his long commitment to the values he has supported and that his sentence reflect the many years of service he has given to our country.

Thank you for your time and attention to this letter.

If I can be of further assistance, please feel free to reach out to me.

Sincerely,
Peter Kakoyiannis

# FLORIO ♦ KENNY ♦ RAVAL, L.L.P.

## ATTORNEYS AT LAW

125 CHUBB AVENUE
SUITE 310 N
LYNDHURST, NEW JERSEY 07071
PHONE: (201) 659-8011
FAX: (201) 659-8511

E-MAIL: MAIN@FKRLAW.COM

WEBSITE: WWW.FKRLAW.COM

EDWARD J. FLORIO
BERNARD F. KENNY, JR.
NITA G. RAVAL
CHRISTOPHER K. HARRIOTT

COUNSEL
ANGIOLA DIPOPOLO
LEE TURNER•

OF COUNSEL
ALEXANDER CARMICHAEL*

MATTHEW R. TONZOLA
RYAN RENZULLI
ROBERT K. VALANE*+^
MICHAEL B. SIMONE

*ADMITTED TO NJ & NY BAR
+ADMITTED TO DISTRICT OF COLUMBIA
^ADMITTED TO CALIFORNIA
•ADMITTED TO PENNSYLVANIA

September 5, 2024

Honorable Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  SENATOR ROBERT MENENDEZ

Dear Judge Stein:

Thank you, Your Honor, for receiving this letter which I never expected to write in a million years.

I met Senator Robert Menendez ("Bob") in December of 1986, nearly 38 years ago. I was a politically active Hoboken attorney and Bob was the newly elected Mayor of Union City, New Jersey. I was just 40 years old and Bob was 32. Though I was 8 years older, Bob was already a political veteran of Union City for more than a decade. Incidentally, I learned later that Bob had early on formed the astounding ambition to become a United States Senator. Miraculously, he accomplished that seemingly impossible goal.

I asked for the meeting at the time because I thought we would make a good team to win back the 33rd L.D. seats in 1987 that the Democrats had lost in 1985. He agreed. We were successful and

September 5, 2024
Page 2 of 3

forged a team that continued for 20 years until I retired from the
New Jersey Senate in 2008. We spent many days together traveling
back and forth to Trenton and countless nights and weekends at
political events. We became good friends. Bob has a great sense of
humor and is kind and generous. He is a good natured man. I enjoyed
our times together at the end of the political day when we could
enjoy a meal and relax together and laugh about things. But he
never lost his focus.

In those 20 years, Bob ascended to New Jersey Senate, United
States Congress and United States Senate. I became the Majority
Leader in the New Jersey Senate. We each served as the Chairman of
the Hudson County Democratic Organization. Though we continued to
have contact after 2008, it was intermittent.

Bob and I got to know each other very well through the years
we served together; politically, governmentally, and personally.
I enjoyed the company of his family; his then wife, Jane, and his
children, Alicea and Rob — as he did also with my family; my wife
Roberta, and my children Ali, Bernard, and Francis. When I lost my
son, Bernard, ███████████████ Bob consoled my family and attended the
Memorial Service. Afterwards Bob stayed in touch with me for some
time. He was concerned about my well-being. Of course we
encountered many if not most of the issues of politics and
government of those times together. We helped each other as best
we could. We were, I believe, a good team for Hudson County and
for New Jersey. I am proud of our service over those years.

In both government and in politics, Bob was 100%. In terms of
commitment, willingness, and readiness, he was a force to be
reckoned with. He was relentless in pursuing solutions to problems
big and small. When necessary, Bob was a fierce and fearless
advocate and competitor. Politics is a contact sport and Bob never
backed down and was a loyal ally in combat. He was a good guy to
have on your side.

I do not exaggerate his immense skill set in the arenas of
service, politics, and government. How else could it have been
remotely possible for a child of poor Cuban immigrants to rise to
the position of United States Senator?

Finally, Your Honor, I would hope, as you fashion your
disposition of the Senator's sentence, please give whatever weight

September 5, 2024
Page 3 of 3

you can to his distinguished service and to his abilities to apply
his considerable talents to helping others.

Respectfully submitted,

FLORIO KENNY RAVAL, L.L.P.

BERNARD F. KENNY, JR.

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 25, 2024

Dear Honorable Judge Sidney Stein,

I am writing to you today to convey the role that Senator Menendez has played in delivering justice for the Armenian Genocide and allowing the Armenian community to believe that their elected officials truly represent their voices.

As a community, we are accustomed to empty promises of recognition and justice. So much so that when politicians claim they are going to take action, we are hesitant to believe there will be any semblance of follow-through.

Senator Menendez remains a beacon of hope and a model of public service, allowing the voiceless to be heard. Not only did the Senator fight for recognition in tandem with the community, he utilized every tool at his disposal to deliver justice. Through conversations with community leaders, it was clear that Senator Menendez was determined seeking justice for the martyrs of the Armenian Genocide and would not rest until there was a mechanism that allowed for a path forward.

Decades later, through unanimous consent, the United States Senate recognized the Armenian Genocide, a moment that provided a sliver of justice would not have been possible without Senator Menendez standing on the right side of history time and time again.

I understand that the Senator is facing a sentence. I feel it is my responsibility to ask you to consider the justice he brought to my Armenian community in New Jersey and across the country in making your determination.


Sincerely,

*Vartivar K.*

Vartivar Keshishian

**ROBIN AND BRAD KLATT**

August 29, 2024

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:  Robert Menendez Letter of Support

Dear District Judge Hon. Sidney H. Stein:

I am writing on behalf of my family to respectfully request that when you consider your judgement with respect to the appropriate sentence for former Senator Robert Menendez that you take into account some of his incredible lifelong public service achievements.  As committed Jewish members of the Day School Community and supporters of Israel we cannot think of any public servant more respectful providing the light of day and specific achievements to build and support U.S./Israel relations - - especially a non-Jewish politician.  His role was instrumental in so many aspects helping Israel and therefore U.S. intelligence and one of the most significant democracies outside of the United States.  The Israel support community throughout the world will be forever grateful for the efforts of Robert Menendez.

Secondly, the growth of the sixteenth Congressional District over more than 40 years (as Mayor Congressman, and Senator) should be identified as continuous and vibrant as he supported public infrastructure, quality education and almost every public endeavor to enhance the opportunities for more than 100,000 residents and new immigrants/residents of the Hudson Waterfront.  The work that he spearheaded meaningfully catalyzed and enriched those communities and our state.

While we appreciate the Senators conviction is very serious and calls for sentencing, we are hopeful that many of the wonderful achievements the Senator spearheaded and supported during his 40 years of public service will be an influence on your decision.

Sincerely,


Robin and Bradford Klatt

Steven H. Klinghoffer



September 16, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

Dear Judge Stein,

I am writing this letter concerning the sentencing of Robert J. Menendez.

I am a past president of the Jewish Federation of Greater MetroWest NJ and
have been involved in Israel advocacy for nearly 50 years.  I first met Bob
Menendez in 1992 when he was elected to Congress.

I have had numerous meetings with Menendez, the subject of which was
almost always the United States-Israel strategic relationship.  I always found
him to be forthright and intellectually honest.  He constantly analyzed issues
in terms of what was best for the United States.

I was only sometimes on Sen. Menendez's political side, and I supported his
opponent, a long-time friend, in his first Senate election. Despite this, he
always treated me with respect.

I admire Bob Menendez for opposing the Joint Comprehensive Plan of Action,
commonly called the JCPOA, in 2015. He could have easily "gone along to get
along," but he followed his conscience. This was a politically difficult and
painful decision, and he demonstrated extraordinary courage.

On two occasions, I became aware of opportunities that Bob had to make far more money in the private sector than he could ever make as an elected official.  He chose to remain in public life.  When I asked him why, he explained passionately that he saw public service as his life's work.

I have always found Bob Menendez to be honest, respectful, and straightforward in my dealings with him.

Respectfully yours,


Steven H. Klinghoffer

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 24, 2024

Dear Honorable Judge Stein,

I served as President / Chief Executive of Beth Medrash Govoha, the largest post-graduate
Yeshiva in the United States, from 1996 to 2021, and through that was fortunate to develop a
close relationship with former Senator Bob Menendez.   I interacted with him regularly on
matters large and small alike, and always found him to be sincere, direct, engaged and
compassionate.

Whether discussing minutiae of Federal education policy, advocating for Israel, or seeking
constituent support for one of our students, Bob was the same: always listening, open, balanced,
desiring to help, and never asking for anything in return.

Bob is a warm, caring person, something I found to be unusual for an elected official with so
many responsibilities.  He would not only call me on my birthday, but actually break out in song,
singing happy birthday to me with glee and spirit.

I once expressed my profound appreciation to him for a particularly courageous position he had
taken on a national matter.  He responded to me that he had first taken this position when he was
a Congressman, and how folks in his district were quite upset at him for it, however he did what
was right without seeking the weathervane of popularity.

I am so saddened at his circumstance and find it difficult to reconcile the man as depicted in the
press, with the principled person I have been privileged to know.  Permit me to therefore turn to
the Court with a plea for mercy, recognizing how the fall from grace itself may be a greater
punishment than any other, and how this fall will surely evoke the internal reckoning that we
hope this good man will undertake in pursuit of self-redemption.

With sincere thanks to Your Honor for including my perspective in your deliberations.

Rabbi Aaron Kotler

Lakewood, NJ