Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 25, 2024

Dear Honorable Judge Sidney Stein,

I am a descendant of Armenian Genocide survivors who is writing to share what Senator Menendez's steadfast leadership meant to me, my family, and our Armenian community in New Jersey and across the nation.

Growing up, as far back as I can remember, I would attend Armenian Genocide commemoration events where it always seemed like our people were demanding recognition from elected officials who did not truly hear our plea or have any desire to represent us in a way that mattered. There was always one public servant in attendance, Senator Menendez, who, when he addressed the crowd, instilled a sense of hope in us that we were not alone in our fight. That he, too, would continue exercising every tool to deliver recognition of the Armenian Genocide to descendants of genocide survivors. I grew up hearing stories of my ancestors that would keep me up at night, and I never understood why recognizing history, especially a chapter that brought so much pain and suffering, was brushed aside for so many in elected positions. Senator Menendez, however, understood that our voices deserved to be heard and that he, as a public servant, was responsible for ensuring that.

Senator Menendez remained committed to truth and justice when many refused to recognize the Armenian Genocide. Senator Menendez, for every generation in our community will always remain the public servant who delivered justice for our ancestors -  solely because it was the right thing to do.

Watching the United States Senate recognize the Armenian Genocide with my grandmother by my side is a hopeful, yet eerie feeling that is beyond indescribable. All I know for certain is that without Senator Menendez's promise and commitment to seek justice for my ancestors, I would be joining the new generation of Armenians crying into the abyss, demanding a crime that occurred over 100 years ago be appropriately named and acknowledged.

Sincerely,

Garine Koushagjian

LAW OFFICES

## KRIVIT & KRIVIT, P. C.
1000 POTOMAC STREET, N.W.
SUITE 250
WASHINGTON, D.C. 20007-3501

MAURICE M. KRIVIT (1976-1977)
DANIEL H. KRIVIT

August 15, 2024

(202) 333-2020
FAX:(202) 333-0115
E-MAIL: krivlaw@cox.net

Hon. Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Stein:

I am writing to you on behalf of my good friend, Senator Robert Menendez and his family, who I have known for over thirty-six years.

By way of introduction, I am a practicing attorney at age 91, providing Washington D.C.-based legal representation to NJ local governments, school boards, federally qualified health centers, and corporate clients on matters involving federal programs. My current NJ clients include the City of Newark, the City of Bayonne, the Town of Weehawken, Port Newark Container Terminal and Metropolitan Family Health Network. I also represent the Family Health Centers at NYU Langone.

I first met Bob Menendez in the 1980s when he was serving as the Mayor of Union City as well as the first Hispanic-American to be elected to the New Jersey General Assembly and the New Jersey Senate. At that time, the Union City public schools were seriously under-performing and the State of New Jersey was threatening to take over the administration of public education in Union City. Fortunately, the electronic information age was dawning with the launch of the *Information Highway* national electronic online communications system. Bob recognized the transformational potential of an electronically connected public education model, and he worked diligently to assemble a public-private partnership to carry out a pilot project for the Union City public schools.

Working closely with Bob, the Union City public school system and senior officials of NASA Earth Science Education Program Office, the team put together a middle school pilot project (the Christopher Columbus School) that dramatically improved educational outcomes. The program development of an enriched learning environment that combined stimulating online classroom work, weekly outdoor field science research projects carried out with online participation of NASA scientists, regular ongoing online engagement between NASA scientists and the teachers and students, and annual summer science camps at NASA for the Columbus School students and their teachers, where they worked with their NASA mentors on research projects that were carried into space on NASA rockets. Thanks to Bob's vision and a lot of hard work on his part,

the Christopher Columbus School pilot project inspired a district-wide educational initiative that captured national attention. In February of 1996, President Clinton, Vice President Gore and Education Secretary Riley traveled together to Union City to praise the transformation of public education achieved under Bob's leadership. In 1995, Bill Gates had proclaimed in a major education policy lecture at Georgetown University about his book *The Road Ahead* that "I have seen the future of education, and it is in Union City, New Jersey".

In Bayonne, the DoD's decision to close down the Military Ocean Terminal-Bayonne (MOTBY) (one of the largest employers in Hudson County) seriously threatened the overall economic vitality of the community and its residents. Bob worked tirelessly over the highly-complicated, multi-year military base conversion process to protect the interests of the citizens of Bayonne. The Army's plan was to simply abandon asbestos- contaminated buildings and failing water and wastewater infrastructure at MOTBY, and leave the City of Bayonne on the hook for projected multi-million costs for environmental remediation that would be required to redevelop the MOTBY Peninsula. Bob succeeded in securing federal funding to support environmental remediation by the Army Corps of Engineers at the MOTBY site. When the Department of the Army originally claimed a $250-million *as is* valuation for a proposed sale of MOTBY property to the City of Bayonne, Bob worked to support a process for determining the full costs of required environmental remediation to be offset against the Army's requested sale price for the property, and he utilized his experience regarding MOTBY to sponsor legislation for a *No Cost Economic Development Conveyance* option for BRAC, for which the City of Bayonne was the nation's first designated BRAC recipient. Thanks to Bob's vision and legislative support, the City of Bayonne was able to accelerate the conversion of MOTBY into an engine of job-producing economic transformation that has benefitted the citizens of Bayonne and throughout Hudson County

Bob has also worked continuously throughout his Congressional career to secure critically needed federal funding resources for important community development and economic development projects in Bayonne, as well as funding for parks and recreational facilities that meet the special needs of low-income neighborhoods, elderly residents and handicapped children in the community -- including the restoration of Russell Golding Park and construction of the Buddy Baseball facility for special-needs and handicapped children.

In Hoboken, Bob has played a major role over the years in supporting vital transportation and economic development initiatives that have transformed the city's waterfront from the rotting docks portrayed in the film *On the Waterfront* to vibrant and stylish neighborhoods that rival Manhattan in terms of amenities and waterfront recreational facilities. His support and assistance have been vital over the years for transformational initiatives such as the Hudson River Waterfront Walkway, the 18.5-mile expansive pathway which connects Hudson County's most scenic waterfront neighborhoods with a pedestrian and bike-friendly walkway which includes Sinatra Park, the Pier A Park and the promenade at the South Waterfront. This nationally-significant outdoor recreation asset serves not only the residents of Hudson County and nearby communities, but also promotes regional tourism and economic development.

The Metropolitan Family Health Network (MFHN) is a Federally Qualified Community Health Center which has served low-income families in Jersey City NJ for over two decades and is nationally recognized for the excellence of its medical programs. Originally established as the Jersey City Family Health Center  (JCFHC) in collaboration with the Jersey City Medical Center, the very existence of this vital community health asset was imperiled when the US Department of Health and Human Services threatened to terminate its federal funding on the grounds that officials of the Jersey City Medical Center were essentially in control  of JCFHC's Board in contravention of DHHS regulations. Bob's personal advocacy efforts at the federal and state government levels enabled the community health center to reorganize as Metropolitan Family Health Network and retain its Federally Qualified Health Center status. Additionally, Bob worked tirelessly to secure additional State of NJ and federal funding to enable MFHN to purchase its facility at 935 Garfield Avenue in Jersey City , make needed capital improvements, acquire modern medical equipment and launch a new dental health program at MFHN. Thanks to Bob's efforts, thousands of low-income, medically underserved residents of Jersey City now have access to first-class primary and preventative healthcare in their own community.

Your Honor, I believe that one of the most difficult moments in the life of a judge is dealing with sentencing – because the judge actually has in his hands the future of another human being. The ability to be innovative in a sentencing decision can make a great difference not only for the person being sentenced, but also his/her family, friends and community for which the defendant can still provide honorable public service. Everyone being sentenced for a non-violent crime should have the ability to demonstrate that their life continues to have purpose. Your innovative ability to balance penalty with future promise would demonstrate that it is possible for Bob Menendez to achieve redemption through public service you would approve as worthy.

Throughout Bob's lifetime in public service, I have been able to personally witness his countless acts of kindness in serving his constituents.   Over the course of his public service, he has worked tirelessly to improve the lives of thousands of NJ citizens and help build thriving communities by supporting vital federal and State investments in high quality public education and job training programs,  affordable community health care, modern transportation and telecommunications infrastructure, affordable housing , community redevelopment, minority small business development and state of the art public safety.

Your Honor, I hope you will find in your heart to give Bob a road back to  a life worth living through public service.

Very truly yours,

Daniel H. Krivit

Daniel H. Krivit

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

09/09/24

**Meir Lichtenstein**



Dear Honorable Judge Sidney Stein,

I write this letter to you as a citizen and business owner in the State of New Jersey, regarding former Senator Robert Menendez. I've also been privileged to have been elected to the Lakewood Township Committee consecutively for two decades. My staff and I have interacted with Senator Menendez and his staff on many occasions, regarding various issues of constituent interest.

With respect to the judicial process, I am not familiar with the particulars of this case, nor am I qualified to comment on them. However, it is with the utmost confidence that I attest to the character that I've seen time and time again when I dealt with Senator Menendez. He was there to serve; he was there to help; every time we reached out to him. Senator Menendez always showed a particular dedication to elderly, vulnerable and needy constituents – those with least conventional clout - and made a meaningful positive difference in their lives.

For the sake of brevity, I will share several examples of his work on behalf of our shared constituents, although it is a mere snippet of all that I've witnessed over the years:

- Senator Menendez was a fierce advocate to provide access to quality healthcare for the undeserved. He was a leader in advocating for the Patient Navigator Program, which enables medically needy constituents to access proper healthcare services.

- Senator Menendez was instrumental in establishing Federally Qualified Health Centers (FQHC)'s that guarantee quality medical care for the uninsured, underinsured, Medicaid recipients, etc., including all-important preventative care.

- Senator Menendez was a strong advocate for student aid and ensuring that students - including low-income and first- generation college  students - have access to a quality education, which empowers them to get good jobs, build businesses and make meaningful contributions to society. He was particularly attentive to the nuances of how student aid can be distributed most effectively, so that the government can enhance, rather than hinder, access to higher education.

- Senator Menendez was always very committed to helping thousands of "ordinary" individual constituents who needed help to ensure their basic rights to healthcare, education, access to travel, etc. He was especially helpful during the Covid-19 era, when he gave his staff a mandate to be available and assist those who were trapped by the breakdown of the regular governmental processes and needed help accessing

passports, etc., to travel and be with sick and/or elderly relatives, or other pressing needs.

There was never even a hint that his work on behalf of constituents was for any reason other than genuine, selfless public service. The vast majority of the interactions we've had related to issues for which he got little or no public recognition for. Yet, I always knew that he was there to help, and he expected absolutely nothing in return.

I do understand that Your Honor is being asked to impose a sentence upon Senator Menendez. I greatly appreciate and respect that you are taking the time to read and consider my experiences and thoughts as you decide Senator Menendez's fate.

With appreciation and a plea for justice and compassion,

Meir Lichtenstein



# US FEDERAL CHAPLAINS AGENCY
### CHAPLAIN · POLICE · AND COMMUNITY SERVICE
## HOPE & LOVE

Dear Judge Stein,

I am Freddy Liriano, General Diretor of the U.S Federal Chaplains Agency. We are a nonprofit organization formed by dedicated, peaceful people, and established to educate, counsel, and serve our community by promoting the thought of order and respect to all mankind. We are committed to respecting all religions and cooperate professionally with all federal and state government officials. We are dedicated to upholding the principles of equity diversity, restorative justice, love, and grace.

It is a privilege for me to write this letter on behalf of U.S Senator Robert Menendez. I met Senator Menendez On January 19, 2016. He held a meeting in his Newark office to address the foreclosure crisis that was affecting homeowners in the great state of New Jersey. During that meeting he advised the attendees how he had a designated staff members to assist in conjunction with state agencies to avert this dilemma.

I recall how he stated that it was imperative for him to come up with solutions that could tackle New Jersey foreclosure crisis. Since more than 35,000 New Jersey families faced foreclosure in 2015. I was astonished by his desire, dedication, and determination to aide these families. In addition, to the aforementioned meeting, he was hosting town hall meetings (every weekend) to educate the constituents about the homeowner foreclosure crisis and the solutions available. His advocacy and exemplary work on behalf of New Jersey residents made him earn the respect of his constituency. He was always approachable. Whether it was a foreclosure matter, small business inquiries, or advocating in Washington D.C. to obtain more fund for schools and colleges in NJ.

He has been extremely helpful in aiding those who initially reached out to our Agency for assistance.

I witnessed first hand one such example. A member of our Agency had an aunt who was diagnosed with a terminal illness. Her final wish was to see her beloved only child who lived abroad. She wanted him to be by her side before she succumbed to her illness. I called the Senator's office for help. He took the call directly and ensured that everything within the law will be done to help this family. I'm glad to report that the nonimmigrant visa was granted and mother and son were reunited before she peacefully passed away.

Senator Menendez has always cared for the residents of New Jersey. He has been available to help anyone in need. If he was unable to assist, he would refer cases that were outside of jurisdiction to a state office or local municipality.

While I do not have any direct knowledge of the case before the court, I have seen his humbleness, compassion, and love to serve the public. His devotion to service is unmatched. Senator Menendez has done great things for New Jersey's 9 million residents. Thus, I ask as a servant of a faithful God for your empathy when making a decision regarding his case. I am sure that if you do there would be many people grateful for your action.

Respectfully,

Freddy Liriano
General Director

*Psly Fruiday*
*Lirinna*

REGISTER # 0101-0215-12 / FEDERAL # 46-0857081

351 LAWRIE ST. PERTH AMBOY NJ 08861 · EMAIL: USFEDERALCHAPLINAGENCY@GMAIL.COM · PHONE: 848.203.0949



# CITY OF PASSAIC

330 PASSAIC STREET
PASSAIC, NEW JERSEY 07055

*OFFICE OF THE MAYOR*
**HECTOR C. LORA**

TELEPHONE:    (973) 365-5510
FAX NUMBER: (973) 472-2639

August 16th, 2024

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Stein,

I hope this letter finds you well. I am writing to you with a heavy heart, but also with a profound sense of responsibility, to share my experiences with Senator Bob Menendez in the hope that it may inform your understanding of his character as you deliberate on his sentencing.

I have had the privilege of knowing Senator Menendez for over a decade, during which time his genuine commitment to service has profoundly impacted our community in the City of Passaic. My first encounter with him dates back to 2012 when he visited our City and met with residents, including my own son. What struck me then—and has continued to resonate with me since—was his unshakable dedication to people from all walks of life. One of the moments that stands out most vividly in my memory happened in 2014. Senator Menendez joined us for an event feeding the homeless. When the cameras and crowds had gone, he stayed behind, working alongside staff to mop floors and clean the space. In 2015, I witnessed the same quiet dedication when he once again volunteered to serve the homeless, staying long after the others had left to clean up, offer more food to those in need, and ensure everything was in order. As I volunteered alongside him, I watched him selflessly give his time with care and consideration to every task and person. There were no cameras, no big names—just him, a few staff, and volunteers doing all of the unglamorous work that often goes unnoticed. To this day, those moments remain seared in my mind.

These are not isolated incidents. They speak to the core of who Senator Menendez is—a man who remembers where he came from and who carries a deep-rooted sense of responsibility toward those less fortunate. His commitment to vulnerable populations—children, seniors, the disabled, and those who struggle to navigate bureaucratic processes—has always been unwavering. What has continuously set him apart is that whenever I reached out to him with issues involving individuals, no matter how small the matter, he was always willing to give them his time and face-to-face interaction, something so rare for politicians of his stature. This level of attentiveness and genuine concern for people, regardless of their circumstances, has not only shaped the way I view public service but also deeply influenced how I choose to serve others as Mayor of the City of Passaic.

Over the years, Senator Menendez has been a staunch supporter of the City of Passaic and the broader New Jersey community. His tireless efforts to secure federal funding for our city have been instrumental in addressing critical issues, from storm relief to cultural initiatives. In 2021, after the devastating impact of Tropical Storm Ida, I witnessed firsthand how Senator Menendez worked alongside Governor Phil Murphy, Senator Cory Booker, and others to assess the damage and ensure that our community received the necessary

federal aid. This wasn't just a politician doing his job—it was a man driven by genuine concern for the families who lost everything, including the two young lives of Nidhi Rana and Ayush Rana tragically taken by the storm, the former of which was a member of my own Youth Council. The pain of that loss was palpable, but so was Senator Menendez's compassion and determination to help us recover.

His support has not been limited to times of crisis. Senator Menendez has consistently championed the causes of the most vulnerable among us, whether through his advocacy for Passaic's African American Heritage Festival or his unwavering commitment to ensuring the voices of all New Jerseyans are heard in Washington. His actions are those of a man who deeply cares for his community, someone who understands the struggles faced by many and works tirelessly to create opportunities for them.

I fully acknowledge the difficult task before Your Honor in deciding Senator Menendez's sentence. While I cannot speak to the allegations made against him, I can speak to the man I know—an extraordinary public servant, a devoted family man, and a true friend to our community. He has already endured profound personal and professional consequences, including the loss of his office, public humiliation, and the damage to his legacy. Despite all of this, his dedication to helping others remains unshaken.

Your Honor, I respectfully ask that you consider the totality of Senator Menendez's life and career when making your decision. He has done so much good for so many, often without recognition or reward. The man I have come to know is one who would continue to be a force for good in his community if given the chance. He still has so much to offer, and I believe that our country would be better served with him working for its betterment rather than facing further punishment.

Thank you for taking the time to consider my perspective. I, like many others, have been deeply saddened by the current situation, but I remain hopeful that the Court will recognize the Senator's profound contributions and the impact he has had on countless lives.

Most respectfully and sincerely,

Hector C. Lora
Mayor of the City of Passaic, New Jersey



 Album **Started our Thanksgivi...**    View Album

**Hector Carlos Lora**
November 27, 2014 · 👥

Senator Menendez cleaning up after serving food to
the Homeless in Paterson at Eva's Kitchen

One of the first times I met Senator Menendez was in 2012
with my son as he was walking around in Passaic County
interacting with our community but one of the most impactful
experiences I had with him was watching him feed... See more



Senator Bob Menendez mopping up after the meals were done. See More

One of the first times I met Senator Menendez was in 2012 with my son as he was walking around in Passaic County interacting with our community but one of the most impactful experiences I had with him was watching him feed... See more

September 19, 2024

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

Thank you for the opportunity to share with you my personal thoughts on Senator Robert Menendez. I first got to know Senator Menendez in 2012 when I worked in the U.S. House of Representative for then U.S. Representative Luis Gutierrez. Rep. Gutierrez and Senator Menendez worked closely on the issue of comprehensive immigration reform. At the recommendation of Rep. Gutierrez, I was hired to become his Chief Counsel and subsequently worked closely with him for nearly eight years. Following this, and with his recommendation, I went on the become the Assistant Secretary for Legislative Affairs at the U.S. Department of Homeland Security. I'm now in the private sector but am in regular touch with Senator Menendez and his family.

My time as Senator Menendez's Chief Counsel was pivotal and shaped the course of my professional career. The Senator was intellectually rigorous and demanding of his team. As Chief Counsel, I managed a myriad of issues, but for the purposes of this letter, I want to spend some time highlighting two areas that underscore the true character of Senator Menendez.

**Voice for Immigrants**

I led on the issue of immigration for Senator Menendez. As a first-generation immigrant the issue is personal to me. Senator Menendez was a true advocate for immigrants and a genuine fighter for reforming our broken immigration system.

I could write pages and pages about the Senator's dedication to finding a legislative solution to our broken immigration system. He was a strong and powerful voice for the voiceless, especially those that were undocumented. Members of Congress from both sides of the political aisle respected him and knew that should there be legislation on immigration reform, the most vulnerable immigrant families would have a voice with Senator Menendez in the room. His leadership will be sorely missed, but his impact on real people and families will never be forgotten. I want to highlight two constituent cases where the Senator didn't hesitate in keeping a family together and helped save a life.

First, ████████████, a humble man, a grandfather who had lived in the U.S. for twenty-five years, a dozen of those years in Union City, New Jersey, no criminal record, a wife, children, and U.S. citizen grandchildren. He also happened to be undocumented. He had suffered a stroke and was not in good health. He clearly was not a public safety risk, but ████████ was targeted for deportation. Senator Menendez requested Immigration Customs and Enforcement (ICE) to use prosecutorial discretion, which would allow them not to deport ████████ and separate him

from his family. Mr. Menendez's engagement didn't stop the targeting, so he personally accompanied ███████ to his ICE hearing alongside Cardinal Joseph Tobin, Archbishop of Newark. I was present that day and could see the absolute relief and how grateful ███████ was to have Senator Menendez's support. ███████ was granted a stay of removal and not deported. I have no doubt without the personal commitment of Senator Menendez, his story would have ended differently.

Second, ███████, a resident of New Jersey and U.S. citizen. ███████ was extremely sick and needed a kidney transplant. Her match for a kidney was her mother. The challenge was she lived in the country of Georgia, and her visa request had been rejected multiple time. Senator Menendez advocated to the relevant agencies to allow her mother to enter the U.S. under humanitarian parole. The Senator's advocacy was successful, and ███████ mother was able to travel, donate her kidney and save her daughters life. The Senator and I met ███████ and her young son after the successful surgery. Watching ███████ embrace Senator Menendez and thank him for saving her life was one of those moments I'll never forget. After meeting with the family, Senator Menendez told me in private this is what makes his job so important and worth it. There is nothing more important than saving a life.

**Promise to Judge Salas**

Your Honor, you'll recall the brutal attack in 2020 on District Judge Esther Salas and her husband, and the murder of her son, Daniel, by a lawyer who had appeared before her in court. Daniel was only twenty years old. The man who murdered her son was a terminally ill lawyer and men's rights activist who had previously argued a case before Judge Salas and disparaged her in racist and sexist terms. He found her home address using internet searches and was later found to have developed a list of more than a dozen targets. Senator Menendez spoke to Judge Salas after the tragedy and made a commitment: better security for federal judges. He promised Judge Salas legislation would get done and Daniel's death would not be in vain. Senator Menendez gave clear instructions to our team that this legislation was a priority, so we quickly drafted legislation to protect the personal identifying information of judges from being readily available online, collaborated with experts, and obtained bipartisan support all with the Senator's constant oversight. Senator Menendez was relentless in getting this legislation done and worked across the aisle to resolve issues delaying the legislation from advancing in the Senate.

I'm proud to say the Daniel Anderl Judiciary Security and Privacy Act passed Congress and was signed into law by President Biden in December 2022. The Senator kept his promise to Judge Salas and I'm proud to have worked on this legislation with him.

<u>**Mentor**</u>

Senator Menendez was a demanding but fair boss. There are horror stories about how some Members of Congress treat their staff, but he was always respectful and professional. He taught me so much during the time I worked for him. He pushed me to have sharp elbows in negotiations, called on me during meetings with other Members of Congress to lift me up, and helped me with my professional goals. When I told him I wanted to work for the Biden

Administration he was sad to see me go but knew I was ready for my next challenge and supported me.

The Senator's kindness and humanity are reflected in walking with an undocumented grandpa to his immigration appointment, keeping a promise to a grieving Judge, and successfully saving his constituent's life. The Senator was right when he said there is nothing more important than saving a life and keeping a family together. I will always carry those moments as highlights of my professional career.

## <u>My request</u>

I will not speak of the allegations made against Senator Menendez because that is not the man I know. The person I know is an honorable person who has served our country, advocated for immigrants, was a leader for the Latino community, defended American values overseas, sponsored legislation that saved lives, ensured the federal government supported residents of New Jersey such as Hurricane Sandy and helped New Jersey and our country prosper. He is my mentor and friend. His conviction won't change that.

I understand Your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter was to share my own experience with Senator Menendez to ensure the Court saw a glimpse of the incredible good he has done in his life as a committed public servant. I ask that Your Honor not lose sight of the good he has done for his country, constituents, and young professionals.

I want to thank you for taking the time to read this letter. The circumstances Senator Menendez deeply saddens me now faces. I pray the Court appreciates how much of an impact and how special Senator Menendez has been to me and so many.

Respectfully,
Alice Lugo

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 25, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for 3 years. I came to know him through my wife Neha.

My interactions with Sen. Menendez have been professional, warm and inviting.

One example that stands out to me is how he went out of the way to help me and my family during our hours of crisis, when I was went to India to take care of my dying father and got stuck there as due to COVID, US Embassy was closed and I couldn't renew my VISA. There was no end in site as my family was in the US and I was stuck in India

Another example that comes to mind is when I came back, he personally came to welcome me back and he was very moved on hearing our personal story of struggle and offered me his office help. He was very warm, kind and welcoming. He went out of the way to help me arrange my travel back by showing me the way and connecting me to the right people at the US Embassy in India.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been that he is a very Genuine and helpful individual for people when they need the help the most.  The man that I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the incredible good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much, for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service / the personal attention and care he has shown to his friends / the leadership in important moments in both his personal and professional life / etc.

Thank you kindly for taking the time to read this letter.

Respectfully Yours,

Ashu Mahajan

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney H. Stein,

I am hoping to provide further context regarding Senator Robert Menendez and his work in the Senate, having known him for nearly a decade. Our collaboration has focused on various urgent human rights issues, including the situation of Muslims in Kashmir, the challenges faced by Punjabis and Sikhs in India, the persecution of Muslims and Christians in India, the humanitarian crisis in Ethiopia, and advocating for democracy and the rule of law in Pakistan, particularly regarding female political prisoners.

Throughout our work together, I have witnessed Senator Menendez's commitment to promoting human rights and advocating for marginalized communities. He spoke for human rights, women's rights, freedom of religion, the rule of law, and, most importantly, the value of democracy worldwide, without any hesitation and with strong and fearless conviction. One particular instance that stands out is when he organized a congressional briefing to raise awareness about the struggles of political prisoners in Pakistan. His dedication to amplifying the voices of those oppressed was both inspiring and impactful. In all my time working with Senator Menendez, I have never had an experience where I felt he was seeking any personal gain for advocating for specific policy positions.

While I cannot comment on the charges against him and have no personal knowledge of the circumstances involved, I have the utmost respect for our legal system and the jury's verdict in this matter. The Senator has always struck me as a devoted public servant who genuinely cares about the issues he champions and the people affected by them.

As Your Honor considers the situation surrounding Senator Menendez, I hope you will take into account his long-standing commitment to public service and the positive contributions he has made to many lives over the years.

Thank you for your time and consideration.

With deep appreciation,

Dr. Asif Mahmood

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 26, 2024

Dear Honorable Judge Sidney Stein,

I have known Senator Menendez for 15 years. I came to know him through working for him since 2009, when he was Chairman of the DSCC (Democratic Senatorial Campaign Committee). I ran the Tri State Finance Office for the DSCC while he was Chairman, then transitioned to his own Senatorial Campaign in 2012. I've stayed on with him as a fundraising consultant through the present time. I worked on two re-election campaigns – 2012 as a full-time staff member and 2018 as his Finance Director for his re-election. I have spent countless hours with Senator Menendez both at events, during call time, meetings, and sitting in the backseat of the car in between events! Throughout my 15 years with Senator Menendez, I got married, had twin boys, moved from NYC to Maryland, and bought a home. All major milestones which I went through while working for Senator Menendez, and who has always been supportive of me personally.

My interactions with Senator Menendez have had a profound impact on me, both personally and professionally. Senator Menendez had high expectations for his team, and I was always eager to meet them. When he praised your work, you knew he meant it! I wanted to do my best around him because I understood how hard he worked to help the people of New Jersey. I also saw firsthand how Senator Menendez interacted with individuals and a diverse variety of constituent groups. We did events with the Pro Israel, Greek, Korean, Albanian, Armenian, Turkish, and so many more communities. His focus was to make their lives better – whether it was through legislative action, navigating them through red tape with a federal agency, or helping others become United States Citizens. He was their champion and ally because he came from a similar life, starting from the bottom up, and thus could relate to them in so many ways. While the days were long and often difficult, it never affected his determination to uplift others. If he could help somebody, he would. If he couldn't see a way to help, he would tell them. He is a straight shooter and honest. Senator Menendez could have done so many other things in his career as he is so knowledgeable on politics, process, and policy – but he chose a life of public service.

Senator Menendez's work with the Pro Israel community stands out to me as a prime example of his character. As a Jewish person, I was extraordinarily proud to work for the #1 advocate for the Jewish-American community. As Chairman of the Foreign Relations

1

committee, Senator Menendez sometimes took positions that were against his own party or the Democratic Administration, but he felt this was the right thing to do, even if it would hurt him politically. He is a principled man. He is steadfast in his convictions and never wavers. I saw this across the wide variety of communities that he worked with. I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Senator Menendez have been many, and I am proud to have worked with him all of these years. He is a devoted public servant who took his duty seriously and knew that many underrepresented communities looked to him as their advocate. The man that I know is a true patriot, devoted public servant, and friend.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter and sharing my own experiences with Senator Menendez is to ensure that the Court is aware of the immense amount of good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much for so many people. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country through his decades of public service, the deep attention and care he has repeatedly demonstrated, and his principled leadership in important moments.

My personal view is that our country will be far worse off if Senator Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help in these troubled times. I sincerely hope that the Court understands that Senator Menendez has already been punished in so many ways by this case – the public shame and mockery, the loss of the office he cherished so greatly, and the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair or just to also ask him to serve a sentence, especially when he can otherwise still be of so much help to our communities.

Thank you so much for taking the time to read my letter and for your consideration of my request. I am sure I am just one of the many people who have been deeply saddened by the circumstances Senator Menendez now faces. He does not deserve this, and I always saw that he served for the right reasons. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many.

Respectfully submitted,

Samantha Maltzman Schepps

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have known Bob Menendez for over three decades and have had a unique opportunity to see who he really is.  I say that for two reasons.  First because for 60 years of my adult life I have been dealing daily with hundreds of other US Senators and Members of the House exhibiting all kinds of admirable and not so admirable traits and I know where Menendez ranks.  Second I have had the opportunity numerous times to observe Bob late into the evening enjoying himself with his extremely close personal friends who are also close personal friends of mine, where if he had less that admirable traits they would have shown.

First, Menendez ranks among the most brilliant people who have ever served in the US House and Senate.  I mean that literally.  He ranks up there with my close personal friend Senator Paul Sarbanes, a former Senator from Maryland, who was an extremely honorable person who is the only person in the history of Princeton University who received the highest undergraduate award and had his son also receive that award.

Both Paul Sarbanes and Bob Menendez also rank right up there with former US Senator Paul Douglas of Illinois, who I knew as a young man.  He was such a straight arrow that he wrote a book entitled Ethics in Government.  He was so honorable that even though he was a college professor and could have entered WWII as an officer but insisted on going in as a private.  He was wounded and lost much of the use of one arm.

I have had an opportunity to know some of the greatest minds and public servants in the world pass through the Congress.  They are not large in number but huge in terms of their ability to dramatically contribute to the good of America and the people of America.  Bob Menendez is one of those very few.

I can speak to both of the subjects because of Bob Menendez had any interest whatsoever for anything near under the table I would have seen it with our mutual friends at dinners that ran late at night.  Some members of this group were worth a great deal.  They valued Menendez very highly and if he was going to go after such dollars that is where it would have shown.  I have seen many other money focused Senators and Members.

I have seen seemingly honorable Senators and Members let it be known that they have interest in dollars in their pockets.  For example, years ago it was legal for Senators and

Members to ask for a fundraising event, not for campaign contributions, for "honoraria", the term used for legal contributions they politicians could put in their pockets. One Member of the House use to refer to his home at the ocean and "the house that honoraria built".

Also, years ago, when Senators and Members retired, they could put any excess money in the campaign kitty into their pockets and treat it as income. I was highly disappointed in some Senators and Members the year that law was changed and many Senators and Members, who I thought were not money oriented, retired so that they could pocked all that money we had contributed.

Another such disappointment was a Senator who was very famous and was a personal friend. A friend of mine took a client in to see that Senator to thank him for an amendment he offered that was passed. The client embarrassed my friend by putting briefcase filled with cash on the table, slid it to the Senator and said I appreciate what you did for us. The Senator thanked him and explained that he did that for the American people. However, once in the hall a junior member of the staff approached them and said, "which hotel am I supposed to drop by this evening to pick up a briefcase".

Bob Menendez is a man of honor a true public servant who is public policy and constituent focused and not money focused. Like other public service-oriented US Senators, Paul Sarbanes, Joe Biden, Bob Menendez ranked at the bottom of net worth charts of Senators.

Judge, as a person who has lived his life trying to bring justice to America you will personally value the reason Bob Menendez is so close with the group who are also my friends. What brings these people together is their country of origin, the Republic of Cyprus. Without exaggeration there is no more reliable American and Israeli ally in the world who has been treated by our American government more badly. Unlike the vast majority of Senators and Members, Bob Menendez championed this cause because of his unsurpassed desire to bring justice to the place where justice is most needed.

I will mention just one of a long list of examples of our government's injustice. When Turkey used American arms illegally to attack our ally Cyprus, they captured over 1,000 children, women, and men, including three American citizens. Our State Department refused for 10 years to press Turkey about what they had done with the Cypriots and the three Americans. It took the enactment of a bill championed by Bob Menendez to force our government to do so. It revealed that after two days they executed with a bullet to the head each of them, dumping them into mass graves.

Bob spent his Congressional career applying his brilliance and justice to needy issues. I can document why of all those who have passed through Congress Bob Menendez is one of the very few whose absence would be missed if he is not contributing to America.

Sincerely,

Andy Manatos

9/5/24

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312


Dear Honorable Judge Sidney Stein,

      I am a 13 year old male named Alec Manicone. I have known Senator Menendez for 6 years. I came to know him through his marriage to my aunt Nadine. Ever since I have known Senator  Menendez, it has felt like real blood and has always been a great role model with courageous and pursuing advice.

      Me and my family had come over to my Aunt and Uncle's home for a family dinner. We eventually were all in the living room and I was talking about how my golf game was going and how I am starting to develop a new sense of hitting the club when Senator Menendez looked over to me and told me that there are way more ways to look at golf. At first I was confused but he continued to say "In a 4-5 hour game of golf you not only get to meet new people but develop a sense of who they are by how their mood swings from happy to sad or if they have a high temper or if they are calm." I was so touched by that and thought to myself about it. It was like a whole new way to look at life. It helped me get a sense of observation and Inferencing and by looking at people and the world in such a different way.

      When I was in 2nd grade we were given an assignment to do over our break. The assignment was to pick someone who inspires you and who you look up to and make a slideshow about who this person is, their career, and why you look up to them. Right when this was announced I immediately thought of my Uncle. He had just been welcomed into the family and I was learning about what a great person he was and wanted to know more. So I put him as my person and started my research. I first targeted learning about his career and what he had done. I had learned about all of his accomplishments and how he succeeded in his career. It came the week that it was time to present. The break was over and thankfully so was my slideshow. I was so proud. I had asked my parents to check it over and they added a link to it. They told me not to open the link till the day. So I listened and did not open it. I was about to leave the house the day of but then my mom put a hat on me and it said "United States Senate" with the Senate logo. It was time for the presentations and I used to be much more shy and scared then I am now. It was my turn and I was very scared. I got up and introduced myself and continued with reading my short slideshow. I had finished what I had written and it was time to move to the mystery slide with the link. My treacher clicked on the link and my jaw dropped. It was my Uncle on a video saying hi to me and complimenting me. I was so happy and before he said his goodbyes he said "Alec, that's a nice hat you're wearing". I was so happy and everyone loved it. This just shows how much he cared and all the way to 7th grade now whenever I hear

that we have a presentation I think of that and am not scared to present but feel courage to do so. Therefore I think of him as an active role model and a father figure since the day I met him.

I do not have any personal knowledge of the allegations made against him by the prosecutors but my experiences with Senator. Menendez have been nothing but great interactions. He is a man who is devoted to his country without second guessing and has been nothing but proud to do so and proud to have been serving this country and his people for nearly 50 years.

This is a man who stands by the truth and what he feels with patriotism, pasion, and commitment. I understand that Your Honor is being asked to impose a sentence on my Uncle. My reasoning for writing this letter to you is to ensure that the Court is aware of my experiences with Senator Menendez and all the good he has done. Whatever he did or did not do in this case, I ask that your Honor not lose sight of all the good he has done for this country and all he has done for so many people including myself.

Based off of my personal view I think it will be an injustice if my Uncle serves a sentence. I pray that the Court understands the damage my Uncle has already been hit with this case whether it's losing his office all the way to losing the trust of all the people he has fought for and represented for practically his whole life. He has lost everything that he has worked for and his name will be stained for good. I dont think it will be at justice to sentence Senator Menendez but will be an injustice through and out.

I want to sincerely thank you for taking time to read this. I pray that the Court knows how much of a great man Senator Menendez has been to everyone and will continue to be. Please dont take my Uncle away from me. Please!

Very truly yours,

Alec Manicone

8/23/24

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I am writing to you to share my feelings about Senator Bob Menendez.

I have known Bob since January 2019. His wife Nadine is my wife's sister.

The first time I met Bob I immediately liked him and thought he was a good person. Since then, I have grown very fond of him. I am a pretty good judge of character and the man that I know was not the man that the news reports and articles were portraying.

From early on I saw Bob as a person that is old fashion and totally in the current world both at the same time. Old fashion in that he will hold a door open for you, respects everyone and their opinions. The type of man that surrounded me when I was a young man and learning how to be one. I was lucky to have a father and grandfathers like that. In the current world as someone who is in touch with everything. He can be in the moment when spending time with my young children and asking about what they are in to and doing. A cool guy, I can say.

I played golf with Bob and in those four or five hours I felt that bond that only a round of golf with a good person can provide. I learned of his temperament, his style and the enjoyment that the game gave him. He recently told my son who is really liking the sport that golf is the only game where in an a few hours you can get to know a person and everything about them. Words of wisdom to my ears and my sons.

Bob is an easy person to be around. He lights up a room whenever he laughs. And loves to sing. Sometimes he will pick a song to sing that has relevance to whatever occasion the get together was for. He shares jokes. A fun, happy regular guy.

Bobs cares about people greatly. I had gone through a serious health issue and he was there for support all the way. He will always listen to people's issues, concerns and views. Even if the views are controversial he is still all ears. I see that in how he interacts with everyone around him.

When I think about Bob's accomplishments in public service It didn't surprise me that he has done so much for so many. He is the perfect type of person for that role. He is smart, caring, brave and doesn't give up on what he believes or what is right for the country. Bob loves this country and has worked hard most of his life to serve it and the people.

What has happened is heartbreaking for me and my family. We love Bob and are in awe by all the good that he has done and the truly good person that he is. It must be heartbreaking for him with the public shame and loss of his office. A terrible way for his legacy to end.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez. I am writing this letter to express that for the type of man that Bob is, what has happened through this entire process is already a full and complete punishment. He loves what he does and works so hard. He has so much more to give to the public and family. Tears come to my eyes as I write this. Men like Bob are special and rare. I wanted to express these feelings for your consideration.

Thank you for taking the time to read this letter. I hope these words have given Your Honor a picture of the person that I see Senator Menendez to be.

Very Truly Yours,

Geoffrey Manicone



718 Teaneck Road I Teaneck, NJ 07666
Tel: 201-833-3000 I holyname.org

**Office of the President**
Michael Maron

August 6, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for more than 25 years through his representation of the citizens of New Jersey. He has consistently supported our community and the efforts of Holy Name. He has always been engaged, understanding and compassionate when it comes to the health needs of our community and beyond. There are many examples but two standout efforts come to mind.

During the COVID crisis when Holy Name was the epicenter of the tri-state area. He worked consistently to assure we had access to the supplies and personal protective equipment required to respond to the crisis. He assisted us in creating two COVID vaccine centers, helping to vaccinate more people in New Jersey than any other institution.

Sen. Menendez has also been very supportive of our hospital in Milot, Haiti, the largest health system in northern Haiti, which has faced numerous challenges over the years. There are very few US supported health efforts in this most impoverished nation. Senator Mendez's keen knowledge of foreign affairs has been extremely helpful in navigating these troubled waters.

I do not have any personal knowledge of the allegations made against him by the prosecutors. However, my experiences with Sen. Menendez reflect a man devoted to his country and his constituents, with unfailing commitment to helping others and serving the public. The man I have come to know is a true friend, and a dedicated public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter is to ensure that the Court is aware of the positive impact he has had on so many lives and the significant good he has done.

Thank you for taking the time to read this letter.

Respectfully yours,

Michael Maron
President & Chief Executive Officer

Hon. Sidney H. Stein
Case 1:23-cr-00490-SHS     Document 677-4     Filed 01/02/25     Page 28 of 52
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Dear Honorable Judge Sidney Stein,

On the "brag wall" in my home office is a photo my oldest son often calls "three great men." In the photo is House Majority Whip James Clyburn, me and Senator Bob Menendez. The photo was taken in New Jersey at a gathering of black clergy the Senator hosted annually. While my son calls the picture "three great men," I refer to the image as "standing between greatness" because I am standing between the Senator and the Majority Whip. It was a seminal moment for me given the length of time I had known, and worked with, the two men. I have known Sen. Menendez for more than three decades. .  We came to Washington in the 103rd Congress in 1993 and worked with him and his office on a myriad of issues during his time in the House.

Bob quickly distinguished himself among his colleagues as a compassionate, loyal leader. House Democrats elected him Vice Chairman and then Chairman of the Democratic Caucus. His colleagues elected him to both positions not because he was the most prolific fundraiser or because he had the loudest voice. His colleagues elected him to lead them because they trusted him. He served them like he served his constituents. As a true servant leader should. That is who he is at his core – a servant leader.

Your Honor, I know there is a form to these letters. What should be written and what shouldn't. I have to be honest; I haven't followed the case in the media because my was pregnant with our fourth and fifth children and survived a difficult birth in May. There were times when I wasn't sure if I would come home with three people. I have gone through draft after draft, sometimes with my infant son in my arm...or his twin sister. Here is what I know – Bob Menendez is a good, a great father and a damn good friend. He has done more for his country and his community and, has impacted more lives than he will know. He has led the fight for DEI and diversity initiatives before it was popular. He brought corporate leaders around to his view through dogged persistence, substance and stubborn facts. In many respects, he is one of the architects of diversity we see today represented on corporate boards and in the executive ranks. The nation is better for it. The world my twins will grow up in is better because of him.

As you deliberate sentencing and mull over the guidelines, I would ask you to consider our nation's goodness. Our nation is great because its people are good. They make mistakes and work diligently to repair their faults. The Bob I know has always worked hard over his life to do that.  That is what a good father does, what a good man does. None of us is perfect. We all fall short of God's glory, but we strive and strive again. That is Bob Menendez

I know. That is the Bob Menendez I have worked with over the last three decades. I do not envy you for having to make such a tough decision. Much like you have to weigh the totality of the circumstances, I would plead with you to look at the totality of Bob's life and career. He loves his family. He loves his community. He loves his friends. I can not write it enough...Bob Menendez is a good man. He is my friend. We play pranks on each other, share meals and on occasion share a cigar. I know his son and he knows my oldest. I would love for him to meet my newest. He will meet him not as Senator but as "Uncle Bob." I ask for your consideration in this regard.

I want to thank you for taking the time to read this letter.  I know I am just one of many people who have been deeply saddened by the circumstances Bob now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many.

Very truly yours,


Marcus Sebastian Mason

# CALVARY BAPTIST CHURCH

## OF NORTH JERSEY AT GARFIELD

"Answering the Macedonian Call..." Acts 16:9

217-245 PASSAIC STREET, GARFIELD, NEW JERSEY 07026, TEL:973 773 2444  FAX:973 773 2424

Calvin McKinney, L.H.D., Pastor

August 21, 2024

Honorable Judge Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein:

I have had the honor of knowing Senator Menendez in every elected position in which he has served more than 40 years in my capacity as a minister of the gospel/pastor of the Calvary Baptist Church of North Jersey at Garfield for the last 52 years. During my tenure as pastor, I have served as Moderator of the North Jersey District Missionary Baptist Association which consists of Hudson, Essex, Morris, Passaic and Bergen counties; President of the General Baptist Convention of New Jersey; and as General Secretary of the National Baptist Convention, USA, Inc., our national denominational witness.

My work with Senator Menendez has covered many constituent issues which has resulted in positive conclusions for his constituents not only here in New Jersey, but across these United States. Examples of such are many, including immigration/paths to citizenship/work visas/job opportunities; directions to funding sources for community initiatives through federal agencies not necessarily known to all communities.

Our churches have suffered for years from the burden of serving the larger community solely through contributions from our memberships, which naturally cannot sustain said desires given our economic climate in these times. But Senator Menendez aided this servant with staff support to discover possibilities that our federal government through cabinet level agencies offers that have been available for years that are not generally known by the public.  To that end many of our churches now find themselves in better positions to serve by virtue of government grants designed to do what we are committed to do through our ministries.

The length of my interactions with the senator and the details of such are stymied only by my inability to put such to paper because of suffering a stroke in 2017 that left me paralyzed on the entire left side of my body which limits my strength even as I continue in my pastoral duties to date.  (By the way, the senator has paid a visit to our church annually despite his schedule to continue to encourage me in the work we have done through the years).

Honorable Jude Sidney Stein                                          Page 2

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Senator Menendez have been of such that they reflect a man with a heart for people, devoted to his country and his constituents, with unfailing devotion to helping others and serving the public. The man that I have had the pleasure of knowing for at least 40 years is a true friend, a patriot and a devoted public servant.

I understand that your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter and sharing my own experiences with Senator Menendez (especially in the capacity of my calling as a pastor/preacher) is to ensure that the court is aware of the incredible good that he has done in his life as a public servant. I very much doubt that your Honor has ever encountered a defendant who has done so much for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that your Honor not lose sight of all the good he has done for his country over decades of public service/ the personal attention and care he has shown to his friends/the leadership in important moments in both his personal and professional life.

My personal and pastoral view is that this country will be far worse off if Senator Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the court understands that Senator Menendez has already been punished in so many ways by this case --- the public shame and mockery, the loss of his office, and the impact on how his career will forever be viewed.

I do not think it would be fair or just to also ask him to serve a sentence, especially when he can otherwise still be so much help to his community.

I want to thank you for taking the time to read this letter. I am sure that I am just one of many who have been deeply saddened by the circumstances Senator Menendez now faces. I hope and pray that the court appreciates how special of a person he has been and will continue to be to so many of us.

Sincerely, prayerfully, and respectfully yours,

Dr. Calvin McKinney, Pastor
Calvary Baptist Church of North Jersey at Garfield
President Emeritus, General Baptist Convention of New Jersey, Inc.

# Carlos Medina, Esq.

**17 Evita Terrace, Long Valley N.J. 07853**
**Tel: 908 520 – 6211 *medinac@robinsonaerial.com***

September 24, 2024

The Honorable Judge Sidney Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Senator Robert Menendez

Dear Judge Stein,

My name is Carlos Medina, and I have known Robert Menendez for many years. I respect that a jury has adjudicated Mr. Menendez for his wrongdoings. I respectfully submit this letter for Your Honor's consideration to offer a more complete picture of who Mr. Menendez is as a person.

I have known former Senator Menendez since the late 1980s, a connection that began when my father, who was working at The New York Times, introduced us. At the time, I was in the process of applying to law school, and my father requested a letter of support from Senator Menendez. To my surprise and appreciation, Senator Menendez insisted on meeting with me personally before writing the letter as he wanted to get to know me beyond my father's recommendation. That meeting was not only encouraging but also pivotal; he wrote a wonderful letter that helped me gain admission to Rutgers Newark School of Law, where I graduated in 1992.

Over the years, I continued to cross paths with Senator Menendez in his various roles in Washington. As I became more involved with the Statewide Hispanic Chamber of Commerce, he became a reliable voice of support both in Washington and statewide. We collaborated on numerous initiatives aimed at improving access to capital for small and diverse businesses in New Jersey. Senator Menendez keynoted many of our events, demonstrating his commitment to the business community and always making himself accessible to our members.

One of his notable initiatives included conducting corporate reports that highlighted corporations lacking diversity on their boards or in their procurement spend. He has long been a leading voice for Hispanics nationwide, advocating for equality and opportunity. He made time to meet with me, often at a small local diner, where we would catch up and discuss strategies to support New Jersey's diverse businesses. His passion for uplifting others and his unwavering commitment to help small NJ businesses has been instrumental for our community.  My experience with Senator Menendez has always been someone who has been devoted to his constituents, and the Hispanic and local business communities.

I understand that Your Honor is tasked with imposing a sentence on Senator Menendez. I am deeply saddened by the circumstances Senator Menendez now faces and hope the Court recognizes his positive impact on so many lives. Respecting the will of the jury, I respectfully submit that Your Honor considers the remarkable good he has done throughout his life and grants him some leniency in his sentence. Thank you.

Respectfully yours,

Carlos Medina

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Stein,

We spent months in the same courtroom but have never met. I'm Bob Menendez's eldest child, and only daughter. I am grateful for the careful consideration you have dedicated to these proceedings, and for the opportunity to offer you an additional perspective on my father.

I see Bob Menendez not as a powerful politician, but as a scrappy kid from a small town who learned to be tough as a means of survival. Much of my dad's life happened so young: elected to office at 19, his father dead by suicide at 23. I have heard the former story more times than I can count, the latter exactly once. I explain the delta between my father and my ways of understanding the world in one fact: I had a long runway to adulthood and he did not. It's why as a pre-teen, I'd find him up late at night playing my brother's Nintendo system. It's why like an alien observing a different species, he once asked me why other people seem so happy and carefree. To be the first in your family to do and be many things — a natural-born U.S. citizen, a college graduate, an attorney, an elected official — is all a great privilege. It is also lonelier than most people can imagine.

My father taught me both grit and generosity. He never let me win at board games, insisting that I succeed on merit. Although he himself never learned to ride a bike, Dad somehow helped teach me how to ride mine. Like a true First Gen kid, Dad taught me the words to both the Cuban poet Jose Marti's "Cultiva una Rosa Blanca" and Don McClean's "American Pie." My father shared with me his love of musical theater and when my local production of The Wizard of Oz struggled to sell tickets, he lent his voice as the Munchkin Coroner. To see him in that stupid costume was to understand the depths of his devotion.

Now, he is a silly and doting grandfather, willing to break his back playing horsey if it means hearing his granddaughters giggle. (A few months ago, he gifted them a toy horse. They affectionately named it…Bob Menendez). Grandparents create a sense of identity for grandchildren, and I mourn the hole that will be left for my girls in my father's absence. Throughout this past year, I have been reminded how much I hope they share his fighting spirit.

That spirit is, after all, how Dad shows his love. For more than a decade, I watched him care for my grandmother as Alzheimer's ravaged her mind and body. Her memory fading, Dad would visit her weekly, living for the fleeting moments when she'd remember his name or his face. That pain became a legislative fight for research funding, improving access to early assessment and diagnosis, and helping patients receive proper care. When I was pregnant with my first daughter, and living in Miami, the Zika virus raged. Dad regularly checked in to make sure I was taking care of his first grandchild. But it wasn't enough that we were safe. Dad needed every expectant mother to be protected. So he advocated for calling Congress back into session to pass emergency funding legislation. In these past few months, during the darkest days of his own life, he has navigated his wife's breast cancer diagnosis with a type of grace and forgiveness I honestly do not understand but admire.

My dad loves me and my girls, but I know that being of service to others has been the true love of his life. Growing up, each dinner at a local pizzeria was inevitably punctuated by constituents seeking help. The heat not working in public housing or a stolen trash can elicited the same "fix it" spirit. In 1994, our vacation was cut short when tens of thousands of Cubans desperately fled the island by raft and began to show up on Miami's shores. My parents, having grown up in poverty, taught me and my brother to welcome the sacrifices we were asked to make because we already had so much. We felt lucky to be a part of something bigger than ourselves.

The conceit was that while the work was Sispheyan, at some point, he would entrust the boulder to a new generation of leaders, and finally, he would be ours. Now, on the precipice of what should be the moment when we no longer need to share him, we are at risk of losing him again. My father has spent his life fighting to keep families together. Like millions of American families facing incarceration, ours may soon be torn apart with you alone deciding if, and for how long. I cannot imagine the enormity of that decision.

As you endeavor to measure something as immeasurable as remorse, please do not mistake my father's stoicism for an absence of pain or contrition. He is simply trying to survive. He is no longer a U.S. Senator. His law license and federal pension hang in the balance of his future appeal. In the town where my daughters attend public school, an elementary school has been stripped of his name. A legacy of service 51 years in the making has been reduced to a punchline about gold bars. Those who are advocating for a sentence that would guarantee my father die in prison seek to make an example of him. They already have.

I love my father more than I can possibly capture in the pages of this letter. I believe in his ability to continue to do good, to build bridges, and to do it all with a newfound sense of humility.  I want him to be a presence in my life and my children's life, especially given how much time apart we have already sacrificed. As you contemplate further punishment, please find mercy for the scrappy kid he once was, for the advocate he has been, and for the father and grandfather he can still be.


Respectfully,

Alicia Menendez

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

December 26, 2024

Judge Stein:

I first want to thank you for the opportunity to submit this letter on behalf of my father, Sen. Robert Menendez.

This is admittedly not something one - especially a son - has prepared themselves to write. I also appreciate that you will be reviewing many letters speaking to my father's career in public service. And while I can certainly personally attest to many of the anecdotes and stories you will read in other letters, I believe the best use of the Court's time and energy is to share my unique perspective as his son.

My father's story is not one that is common in such an august and revered institution as the United States Senate. As you know, his family immigrated from Cuba - leaving behind the only life they knew - to start anew here in the United States. His ascent through public office from local school board to mayor to state legislature to the House of Representatives to the United States Senate is well documented. But that journey - which represented the first of many - can perhaps be taken for granted. The child of immigrants - a seamstress and a carpenter - the first member of his family to attend college, is not a common profile for an institution of only 100. But in his journey, I believe that there are certain truths about our country, one of which is that inside all of us is the story of our ancestors. Specifically, for my family, the story of my grandmother, Evangelina Menendez, who had the courage and tenacity to start a new life in a new land. That grit, determination, and willingness to sacrifice for the greater good of others was always the foundation of my father's career in public service.

I understand that the trial you presided over and the outcome thereof will color that career in a certain light. But what I believe is important for the Court to know is that the stories and accounts of my father's dedication, support, and advocacy that others will speak of came at a sacrifice. My father was elected to the House of Representatives when I was in third grade. Most of my upbringing was marked by having a parent who traveled back and forth between Washington and New Jersey, away for many of those small moments that make a life. It took me a long time to begin to appreciate why those decisions were made having experienced first-hand the challenges they caused. This is something I grapple with daily as I serve in the same role he did and have two small children (4 and 2) of my own.

The purpose of my letter is not to comment on any facet of the case but, as you make a decision on a sentence for him, to implore you to give him the opportunity for his remaining time to be spent with his grandchildren. For all those days, weeks, years and precious moments that he missed in furtherance of all the causes you will read about in other letters, I believe he is deserving of the opportunity to pick up my son and daughter from school, be there for their games, plays, and ballets (or whatever it is that they choose to pursue), buy them toys that make too much noise, be a source of support when we maybe are too hard on them and for him to find happiness in those moments - moments that can only be created and cherished by a grandfather.

I do believe my father is deserving of a second act, I just want it to be with the people who will always love him for who he is and want to wrap their arms around him whenever he walks through the door. Because that, your Honor, is what being a family is all about.

I thank you for your time and consideration and for your distinguished career of service.

Respectfully,
Robert J. Menendez



## BETHEL CHRISTIAN CHURCH, Inc.

P.O. Box 1116 • 185 Hall Avenue, Perth Amboy, New Jersey 08862
**(732) 442-9566**

Dear Judge Stein,

I am the Bishop of the Pentecostal Church of the State of NJ and a board member of BITE, the Black Interest Team Enterprise, a charitable foundation helping the poor.

I am writing this letter in support of United States Senator Robert Menendez, who is currently before your court. Having known Senator Menendez for a number of years, I believe I am in a position to speak of his character. I hope you will take this letter into account when making your decision.

During my relationship with Senator Menendez, I have experienced an individual who shows up earlier than asked, works hard, and carries himself in a polite, respectable and humble manner. In addition Senator Menendez is a person with levelheadedness and grace. He has a deep seated commitment to the 9 million residents of New Jersey.

One noticeable instance that exemplified these traits occurred when he did everything within the law to secure a nonimmigrant visa for the sister of one of my congregants in desperate need of a kidney transplant. His efforts helped save her life. There is no greater gift to give than to save a life.

Furthermore, I have personally seen the results of his efforts to feed citizens by ensuring that local food banks have enough supplies for families. My church has been the sponsor of some of those food banks. Feeding the hungry is one of his legacies.

Senator Menendez always cared for those congregants I have sent, who knocked on the door of his office with federal issues such as housing, veterans, and immigration. Unlike others, if the issue was outside of his jurisdiction, he would insure they got connected to the right state or local office.

His work was heroic in securing funding for the victims of Hurricane Sandy and getting many families back in their homes.

I have known Senator Menendez since I was a pastor. I have seen his humility and his humanity. Therefore, I am moved to write this letter on his behalf as I have witnessed first hand his passion to serve.

I can not speak to the accusations against him, which are unrecognizable to the man I know. I do know that Your Honor, has the heavy burden of deciding a sentence. As a man of God, I ask you to temper justice with mercy, and consider the incredible good that Senator Menendez has done in his life.

Respectfully,

*Bishop Antonio A Merino*

Antonio A. Merino
Bishop of the Pentecostal Church of the State of New Jersey and Board Member of BITE



**ILEANA MONTES**
**ATTORNEY AT LAW**
1199 Rt. 22 East
Mountainside, NJ 07092

Member
United States Supreme Court
New Jersey Supreme Court

Phone: ███████████
Mobile: ███████████
███████████

September 16, 2024

Hon. Judge Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Honorable Judge Stein,

I recognize that you are entrusted with the important responsibility of determining an appropriate sentence for Senator Menendez. Although I am not privy to the specific details of the allegations against him, I wish to offer my perspective on his character based on my personal experiences. My intention in writing this letter is to bring to light the substantial and positive impact he has had throughout his career. With profound respect and admiration, I wish to convey my belief in Senator Menendez's character and his steadfast commitment to the public good. His contributions have touched countless lives. Regardless of the particulars of this case, I humbly request that you consider the extensive and enduring service he has provided to our nation, alongside the genuine care and dedication he has shown to his friends and community.

As an attorney and a member of both the New Jersey State Bar Association and the Hispanic Bar Association of New Jersey, where I had the honor of serving as President, I have had the privilege of knowing Senator Menendez for the past 25 years. Our acquaintance began through our shared involvement in the bar associations and various political activities. Over the years, I have attended numerous events organized by and featuring Senator Menendez. In my interactions with him, I have consistently found Senator Menendez to be a person of exceptional intelligence, eloquence, and dedication. His approach to his work reflects a profound commitment to serving the community. Senator Menendez not only worked tirelessly to address the needs of his constituents but also has taken the time to actively listen to their concerns and advocate on their behalf.

1

As an engaged member of the Hispanic community in New Jersey, I have observed Senator Menendez's profound sense of responsibility and dedication firsthand. His genuine concern for the well-being of the Hispanic community is evident through his actions and advocacy. Drawing from his own experiences as an immigrant, Senator Menendez has served as a vital advocate for New Jersey's immigrant families and the broader Latino community. His positive impact on these diverse communities has earned him widespread respect and gratitude.

Senator Menendez's career is distinguished by an unwavering commitment to justice, equity, and progress. He has been a steadfast ally of the Hispanic Bar Association, championing our initiatives and aligning with our mission to advance the profession and improve the lives of families. In my capacity as a former president of the Hispanic Bar Association, I have witnessed his tireless advocacy for a diverse judiciary that reflects New Jersey's demographic makeup and upholds fairness, integrity, and a deep understanding of our society's diversity. Senator Menendez's support has been crucial in creating opportunities for Hispanic lawyers and amplifying their voices in the legal field. His efforts have significantly contributed to the diversity and inclusivity of the legal profession, empowering the Hispanic community and ensuring its representation within the judiciary.

Another notable demonstration of Senator Menendez's dedication to his constituents occurred after his visit to Colombia as Chair of the Foreign Affairs Committee. Following his discussions with President Iván Duque, Senator Menendez took the proactive step of organizing a meeting with the Colombian community to provide updates on the bilateral agendas and progress made. This initiative underscored his genuine commitment and profound concern for the Colombian community, a gesture that as Colombian, I found deeply commendable.

Beyond his professional achievements, Senator Menendez's personal resilience serves as a profound source of inspiration. He has confronted challenges with exceptional fortitude, demonstrating a remarkable ability to endure adversity. His adeptness at navigating the complexities of public service, often under intense scrutiny, reflects the strength of his character.

In my view, our country would be significantly disadvantaged if Senator Menendez were to serve a prison sentence, rather than leveraging his skills, expertise, and connections to support our country during these challenging times. I sincerely hope the Court recognizes that Senator Menendez has already endured considerable consequences from this case, including public disgrace, the loss of his office, and a lasting impact on his legacy. His continued contributions would greatly benefit his community.

As you deliberate on the appropriate course of action, I urge you to consider the full extent of Senator Menendez's contributions and character. His unwavering dedication to public service and tireless advocacy for the Hispanic community makes him a valuable asset to our society. I believe that his contributions have had a lasting impact on the legal

profession and the community at large. I respectfully urge you to consider these qualities when making your sentencing decision for Senator Menendez.

Thank you for taking the time to consider my perspective on this matter. I am aware that I am likely one of many who are deeply saddened by the situation Senator Menendez currently faces. My hope and prayer are that the Court recognizes the exceptional person Senator Menendez is and the enduring impact he has had—and will continue to have—on so many lives.

Respectfully submitted,


*Ileana Montes*
Ileana Montes, Esq.

Raul Morales, Sr.



September 14, 2024

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein,

I have known Senator Menendez for over 30 years. I first met him during his initial run for the New Jersey Assembly. Throughout his campaign, we connected two or three times a week to canvass in Hoboken and engage with residents. People often invited us into their homes for coffee and discussions about the issues they faced. Over time, Bob and I developed a strong friendship.

My interactions with the Senator have always been meaningful and impactful. His dedication to public service and his unwavering commitment to his constituents have been evident in every aspect of our collaboration. One example that stands out to me is our work on advocating for subsidized housing and affordable rents. Senator Menendez has been a steadfast champion for families seeking housing, working tirelessly through various state and federal programs to address these critical needs.

Another example of Senator Menendez's exemplary character is his role as the first Latino to serve Hudson County as a New Jersey Assemblyman, New Jersey State Senator, U.S. Congressman, and U.S. Senator. His achievements filled me with immense pride, not only because of his remarkable success but also because I understand the tremendous challenges he overcame to reach such heights. Bob is hardworking, humble, and always ready to help those in need. His dedication to his constituents and the country is unparalleled, and he has always placed the needs of others before his own.

I do not have any personal knowledge of the allegations made against him by the prosecutors. However, my experiences with Senator Menendez reflect a man who is devoted to his country and his constituents, with an unwavering commitment to serving others. The man I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter and sharing my own experiences with him is to ensure that the Court is aware of the incredible good he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has contributed so much to so many people. Whatever the outcome of this case, I ask that Your Honor not lose sight

of the significant impact Senator Menendez has had through decades of public service and his personal care for his family and friends.

My personal view is that this country will be far worse off if Senator Menendez is serving a sentence during these troubled times rather than advocating for those in need. I sincerely hope that the Court understands that Senator Menendez has already faced significant consequences—the public scrutiny, the loss of his office, and the lasting impact on his career. I do not believe it would be fair or just to also impose a prison sentence, especially when he can continue to contribute positively to his community.

I want to thank you for taking the time to read this letter. I hope and pray that the Court appreciates how special a man Bob has been and will continue to be to so many.

Sincerely,

Raul Morales, Sr.

Elio E. Muller



The Honorable Sydney H. Stein
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

August 27, 2024

Dear Judge Stein,

I met Sen. Menendez in in New York in 1992 when I was a young Cuban American political activist in Florida, and he was aspiring to his first Congressional campaign. What first drew me to Sen. Menendez was that we were both relatively young Cuban Americans sharing similar backgrounds and values. My family came to the United States in 1961 fleeing communist dictatorship in Cuba. My family arrived in Tampa when I was 5 years old, and I lived in public housing as boy. I went on to graduate from college and law school and served as an Assistant States attorney and in private practice. He and I hit it off early when we interacted in Washington DC while I served as a political appointee of President Bill Clinton at the U.S. Department of Commerce as the Deputy Director of the Minority Business Development Agency under Commerce Secretary Ron Brown. While at Commerce, I also served as the White House liaison to the Cuban American communities which were mostly in Florida and New Jersey.

Prior to my political appointment in DC, I had a law practice in Florida where my law partner and I had been representing Cuban dissidents active in Cuba, and former Cuban Political Prisoners pro-bono. Like me, Sen. Menendez had grown up within the Cuban refugee community and was an advocate for former Cuban political prisoners in his own community in New Jersey. It should be remembered that in 1993 the Soviet Union and the Berlin Wall had recently fallen and there was great hope that Cuba's communist regime would follow.

Early in his first term in Congress and early in my tenure in the Administration, we went to dinner one evening, after Sen. Menendez had met with President Clinton. The President had asked him for ways to make the embargo more effective and thereby expedite the aspirations of freedom in Cuba. At that dinner, I shared with Sen. Menendez an idea about defining a future transition in Cuba. At the time no one had contemplated or written about how to influence a peaceful transition in Cuba. It was a concept of defining a path of gradual rewards for a future Cuban regime transitioning to democracy and market economy. It was the carrot option to accompany the stick sanctions that already existed in the embargo. Sen. Menendez immediately endorsed the concept and committed to advancing it in legislation. He assigned

1

his legislative assistant to work with me to write the legislation, which became The Menendez Bill, in the House of Representatives and passed and signed into law as the Title II of Cuban Liberty and Democratic Solidarity Act of 1996. While today Sen. Menendez is known for his hard line on US Cuba policy, this early experience that I had with him was focused on making peace and reconciliation with Cuba. He was immensely inspired that he could lead the US in such a direction, and we shared the satisfaction of using our own Cuban American leadership in a such a powerful prospect for our community. There were no financial interests for any of us in these endeavors, only good policy for the American People.

Thereafter, Sen. Menendez and I shared many other common paths due to our alignment of democratic values. We collaborated in advancing environmentally friendly energy policies and generally in leading Hispanic empowerment. In more recently years, it has been his leadership in Hispanic empowerment that I have seen him act giving me most pride in his leadership. While his own constituents in New Jersey are mostly Cuban Americans and Puerto Ricans who have not traditionally had immigration challenges, Sen. Menendez has consistently stood as the leading advocate for immigration policy that is fair and just. I have been the leading advisor and coach to Caribbean Hispanic (Cuban, Puerto Rican, Dominican, Venezuelan, Columbian) candidates for Presidential appointments during the Clinton, Obama and Biden administrations. In all of those years, the most valuable endorsement and support of these candidates has come from Sen. Menendez. In this role, made us, and the process, better by insisting on highly competent candidates that would shine in their proposed jobs so that in turn, through their service, they would reflect the value of Hispanic leadership in Government.

More recently as a member of the Senate Banking Committee, he has worked tirelessly for diversity in US Public Corporations. Quoting from a press release on February 23, 2021:
> "U.S. Senator Bob Menendez (D-N.J.), the highest ranking Latino in Congress, today introduced legislation that would require public companies to disclose information related to the racial, gender, ethnic makeup and veteran status of corporate boards and senior management. The Improving Corporate Governance Though Diversity Act of 2021 addresses shortcomings in the U.S. Securities and Exchange Commission's (SEC) diversity disclosure rule."

For many years, before introducing this legislation, Sen. Menendez has called out the dismal lack of diversity on public corporate boards and has been the biggest advocate for Hispanic inclusion therein.

Through all of these years I have only seen Sen. Menendez apply his power and leadership for the good of his constituents, minorities and for the greater good of making America advance to the aspirational values of our country. He knows power, how to obtain it and wield it, but always for the greater patriotic good. In all these years, I have never seen Sen. Menendez act in a selfish or self-serving manner. I have never seen any action on his part to enrich himself. In turn, his leadership has made the lives of countless thousands of American better and has set a standard of character and honor for Hispanic leaders in this country despite the outcome of this case.

Your honor cannot appreciate the shock and surprise to me and our mutual friends to read and hear the news about the matters giving rise to this case. While we have no personal knowledge of these matters, other than what we have seen in the press, this is not the man we have known and served with for over three decades of his time in Washington. Your honor has the task before your court to judge him in sentence. Please take a measured accounting of his great body of work and his tireless service, his

2

advocacy for the underserved, and his patriotic history. It would not be just to simply follow a sentencing guideline formula to sentence this man. The tragedy of his immense fall through this case has been more than enough punishment. As a former prosecutor, I know that the Government will advance the proposition to make an example of him through your rendered punishment. Justice would not be best served by a sentence of incarceration for Sen. Menendez. I ask you to render an example of equity and justice that balances a life of great and noble service in the sentence that you impose here. No matter how big a mistake you may see before you, it dwarfs in the size of his good works.

Sincerely,

Elio E. Muller

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Cecilia Muñoz**



September 13, 2024

Dear Honorable Judge Sidney Stein:

I am writing with respect to the legal proceedings affecting Senator Robert
Menendez over which you are presiding.  I have known Sen. Menendez since
he was elected to the US House of Representatives in 1992.  At that time, I
was a Senior Immigration Policy Analyst at the National Council of La Raza
(NCLR - now UNIDOS US), the nation's largest Hispanic policy and advocacy
organization. I subsequently became the Senior Vice President for NCLR,
responsible for a wide range of public policy issues affecting the Latino
community.  I worked with Senator Menendez throughout his time in the U.S.
Congress on immigration policy, and as my own policy portfolio diversified, on
a range of other issues.  After leaving NCLR in 2008, I was responsible for
immigration policy in the Obama White House, including serving for 5 years
as the first Hispanic person ever to lead the White House Domestic Policy
Council.

In all of these years, Senator Menendez has been a clear and consistent
advocate for the U.S. Hispanic community.  He served in the Congressional
Hispanic Caucus throughout his time in both chambers of Congress, and for
many years was the only member of the U.S. Senate to serve in the Caucus.
He understood that he held a special role as a voice for the community in the
Congress, and he took that role very seriously.  While he and I didn't always
agree on strategy, there was never any doubt that he was focused on
advancing the community's best interests, and placed a priority on defending
the most vulnerable, and the most likely to be ignored by their own members
of Congress.

He made himself available to advocates and community leaders from across
the country; I spent many hours with him over the years developing policy
and strategy on issues like education, health care, economic advancement
and especially immigration.  Senator Menendez made time for these issues
even when they weren't a priority for many of his own constituents, because
he understood how important it is for Latino leaders in elected office to serve
as a voice for others who would otherwise go unheard.

Senator Menendez was enormously important in reaching key policy
milestones over the years, which include reinstating $15 billion dollars of vital
federal services to legal immigrants after the welfare reform of 1996, two
successful debates in the U.S Senate on bipartisan immigration reform in
2006 and 2013, both of which were blocked in the House of Representatives,

and reforms to education and health care policies that address disparities in access and outcomes for Hispanic Americans.  All of these policy debates benefitted from his engagement, his expertise, and his commitment to the community.   Even when he and I didn't agree on a strategy or tactic, I was always grateful to have his guidance and engagement, and I knew that his door was always open when we had ideas for how to have a positive impact on the lives of the largest minority in the United States. He didn't just hold meetings with advocates; he rolled up his sleeves and did the work: shaping and offering amendments to legislation, working to secure the votes of his colleagues, conducting hearings so that they would understand the issues, and lending his voice on the House and Senate floors.  His work has had a substantial and lasting impact for which I am deeply grateful.

I do not have any personal knowledge of the allegations made against Senator Menendez by the prosecutors; indeed I do not recognize the man the media is describing as they cover his trial.  My experiences with him have been unfailingly positive, and entirely focused on the well-being of others who are less fortunate.  He gained nothing from the work he did for our community over the three decades he served in Congress, other than the satisfaction of serving people who too often go unheard, and whose needs are too often unaddressed.

I understand that part of your role in this case, your Honor, is to impose a sentence on Sen. Menendez. I offer my own experience with the Senator so that you are aware of the facets of his life and work which did not come to light in the court proceedings.  I ask that you take into account the important role he has played over many years as a voice for his community, and a champion who has worked tirelessly to make sure our children receive an excellent education, that we have access to health care, that the rights of immigrants are respected, and that the nation's largest minority receives the respect that it deserves in the policymaking process.  I urge you to take a more complete picture of the man and his work into account as you contemplate his sentence.

I am happy to answer any questions that you may have, and deeply appreciate your consideration of my input.


Sincerely,

Cecilia Muñoz

# JANET MURGUÍA

202.360.0832 | Washington, D.C.

August 17, 2024

The Honorable Judge Sidney H. Stein
500 Pearl Street
New York, NY 10007

Dear Judge Stein:

My name is Janet Murguia, President and CEO of UnidosUS, the largest national Latino civil rights and advocacy organization in the US. I have known Senator Bob Menendez for more than 30 years, having first met him when I was working as a counsel for the Energy and Commerce Committee in the US House of Representatives. I also worked closely with then Congressman Menendez when I served as Deputy Director of the White House Legislative Affairs Office during the Clinton Administration.  Senator Menendez has also been a key and integral partner of UnidosUS since I became head of the organization in 2005.

I write to note that while many know that Senator Menendez has devoted his entire life to public service -- beginning as a teenager -- they may not know the level of admiration, respect, and affection for Senator Menendez among the nation's 62 million Latinos. He is revered for his tireless, selfless, and unwavering support and advocacy on behalf of the Hispanic community throughout the years he has been in the House and the Senate.

He has been a fierce and fearless advocate that we have always counted on to be there for us and arguably the most powerful and influential Latino member of Congress ever to serve in the House and Senate. His knowledge of the legislative process and willingness to work with both sides of the aisle to achieve solutions have made him a uniquely effective Congressman and Senator, especially on the priorities of our community and of working families. His record of accomplishment speaks for itself and is unparalleled on virtually every issue impacting our community.

He has been an indispensable champion on behalf of the Latino community with a long trail of positive impact and progress. He has made an undisputed difference for our community on countless issues.

He was a leader in the bipartisan Senate coalition that shepherded the only comprehensive immigration legislation to be passed by the Senate in this century. He was instrumental in creating the Consumer Financial Protection Board, the first governmental body of its kind, which has protected our community and other communities of color from predatory lending in housing and the automobile industry. He was a key leader in ensuring that the Affordable Care Act included Latino families. As a result, more than four million individuals in our community were able to access health care for the first time. He has been a leading advocate for affordable housing, helping to protect both renters and homeowners and helping to enact programs to assist buyers in purchasing their first home.  And he fought for child tax credits that lifted millions of Latinos out of poverty.

He has been an incredible force in helping to empower and give voice to Latino concerns and increase our visibility and representation in American life. He spent two decades working to gain Congressional approval to build a national museum of the American Latino within the Smithsonian, which will be constructed on the national mall in the coming years to sit alongside every other museum which highlights and celebrates American history and culture. He has been a longtime advocate for greater Hispanic representation in corporate America and on Wall Street. And just last year, he almost single-handedly secured the nomination and confirmation of the first ever Hispanic to be named to the Federal Reserve Board of Governors in that body's more than 100-year history.

I have known and worked with Senator Menendez for more than 30 years and have never witnessed the Bob Menendez portrayed during the trial and in the media. In fact, I know him to be honest, principled, transparent, tough but fair, a man of deep faith, and someone who has always been eager to make life better for the most vulnerable in our society. And personally, I have known him as a loving and devoted father and grandfather — and a man who cherishes family.

When my mother was very ill with Alzheimer's, Senator Menendez went out of his way to share his experience with his own mother who suffered from the same illness. It became clear to me that he and I shared a tremendous devotion to our families, and our mothers in particular. His willingness to confide his vulnerability and grieving process meant a great deal to me at an extremely difficult time in my life.  In my view, it also spoke volumes about his caring nature and humanity.

I understand that your Honor is being asked to impose a sentence on Senator Menendez. I respectfully ask that you take both this letter and Senator Menendez's entire career and legacy into consideration.  He has devoted five decades of his life not only to serving the Latino community, but the people of New Jersey and millions of families who have so greatly benefited from his life and work. I believe that he has the ability to continue to contribute to society in many positive ways if he is given the chance.

Thank you very much for taking the time to read this letter.

Sincerely,

Janet Murguía

September 5, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

My family has known Senator Robert Menendez as an advocate for the Armenian-American community for many years, but it wasn't until 2021 that I met him personally. It is my hope that the two examples I will share with you paint a picture of the smart, compassionate, and committed person that he is.

I'm addressing these lines to you as a proud United States citizen, born in Argentina, and the granddaughter of the sole male survivor of the Armenian Genocide on my father's side. My family history resembles that of many other ethnic and religious minorities that have been dispersed around the world seeking safety and freedom. My parents settled in Argentina after fleeing persecution in Turkey, and I came to the U.S. in 1981 during the military dictatorship in Argentina.

I've lived my entire adult life in New Jersey. For 40 of the 42 years that this has been my home, the U.S. government did not acknowledge the basic circumstances that led my family to flee our ancestral homeland: the Armenian Genocide, one of the worst mass atrocities of the 20th century. Beginning in 1915, 1.5 million Armenians, or ⅔ of the Armenian population in present-day Turkey were deported, massacred, or marched to their deaths in a campaign of extermination at the hands of the Ottoman Turks. Adolf Hitler, seeing that the perpetrators of the Genocide were not brought to justice, famously said, "who, after all, remembers the annihilation of the Armenians?" Hitler found the Armenian 'solution' an instructive precedent for the Holocaust. In fact, historians have found that the Nazi worldview was shaped by the Turkish Revolution and getting away with genocide.

To me, and to the approximately 500,000 American-Armenians who call the U.S. home, loving this country has been bittersweet at times. Refusing to acknowledge the genocide for what it was has robbed us of our full humanity. Imagine for a moment how it would feel to be the descendant of Holocaust survivors if the U.S. didn't acknowledge that 6 million Jews had been brutally murdered, or that the events are not taught in schools. Continue to imagine that the U.S. would maintain close diplomatic relations with a country where mere mention of the Holocaust would land you in prison or worse, threaten your life. In this case, I am talking about Turkey. This is largely what it feels like to be a descendant of Genocide survivors, as I am, here in the U.S.

Sen. Menendez took upon himself to listen deeply to the experience that I and others in my community had. Where we once felt unimportant and ignored, he listened to us and understood that this injustice was worth championing. He led the push for a formal Senate Resolution to recognize the Armenian Genocide in every single session of Congress since 2006. Not for two years, or five, but for 13 years. Until finally, in December 2019, the Senate finally passed his resolution. He gave us a voice when we felt powerless to global powers much larger than us. Thanks in large part to his leadership, in April 2022, President Joe Biden became the first sitting U.S. president to recognize the killing and deportation of approximately 1.5 million Armenians in Turkey as genocide. I cannot describe to you how healing, how meaningful this event was for me personally, and for our community at large. I could not be more thankful to Sen. Menendez for standing up for us for so many years. For our community in New Jersey, he was the best champion we could ask for – always answering our calls and fighting for our cause as if it were his own.

Sen. Menendez's dedication and compassion extends outside of the legislative agenda, too. In Spring of 2022, my husband experienced respiratory failure and was in the ICU in critical condition. He wanted nothing more than to see his brother, who lives in Lebanon. When faced with the reality that obtaining a visa to travel to the United States would take over a year, I called on Sen. Menendez to help. Without hesitation, he said he would do whatever he could to ensure that my brother-in-law would make it to the U.S. as soon as possible. Needless to say, through Sen. Menendez's intervention, my brother-in-law was able to quickly obtain a visa appointment at the US Embassy in Beirut, and just one week later, the two brothers were united.

The care and dedication I received as a constituent of Sen. Menendez is unlike anything I ever expected to receive from a politician. As I noted in my opening paragraph, I'm from Argentina, and I know crooked politicians. Sen. Menendez is not one of them! In fact, Sen. Menendez taught me firsthand what selflessness and dedication to public service is all about. I have immense gratitude for his ability to connect with me on a personal level during the most difficult time of my life, and to use his position of power for good. That union would not have been possible without him. Indeed, it ended up being the last time my husband would see his brother on this earth, and for that I am eternally grateful.

Your Honor, I thank you for taking your time in reading this letter where I shared my personal, and positive, experience with Sen. Menendez. I can only imagine that you will hear more examples of good deeds he has done, asking for nothing in return as it was in my family's situation.

I believe that our country will be worse off if Sen. Menendez serves a prison sentence rather than being in the community serving our country. I hope that Your Honor has seen that Sen. Menendez has already been punished in many ways by this case through public shame, the loss

of his office, and how his legacy will be viewed. I believe that he still has so much to offer to all of us.

I want to thank you once again for taking the time to read this letter, amongst so many others, who have been as disheartened as I've been by the circumstances faced by Sen Menendez. I am confident that your court will see all the good he has done, the patriot that he is, and treat him fairly.


Sincerely Yours,
Vera A. Nazarian