Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 19, 2024

Dear Judge,

I met then-Congressman, now Senator Menendez in 2001.  It was a late weekend night just weeks prior to the election when I returned to the Democratic campaign headquarters in Woodbridge, New Jersey, to find the Congressman speaking to a dozen college student volunteers over pizza and soft drinks.  Woodbridge was not part of his congressional district, the Congressman did not have a competitive election race, and the students were not his constituents.  Nonetheless, Congressman Menendez had given up his evening and drove a good hour to share his enthusiasm for serving others and to encourage the students to consider public service as a way of fighting for change and giving back.

What I did not know that fall night in 2001 was that the dedication and selflessness on display was the defining characteristic of Bob Menendez's life, an elected official who used every day and level of public office in which he served to improve the lives of the people who elected him to office.  Bob Menendez had a natural and deep-seated commitment to using political power on behalf of those who did not possess it.  I ended up serving as Bob Menendez's Chief of Staff, then as Staff Director of the Senate Foreign Relations Committee when he was Chairman for a combined six years.  Additionally, I served another six years as Chief of Staff to then-Senators Biden and Torricelli, and the balance of my career has been spent in one form government and politics or another.  My years working in Congress provided perspective into hundreds of Members of Congress and I can say without reservation that Bob Menendez has served tirelessly, that he sacrificed deeply for 40-plus years.  At his core, he is a very decent, caring man who embraces humanity, finds ways to uplift others and lived his life with integrity.  The allegations in the recent trial do not in any way align with the man I know and served on a daily basis.  Instead, Senator Menendez displayed a common touch grounded in a tireless and unwavering commitment to those in our society with voices that are not heard.

I observed  Bob Menendez's life as a U.S. Senator close up.  Bob's week started Monday mornings in New Jersey where he would conduct constituent meetings and make himself available to the press to raise awareness around his work in Washington on behalf of communities across New Jersey.  He would then board a plane or a train to Washington in order to be there for the first vote of the week.  His weekdays in Washington were extremely routinized: conduct a 9:00 am breakfast meeting with a staff member, attend hearings, conduct votes, meet with colleagues, host constituents, receive staff briefings – all well into the early evening – then participate in working dinners, before retreating to his

apartment where he would study his briefing book for the next day's activities. This was his typical schedule Mondays through Thursdays. Reversing the Monday schedule, on Thursdays he would wrap up activity in Washington, then race back to New Jersey for an event. Fridays, Saturdays, and Sundays were almost all work for Bob Menendez. He logged countless miles to attend events and connect with constituents across New Jersey. The only personal time slot he tried to carve out for himself was Sunday evenings for dinner with his children.

Let me explain a little about his role as Chairman of the Foreign Relations Committee. Senator Menendez constantly dealt with the most critical geo-political issues of the day. He led congressional delegations abroad, and he had profoundly strong views on supporting the issue of democracy in Cuba, Israel's right to exist, the rights of the Cypriots to exist securely without Turkish occupation, and so many other issues. I sat behind him at many meetings with foreign presidents, prime ministers and foreign ministers, as well as private sector leaders who tried to persuade him to change his deeply held positions. I never saw him do anything but ably represent his country and New Jersey.

My close-up view led me to appreciate the many contributions made by an extraordinary public servant of forty-plus years. What I witnessed during the years I followed him, then worked for him, was a man from a very humble upbringing who showed exceptional dedication to serving other people and communities across New Jersey and the country. He was a leader in Congress for parents wanting the best public education for their children. He was a champion to moms who were desperate for federal medical research to address their children's autism, and he promoted environmental rules and laws in response to the needs of New Jersey families whose children suffered high rates of asthma. He was a national leader on immigration reform who was approached daily by Hispanic bag handlers at airports, serving staff at restaurants, construction workers – you name it – worker across the service sector who, when they recognized him, approached him with a sense of a common bond and deep gratitude. And when Superstorm Sandy devastated New Jersey in 2012, he led the fight in Congress for the federal government to deliver vital relief that made it possible for struggling constituents and communities to bounce back from a disaster that left hundreds of thousands without electricity, tens of thousands without homes, and businesses shuttered.

Bob Menendez was a leader who did not have it in his DNA to turn his back on those in need. He dedicated his life to public service because he wanted to get things done on behalf of every-day Americans. He did not store up his political capital, he used it. Having to be a thorn in the side of another legislator, a government official, or leaders in his own party, or a foreign official, was part of the job description for him. He did not go along to get along. He was always principled, guided by middle-class, working values. Bob Menendez has an unflinching belief in the American dream, which led him to dedicate every vote he took to putting that dream a little more within reach. Having come from so little, Senator Menendez knew nothing else than to serve the community from which he came and to give back to the country that gave his family modest material riches but, more importantly in his

view, the opportunity to pursue their dreams in a free and democratic society that was denied to his parents in their native Cuba. In my view, Bob Menendez saw no other meaningful role for his life than public service. His dedication to serving the public resulted in tremendous sacrifices for himself and his family. He exposed himself to political power structures that had not seen the likes of a working-class, first generation American of Cuban descent.

Putting aside the fact that his life was wholly consumed by public service, Bob Menendez raised two very impressive children who are now contributing to our society and making differences in ways that were inspired by their father. Bob Menendez sacrificed financially to create educational opportunities for his children that were not as easily available to him. His children's successes should in part be seen as a measure of their father's integrity and service to others.

During our long days together, late nights working, weekends campaigning for re-election, and travelling to foreign countries to meet with top leaders, I never once witnessed or sensed ethical shortcomings on the part of Bob Menendez. He has a big heart. He is proud of the limitless possibilities of our country and treats everyone with respect. He is loyal to the voters who sent him to Congress. He had a reputation for trying to deliver for his constituents or, if not successful, going down fighting. He is tough and regularly took on some of the most powerful interests in our society and leaders around the globe.

Senator Menendez has served his hometown, his community, the state of New Jersey and the American public his entire adult life. His life's work has been a service to others. He has given as much as anyone in public service. What I can attest to is that I observed his work and his interactions with others on an almost-daily basis for six years, during which I never observed any of the things like those charged in this matter. What Bob Menendez did show me was an abiding love of country and humanity.

Sincerely,

Danny O'Brien

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Stein,

I am the son-in-law of Bob Menendez, married to his daughter Alicia. Even before I was Bob's son-in-law, Senator Menendez loomed large for me. I knew him as a fearsome champion of immigrants; as an advocate for the neediest; and as a principled leader on issues related to Cuba, something that meant a great deal for me as a Cuban-American. The cruel irony of this trial is that Senator Menendez often distinguished himself by his willingness to go to the mat for people who could never do anything for him in return.

That said, I am primarily writing to you today as the father of two of Bob's granddaughters, Evangelina (8) and Ofelia (5). I think of the toll a harsh sentence would place on them. I think of them effectively losing their last living grandfather during a long stretch of their formative years. I think of how they have gotten to see him, and enjoy him in a deeper way, in the last year – just as they will start seeing him less than ever. I think of how much this has already worn down their mother, and how much more still it can still do to her.

I also think of my own experience in these matters. When I was 14, my father went to prison as part of a public corruption probe. He had been a longtime public servant in Miami and made a huge mistake, betraying the trust of the city – and his family. I was older then than my daughters are now, and yet it was deeply traumatic for me, my siblings, and his grandkids.

That was not the end of the story. My father came out the other side of a federal prison a changed man. A short-tempered workaholic became lighter, more loving, more himself. As I said in his eulogy, "his greatest chapter was his last." I harbor a similar hope for Bob. A life that was "great" in many ways could still save its best for last.

The difference: my father was a decade younger than Bob is now when he went to prison, and he served only a year. Bob is a hard-lived 70 years old. I understand that Bob needs to pay a price. And I know that when someone commits a wrong, they hurt not just themselves but those around them. But I don't think it is too much to hope that a life lived in service can, too, enjoy a final chapter outside of a penitentiary, or that his granddaughters may get a reasonable chance to enjoy their grandfather outside of visiting hours. Neither is likely with a long sentence.

Bob has already faced some consequences, deep ones, at every level – professional, financial, reputational, personal. As you consider how much of his freedom he will lose on top of that, I am asking you to consider both the sum of his life to date, and what still may be left to come, if you allow it.

Best,
Carlos Odio



Dear Honorable Judge Sidney Stein,

I have had the privilege of knowing Senator Robert Menendez primarily through my role as a Borough Councilman in Sayreville, New Jersey. Although our paths crossed due to our respective roles—his as a senior federal legislator and mine as a local elected official—our interactions were driven by the needs of our shared constituents. Despite the challenges posed by our differing political backgrounds and the often negative media portrayals, I have discovered that Senator Menendez's actions reflect an unwavering commitment to public service and a genuine dedication to helping others.

One example that profoundly stands out is his involvement during the tragic passing of our esteemed Councilwoman, Eunice Dwumfour, in February 2023. Councilwoman Dwumfour was a beloved figure in our community, notable for being the first American-born woman in her borough with strong ties to both Ghana and Nigeria. Her passing left our town in deep mourning, and the logistical challenges of supporting her family, particularly those overseas, were overwhelming.

Amidst this difficult period, while many extended their condolences, it was Senator Menendez who took the initiative to offer real assistance. Despite my initial skepticism, influenced by the negative media coverage surrounding him, Senator Menendez's outreach proved to be more than a formality. He expressed genuine concern and provided tangible help, offering his personal cell number and making himself available to support our efforts, showcasing a commitment to service that went beyond mere protocol.

The complexity of the situation was heightened by the need for federal assistance due to political election unrest and embassy closures in Nigeria at that time. Senator Menendez played a crucial role in guiding us through this challenging process. Despite facing his own personal difficulties, he remained available, often at the latest hours, to offer advice on navigating the complexities of immigration law and the necessary steps to support a grieving family. His guidance was instrumental in facilitating emergency visa applications and bringing Eunice's family from Sub-Saharan Africa to America for her burial.

Senator Menendez's assistance went far beyond conventional expectations. His unwavering support during these trying times reflected his deep understanding of the challenges faced by elected officials. Coming from a minority immigrant background myself, I recognized his appreciation for the extra effort and unbillable, thankless hours required in public service. The widow and family of Councilwoman Eunice Dwumfour continue to express their gratitude, and I am keenly aware that Senator Menendez's tireless intervention made a critical difference.



I do not have personal knowledge of the allegations made against him by the prosecutors. However, my experiences with Senator Menendez reveal a man deeply devoted to his country, his state and constituents. The Senator I have come to know is a true friend, a patriot, and a dedicated public servant. His actions, driven by genuine concern and a commitment to service, illustrate his character far better than any alternative portrayal.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter is to ensure that the Court is aware of the significant positive impact he has made throughout his life serving the unseen public. His contributions have been invaluable to many, asking for so little in return. Whatever the specifics of the case, I hope that Your Honor will consider the extraordinary good he has done and the sacrifices he has made for others.

In my sincere view, this country will be worse off if our Highly Esteemed Senator Menendez were sidelined rather than continuing to use his skills and experience to benefit our nation. He has already faced considerable punishment through public scrutiny and the impact on legacy. I humbly believe that it would be unjust to compound these consequences with a sentence that would further inhibit his ability to serve and contribute to our community.

Thank you for taking the time to read this letter. I am one of many who have been deeply saddened by the circumstances surrounding Senator Menendez. I hope the Court appreciates the servant he has been and will continue to be to so many.

Respectfully yours,


Christian A. Onuoha
Councilman, Public Safety Committees (Chair)
Sayreville Borough (Government of Middlesex County, NJ)

Hon.Sidney H.Stein                                                    09/17/2024
Daniel Patrick Moynihan
United States Courthouse
500 Pearl ST.
New York 1007-1312


Honorable Judge Sidney Stein,

I write to wholeheartedly vouch for Senator Menendez's exceptional character, humility,
leadership, and dedication to public service.

I had heard about Sen. Menendez for over 20 years. I came to know him through my best friend
and actual husband who was invited one Christmas to a Democratic party.

One standout example that exemplifies his commitment to community is when one day, my
husband was discussing my immigration paperwork delay with a friend. Due to the aftermath of
9-11, the process was taking longer than expected. Ms. Loren Pedoto overheard the
conversation and suggested that my husband attend a Democratic party event and speak with
Senator Menendez about my case. She was confident that the Senator would be willing to assist
with resolving the issue.

My husband took her advice and approached Senator Menedez at the event. The Senator
listened attentively to our situation and said I will help you. The Senator had one of his staff
members collect my husband's contact information so that we could fax all necessary
documents to his office.

The staff gathered the details, and we promptly faxed the documents to the Senator's office.
Within a short period, Senator Menendez's team contacted us to confirm receipt of the
documents and inform us that they would begin working on our case.

After sending all documents, my husband expressed skepticism, saying, I don't know if Senator
Menendez will be able to help us. Politicians are often too busy and don't keep their word.

A couple of months later, I received life changing news: my green card had arrived in the mail!
Overjoyed, I called my husband and exclaimed "Honey, my green card came".

Senator Menendez's intervention had made all the difference. From that day forward, he held a
special place in my heart for transforming my family's life.

Year later, fate brought us together again. Senator Menendez visited my work place with his
wife, and I seized the opportunity to express my gratitude.

"Senator Menedez, it is an honor to meet you sir," I said, my voice filled with emotion. "I want to thank you from the bottom of my heart for what you did for me and my family. You helped change our lives forever. I'm deeply grateful for your kindness and dedication; your assistance granted me a newfound sense of security and hope. Thank you for being a champion for families like mine."

Throughout his decades-long career, he has demonstrated unwavering commitment to the betterment of our country. I implore your Honor not to overlook his numerous achievements, including: decades of public service to families like mine.

In light of these factors, I respectfully suggest that the court consider an alternative for sentencing. In my opinion, our country would greatly benefit from Senator Menendez's continued contributions, expertise, and relationships during these challenging times.

The Senator has already faced significant punishment, including public shame, loss of office, and tarnished legacy. Imposing a jail sentence would deny us the opportunity for him to continue to find ways to be of service to our community.

Thank you for considering my letter. I'm one of many deeply saddened by Senator Menendez's circumstances. I hope the court recognizes his exceptional character and continued potential for positive impact.

Sincerely,

Librada Orsino
*Librada Orsino*

Honorable Judge Sidney Stien
U.S. District Court- Southern District
500 Pearl Street
New York, New York 10007

From : Miguel "Mike" Ortega

████████████████████████

Dear Honorable Judge Stein,

I have known Senator Robert Menendez since 1989 when he was mayor of the City of Union City.

I was a police officer and eventually I volunteer my time to his campaign when he ran for US Congress in 1992.

I have been with him since 1990 up to this moment of August of 2024 as his main driver and assistant.

When I retired from the police department in 2007, I went to work with him in the U.S.Senate as his special assistant.

Senator Menendez has accomplished many things, and he has helped out millions of people throughout the country and the world.

I have spent more time with Senator Menendez than any other person on staff and perhaps even his family.

In 2001 he became the best man in my wedding, a day I will never forget.

We have easily covered the whole State of New Jersey and other neighboring states doing events by bringing good news to communities, especially federal funding to communities in need.

We have easily driven over 1,000,000 miles of road trips regardless of the weather.

His accomplishments have been so great that they are too many to list as others will tell you in their own words.

If you were to ask me which event stood out the most, I would have to say the one with the little girl that was dying from leukemia as you will see in the attachment.

I am very sensitive when it comes to young people, the elderly and animals. On this day, Senator Menendez touched my heart by reaching out on what appeared to be an impossible solution and likely a death sentence, he made it work!

At the press conference at Hackensack University Hospital everyone could not hold back their

tears. I walked out into the car and started to cry.

I respectfully ask your honor to please look at the attached article on this little girl and what she was facing.

In all these years, I have noticed that there has been no malice in his heart. As humans we make good decisions and bad decisions because we live in an imperfect world.

A person that has done so much for so many, deserves that those who are going to pass judgment, not only to look at their present but also to look at the past so they can better decide on a judgment about their freedoms and their future.

I close my statement by asking your honor to please look at all the documents that will be submitted to the court and humbly conclude that leniency should be on the top of the decision making based on 50 years of public service to our country and our people.

I humbly ask your honor if Senator Menendez has not already faced judgment by losing his career in public service and the scrutiny he will continue to face for the rest of his life. Isn't that time served already?


With Most Respect

Respectfully Submitted
Miguel "Mike" Ortega
Special Assistant
Veteran U.S.M.C.
Law Enforcement Detective Retired.

Subscribe

Advertisement

# Braun: Leukemia-stricken girl overcomes odds, U.S. immigration red tape to beat disease

Published: Feb. 20, 2012, 2:40 p.m.

1/18



## Unlimited NJ.com Access

PLUS the daily online newspaper

Start Today for $1

**By Bob Braun/Star-Ledger Columnist**

Gisselle Bonilla, a little girl of 7, has saved the life of her younger sister Yarelis.

"Absolutely, that's true," says Peri Kamalakar, Yarelis Bonilla's doctor. He is the director of pediatric hematology and oncology at Barnabas Health and head of the Valerie Fund Medical Center there.



Yarelis, 5, is scheduled to be discharged this afternoon from Hackensack University Medical Center after receiving a bone marrow transplant from Gisselle on Jan. 24. Yarelis suffers from acute lymphocytic leukemia.

"We thought Yarelis would have to stay longer," Kamalakar says. "But she has done so well she can come home a little earlier. She is getting stronger." She is "in a state of remission," says the cancer specialist.

"Her bone marrow is now producing normal cells, and so we can say the transplant was a success. We are not finding leukemic, abnormal cells."

This good news almost didn't happen. Yarelis' condition was diagnosed in August. Soon after, Gisselle, a citizen of El Salvador, was twice denied a visa to come to the United States so she could donate her blood cells to her sister, an American citizen, born in this country. Tests showed she was a perfect match for a bone marrow transplant to Yarelis.

Only the work of the American Friends Service Committee and the intervention of Sen. Robert Menendez (D-N.J.) led to a decision by the federal Bureau of Immigration and Customs Enforcement to grant Gisselle "humanitarian parole" so she could come to the

United States and save her sister. She arrived Dec. 23.

At the time, Kamalakar expressed concern about the delay. Yarelis had experienced frequent temperature spikes because of the leukemia and had to undergo two difficult chemotherapy sessions while waiting for the transplant. If she had to wait much longer, he says, the little girl might not have survived.

Whether the remission will last is still an open question. The longer Gisselle's transplanted bone marrow continues to produce normal cells inside her sister's body, the better the chance the often-deadly disease will not return and Yarelis will live a normal life.

"I would say that, if in two years, there is no return of abnormal cells, then we begin having confidence the disease will not return," says Kamalakar, who has been treating children with blood cancers for more than 30 years.

**RELATED COVERAGE:**

• <u>Braun: 3,400 miles and a bone marrow transplant later, a small girl is her little sister's hero</u>

• <u>Braun: A little girl's journey for a sister in dire need leads to a bittersweet reunion</u>

• <u>Braun: Red tape, suspicion delayed medical help for leukemia-stricken Elizabeth child</u>

• <u>Braun: Elizabeth girl will be able to receive bone marrow transplant from Salvadoran sister</u>

• <u>Braun: Strict U.S. immigration laws ignore life-and-death decisions in case of ill Elizabeth girl</u>

Gertrudis Ramirez of Roselle, the grandfather of the sisters, says he was notified by the hospital that Yarelis would be released today. He has become the spokesman for the girls' mother, Maria, who doesn't speak English.

"The girls' mother and father and I are very happy about what has happened and we are grateful for everyone who played some part in making sure Gisselle could come here," says Ramirez, an American citizen whose youngest son is a Marine awaiting deployment overseas.

"We could see that Yarelis was getting better every day, but we were still surprised she could come home so soon."

Ramirez's son Dagoberto, a permanent resident, is the father of Gisselle and Yarelis.

The plight of the ailing little girl came to light after Neil Mullin and Nancy Erika Smith, family friends of Ramirez, learned about the denial of the visas to Gisselle. Mullin and Smith, a married couple who are also law partners, contacted both *The Star-Ledger* and Menendez's office.

The newspaper published articles about the sisters in this space.

"We are grateful to *The Star-Ledger* for saving Yarelis' life," Smith says.

Picked up by Spanish-language media, the story spread around the world and led the president of El Salvador, Mauricio Funes, to call on the "conscience" of the United States to let Gisselle come here to save her sister's life.

Smith, however, says she remains angry at employees of the U.S. Embassy for denying the visas, "requiring Yarelis to go through two life-threatening bouts of chemotherapy."

"We hope Sen. Menendez continues his support of the family and investigates this grave misconduct by our embassy in El Salvador," she says.

Kamalakar says Gisselle recovered "very quickly" from the procedure and is doing well. He expressed concern about the impact on the girls of their possible separation. He says Gisselle might be called upon again to provide bone marrow to Yarelis if the leukemia returns.

Much of the cost of the transplant was covered by both the Valerie Fund and the Icla Da Silva Foundation in New York, part of the National Marrow Donor Program Registry.

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.



Advertise with us

Contact Us

Newsletters

Jobs at NJ Advance Media

Accessibility Statement

---

▼ **Subscriptions**

NJ.com

The Star-Ledger

The Times of Trenton

South Jersey Times

The Jersey Journal

Newsletters

---

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

---

▼ **NJ.com Sections**

N.J. News

Local News

N.J. Politics

Sports

High School Sports

Entertainment

Food & Recipes

Events

Business

Opinion

Jersey's Best

Legal Notices

Obituaries

Jobs

Autos

Real Estate

Rentals

Classifieds

Special Sections

Local Life

---

▼ **Contribute to NJ.com**

Submit an event

---

▼ **Follow Us**

YouTube

Facebook

RSS

Twitter

Instagram

---

▼ **More on NJ.com**

Place an ad

Sell your car

Post a job

Sell/rent your home

Apartments & rentals

Weather

Site map

Sponsor Content

Search

NJ.com Store

Archives

---

▼ **Newspaper stories and photos**

Learn more about our newspapers

The Star-Ledger

The Times of Trenton

The Jersey Journal

South Jersey Times

Hunterdon County Democrat

---

▼ **Mobile**

iPhone, Android apps

---



| Your Privacy Choices | | Privacy Policy | User Agreement | ▷ Ad Choices |

ADVANCE LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 7/1/2024).

© 2024 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

Ad Choices

**Manuel Ortiz, Esq.**
**VantageKnight, LLC**

September 19, 2024

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for 26 years. I first met the Senator when he was in Congress as a young lawyer starting my career in Washington DC in 1998. At that time, Hispanics in top Firms weren't common and the Senator went out of his way to be a friend and helpful. My interactions with him early on were very positive. He never asked for anything in return. His guidance, support and networks were invaluable. Such much so I consider them instrumental in my growth, development and future success. I later understood his commitment to service and to help those who needed it the most.  He helped me believe that a Hispanic attorney from Puerto Rico could succeed within the institutional elites of the Washington.

The Senator was always looking out for those causes who needed help. Aside from how good he was to me personally, his commitment to those causes that lacked representation and voice is what made him so special as a legislator. He was also extremely effective in improving the lives of those involved.

An example of this is his unwavering support for the island of Puerto Rico and its 4 million US Citizens who reside there. For those of us who lived on island throughout Hurricane Maria we will always be grateful for Sen. Menendez assistance during and after the tragedy. He was the 1st Senator to visit the island to inspect the damages and understand the scope of the damage

to critical infrastructure. It was Senator Menendez who fought for a more efficient and effective response to lack of supplies in the early days and later championing recovery funds through Congress to ensure the island's critical infrastructure was restored and rebuilt. None of it would've been possible without Senator Menendez advocacy and voice to raise the awareness of the suffering. To this day I can't express my heartfelt gratitude for the long-standing support Senator Robert Menendez has shown to the people of Puerto Rico.

Throughout his tenure in public service, Senator Menendez has demonstrated unwavering dedication to the well-being of Puerto Rico, particularly in times of great need. Senator Menendez's commitment to Puerto Rico extends far beyond any political agenda. He understands the unique challenges faced by the island, including its relationship with the federal government, and he has consistently been an ally in the fight for equality and fair treatment for all Puerto Ricans. Whether advocating for disaster relief, pushing for expanded healthcare, nutrition assistance, WIC benefits and Child Tax Credits or ensuring a process that ultimately allows Puerto Rico to determine  its relationship with the U.S., his support has been a source of strength for the island.

Beyond his legislative work, Senator Menendez's empathy and sense of duty have been evident in his many personal visits to Puerto Rico. He has continually engaged with communities, listened to their concerns, and worked tirelessly to bring their voices to the halls of Congress. His advocacy has gone beyond rhetoric; it has resulted in meaningful actions that have improved lives and helped communities rebuild.

I do not have any personal knowledge of the allegations made against him by the prosecutors. The Sen. Menendez I have known for all these years is a humble, hard-working public servant who has dedicated his career to helping others on behalf of his country. The man that I know is loyal, a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the outstanding good that he has done in his life. It is not often one encounters another person who has done so much, for so many people in need, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service. The focus, personal

attention and care he has shown to his both constituents and others is unparallel. Above all, his leadership and effectiveness in critical moments made his an extremely special person in both his personal and professional life.

For what it's worth, I feel strongly that this country will be far worse off if Sen Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court considers that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, the impact on how his career and legacy will be seen once and forever in the history books

I thank you for taking the time to read this letter. I trust I'm just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many.

Respectfully yours,

Manuel Ortiz FOUNDER

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 6, 2024

Dear Honorable Judge Sidney Stein,

I'm writing to you as a concerned citizen who has closely followed the case against Senator
Robert Menendez. I understand that Your Honor is being asked to impose a sentence on
Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen.
Menendez is to ensure that the Court is aware of the incredible good that he has done in his
life.

I have known about Sen. Menendez for many years given his public service career,
especially as a champion for the Hispanic community in the U.S. where I immigrated from
Venezuela in 2010. Since 2018, I have known him personally when I had the opportunity of
joining his staff in his Washington, D.C. office. As a member of his staff,  and thereafter of
his senior staff, I had the opportunity to spend considerable time with the senator, mostly
while he was conducting official business, but also in informal social occasions. The man
that I have come to know during this time is a humble friend, a patriot, and a devoted public
servant.

My professional interactions with Sen. Menendez where always positive and formative.
Especially during my first tenure in his office, he made the effort to provide the guidance
and mentoring I needed to do my work successfully. An example that comes to mind, was
his interest for reaching out to young citizens by advocating for issues important to them
like expanding common-sense gun control measures after the 2018 Parkland high school
shooting. As he said at the time, it was imperative to "find young people where they are to
engage with them when in a way they can relate to," referring to social media channels as
the best way to directly communicate and interact with this audience.

On a personal level, in spite of his position, Sen. Menendez was always humble and
approachable. He always showed interest in knowing about my personal story, and about
my background as an immigrant. In many occasions, he asked me to join him for breakfast
so he we could discuss work-related issues. Frequently these interactions started or ended
in conversations about stories about his upbringing as the son of immigrants who worked
hard to give him and his siblings better opportunities. He frequently asked about my

parents and family when we had time together, and was interested in learning more about my perspective on issues taking place in my country of origin.

In these conversations, I often got to see a version of Sen. Menendez beyond his role as senator in a media interview, a Senate hearing or any other public engagement. In these personal interactions, I often saw the proud son of immigrants, who teared easily when speaking about his mom Evangelina or the father and grandfather who beamed when talking about his grandchildren.

While campaigning for his re-election campaign in the fall of 2018, I had the opportunity to take time off and join him on the campaign trail across New Jersey. I was able to see first hand how many New Jerseyans revered his dedication to the issues important to them and their families.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez and the positive impact of his decades of service have been remarkable, not only through the many bills authored by him that were signed into law during his tenure in the House of Representatives and the U.S. Senate, and the casework his office worked on to help and advocate for everyday citizens in the state of New Jersey. I very much doubt that Your Honor has ever encountered a defendant who has done so much, for so many people. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his home state and the country.

I strongly believe that our nation will be far worse off if a public servant of the stature of Sen. Menendez is serving a sentence rather than using his knowledge and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen. Menendez has already been punished harshly by this case — from the public shame and mockery to the loss of his office and the legacy he built with years of hard work, the impact on how his public service career will be viewed once and forever in the history books — I do not think it would be fair or just to also ask him to serve a sentence that would keep him away from the only thing he now has, his family and loved ones.

Your Honor, I want to thank you for taking the time to read this letter and the many other ones that I'm sure others have submitted. I'm sure I'm just one of many people who have been deeply saddened by the circumstances Sen. Menendez now faces and who hopes he receives the leniency he deserves. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many and for the many lives he positively affected during this decades of public service.

Respectfully yours,

Francisco J. Pelayo

**Medardo Perez**
451 Kennedy Drive
Fairview, NJ 07436

September 17, 2024

**Hon. Sidney H. Stein**
**Daniel Patrick Moynihan**
**United States Courthouse**
500 Pearl Street
New York, NY 10007-1312

Dear Judge Stein,

I write to you about the sentencing of Senator Robert Menendez.

I have known Senator Menendez since he was a young man in the early 70s. I sold him his first set of furniture and came to know him in my roles as a community activist in the cause of Cuban freedom, as a businessman and a longtime resident of Hudson County, New Jersey.

I have never witnessed someone who is more committed to helping his fellow man than Senator Menendez. I saw it when he spent countless hours listening to former Cuban political prisoners about their experiences in Castro's jails and the torture they went through. He made their cause his own in Congress. I saw it in the many people I brought to his law office, when he was practicing law, who couldn't afford the fee, but he attended to them nonetheless. I saw it in the cases of families who needed healthcare, who had an immigration problem, or a veteran who wasn't being treated by the VA, who I took to his congressional office, where he often personally intervened.

I especially remember the case of a young Cuban boy, who was dying from cancer and whose last request was to see his father who was in Cuba. Bob went through every bureaucratic hurdle and got the father back in time to be reunited with his dying son.

Senator Menendez is a man for which there was no problem, too big or small that he wouldn't seek to help with.

In time, he became a senior member of Congress, then a United States Senator, and Chairman of the Senate Foreign Relations Committee, but he always carried a notebook to take down constituent case problems himself. He walked among Presidents, Kings, Prime Ministers and other world leaders, but he never lost the common touch.

Please, Your Honor, be merciful with Senator Menendez. 50 years of serving others and helping others should be a major mitigating factor in your sentence. I wish you knew him as I do. If you did, your job in sentencing him would be excruciatingly difficult.

Thank you for considering the view of this one Citizen.


Yours truly,


Medardo Perez

# El Salvadoreño Restaurant

September, 19, 2024

**Hon. Sidney H. Stein**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Stein,

I write to you with respect to the sentencing of Senator Robert Menendez.
I am a restauranteur and businessman, who is exiled from Cuba, and started a new life in the greatest country in the world – United States of America.

I have known Bob, as we call him, from his days as the Mayor of Union City back in 1986, where I had my original supermarket and restaurant business. What struck me the most about him., at that time, was his approachability, his willingness to listen, and if necessary to help.

One example of that demeanor, is when I came to him with a project to refurbish an abandoned movie theater in the heart of Union City's commercial district. My idea was to have a supermarket, called Mi Bandera (My Flag), were Hispannics from all different countries could find the food indigenous to them and to have a restaurant with the same name and concept.

Bob embraced the idea, but I needed financial assistance to make it happen. With his help I got a State of New Jersey grant and loan that made my dream come true, and that of so many Hispanic families that now had a place to go and feed their loved ones.

The project created jobs, retables and was a boom to the commercial district that had come upon hard times.  It was a win, win for everyone. It was Bob's vision to see what my dream could mean to the community and his willingness to seek out the programs that could make it happen, that made it come true.

Later on I would open other adventures that employed more people and had a positive economic impact. Each time I went to Bob he helped me, and never asked for anything in return.

.

I can tell you Your Honor, that when sometimes a rogue inspector showed up looking for a handout, I would turn to Bob and he would make sure I wasn't shaken down, even one time firing a building inspector that was inappropriately asking for a contribution. Bob is, all the time I have known him, a straight shooter and as honest as they come.

As I said, at the beginning, I am a political refugee from Cuba and was involve in local organizations to promote democracy and freedom for the Cuban people. Bob went on to become a Congressman and then a Senator, and while he was born here in the United States, his passion in opposing the dictatorship in Cuba, was as if he had been born there. He helped several political prisoners get to the United States and enjoy freedom.

This is a man of courage, principal, and honesty! I cannot imagine that what he was convicted of is even possible.

Judge, please consider all of this and the years of unselfish service to our community, our state and the nation. He is a good and decent man. Please be lenient in your judgement of him.

Sincerely,

Abel Hernandez
El Salvadoreno Restaurant
1128 Elizabeth Ave.
Elizabeth, NJ

REMBERTO PEREZ

September 14, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Stein

I have had the honor and privilege of knowing Senator Menendez since high school he went to
Union Hill and I went to Memorial High School.  He was a leader and star in our community
especially for new immigrants. I came to this country in 1967 as a fourteen-year-old to escape
communism and left my family behind, as teenagers we did what teenagers do in a carefree
spirit but even then, his voice stood out.  Back in those days he took on the Board of Education
demanding better services at the education environment a good example was when he got the
Board of Education to provide the students with new books.  This engagement at a very young
age got him elected to the Board of Education where he took head on the massive corruption
that existed for years in Union City as well as Hudson County.

He was a beacon of hope for the new immigrants like me who had left an oppressive system for
me specifically the idea that you could take on the powerful was not possible and he also
showed the importance of participation instead of looking from the stands and although I was
living in the basement of a tenement building at 6501 Hudson Avenue, West New York I started
to understand the promises of America.

In 1974 I started selling insurance in Newark New Jersey where we were called debit agents the
lowest run in the insurance industry where the practices of "redlining" has been the norm to this
day.  In 1978 despite the circumstances, I opened my insurance agency that eventually grew to
eight offices becoming the largest Hispanic insurance brokerage in the state of New Jersey
through the years and to a great extent following the example I participated in the following
trade and political organizations.

        . Board member and president of the Independent Insurance Agents of New Jersey
        . Approved by the assembly and state to the legal fee arbitration committee
        . Founder and past president of the first Latin American Kiwanis Club in the Northeast.
        . Board member and investor of a New Jersey Hispanic bank.

Through the mid eighties to present I became a member of the Cuban American National
Foundation a nonprofit and political organization tailored after AIPAC to fight for human rights
and democracy in Cuba. These achievements and designations are not mean for self-promotion
or aggrandizement but to show my participation at the local, state and national level gave me
the opportunity to cross path with the Senator's historic career probably the most successful
Hispanic descendant in the history of the United States.

I respectfully ask your Honor to consider the most leniency for this human being.

Sincerely,

Remberto Perez

**Michael Politopoulos**

███████████████

September 9, 2024

Hon. Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for six years. I came to know him through his wife Nadine, and over time we developed a good friendship.

We spent quite some time together, and through our conversations I view him as a true American patriot. I recall for instance Sen. Menendez dismay at the way our forces left Afghanistan. He was genuinely distraught over this. He spent a sleepless night writing his points on the issue. I remember his strong aversion to despotic regimes whether in the Middle East, Russia or China and his support of democracies and freedom. His support of the Greco-Israeli alliance and strong political stance against the Erdogan regime in Turkey or Iran's administration appealed to me particularly.

As a CEO of a small Chemical manufacturing firm, I was heartened by his predictions of a return of American manufacturing within the context of Chinese competition in our sector. He would advise that we have to compete on the merits, yet that the times were also favorable for re-shoring critical material production to our country. These were inspiring conversations.

Sen. Menendez devoted time to my teenage son Nicola, giving him a glimpse into how the world works. Nicola consequently absolutely loves Sen Menendez.

It is important to note that Sen. Menendez always reciprocated my dinner invitations. He was genuinely interested in the problems small US manufacturing faces in light of high domestic operating costs, coupled with "dumping" practices and export subsidies by –particularly Chinese- competitors.

When we first met, Sen. Menendez lived in a small rental apartment, down the street from me in North Bergen and drove a modest American car. He is not beholden to luxuries and is no materialist. In my eyes he is a philosophical renaissance person with no pecuniary ambitions.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But from my vantage point the "foreign agent" accusations appear surreal. There is no way this is so. Sen. Menendez is a Patriot and would never betray his country.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of all the good that he has done in his life. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service, or of his genuinely kind and honest nature.

I am certain that our country will be worse off if Sen Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case. He has suffered immensely, and as one may imagine, is in a deep state of depression. I do not think it would be just, to additionally have him serve a sentence, in light of his contributions, his true character, and the unspeakable suffering he has already had to endure.

Thank you, your Honor, for taking the time to read this letter.

I pray that the Court appreciates how special of a man Sen. Menendez he has been and will continue to be to so many.

Respectfully yours,

Michael Politopoulos

September 8, 2024

Hon. Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

It is with great honor that I speak on behalf of Senator Menendez, a unique individual, an extraordinary man, an outstanding community representative, a valuable friend, and, most importantly, a great parent. He is a man of his word who is genuinely dedicated to helping small businesses and the community at large.

I remember when I first met him in Union City, New Jersey, around 35 years ago. I was a speaker at a community event representing the Chamber of Commerce that I had just founded, while he was a speaker representing the Board of Education. He spoke passionately about the importance of education, leadership, and community involvement. I spoke about the Hispanic Chamber of Commerce and how to advocate, network, and build business relations and procurement opportunities. On many occasions, we were invited to speak at the same events, and I learned a great deal from his leadership.

I believe that to be an effective mayor in a city, where the majority of residents are Hispanic, it is crucial to be bilingual, culturally aware, and knowledgeable about the various ethnic backgrounds and customs of the community. As the mayor of Union City, New Jersey, he was the perfect person for the job. His community admired him because he was truly one of them. Many times, injustices occur due to a lack of cultural understanding. It is important to remember that the food, music, history, political views, and customs of many Latin American cultures and other countries differ from those in the United States, and adapting can be challenging. As mayor, he was instrumental in fostering progress and stability for his residents.

As a senator, he continued to be a strong advocate for small businesses, the community, and women's leadership. During his tenure, he recognized many women in different fields for their accomplishments and contributions to the community and society. This recognition was not only meaningful to those honored but also helpful for me and others to learn about these accomplished women and be inspired by their stories.

All my experiences with Senator Menendez have shown me that he is a good man, devoted to his country and his constituents, with an unwavering commitment to helping others and serving the community. My late mother often invited him to senior citizen programs, such as "Corazones Contentos," where his presence and support were greatly valued. My daughters, who grew up witnessing the example set by his leadership and family-focused programs, participated in many community activities inspired by him. Today, they are accomplished executives who admire and

respect him. They, like me, have come to know him as a true friend, a patriot, and a devoted public servant.

I am excited to share that, in collaboration with the senator, we were able to provide scholarships to 24 entrepreneurs through our "Entrepreneurship Accelerator Incubation Program." These students will graduate on November 16, 2024. This program has had a positive impact throughout New Jersey, and without the senator's support, this would never have been possible. Attached is information about the program. The Hope Foundation, Morris County Hispanic American Chamber of Commerce (MCHACC) is proud to present the "Entrepreneurship Accelerator Incubation Program" program designed to help Hispanic startup companies and individual entrepreneurs develop their businesses plan, strategy and strengthen their leadership skills by providing a full-scale range of courses in both English and Spanish. We generated full curriculum classes & develop their business acumen to dramatically increase the entrepreneur knowledge and skills, with the Objective to Prepare, educate and empower Hispanic business owners to help them manage and grow their business in good and tough economic environments to help generate more employment and opportunities in our communities.

I understand that Your Honor is being asked to impose a sentence on the Senator. My purpose in writing this letter and sharing my experiences with Senator Menendez is to ensure that the Court is aware of the incredibly good he has done in his life. I have a long list of activities, events, and programs in which he has participated without hesitation. I very much doubt that Your Honor has ever encountered a defendant who has done so much for so many people while asking for so little in return.

Your Honor, I ask that you not lose sight of all the good he has done for his country over decades of public service—the personal attention and care he has shown to his family and friends, and his leadership in important moments in both his personal and professional life. If Your Honor is comfortable, I and other community leaders would be honored to testify on his behalf or consider making a respectful suggestion to the Court regarding sentencing.

My personal view is that this country will be far worse off if Senator Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I do not think it would be fair or just to also ask him to serve a sentence, especially when he can still be of so much help to his community.

From the bottom of my heart, I thank the Court for considering the cultural practices and emotions of our community. This man is innocent. He has dedicated his life as a public servant and represented us well. I know he has worked very hard for this country with his values, morals, and principles. I have never heard any negative comments about him from our community. With tears in my eyes, my family, the Chamber, and community leaders who know him well implore you to set him free. We beg you!

Thank you for taking the time to read this letter. I am sure that many organizations are just a few among the many people who have been deeply saddened by the circumstances Senator Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many. Please leniency, for his dedication to public service, his impact on the community, and his personal integrity.

Respectfully yours,

Esperanza Porras-Field
President Emeritus & Founder
Morris County Hispanic-American
Chamber of Commerce
& Community Leader

September 3, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

To the Honorable Judge Sidney Stein:

Your honor, I am writing to submit my heartfelt request for leniency for Senator Robert Menendez. I met Menendez on or around 1997 when he was a Member of the United States House of Representatives, and I worked for the City of San Juan as a Federal Affairs Advisor to the Mayor. I was then a young attorney that had just begun to practice Law and was making my first inroad into this noble profession. Since Puerto Rico, as a U.S. territory of the United States, had no voting representation in the U.S. Congress, our system of government required that Puerto Rico and its 78 municipal governments, find support from the United States Congress to deal with the many racial barriers the stood in the way for an equitable treatment in federal healthcare and education programs for the U.S. citizens living in Puerto Rico. This meant finding a voice in Congress to help us foster better education opportunities for our kids, better quality of health for our elderly, and improve our infrastructure, particularly after being afflicted by devastating hurricanes. Bob Menendez, without a doubt, was that voice for Puerto Rico.

Despite Puerto Rico's everlasting political divide, Menendez was always there for the people of the Island, democrats or republicans alike. Since I first met him in 1997, Senator Menendez has been a mentor that inspired me to pursue a career in public services. In year 2000, I ran and was elected the youngest Senator-at-Large in Puerto Rico. I always remained in contact with him. It is hard to imagine an issue involving Puerto Rico that he was not willing to be of help. In 2004, I ran for the U.S. Congress as the non-voting representative from Puerto Rico. Bob Menendez did more for me during that electoral process than anybody I knew in the U.S. Congress. He supported me, provided good advice, helped me frame a sound public policy for Puerto Rico, and was there for me as a friend and colleague. His friendship was invaluable. While a few decimal points kept me from winning that federal election; the support from Bob Menendez is something I will cherish the most from that experience. Since then, I have been in private practice as an Attorney in San Juan.

In the nearly thirty years that I have known him, I can attest that Senator Menendez is a decent human being who always inspired me to do better and to find in the public sector an honorable profession. I also consider him a friend. The kind you do not see every week, even months, but when you connect, it is like time never passed. The people of Puerto Rico have an immense debt of gratitude for everything he has done for us. I remember one time when we were combating the inequitable treatment Puerto Ricans received in federal healthcare programs like Medicare, SSI, Medicare Advantage and others. He was the only voice Puerto Rico had in the matter in the U.S Senate. He would block a vote in the Senate Floor until a legislative proposal corrected the inequality problem afflicting Puerto Rico. He did this out of a call for justice for American citizens living in a territory in the Caribbean.

I was saddened with his indictment, more so with the verdict rendered by a jury of his peers in this case. I assure you that my admiration and respect for Robert Menendez has not been affected by the results of his trial in your Court. As you begin to ponder his penalty for the offenses for which he has been convicted, please consider that you are sentencing a good man who devoted his entire professional career to serving others. In doing so, he touched the heart and soul of many citizens, me included, asking for nothing in return. Had it not been for this trial, Senator Menendez would have had concluded an illustrious political career and public service. The punishment imposed on Senator Menendez started even before the jury rendered its verdict. He has been removed from Office, has faced public scorn, and at this time there is no stronger punishment than what he has received. I ask that you employ sentencing measures that will allow you to redirect the punishment into something productive for society and the community he served for so long.

 I thank you for considering this plea for leniency for Bob Menendez.

Respectfully submitted,


Roberto L. Prats, Esq.

September 9, 2024

Hon. Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I am writing this letter on behalf of Senator Robert Menendez.
I have known Senator Menendez for 10 years & his public service & advocacy have had a significant impact on my family & the lives of thousands of others. We first met Senator Menendez in the aftermath of superstore Sandy. Our home had been destroyed & while I carried the maximum amount of flood insurance, my insurer only offered us 37 cents on the dollar. They hired an engineering firm out of Louisiana who created a fraudulent report saying that the damage was pre-existing and the ruined foundation was the result of long-term shifting of supporting soils.

This is known as the "earth movement" exclusion and conveniently let the insurance company off the hook for paying for damage. We knew this to be untrue because we had just purchased the home and had photos and inspection reports showing that none of the damage was there prior to the storm. While the insurance company cited the engineering report ss the reason why they would not pay for the damage to our home, they refused to show us the report claiming it was "proprietary information". I could not believe what I was hearing.

We found out later that this was part of a massive fraud against policyholders in superstorm Sandy & even in instances when the inspecting engineer found the damage to be directly attributable to the storm, the reports were forged by their firm during 'peer review' to show pre-existing damage or earth movement.

When we appealed the claim to FEMA (who is in charge of the national flood insurance program), showing pictures and inspection reports to prove the damage hadn't been there prior to the storm, they found in favor of the insurance co. We found out later that FEMA ruled in favor of the insurance companies & against policyholders in 93% of complaints. In litigation it was discovered that FEMA didn't even act on our complaints, they merely sent them to the insurance company we were complaining against and had them answer. FEMA then rubber stamped all of the insurance companies' replies.

 I could not believe what was happening to my family. We would not be able to rebuild our destroyed home with the money the insurance company offered. I remember the heartbreaking moment I had to sit my teenage daughter down and explain to her that we would not be able to return home because our insurance company cheated us and an agency of our government assisted them in doing so. We are a patriotic family: I am a Marine Corps veteran, two of my three siblings and both of my parents are veterans, my nephew is an army ranger who served in

Afghanistan. My children were raised with a spirit of patriotism & belief in fair play. I will never forget the look in my daughter's eyes when I told her we would likely lose our home due to corporate greed & no one would step up to help us. That moment broke in a way that I cannot begin to explain.

By this point we were going to community meetings & finding out that what happened to us was happening to tens of thousands of families. We all had similar experiences & knew something was terribly wrong. However, the insurance companies, engineering firms, and even FEMA ranks. They swore there was nothing dishonest happening at all of our clams have been fairly calculated. As the first, and then the second anniversary of the disaster passed, many survivors lost hope. Many succumbed to depression & there were even suicides.

It was then that I met Senator Menendez.

He was the only representative of our government who stood up for us. He held congressional hearings, press conferences & called for an investigation. The senator actually held a press conference in our destroyed home. Based on his advocacy other senators & members of Congress began to get involved and advocate for us. Eventually, we were able to uncover evidence of the crime: a copy of the original engineering report for a severely damaged home showing "structure was damaged by storm forces" & the post-peer review copy where the engineering firm had simply inserted the word "not" to read "structure was not damaged by storm forces".

This was a case that was in litigation, and the original report was not turned over in discovery . Magistrate Judge Gary R. Brown sitting in the Eastern District of New York sanctioned the insurance co as well as their law firm. He then ordered that the original report was to be turned over in every case that was before his court. Faced with the mass disclosure of evidence showing disaster survivors were systematically cheated, FEMA Director Craig Fugate reached out to the judge and tried to convince him to rescind the order. Can you imagine the Director of a US government agency trying to influence a judge to help suppress evidence of a crime against thousands of US citizens?

It was then that senator Menendez with three other US senators in tow, confronted Mr. Fugate and let him know that his actions were unacceptable. FEMA did a complete 180 And resolved to make Sandy victims whole. The new Director of the national flood insurance program actually appeared on CBS' "60 minutes" and admitted that he saw evidence of criminal fraud. FEMA ordered that all cases that were currently in litigation would be settled immediately, created the "Sandy Task Force", and reopened 144,000 claims. During the claim review process, $350 million of additional monies would eventually be paid to policyholders who had been cheated. My family benefited from these actions and we were eventually able to rebuild our home.

All of this was due to the actions of Senator Menendez. He was a light in the darkness at a time when we had no hope. I cannot imagine what our lives would look like today if he had not stood up for us.

Senator Menendez did not stop there: he has continued to work with policyholders and advocates to reform the national flood insurance program. He has written and sponsored legislation and held congressional hearings to keep the spotlight on the fact that this program has serious issues that need to be fixed in order to better serve the policyholders who have invested their premium dollars and families' security in this vital program.

I am writing this letter because I know that your honor has the responsibility of sentencing Senator Menendez. I would like to put the spotlight on the incredible amount of good the senator has done during his time in public office. While we are deeply saddened by his current circumstances, my family & tens of thousands of disaster victims will forever be grateful for what he has done for us. His leadership & responsibility for those he served has made a permanent impact on our lives: an impact I appreciate every day when I wake up in the home that I would not have had it not been for the actions of Senator Robert Menendez.

I want to thank you for taking the time to read this letter, your honor. I sincerely hope that in the sentencing process you factor in all of the good Senator Menendez is capable of & that you find a way to put his abilities to use in order to benefit our community. Thank you.

Sincerely,

Douglas E Quinn

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 24, 2024

Dear Honorable Judge Sidney Stein,

My name is Gertrudis Ramirez. I am a father of 5 children and grandfather of 15. I am writing to you because I feel the urgency to help a good man that once helped my family when we desperately needed it. In the year 2012, my granddaughter ███ was diagnosed with Lymphocytic Leukemia. ███ was only 5 years old. It is news that nobody expects to hear, especially when it's about a happy and healthy child.

It was a stressful time for my family. My son, unable to understand much because of the language barrier, came to me for help. ███ doctors stated that her best chance for survival was to perform a bone marrow transplant. The entire family would go in to get tested to see if anyone would be a match, but all came back negative. It was until ███ sister, ███ came back as the perfect match. Doctors told me that because ███ is the only sibling that shares the same biological parents as ███ their DNA was almost identical. We felt a sense of relief, but unfortunately ███ lived in El Salvador. This was another obstacle that we faced.

We then began the process of obtaining an emergency 90-day humanitarian visa for ███ We were denied. The second time we submitted more documents that her doctors gave us showing how ███ was ███ only chance of fighting this cancer. They still denied us. My family was devastated. I remember seeing ███ lay on the hospital floor not having the energy to talk, eat or even lay on the hospital bed anymore. I would ask God how he could let this wonderful child suffer this way.

I was desperately looking for help without knowing where to go or who to talk to. I went to a notary around town and I explained my situation. She told me I should reach out to Senator Bob Menéndez. In my mind, the chances of reaching the senator was like trying to reach the president, impossible. She proceeded to give me the address to his office and off I went. When I arrived, I approached someone working there. I explained my situation and she wrote down some notes and told me I would be receiving a call. I didn't believe her. I was probably just like any other normal person asking for help. I felt hopeless.

In the meantime, I was able to find someone through work connections to write about my granddaughter's case in the newspaper. That gained some traction but nothing that would give us a resolution. It wasn't until a news conference was held in Newark Beth Israel Medical

Center, where to my surprise, Senator Bob Menéndez was present. I remember him saying that he would do everything in his power to get ▮▮▮ to come into the US to save ▮▮▮ life.

While waiting for a miracle, ▮▮▮ received 3 chemotherapy treatments to keep her alive. The amount of chemo she received was a lot for someone her age. As our whole family tried our best to keep ▮▮▮ spirit going, Sen. Menéndez was keeping his word. He spoke to homeland security about the urgency of approving ▮▮▮ visa. In the blink of an eye, Sen. Menéndez called me and told me to run to our immigration lawyer to sign a document because that was the last step to get the visa approved.

It was on Dec 23 that ▮▮▮ flew into Newark airport to be reunited with the entire family. Seeing my two granddaughters together gave me strength. This moment was the first time I felt that there was real hope. ▮▮▮ was a brave 7-year-old who didn't come to play games. I knew there were worries that we wouldn't send ▮▮▮ back to El Salvador after the transplant, but we all wanted to keep our word of sending her back the same way Sen. Menéndez kept his word to help our family. ▮▮▮ is alive because of Senator Bob Menéndez. I have no doubt that my granddaughter would have lost the battle to cancer if Sen. Menéndez was never involved.

It is this reason why my entire family will continue to support Senator Bob Menéndez. The man that we have come to know is an honorable man. I want the court to know how much good Sen. Menéndez has done in his life for people like us. I understand that Your Honor is being asked to carry out a sentence, but I want this letter to give a different perspective despite what the media is trying to portray of the Senator. I sincerely hope that the court understands that Sen. Menéndez has been punished enough by public shame and impact on his career. I don't believe having him serve a sentence would be fair especially when people of the community need someone like him on their side. I'm sure this won't be the only letter you receive that will demonstrate how important Sen. Menéndez is.

Respectfully yours,

Gertrudis Ramirez



"Loving God, Loving People and Serving the World"

| phone 201.332.0970 | fax 201.332.0163 | www.thecitylinechurch.org |

1510 john f. kennedy boulevard, jersey city, new jersey 07305

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 24, 2024

Dear Honorable Judge Sidney Stein,

I have had the privilege of knowing Senator Robert Menendez for more than 25 years. Our paths first crossed during a heated political debate on what was best for the Latino community in New Jersey. Although we found ourselves on opposite sides of the issue at the time—his candidate triumphed, while mine did not—our mutual respect and dedication to public service transcended any political rivalry. In fact, this initial debate led to a long-standing friendship based on our shared commitment to the betterment of our constituents and the people of this great nation.

Throughout the years, my interactions with Sen. Menendez have been centered on advocacy, particularly in the area of immigration reform—a cause that both of us hold dear. His tireless work to ensure fair treatment for immigrants stands as one of his most defining and admirable qualities. Time and again, he has demonstrated an unwavering commitment to those who seek a better life through hard work and dedication to this country. His advocacy has created pathways to legal residency and citizenship for countless individuals who have proven their diligence and loyalty to the United States.

One particular example that deeply touches my heart is the story of one of our local families. After living in the United States for over 20 years, they were unjustly denied the opportunity for a fair process toward legal residency. This was a family that had contributed to their community and lived by the values we cherish as Americans. Senator Menendez personally intervened, ensuring they received the just treatment they deserved. His persistent efforts helped guide them through the complex legal system, ultimately securing their rightful path to citizenship. This is just one of many examples of his hands-on, compassionate approach to serving the people who have looked to him for leadership and guidance.

I want to make it clear that I do not have any personal knowledge regarding the current allegations against Senator Menendez. However, the man I have come to know over the past 25 years is someone who exemplifies fairness, a deep dedication to public service, and an unwavering commitment to the

welfare of his constituents. His compassion for others, whether they are everyday citizens or close friends, is both sincere and steadfast. Senator Menendez is a true patriot who has devoted his life to serving this nation and its people. I will continue to stand by him because his commitment to helping others, regardless of their background or circumstances, remains a core part of who he is.

I understand that Your Honor faces a very challenging decision in this case, one that requires careful consideration. However, I respectfully urge the Court to also reflect on the extensive contributions Senator Menendez has made during his many years of public service. Few individuals in his position can say they have positively touched as many lives as he has, often doing so without seeking recognition or reward.

In my view, removing Senator Menendez from the role he has so effectively filled would be a significant loss to our country. His experience, skills, and connections are invaluable, particularly during these uncertain times. He has already endured significant consequences through the public scrutiny and reputational damage that has resulted from this case. His legacy, once marked by his achievements, is now overshadowed by these allegations. To impose further punishment on someone who has so much more to give would not only diminish his own future but also harm those who have depended on his leadership and guidance for so long.

In closing, I ask Your Honor to weigh not just the allegations at hand, but the decades of service, the lives he has improved, and the good that he has done for this nation. Senator Menendez is a man who has given his heart and soul to this country, and I sincerely hope that the Court will take that into account in its decision.

Thank you for taking the time to read this letter. I know I am just one of many who feel deeply saddened by the circumstances that Senator Menendez now faces. My hope and prayer is that the Court recognizes how remarkable a man he has been, and the lasting impact he continues to have on so many lives.

Very truly yours,

Bishop Joshua Rodriguez

Rev. Dr. Joshua Rodriguez   M.Div. D.Min.
Bishop & Founding Pastor – The Cityline Church
Vice President – The National Latino Evangelical Coalition
Co-Founder – Jersey City Together
Senior Advisor – The New Jersey Coalition of Latino Pastors & Ministers
201-332-0970 office
201-978-8383 mobile

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 25, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for almost 20 years. I came to know him through my work in support of the creation of a national museum in our nation's capital to honor the history and contributions of U.S. Latinos. While the original recommendation to create this museum dates back to 1994, I, along with several others, picked up the baton in 2004 organizing support for legislation that would begin the process of bringing this museum to our National Mall.

It was a few short years later that Senator Menendez was appointed to the open New Jersey seat in the United States Senate in 2006. Always a champion for the Latino community, the Senate provided him an even greater megaphone to elevate the importance, and untold history, of U.S. Latinos. In 2008, I formed the Friends of the National Museum of the American Latino to more formally organize a campaign to champion the creation of a National Museum of the American Latino. Senator Menendez has been an unrelenting and indispensable ally on this mission throughout that time.

Ours is an effort to bring 500 years of sacrifice, hard work and patriotism of the Latino community out of the shadows into its rightful place among the iconic Smithsonian museums that tell our shared American history. Senator Menendez has never tired of giving a voice to these families who have lost loved ones on the front lines of military service or in the grueling trenches of farm labor or construction of our nation's infrastructure. Knowing of his Cuban heritage, I know how important it has been for him to not only preserve this history but ensure that we do not forget the suffering and loss of life that comes in the fight for freedom. This is why he was such a critical leader in our campaign to bring this museum to our National Mall. He has always known and had deep respect for the Latino men and women in our history that he was speaking on behalf of. He knows their sacrifice, loss and, tragically, invisibility.

In December of 2020, Senator Menendez along with a bipartisan majority of Senators were on the verge of getting the final legislation passed to approve the creation of the museum when a Democratic and Republican Senator forced inclusion of language in

the bill to prohibit building the Museum on the National Mall. Given the choice to move forward a bill which would finally give generations of Latinas and Latinos the long overdue recognition deserved or pulling the bill and delaying the over 20 year effort even more, he chose to move the bill forward with the restriction on the National Mall. Knowing how important the location of the museum is for the proper telling of U.S. Latino history, he chose to not simply let this go. Instead, Senator Menendez took to the floor of the U.S. Senate to make sure to convey the anger on behalf of millions of Latinos was felt. He spoke passionately about the "insult" that this was for people who have equally bled, equally sacrificed, equally served, and continue to serve, to be relegated to something "less-than" others in our American history currently receive, the honor of a place on our National Mall. He also let it be known that this was not the end of this fight. And, it wasn't. Until this year my team has worked with Senator Menendez, and other Democratic and Republican members in the House and Senate, to find a pathway forward to ensure that we can finally designate a space on our National Mall for the National Museum of the American Latino.

I share my experience with Senator Menendez in order to convey the important role he has played in lifting up millions of Americans who have often served at the margins of our society while also being a centerpiece of what makes our nation great. He has always been a champion and I am grateful for his leadership. While I do not offer an opinion on the charges against him and his conviction I have been honored to know him and, on behalf of so many in the Latino community, will always have a great appreciation for his leadership and commitment. I ask that Your Honor take this into consideration as you make your decision.

I want to thank you for taking the time to read this letter.  I am sure I am just one of many people who have been deeply saddened by the circumstances Senator Menendez now faces. I hope and pray that the Court appreciates his life's work and his impact on making the lives of countless Americans better.

Respectfully,

Estuardo V. Rodriguez
President/CEO
Friends of the National Museum of the American Latino

Edgar Romero



August 27, 2024

Honorable Judge Sidney Stien
U.S. District Court – Southern District
500 Pearl Street
New York, NY 10007
August 27, 2024

Dear Honorable Judge Stein,

My name is Edgar Romero. I am employed in the County of Hudson as an assistant supervisor of the motor pool,

I am writing this letter on behalf of Robert Menendez, and I share a close bond of friendship of more than 33 years. He has always been responsible and focused.  In fact, Mr. Menendez was the person who married me and my wife.

Robert Menendez has always impressed me with his unwavering moral compass and steadfast commitment to doing what is right. In all my interaction with him, I have consistently witnessed his honesty, integrity, and compassion. When walking on the street with him, or at any function, he always stopped to listen and helped those who could not themselves.

Moreover, the impact of the outcome of this case extends beyond Robert Menendez, it will deeply affect his children Rob and Alicia, and his four grandchildren. I hope that you will consider his good character and the positive contributions he can continue to make to society.

I humbly ask Your Honor to consider the broader context of Robert Menendez life, he is a person of integrity, compassion, and resilience. I hope that the Courts understand that Robert Menendez has been punished enough. I trust that you will weigh this letter alongside all other evidence and consideration before passing sentence and consider this man's true honest nature.

Thank you, Your Honor, for taking the time to read this letter.

Respectfully submitted.

Hon. Sidney H. Stein
Case 1:23-cr-00490-SHS    Document 677-5    Filed 01/02/25    Page 48 of 82
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I am Dr. Felix Roque, a retired Colonel of the United States Army and a medical doctor who has served the community of West New York, New Jersey, as its mayor. I have known Senator Robert Menendez for over 25 years, our paths first crossing in the fervor of public service and community commitment—a bond forged in the shared crucible of desire to uplift and protect the most vulnerable among us.

I first met Senator Menendez in the late 1970s when he was a young, impassioned politician advocating for educational reform. His dedication to public service inspired my own decision to join the military. His journey from the school board to the corridors of the Senate echoed a profound commitment to service, a beacon guiding my own path from the military to medical practice, and ultimately to the mayor's office.

Throughout my tenure as Mayor of West New York, Commander of the 4215th Combat Support Hospital in Richmond, Virginia, and Program Director for Pain Management at several hospitals, I have witnessed Senator Menendez's unwavering support for veterans and his profound impact on healthcare. His efforts to secure better care for veterans through legislative measures such as the WWII Veterans Hospital and Medical Eligibility Act have been vital. This legislation has profoundly improved the lives of countless veterans who once faced barriers to the benefits they deserved.

Senator Menendez also showed exemplary leadership in healthcare, advocating for programs that directly impacted families in our community. His staunch support for expanding the State Children's Health Insurance Program helped secure essential medical coverage for an additional 100,000 children in New Jersey. His commitment didn't stop at legislation; he was personally involved in cases where critical medical care was needed, facilitating treatment for patients from abroad and ensuring they received the care they required promptly and efficiently.

In one notable instance, a young girl from West New York, suffering from a rare heart condition, was in dire need of surgery not available locally. Senator Menendez intervened, using his resources and contacts to expedite her travel and treatment in a state-of-the-art facility. This act of kindness and leadership not only saved her life but also restored her family's faith in the goodness of public service.

As a medical professional whose practice is only blocks away from where Senator Menendez grew up, I am personally and professionally committed to continuing our shared mission to serve the community. His understanding of the healthcare challenges

faced by our Latino community and his readiness to address them have always resonated deeply with me, reinforcing our parallel paths in service to others.

I sincerely believe that the community would benefit more from his continued service and leadership outside a cell than from him serving a sentence within one. His deep-seated knowledge, experience, and dedication to our nation are irreplaceable. Senator Menendez has undoubtedly faced public scrutiny and personal challenges throughout this case, yet his commitment to public service has never wavered.

Your Honor, I respectfully request that you consider the full measure of the man I have known for over a quarter of a century. Senator Menendez is more than the sum of the allegations against him—he is a dedicated servant of the people, a loyal friend, and a true patriot whose life's work has significantly contributed to the betterment of our society.

Thank you for considering my perspective. I am confident that many others who have witnessed the Senator's profound impact will share similar stories of his integrity, compassion, and unwavering dedication to our nation.

Respectfully yours,

Felix E. Roque, MD

August 31, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for over eight years. I came to know him during my desperate need for help pleading with every government representative to save my life. My interactions with Sen. Menendez have been very professional, full of empathy, positivity and support. He and his team have dedicated many hours to my aid. My ██████ ███ with no doctor able to tell me why and the only thing that could save me was ██████████████ ██████ My mother was matched as a perfect donor but she was not able to come to this country so she could donate her ██████ and save my life. I started reaching out to all the representatives in NJ crying for help. No other government representatives in NJ would even just hear my story or how their involvement would make a difference. There was only one who didn't just listen but got everyone he could reach involved and started fighting for my life. I was shocked and in disbelief of all the support I got from him and his staff. That person was Sen. Menendez.

One of the things that stuck with me was Sen. Menendez getting personally involved and visiting me at my home after my ██████ treatments to make sure I was getting all the help I needed from him and his staff. He supported me throughout my journey, during my difficult times, and I will not let this opportunity pass without me letting you know what a kind person Sen. Menendez is.

Another example that comes to mind is during a press conference he wanted me to let people know If anyone else needed help he was available to serve public and do his best to help everyone in need. Sen. Menendez has truly been a godsend; he did everything in his power to save my life and he achieved it. He did not only save me, but he also saved my family and gave me years to see my children grow. Thanks to him I was able to go to school and become a registered nurse and give care to others in need. I was able to gift a life to my now one year old child which is almost impossible to imagine after everything I went through due to health issues.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been heartwarming, knowing

that at least one person from the government cares about the public, about my life! He is an example of what a good man, good government representative devoted to his county and to its people should be. The man that I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the incredibly good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much, for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service and the personal attention and care he has shown to people in need.

My personal view is that this country will be far worse off if Sen Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair to ask him to serve a sentence, especially when he can otherwise still be of so much help to his community.

I want to thank you for taking the time to read this letter. I am sure I am just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many. We are humans, we all make mistakes but the good we do in life can never be forgotten. Saving a life or simply bettering someone's life is one of the most beautiful things a person can do, and Sen. Menendez is that person who saved and bettered my life with his involvement!

Very truly yours,

Nina Saria

.

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 7, 2024

Dear Honorable Judge Sidney Stein,

I have known Senator Bob Menendez for twenty years. I respect and admire him as an elected official and as a human being. At a time in my family's life when we had lost all hope, we reached out to a senator known for going to bat for ordinary people. He came through for us in a way that was extraordinary. He didn't have to. We weren't big shots or even New Jersey voters. But he went beyond the call of duty, and came through in a way that transformed my family's prospects. We are deeply grateful.

By way of background, I know the Senator because for decades I worked for a not-for-profit as an advocate for immigration reform, and Senator Menendez is a leader in the U.S. Senate on immigration policy. In our professional capacities, we knocked heads on occasion and worked as fellow warriors more often. He was always honest, professional, and dedicated. I came to admire him for his expertise on the issues and respect him for his toughness as a legislator. With colleagues, we would often remark that "he's the real deal." After all, following the demise of Senator Ted Kennedy, we weren't sure if anyone would fill the huge vacuum left. Fortunately, for all the little people with practically no voice in the halls of power, Senator Menendez stepped up to lead the fight.

But the story I relate had nothing to do not with a professional challenge but with a seemingly insolvable family dilemma. My older brother  resided in the United Kingdom with his British partner ███████ for many decades. Over the years, my brother fell out of immigration status in the UK and lived "off the grid" – with no residency papers, drivers license or documentation of any kind. In fact, he even let his U.S. passport expire, fearful that applying for a new one would trigger exposure, embarrassment and separation. Beyond ███████ rational and irrational fears, the two of them led a good life. ███████ was a fabulously successful investment banker and could easily afford to support the two of them. ███████ attended to ███████ and their two homes.

Then, in 2019, ███████ died suddenly. He left his considerable estate – some $2 million after taxes – to his partner ███████ But heartbroken by the loss of his partner, ███████ quickly became seriously ill. He nearly died of sepsis in a British emergency room, was diagnosed with multiple maladies, and could no longer walk due to ███████████ and deep wound infections caused by his fear of getting medical treatment while ███████ was alive. He ended up in a care home – what we would call a nursing home – outside of London. He required 24/7 care. He had no documentation. He had no way to navigate the British estate process to collect the inheritance his partner had bequeathed to him. And the only person he could turn to for help was me, his younger brother.

The first task was to get him a renewed U.S. passport. We spent three years getting told no. The U.S. Embassy in London said due to COVID, no appointments, They finally relented and said they would accommodate him for an emergency in-person appointment. But when we tried to transport my brother in an ambulance for the 45 mile trip to the Embassy, ███████

nearly died. The care home's doctor forbade the trip. The Embassy said no, again, insisting that in-person appointments were a matter of law. I reached out to contacts in the State Department. Nothing. I reached out to my senators in Virginia. Nothing. I hired a well-heeled American law firm in London to press the U.S. Embassy in London for a mobile visit to the care home. The firm kept sending bills but produced nothing. We were on the verge of giving up.

Finally, a colleague suggested I reach out to Senator Menendez. I was puzzled. I'm not a resident of New Jersey. I'm not a close friend. I have no special ties other than fighting alongside him for people who have little power. She insisted that I give it a try. His ability to go to bat for people is legendary, she said, and he helps people from out of state if he can.

I was stunned when his staff quickly responded. They reached out, captured the information they needed, and went right to work. From what I heard, it went down something like this: the Senator and his staff intervened at a very high level in the State Department; with characteristic bluntness, he inquired as to why the U.S. government was failing to serve a disabled U.S. citizen in a nursing home outside of London; he reportedly even suggested that perhaps some in the Embassy had concluded that because my brother ███ was gay, alone and bedridden the Embassy didn't need to make special arrangements to serve him. He demanded they look into the situation and get back to him.

Within days, the Embassy contacted us. That statutory requirement they cited? Well, it turns out they have discretion in exceptional circumstances. They quickly arranged to send a team to interview my brother to verify his identity and story. Within a few weeks, we received his renewed passport. Moreover, the renewed passport unlocked all the other doors. The British Home Office then approved his residency papers. The banks then allowed us to open accounts in his name. The estate lawyers were then able to fulfill ███████ will.

I'll never forget the look on my brother's face when I told him that Senator Menendez had come through for us. With tears in his eyes, he looked up from his bed and said his partner could now rest in peace. He thanked me for fighting for him and for fulfilling ██████ dying wish. For my part, I insisted that the person we both needed to thank was the Senator from New Jersey.

When I read the articles covering the court case, I don't recognize the man who stands accused and convicted. I know Senator Menendez as a tough-minded, intellectually rigorous senator who stands up for immigrants and refugees even when it's not popular to do so. I know Senator Menendez as a public servant who goes out of his way to help out a desperate family just because he can. I weep in gratitude at the way he stepped in on behalf of my brother. I weep in sorrow at the prospect of him spending a day in jail after all he's done so much for so many.

Might I humbly suggest that Your Honor is unlikely to ever sit in judgment of a man who has positively touched the lives of so many? As a proud and patriotic man who has been convicted by a jury of his peers, perhaps he has suffered enough. He has much to give our nation and to people who are too often overlooked and underserved. I hope and pray you give him the chance

to continue doing so.

Sincerely,

Frank Sharry



**Rev. Danté R. Quick, Ph.D.** | Senior Pastor
**Dr. DeForest B. Soaries, Jr.** | Pastor Emeritus

771 Somerset Street | Somerset, NJ 08873
**P**: 732.828.2009 | **F**: 732.828.6688
**fbc@fbcsomerset.com**

DeForest B. Soaries, Jr.
606 Franklin Blvd.
Somerset, New Jersey 08873
dbs@dbsoaries.com

Honorable Sidney Stein

Dear Honorable Judge Stein,

I am writing this letter as a pastor who has served in New Jersey for over thirty years. Throughout my time here, I have been fortunate to engage with many public figures, but none have left a more profound impact on my community than Senator Bob Menendez. I have known him for over 20 years, and in that time, I have witnessed not only his dedication to public service but also his genuine compassion for people from all walks of life.

From the very first time I met Senator Menendez, I was struck by his warmth and humility. Throughout his tenure as an elected official, it was evident that he genuinely cares about the issues facing our community, particularly those affecting the most vulnerable among us. His approachable demeanor and willingness to engage with ordinary citizens set him apart and solidified my respect for him.

Senator Menendez has been helpful to my efforts advocating for people with a variety of needs ranging from those who were victims of predatory financial institutions to people living in developing countries. All of my experiences with him as those of a caring individual who was totally committed to serving those that needed help the most. The Bob Menendez that I know is a true friend, a patriot, and a dedicated public servant who continuously strives to make a positive impact on his community, our state and our nation.

As Your Honor considers the circumstances surrounding Senator Menendez's case, I hope you'll keep in mind fact that he was often the only person of influence to whom I could turn to resolve very significant matters impacting thousands of people's lives. In my experience, it is rare to encounter someone who has given so much while asking for nothing in return. Regardless of the allegations made against our Senator, I ask that you do not lose sight of the positive contributions he has made to his country, the mentorship he has provided to young leaders, and the unwavering support he has shown to his constituents.

In closing, I want to express my deepest appreciation for your time and consideration in reviewing this letter. The sadness surrounding the current situation with Senator Menendez weighs heavily on me and many in our community. I sincerely hope the Court recognizes the extraordinary individual he is and will continue to be for so many.

Respectfully yours,

DeForest B. Soaries, Jr.
Pastor Emeritus

Rosemarie J. Sorce
245 Prospect Avenue – Penthouse
Hackensack, NJ  07601


September 4, 2024


Honorable Sidney H. Stein
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

Dear Judge Stein:

I am the former Chairwoman of the Hackensack University Medical Center, New Jersey's largest and top rated hospital.

I write to you with reference to the sentencing of Senator Robert Menendez who I have known personally and professionally for over ten years.

Over the years Senator Menendez brought nearly a billion dollars in federal grants and assistance to Hackensack University Medical Center helping it meet its mission of providing high-quality healthcare to the people of New Jersey.  He often came to the hospital and spoke to our leadership and staff to understand the challenges of healthcare delivery as well as the healthcare issues that were at the forefront of the public debate.

However, Senator Menendez's assistance to our hospital and hospitals throughout New Jersey was critical during the Covid pandemic.  When we could not get personal protective gear for our doctors, nurses and personnel, Senator Menendez arranged for us to do so.  When we wanted to get a sample of the coronavirus to develop our own diagnostic test Senator Menendez helped us achieve it through the Centers for Disease Control allowing us to develop our own PCR test that cut down wait times from eight days to two hours.  It was a major breakthrough for our patients.

The Covid pandemic took a huge toll on our hospital's budget and once again it was Senator Menendez, as a senior member of the Senate Finance Committee, who helped ensure provider reimbursement to get us through those dark days.

I can truly say that Senator Menendez's Herculean efforts helped us save lives.  There is no more precious public service that one can render.

-continued-

Page -2-

I do not have any personal knowledge about the specifics of the charges he faced other than the jury's verdict. I do know it does not square with the public servant I know and admire.

Your Honor, please consider all of this when you sentence Senator Menendez. The good which he has done, of which I have only given you one aspect of his service, should count in his favor. I ask you to temper justice and consider the lifetime of service he has lead helping others.

I thank you for taking time from your busy schedule to consider my letter.

Respectfully,

*Rosemarie J. Sorce*

Rosemarie J. Sorce
Former Chair
Hackensack University Medical Center

/lp

**Ms. Terry Strada**
**Jupiter, Fl. 33458**

September 9, 2024,

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have had the pleasure of knowing Senator Menendez as my Senator when I lived in New Jersey for roughly 10 years through my work as the National Chair of 9/11 Families United.

Senator Menendez has stood by the 9/11 community and worked hard for us in our quest for transparency and justice for the murder of our loved ones, the injured survivors and those who are sick and dying from their exposure to the toxins while performing, search, rescue, and recover efforts after September 11, 2001.

The Senator was a staunch supporter of the Justice Against Sponsors of Terrorism Act (JASTA) which was enacted in 2016.  This bill enables any American citizen harmed on U.S. soil by a terrorist attack carried out by a designated terrorist organization to be able to hold the sponsors of that attack accountable in a U.S. court.  This bill is a vital piece of counterterrorism legislation that will help deter future terrorist attacks by sending a clear message to those who sponsor terrorism; if you harm Americans, on U.S. soil we will hold you accountable and you will be penalized.

Senator Menendez had one of the most, talented, and caring team of legislatures on his staff. We have a saying amongst us "advocates", you can tell a lot about a Member of Congress by their staff, and it is very true.  Senator Menendez's door in DC was always open, his staff always made time for a meeting, and they always returned phone calls and emails.  Beyond that, they worked very hard on legislation that was very meaningful to the 9/11 community.

In addition to JASTA, I worked personally with the Senator on the bipartisan September 11, 2021 Transparency Act to ensure that the Department of Justice (DOJ), the Central Intelligence Agency (CIA), and the Director of National Intelligence (DNI) declassify, as appropriate , the documents that could identify additional co-conspirators in the September 11, 2001 terrorist attack on our nation. This legislation was vital to the 9/11 community's quest for justice.  President Biden used the language of this bill to write Executive Order 14040, mandating the intelligence agencies do a comprehensive declassification review of all intelligence agencies investigative reports into the Kingdom of Saudi Arabia.

It wasn't just the Senator's writing the legislation that the White House used as a bases for the Executive Order that was helpful, it was the work Senator Menendez performed to garner support for the bill that applied pressure for the White House to act. I attended a press conference on August 5, 2021, in front of the U.S. Capitol organized by Senator Menendez and coordinated with other powerful Senators to announce the legislation. It was a huge success. If you have the time, I highly recommend you listen to the press conference and you will hear in the Senator's own words his commitment to transparency and the 9/11 community. https://www.c-span.org/video/?c4973204/user-clip-911-transparency-act

Since the declassification review process, tens of thousands of pages of documents have been declassified and are being used in our lawsuit. The 9/11 community will forever be grateful for the Senator's courage and commitment to transparency.

JASTA put us in the courtroom and the Senator made sure we would have the documents needed to pursue justice.

My last work with the Senator was brief but greatly impacted my family in a positive way. I was asked to come to Washington, D.C., in December of 2022 to help another 9/11 family member with legislation that would ensure a lump sum catch-up payment (LSCUP) would be made to certain 9/11 families who had a judgement against Iran but were not included in the United States Victim of State Sponsored Terrorist Fund (USVSSTF) – namely 9/11 widows and children. I spent eight days in DC working into the late hours of the night with Senator Menendez's staff. The Senator was not always personally in the room, but everything his staff was authorized to do came from the Senator. I was not privy to the private Member meetings or the negotiation with leadership, but every day, every moment of progress or setback his staff would explain the Senator's position, the conversations that took place and progress he made. At what seemed to be the final hour, we were told the legislation did not make it on the vehicle the Senator trying for. We knew there would no amendments and before we could cry or get angry we were told; Senator Menendez will fight for an amendment, and he will get it. Well, he did, and he did! Sir, this LSCUP has made a very meaningful difference to my three children and my life.

While my kids thanked me, I made sure they knew who the real champion was – Senator Menendez. He would not accept defeat. He made sure a substantial amount of money would be paid to my family and hundreds more. That is an act of a selfless man. A man with integrity and a heart.

I have no personal knowledge of the allegations made against Sen. Menendez by the prosecutors. But my experiences with hm reflect a man of deep conviction for the truth, a commitment to doing what is right and ensuring the 9/11 community could pursue justice just like any other American and that not only would 9/11 widows and children be made whole in a fund they had been left out of, when the non 9/11 community of terrorist victims needed to be taken care of, Senator Menendez worked WITH the Senator leading that charge.

The man I have come to know is a selfless public servant to his 9/11 constituents. A man of conviction, a patriot and a friend.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the selfless good he has done in his life. I doubt that Your Honor

has ever encountered a defendant who has done so much, for so many people, asking for nothing in return.

Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service, the personal attention and care he has shown to his constituents, the leadership he showed as the Chairman of the Senate Foreign Affairs Committee when he yielded support from other Members and the WH to write an Executive Order for transparency – something no one else could have accomplished.

My personal view is that Sen. Menendez is a compassionate man who still has a lot to offer society. He possesses a unique skill set with knowledge and relationships to continue helping our country if he is permitted to do so. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, *the loss of his office*.  In sitting with his staff, I felt their pain and the Senator's despair as we all had to navigate a path to move the last piece of legislation we were working on together, the Ensuring Justice for Victims of Terrorism Act (EJVTA) into the trusted hands of Sen. Blumenthal -- the impact on how his career will be viewed once and forever in the history books.

Thank you Sir, for taking the time to read this letter.  I am sure I am just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I sincerely hope that the Court appreciates what a good man he has been and if given the opportunity will continue to be to so many.


Most Sincerely,

Terry Strada
Widow of Tom Strada
1 WTC, 104th floor

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312


Dear Honorable Judge Sidny Stein,

I wish to thank you in advance for reading
this letter.

I am the father-in-law of Bob Menardez. My
name is Garbis Tabourian and I am 94 years
of age. I have known Bob personally for
several years as a result of his marriage to
my daughter, Nadine.

I am writing to you as a man of wisdom,
integrity and morals. I was educated by
Nuns and raised by righteous parents in a
no-nonsense upbringing. This is how I raised
my children and continue to instill in my
grandchildren.

As I have read about you, I learnt that you
are a man of wisdom, integrity and morals
as well and this is why I am writing this
letter to you to ask for your lenience in your
judgement of my son-in-law's sentencing.

Your Honor, let me give you a dimension of

Bob's integrity and commitment that you may have insight to.

I was born in Lebanon of Armenian descent. My two grandparents and other relatives were killed during the Armenian genocide by the Ottoman Turks, between 1915-1917. I knew of Bob's efforts to have the US recognize the Armenian Genocide and shared this tragic story with him. Bob intensely listened, asking questions and I could see he was deeply moved.

There was nothing more that I wanted to see at the age of 94, before I die, then the recognition of the Armenian Genocide and the remembrance of my grandparents lives and those of 1.5 million Armenians who were slaughtered.

Bob by sheer will and commitment and against enormous odds, made that dream happen to me; for the few survivors still alive and for the tens of thousands of families who lost a loved one on that tragic time of history.

Even though the administration, the State Dept, the Turkish government and many colleagues opposed the recognition, so as not to upset modern day Turkey, for Bob it was a matter of principal.

Despite the fact that I still cannot wrap my mind around this matter, especially knowing the love that Bob has for this country, his work and the people of the United States of America, and the distorted optics widely published, I know that through your astuteness, wisdom and life experience both rewarding and challenging, at this stage of Bob's life, you will consider leciency in your judgement of my son-in-law sentencing.

From a wise and seasoned man to a wise and seasoned man, as a father, and grandfather and father-in-law, with much respect your Honor, I ask that you reach into your heart and consider the consequences of the punishment that will forever impact his grandchildren, including my grandchildren who adore him and hold utmost respect for him. I ask that consider the tortuous bullying that awaits these children in school the inevitable mockery they will be subjected to in everyday society and the paralysis in their future endeavors.

I wholeheartedly know and feel the suffering, shame and mockery that Bob continues to face no matter which way he turns and therefore I respectfully ask

that you consider the leniency in your judgement of my son-in-law's sentencing.

I do not care to prolong this letter, I do care to conclude with, please consider the grandchildren, alongside his age and health alike.

I am aware of the speculation surrounding the itemized list of gold and jewelry arose during Bob's trial, I am the one who wrote the itemized list of gold and jewelry that belonged to my family, and handed down generation after generation. That is absolutely customary in my culture and I cannot and do not expect "others" to understand by any means.

I thank you again for your honorable work and consideration of my letter.

With warm regards,

Garbis Tahouria

08/09/2024

Honorable Sideny H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I had the honor to be a witness in your courtroom at the trial of my brother-in-law,
former Senator Bob Menendez. My name is Katia Tabourian. I am 56 years old and a mother
of 13-year-old twins. I have known Bob personally for about six years.

I am not sure where to begin this letter because I have so much to say to you, your
Honor, but I also know you have many more impactful letters to read.

Since this trial began and to this very day, I have prayed every day, even several
times a day, that Bob will not go to prison.
I do this because through Bob, I had the opportunity and privilege to meet an
amazing person. I know you do not know that. No one, who doesn't know him, knows that.
No one is expected to know that or feel that. No one. You may think 'there are a lot of people
who are amazing', yes there are but not as uniquely amazing as Bob. His love of this
country and its people are undisputable and the love for his work is unequivocal. I am not
aware of people who carry with them such love for a country and its people and who loved
and lived for their job, as he
does.
He stands up for the country and its democracy. He fights for it and will challenge
anyone who thinks otherwise. He loves to help the people in this country and the sheer
reason for that is because of the dire consequences his family faced in their homeland of
Cuba. He never wants anyone to go through what his family went through: losing hard
earned life savings, sacrificing childrens' welfare and safety and security, having a chance
for better life and better education.
But who knows that? No one knows that. No one who does not know him. That is
precisely what he was put in his job to do and why he was so successful in it. He thrived at
this work because of his commitment to make the people's lives better. It is in his blood to
help people of the United States of America achieve the basic needs. He has helped
people of

this country in times of sickness. He has helped save lives by getting people medical attention they so desperately needed. He helps feed those who are hungry and have no food to eat. He serves the poor and the homeless with his own two hands at shelters, and during holidays. It is tradition for him to do so because he is a pure and clean heart. My son and he had planned to feed the homeless this past year during the holiday but given the turn of horrific events, Bob no longer wanted to subject Alec to possible shame and disrespect as he goes out into the streets to support people who have less than him or nothing at all.

Last year, my kids transitioned to secondary public school, a new school with twice as many kids. As if that was not intimidating enough, it was compounded by my children hearing the ill-disposed news about Senator Menendez' trial on the televisions that hang in the hallways of the school. He is man of outstanding integrity, honesty and veracity. He is loving and goodhearted man, he is giving and caring man, he is so respectful and willing to help others, especially those who truly need it, that it kills me that the outcome has destroyed his life and the lives of his family.

How sad is that? I cannot begin to put into words the sorrow and sadness he and we live by on a daily basis. He is a rare gem to us and his community and I am so proud to say that. I will forever stand by that statement. My family loves him so much. We eagerly wait to see him and listen to his wisdom and experiences, his stories, all nurturing throughout for us adults and especially the kids.  Now my son who adores him and treasures him beyond explanation, tells me 'Mommy when I google uncle Bob, it just shows how bad of a human being he is", instead of when he googled him for a second grade project and read all the wonderful accomplishments he made for his country and a better way of life he fought for the people of the United Sates of America.

The public humiliation is so grand, demeaning and pa  ralyzing for him. You cannot begin to imagine the pain and distress I watch him go through. The tears that come to his eyes and mine and those of his wife, kids and the dumbfound grandchildren, on a daily basis. It is a heart wrenching feeling that he  may have to be imprisoned, you cannot begin to understand. How much more can he and his family endure? He is not a killer or a rapist. He is not a thief by any means rather he is a giver and nurturer and has family that loves him so much and needs him so much. He had a tremendous unfortunate outcome that ended his livelihood at the age of 70. He was not even given the chance to exit with the dignity and respect that he worked so hard for and so well deserved.

Please, Dear Honorable Judge, I beg and plead to you, please do not put Bob in prison. Please do not send Bob Menendez to prison. Please I beg you please. Please don't put my brother-in-law in jail. I speak to you in my mind on a daily basis and I beg you to please not send Bob to prison. He does not belong in prison. I swear on my life this 70 year old man does not belong in prison. I am not telling you your business, your Honor, but

please have mercy on Bob. Give him house arrest and community service and mandatory learning and whatever else you want but please do not put him in prison. Please think of the grandchildren and my children who will live with this for the rest of their lives. Life is so hard to begin with, please you Honor, don't subject our young kids to this.

I thank you for reading my letter and pray that your wisdom, humility and dignity will come through in consideration of your sentencing of our dear Bob Menendez. Please your Honor.

Sincerely,

Katia Tabourian
31 August 2024



# ԱԶԳԱՅԻՆ ԱՌԱՋՆՈՐԴԱՐԱՆ

## ARMENIAN APOSTOLIC CHURCH OF AMERICA
### EASTERN PRELACY - 138 East 39th Street, New York, NY 10016
Tel: (212) 689-7810, FAX (212) 689-7168, e-mail: email@armenianprelacy.org

August 29, 2024
302/24

Hon. Sidney H. Stein
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 1007-1312

Dear Judge Stein,

I am the Armenian archbishop and prelate of the Eastern Prelacy of the United States. As such, I am the spiritual leader of thousands of Armenian Americans.

I have come to know Senator Robert Menendez in his role as chairman of the Senate Foreign Relations Committee, and in his advocacy for recognition of the Armenian Genocide by the United States Senate and the U. S. administration.

After over a decade of effort by our community to have the Genocide recognized, Senator Menendez single-handedly passed the Armenian genocide resolution in the United States Senate, the first time the Senate had ever done so.

The recognition of the first genocide of the 20th century, which took place during 1915 to 1917 at the hands of the Ottoman Empire, and the memorializing of the 1.5 million Armenians, who met their death in marches into the Syrian desert, was a moment of justice for all those who perished, those who are survivors and for their families.

Senator Menendez had to fight against the powerful interest of the Turkish lobby and some at the highest levels of our own government who did not want to upset modern-day Turkey. He went to the Senate floor on multiple occasions to pursue the resolution's passage, time and time again, until his Senate colleagues relented.

More recently, his voice against the forceful displacement of the Armenian people from their ancestral lands of Artsakh, by Azerbaijan, showed us again that he is a man of principle, regardless of how powerful the interests.

Your Honor, please consider these examples of a life lived with commitment and principle when you are

sentencing Senator Menendez. To silence his voice in jail would be a disservice to those here at home and across the world who seek to hear his voice in pursuit of freedom, justice, and human rights.

May the Lord bless you in your most important work and give you wisdom as you decide.

Very truly yours,

Archbishop Anoushavan Tanielian
Prelate
Eastern United States of America

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 25, 2024

Dear Honorable Judge Sidney Stein,

I met Senator Menendez over 30 years ago when I was a college student. From my first encounter with him, I knew he was a man committed to ideals and a sense of justice. Over the decades I have met and worked with many elected officials. Senator Menendez stands out among all as a public servant who will stand by his commitments to justice and equity putting his own political capital to work to give voice to the voiceless.

Senator Menendez, for decades, worked tirelessly to have the US Government recognize the Armenian Genocide for what it was, an attempt at the wholesale annihilation of a people. My encounters with him, (I am a leader of the larges Armenian American grassroots organization in the US) were always honest, sincere and driven by an urgency to deliver justice for those who perished and those who survived. He knows history and would not be swayed by political expediency nor would he shy away from challenging the unjust policies of administrations of his own party.

For decades, he was the beacon of hope for the large Armenian American community across New Jersey, and the United States. He would spend hours with us discussing using various mechanisms available to him to seek justice for the Armenian Genocide, first as a Congressman, then as a Senator. He has always made himself available to our community and spoken passionately about justice.

It was through his singular determination that the Armenian Genocide resolution was passed in the Senate. I cannot forget his impassioned speech on the floor of the Senate week in and week out until his colleagues relented. He did this, and more, because he knew it was the right thing to do. In meeting with him after the historic vote, he communicated to me that this was to serve as a small means of relieving the pain that was now over century old for our community.

Over the decades, when they were still alive, Senator Menendez met with and heard the survivors of the genocide over and over again. He didn't have to do any of this. Most did not. But Senator Menendez is an honorable public servant. He took that role seriously and never lost sight of why he was elected to public office.

I have had the honor of meeting with Senator Menendez over a hundred times in the last 30 years. I always left every meeting knowing that the public servant, I just met with was a man of honor and would keep his word. And, he always did.

I do not know the details of the case against him. I do know that for a community of over 50,000 Armenian Americans in NJ and over 1.5 million across the United States, Senator Menendez is our hero. Often at his own detriment, with a laser focus on what is right, he delivered to our community some semblance of justice for the first crime against humanity of the 20th century. He delivered justice for 1.5 million victims of the Armenian Genocide and the descendants of their survivors who make up the bulk of Armenian Americans in the United States.

I understand Your Honor is considering a sentence for Senator Menendez. I would beseech Your Honor, to take into account the voices of the 1.5 million victims and the 1.5 million descendants who feel a small modicum of justice and who sleep a little better every night because of Senator Menendez's good work in delivering justice not for votes or funds, but because it was the right thing to do.

Thank you for taking the time to read this letter. Our community continue and will continue to hold Senator Menendez in honor and hope the Court will take into account his immeasurable contribution to deliver justice to small, insignificant minority to whom he gave voice.


Respectfully,

Ani Tchaghlasian

**Savas C. Tsivicos**
524 Green Grove Road  Wayside, New Jersey  07712
tsivikos@aol.com

August 9, 2024

Dear Honorable Judge Sydney Stein,

I am writing this letter in support of Senator Bob Menendez whom I have known for over 30 years. I am a Cypriot-American and a resident of the State of New Jersey for over 40 years and have held many leadership positions in the Greek American Community throughout the years and am currently serving as Supreme President of the largest and oldest Greek American organizations, the AHEPA, American Hellenic Educational Progressive Association founded in 1922.

My interactions with Senator Menedez over the years had let me to conclude that he has been a true public servant always fighting for his constituents in particular.  I want to point out one of our early interactions which to this day stands out.  I had requested a meeting to discuss the Cyprus issue which was relatively new to him.  Cyprus was invaded by Turkey in 1974 and fifty years later Turkey still occupies 37% of the country.  The invasion of the tiny island by Turkey left over 5000 dead, 1,700 missing, and 200,000 refugees.  When I explained to the Senator the destruction that took place in 1974, he promised that he will make the Cyprus issue one of his priorities because he said he was a refugee from Cuba himself and he fully understood the issue.  I can say with certainty that the Senator, for over 30 years always highlighted the injustice in Cyprus, expanding political capital without expecting nothing in return.  He often stated that for him, it was a "matter of principal" and that the United States foreign policy should not use double standards.

Another example with significant impact on the USA relations with Greece and Cyprus was this leadership in introducing legislation cosponsored by Senator Rubio of Florida, the East Med Act, which established the strategic alliance of the three countries.  The USA as a result of his actions, leadership and legislation, considers Greece and Cyprus strategic partners and pillars of security, stability and peace in the Eastern Mediterranean.  This accomplishment came with a lot of resistance but now everyone understands that leadership and vision bear significant results.

It is very hard for me to accept the allegations by the Prosecutor for such a principled public servant.  I don't have any personal experience of the details of the allegations but my experience with the Senator, for over 30 years, has been exceptional.  The Senator is a genuine human being, always eager to help his constituents without ever compromising his principles and ideals for the sake of expediency.  I can proudly call Senator Menedez a true friend, an exemplary public servant and an uncompromising patriot always promoting, defending  and protecting the USA.

Continued
Page 2 of 2 Pages
August 9, 2024

I understand, your Honor, that you are about to render a decision and impose a sentence based on the recent decision of the jury.  The purpose of my letter is to ask you, your Honor, to take into consideration, his incredible public service, the devotion to his constituents, and the leadership he demonstrated when others were afraid to stick their neck out on important and often critical issues for our country.

Our country, your Honor, is going through some difficult times with domestic and international challenges.  Senator Menendez can play a significant role due to his life time experience dealing with these issues instead of serving an unjust sentence.

In closing, your Honor, I would like to thank you for taking the time to read my letter of support. Senator Menedez has been publicly shamed and punished enough.  Any further sentencing will not be fair and reasonable! I refuse to believe that God intends such an end to a brilliant public service for Senator Menendez.

Lastly, let me state that I am devastated and saddened by the position the Senator, my good friend, finds himself in.

I ask you, your Honor, for your absolute leniency and if necessary, to impose the absolute minimum sentence allowed.

Senator Bob Menendez has truly made a difference in the lives of many people, and certainly he has touched my life.

Respectfully,

Savas C. Tsivicos

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 15, 2024

Dear Honorable Judge Sidney Stein,

I want to thank you for taking the time to read this and the many other letters submitted on the Senator and his family's behalf - you do not have any easy job in assessing the penalty he will face and the impact it will have on his family and the rest of his life – but I hope that this letter and the many letters that you will read on his behalf, give you a total picture of who Bob Menendez is – as a man who has spent his life committed to fighting for justice and empowerment of some of the most vulnerable communities.

I have known the Senator for nearly 20 years, as someone who has worked on Latino political empowerment and through his daughter, Alicia Menendez and son-in-law, Carlos Odio, who are two of my dearest friends (I introduced them).

Let the record show that Senator Menendez has given his life to service. He and his family have sacrificed a lot in that lifetime of service – I have seen it first hand. As individuals, we should never be measured by one moment in time or our biggest failures or mistakes - if that were the case we would be living in a much different world.  The beauty of justice is that it can be restorative - when people are willing to build and move on from their darkest moments.

I have spent all of my professional career working to build power for the Latino and immigrant communities in this country. Communities that have too often gone unrepresented and unseen. In the nearly last 20 years of service in the Senate, Senator Menendez was a lion of the Senate on behalf of a community that went beyond the constituents in New Jersey that he represented. But he saw it as his duty to be a voice for those that no one else was standing to give voice - the millions of Latinos and undocumented immigrants in this country.  There have been far too many moments in time, where politicians have lacked the political courage and will to stand up for such vulnerable communities in this country - but Senator Menendez was the moral voice that reframed a debate or stopped bad pieces of legislation targeting immigrants from moving forward. Delivering impassioned speeches on the floor of the United States Senate to protect Dreamers, to put holds on pieces of legislation that would harm our communities –the impact of his career and the void of his presence in the Senate on these critical issues will be deeply felt.

Lastly, I am one of the few people that has been able to experience Senator Menendez as a grandfather. While most people in the world experience him as I see him professionally - someone undaunting, feared and to be reckoned with on the issues he was most passionate about -  that completely falls away with his granddaughters Lina and Feli. As grandfathers do with their granddaughters, he becomes a puddle of hugs and pride - losing all airs of being a United States Senator. For them, he is just grandpa and he is one of their favorite people. They have been rightfully shielded from the public specter of the Senator's trial and all the attention and shame it has brought to their family. And it breaks my heart to think that two young girls who adore their grandfather, may not be able to have him as a part of their lives.

As you assess this sentencing, please take into consideration Senator Menendez as a person, and his lifetime of commitment to service and sacrifice on behalf of not just his constituents of New Jersey, but millions of immigrants and Latinos, who are forced to be invisible – that he used his platform in the Senate to represent. Part of justice has been served because he has been dismissed from office and the public shame brought onto him and his family.

Respectfully yours,

Stephanie Valencia



# THE DANIEL JORDAN
# FIDDLE
# FOUNDATION.
### FOR ADULT AUTISM
#### TRAILBLAZING SINCE 2002

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

September 9, 2024

Dear Honorable Judge Stein,

I am the Founder and Executive Director of The Daniel Jordan Fiddle Foundation for Adult Autism. The Daniel Jordan Fiddle Foundation is an all-volunteer run, not-for-profit organization serving adults diagnosed with Autism nationwide through our trailblazing adult Autism endowment funds at universities that focus on all aspects of adult life for the diverse population diagnosed with autism. Since 2002, our organization has been the national leader in addressing the residential, vocational, employment and community life needs of the over two million individuals who are diagnosed with autism throughout their adult lives as well as the needs and concerns of the family members of adults and importantly valuing the roles of direct care services providers.

An integral part of our mission has been creating and advocating for much needed public policy to address the lifelong needs of individuals with autism. Bob Menendez has been a legislative leader in New Jersey and nationally spearheading the enactment of vital legislation such as the Autism Cares Act that provides for much support and programming. Bob has been a steadfast champion in creating national awareness about autism and in educating fellow legislators about the importance of addressing the needs of the autism community as a matter of human rights.

Thank you for your consideration in understanding the important role Bob Menendez has played in addressing the needs and creating awareness about autism and the individual lives of millions of Americans impacted by this lifelong challenge.

Sincerely Yours,

Linda J. Walder

186 Seven Farms Drive, Suite F, BOX #389, Daniel Island, South Carolina 29492

**BOARD OF TRUSTEES**

Linda J. Walder, Esq., *Founder/President*
Frederick J. Fiddle, *Founder/Treasurer*
Vicki Ofmani, M.Ed., LDT-C, *Vice President*
Howard S. Fiddle, *Secretary*

**EXECUTIVE DIRECTOR**
Linda J. Walder, Esq.

**CONTACT INFORMATION**

p 800 249 9099
e info@djfiddlefoundation.org
www.djfiddlefoundation.org



Dear Honorable Judge Sidney Stein:

I have known Sen. Menendez for 26 years. I came to know him through working on the medium range missile transfer matter for Israel in 1998.

Senator Menendez is one of my best friends. I have had dinner with him every 3 weeks for 26 years. Ours has transcended a professional relationship, and we supported each other through times of divorce, heartache, and professional stress

He has held himself to a personal honor when it comes to friendship, and I do not question his commitment to those he loves. In perhaps a blindness, he will trust those closest to him for their word as he would believe it to be held to the highest standard.

His tireless work on behalf of our nation's firefighters must be recognized. His endless advocacy on the Firefighter Cancer registry and Zadroga 911 work was done out of genuine concern for the many firefighters who have been affected. By what is now documented cancer from their PFAS gear that they wear to combat flames, his efforts led the charge to right what is a terrible wrong. He did this out of goodness and concern and for no other reason than it was the right thing to do.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been that of one as a brother and a friend. His concern for me through my divorce and the wellbeing of my children was that of a man who cares deeply for those he considers his true friends The man that I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court can truly see the man that he is and fairly understand that a justice would not be served by a lengthy sentence. I ask for mercy and understanding for a life that has been devoted to public service and as one who holds a personal bond with the man I wish you to see.

I want to thank you for taking the time to read this letter. I hope my voice adds perspective and wish the blessing of this season upon you.

Very truly yours,

Managing Partner

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 23, 2024

Dear Honorable Judge Sidney Stein,

I have known Sen. Bob Menendez for over 30 years. I came to know him through his first  wife who was my high school teacher in Union City in 1977.

My family immigrated to Union City, NJ in 1976 after the Turkish invasion of Cyprus on July 20th, 1974. My first real interaction took place in January of 1994 when he unexpectedly came to my sister's wake. It never crossed my mind that a US congressman would show up to offer his condolences, sympathy and support to a refugee family that he only heard about from his wife. I was 33 years old and extremely moved and touched by his visit. I knew then that he was a special public servant, one with humility and compassion.

Another example of these positive traits, that stands out to me, took place in 1994 while he was serving in the congress.  Back then, Congressman Menendez lived on 15th street in Union City and my family lived on 18th street in Union City. During the weekends, when he was home,  he would drive by my house with his Volvo station wagon.  Every time he saw me outside my house he would stop and ask me about the situation in Cyprus. I would express my disappointment that nobody cared about the Turkish occupation, about the violations of human  rights and the injustice that was taking place in the small country of Cyprus. He would always encourage me to keep informing members of the congress and to not give up.

One weekend, realizing how frustrated I was he asked me "what would you like me to do?" I look at him and replied "are you serious?" He responded "of course I am serious, I would not be asking you otherwise!!" I said to him, "I am an American citizen and I have been trying to cross the dividing line in Cyprus to go visit my home in the occupied Cyprus, but the Turkish troops would not allow me. I want you to take me to see my home that I left behind in August of 1974." He replied "that's a tough one, I will think about it and let you know ."

I honestly never thought anything was going to happen because I had asked other congressmen in the past. It was a difficult task and crossings into the occupied area were not allowed. A couple of weeks later as he was passing by, he stopped his car and told me that he thought about what I asked and that he would take me to visit my ancestral home!  I could not believe what I heard!  I looked at him and said " I hope you are not going to disappoint me." He replied, "Tasos, I do not make promises that easily, but when I give you my word, I do it. Don't ever forget that." He continued by saying that the month of August would be the best time for the visit.

While I am all excited that I would be the first Greek Cypriot refugee to be able to visit his home, news broke out that NJ Senator Bill Bradley would be retiring from the senate and that Congressman Menendez was interested in the senate seat! I started believing that our trip would never take place since this was a huge political opportunity for Bob Menendez. I was worried and my hopes vanished. I kept saying to myself that the congressman would bail out. Late in July 1995, I received a call from Bob Menendez telling me that while he thought about canceling the trip, if he did so, he could not ever look at me again in my eyes! The trip was on.  This is Bob Menendez, a man of his word!

The trip to my home took place on August 25th, 1995. It was not easy traveling through the occupied area full of Turkish troops and constantly being followed by the military police. We put
ourselves in danger but we had a mission. My house is about a half hour from the dividing line but it took us more than 3 hours to get there. Bob Menendez never thought once about quitting. When we arrived at my village the first thing that stood out was the church where I was baptized. I told the driver to stop, I wanted to go inside the church. Once we stopped, the Turkish security told us that the church is locked up and nobody can go in…but I was insisting. Bob Menendez figured out I had something in mind, a way to go inside the church. While he preoccupied and entertained the Turkish security, I was able to open the back door. I was shocked to see a desecrated church with defaced icons. I had brought candles with me and I lit them. That holy place came to life again thanks to Bob Menendez.

Bob Menendez has said that that trip was, and remains today, one the most poignant and proudest moments in his political career. That trip to Cyprus was followed by many others, inspiring him as Chairman of the Senate Foreign Relations Committee to fight on behalf of the Greek Cypriots, push back Turkish aggression and advocate for a strong and close Cyprus-US partnership.

Your Honor, you are being asked to impose a sentence on Senator Menendez. The purpose for me for writing this letter and sharing my own experiences with Senator Menendez, is to make sure that the Court is aware of the incredible good work he

has done in his life. I very much doubt that Your Honor has encountered a defendant who has done so much, for so many people. I ask you, Your Honor, not to lose sight of all the good he has done for his country and around the world, over his decades of public service, and particularly the personal attention and care he has shown.

My personal opinion is that this country will be far worse off if Sen. Menendez is serving a sentence rather than using his skills, knowledge and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen. Menendez has already been punished in so many ways by this case-the public shame and the mockery, the loss of his office, the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair to also ask him to serve a sentence, especially when he can otherwise still be so much help to his community.

I want to thank you for taking time to read this letter. I am sure I am just one of many people who have been deeply saddened by the circumstances  Sen. Menendez now faces. I hope and pray the Court appreciates how special of a man he has been and will continue to be to so many.


Very truly yours,

Tasos D Zambas

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 15, 2024

Dear Honorable Judge Sidney Stein,

I write as someone who has known Senator Menendez for 18 years. I met him through close friends from New Jersey and have had the pleasure of interacting with him in his capacity as a United States Senator, as DSCC chair, and ultimately as a friend.  The Bob Menendez that I know is a man of principles, someone who has used his tenacity and first-rate intellect to advance his country's interests, and a kind and empathetic family man.  I have witnessed these characteristics over and over again the last two decades but would like to highlight some specific instances.

One instance that stands out to me was Senator Menendez's effort to formulate a new Eastern Mediterranean strategy for the United States that would beat back rising Chinese and Russian influence. The highlight of this effort was the 2019 Eastern Mediterranean Security and Energy Partnership Act – a piece of legislation which I analyzed for think tanks, which I spoke about in media appearances and which I openly supported as it made its way into law.

After introducing this legislation, Senator Menendez traveled to Greece and delivered a major address on what became known as the East Med Act. During his address, he was confronted by the Russian Ambassador and gave a spirited and decisive response. This exchange illustrated what was at stake for the US in the debate over a new Eastern Mediterranean policy and how America's adversaries would push back.  Five years later Greece has decisively taken sides in the great power competition between the US and Russia, the United States is more popular in Greece than it has been in decades, and the alliance between Athens and Washington are stronger than ever.  There were other American officials who helped lead on this issue — Representatives Gus Bilirakis, Ted

Deutch, and David Cicilline; Senator Marco Rubio; US Ambassador to Greece Geoffrey Pyatt; and former Assistant Secretary of State Wess Mitchell — but it is hard to believe that the US would have achieved many of the victories it has in the region without Senator Menendez's mastery of policy details, his ability to sway public opinion in allied countries, and his eagerness to pick public fights with America's adversaries.

Another instance that will forever stand out to me was Senator Menendez's efforts to recognize the Armenian Genocide. After a frustrating Congressional debate over the last two months of 2019, a resolution co-sponsored by Senators Menendez and Cruz recognizing the Armenian Genocide was adopted unanimously by the US Senate. As he noted that survivors of the Armenian Genocide were alive to appreciate this recognition, Senator Menendez's voice cracked, and he shed tears as he finished his remarks. While he had policy reasons for pursuing this recognition, the emotions he displayed upon realizing his policy goal demonstrated that for him this was a matter of justice. Despite decades of unsuccessful attempts to achieve this recognition and several last minute stonewalling efforts, justice *was* done that day and Senator Menendez's moving reaction made the policy victory even more special. It also demonstrated that at his core *justice* would always be one of his guiding principles. It is for that reason that I — like constituents and friends in the struggle for justice for Cyprus, for the Cuban people, for Armenians and many other issues — considered Bob Menendez a kindred spirit and not just an elected official.

The above two instances combined illustrate the tenacity that I admire in Senator Menendez. It would have been easy to treat these efforts as Quixotic or pursue them with half-measures that would have satisfied the emotions of constituencies but not achieved the policy goal. Both achievements resulted from decades of learning the issues, of knowing what the art of the possible was, and making sure that American interests and values were well served. The US is well served by the basing rights it has in Greece (which allows it to supply Ukraine) and the presence it has in Cyprus (which allowed it to establish the humanitarian maritime corridor to Gaza). In Greece, the public used to see US bases there as a negative and 11 years ago, Cyprus was still in the Non-Aligned Movement. Senator Menendez's policy achievements and personal popularity has literally flipped the

sentiment in both countries.  At a time where anti-Americanism is on the rise worldwide, our country owes Senator Menendez a great debt for having successfully planted the seeds for pro-Americanism in these countries which have become — in the words of Administration officials and US diplomats in the region — "pillars of stability" and "indispensable" allies and partners for the US in the most unstable of regions.

Beyond his impressive record as a Senator, Bob Menendez stands out as a human being. The empathy noted above in the instance of Armenian Genocide recognition is something that he regularly demonstrates to friends.  I know this firsthand as he was a constant source of support during two especially difficult times in my life. The first was the two-year period between my father's stroke and passing and the second is my wife's present battle with stomach cancer.

My friend Bob has provided multiple pick me ups - a text, a quote, a prayer - that made the most difficult of days easier. Finding my wife's phone number from a common friend - instead of asking me - and calling her while she was undergoing chemotherapy is demonstrative of Bob's genuineness, care and empathy. He provided emotional and spiritual support to an entire family.

As a Senator and person, Bob Menendez was motivated by the goal of making a positive impact in people's *lives*. I believe his sense of justice and personal empathy are explained by the fact that he approached life we a sense of *agape* - or the purest definition of love in Ancient Greek. Dr Martin Luther King described agape as "more than friendship. Agape is understanding creative redemptive goodwill for all men. It is an overflowing love, which seeks nothing in return. Theologians would say that is the love of God operating in the human heart."

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Senator Menendez have allowed me to witness the love of God in a human heart.  The United States, his constituents, those who have pursued justice for decades and his friends are all better for his love.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez. I also understand that it is impossible to fully realize the quality of Senator Menendez's character and contributions to our country through a single court case.  I make it a habit not to speak in absolutes, but I have never encountered someone who combined patriotism, public service and agape the way Bob Menendez has. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of the positive impact Bob Menendez has made on his country, on his world, on individuals - all when it was needed the most and most impactful.

Your Honor, I hope you calculate the punishment that Senator Menendez has already had endured - public shaming, an ignominious end to his career in public service, what history will say about him, the psychological effect on him and his family - in imposing a sentence. I truly believe justice will be best served by allowing Bob Menendez to serve his community. He has been a voice for so many who considered themselves voiceless and our country and world can still benefit from that voice being heard.

Your Honor, thank you from the bottom of my heart for taking the time to read this letter. I am saddened by the circumstances and wish I was writing all this sure in a different context. But the substance would have been the same.  I hope the Court finds the patriotism, effectiveness and kindness of Bob Menendez and as something our country has benefited greatly from and as something that can continue to help so many of our communities.

Respectfully yours,
Endy Zemenides