# **Exhibit A**

Dear Honorable Judge Sidney Stein,

I am writing to you today about Senator Robert Menendez. I have known Senator Menendez all my life; to me, he has always been Uncle Bob. I have fond memories of him from when I was a child, long before he became a figure in politics, before his rise in the Senate, and before he appeared in your courtroom. I believe that knowing him from childhood to adulthood gives me a unique perspective on who he truly is.

I remember Uncle Bob when he lived with his mother, my grandmother, one of the most cherished people in my life. Uncle Bob was in high school then. He seemed so mature and wise to me at that time. He would play with me and roughhouse, much to my grandmother's dismay, but it was always fun for me. He was a mail carrier then, always working, always helping. I also remember when he became Secretary of the Board of Education in Union City. Even though I was young, I knew it was important, though I did not realize just how young he was when he took up that position. He had a better head on his shoulders than I ever did at that age.

One of my strongest memories is from when I was in third grade, and my grandfather, Uncle Bob's father, took his own life. Uncle Bob came to our house to break the news. It was a terrible day for my family. My mother's scream and tears are something I will never forget. Uncle Bob took care of me that day. He knew my mom needed time to pull herself together, so he took me outside to play catch. He took care of all of us that day. He has always been a loving family man.

As time went by, Uncle Bob continued to practice law, but his passion for politics never waned. I remember when he testified against William Musto in a corruption case. He always taught me to do the right thing, no matter the personal cost. Those were days when he had to wear a bulletproof vest because of threats to his life. Still, he continued despite the danger because he believed in what he was doing.

Time went on, and my uncle moved up the political ranks. I witnessed the arduous work he put in, always believing he could make a difference. I saw the good times and the bad. I also saw a man who stuck to his convictions and overcame the odds. He inspired me to rise above my station, to make a better life for myself, and to help others. This inspiration led me to medical school and ultimately to becoming an orthopedic surgeon. Such was the impact my uncle had on me and on all the people I now serve. To me, he was still just my uncle—the one who would pester me about my grades and was always around for holidays and major life events.

My uncle has always been about service—service to his constituents, to his family, and to his friends. He has helped my father's family many times with a recommendation for a job or for school. He has also helped countless people in the Union City community with immigration issues, finding housing, and bettering themselves. His life has been one of service, a testament to the American dream for himself and for those he has served.
Now, Uncle Bob is also an uncle to my boys. He is my older son's godfather. He is still the loving and caring individual I grew up with. He still calls us and sings "Happy Birthday" every year, something we all look forward to. He still checks in on my boys about their grades and showers them with love.

I do not have personal knowledge of the allegations made against him by prosecutors, as I was unable to attend the trial. However, my experiences with Uncle Bob have always been positive. He is a good man who pulled himself up from an immigrant household and held himself and those around him to a higher standard. He is a man of service, devoted to his country, his family, and his constituents. The man I know is an honest man, a true patriot.

I understand that Your Honor is being asked to impose a sentence on Uncle Bob. My purpose in writing this letter is to share with you the man I know. A man who has always stood for what was right. A man who would not even smoke a Cuban cigar with me in the privacy of our home because there was an embargo at that time. A man whose greatest aspiration has always been to serve this country. And a man who loves his children, grandchildren, and nephews with all his heart.

Uncle Bob has done so much for so many and asked for nothing in return. He reminded me of this when I care for my patients. Once, when I was at my wit's end with the constant questions about medicine, he reminded me that our job is to serve. I sincerely hope the court does not lose sight of all the good my uncle has done.

I genuinely believe that this country and my family would be much worse off if Uncle Bob is serving a sentence rather than continuing to serve his community and his family. My uncle has already been sentenced in many ways and suffers daily knowing that all he has done, all he has strived for, and whatever good he has done has been overshadowed. He fears that history will not remember his honorable deeds but rather his failures. I do not think it would be fair to punish him further, as he already lives in his own personal purgatory. Moreover, serving a sentence would mean a death in jail, robbing his children of their father, his grandchildren of their grandfather, and his nephews of their beloved uncle. Truly, the sentence would not be served by one man but by an entire family.

Thank you, Your Honor, for taking the time to read this letter. I am deeply saddened, as many are, by the circumstances my uncle faces. I implore you to consider how important this man is to so many people, how vital he can still be to our future as a nation and as a family.

Sincerely,
Dr. Ronald M. Gonzalez

Dr. Ronald Gonzalez
Assistant Professor
Hand and Upper Extremity Division
Department of Orthopaedics and Rehabilitation
University of Rochester Medical Center
Phone: (585) 275-5193<tel:(585)%20275-5193>
Fax: (585) 273-3297<tel:(585)%20273-3297>

601 Elmwood Avenue · Box 665 · Rochester, NY 14642
www.urmc.rochester.edu

# **<u>Exhibit B</u>**

# JANET MURGUÍA

202.360.0832 | Washington, D.C.

August 17, 2024

The Honorable Judge Sidney H. Stein
500 Pearl Street
New York, NY 10007

Dear Judge Stein:

My name is Janet Murguia, President and CEO of UnidosUS, the largest national Latino civil
rights and advocacy organization in the US. I have known Senator Bob Menendez for more than
30 years, having first met him when I was working as a counsel for the Energy and Commerce
Committee in the US House of Representatives. I also worked closely with then Congressman
Menendez when I served as Deputy Director of the White House Legislative Affairs Office
during the Clinton Administration.  Senator Menendez has also been a key and integral partner of
UnidosUS since I became head of the organization in 2005.

I write to note that while many know that Senator Menendez has devoted his entire life to public
service -- beginning as a teenager -- they may not know the level of admiration, respect, and
affection for Senator Menendez among the nation's 62 million Latinos. He is revered for his
tireless, selfless, and unwavering support and advocacy on behalf of the Hispanic community
throughout the years he has been in the House and the Senate.

He has been a fierce and fearless advocate that we have always counted on to be there for us and
arguably the most powerful and influential Latino member of Congress ever to serve in the
House and Senate. His knowledge of the legislative process and willingness to work with both
sides of the aisle to achieve solutions have made him a uniquely effective Congressman and
Senator, especially on the priorities of our community and of working families. His record of
accomplishment speaks for itself and is unparalleled on virtually every issue impacting our
community.

He has been an indispensable champion on behalf of the Latino community with a long trail of
positive impact and progress. He has made an undisputed difference for our community on
countless issues.

He was a leader in the bipartisan Senate coalition that shepherded the only comprehensive
immigration legislation to be passed by the Senate in this century. He was instrumental in
creating the Consumer Financial Protection Board, the first governmental body of its kind, which
has protected our community and other communities of color from predatory lending in housing
and the automobile industry. He was a key leader in ensuring that the Affordable Care Act
included Latino families. As a result, more than four million individuals in our community were
able to access health care for the first time. He has been a leading advocate for affordable
housing, helping to protect both renters and homeowners and helping to enact programs to assist
buyers in purchasing their first home.  And he fought for child tax credits that lifted millions of
Latinos out of poverty.

He has been an incredible force in helping to empower and give voice to Latino concerns and increase our visibility and representation in American life. He spent two decades working to gain Congressional approval to build a national museum of the American Latino within the Smithsonian, which will be constructed on the national mall in the coming years to sit alongside every other museum which highlights and celebrates American history and culture. He has been a longtime advocate for greater Hispanic representation in corporate America and on Wall Street. And just last year, he almost single-handedly secured the nomination and confirmation of the first ever Hispanic to be named to the Federal Reserve Board of Governors in that body's more than 100-year history.

I have known and worked with Senator Menendez for more than 30 years and have never witnessed the Bob Menendez portrayed during the trial and in the media. In fact, I know him to be honest, principled, transparent, tough but fair, a man of deep faith, and someone who has always been eager to make life better for the most vulnerable in our society. And personally, I have known him as a loving and devoted father and grandfather — and a man who cherishes family.

When my mother was very ill with Alzheimer's, Senator Menendez went out of his way to share his experience with his own mother who suffered from the same illness. It became clear to me that he and I shared a tremendous devotion to our families, and our mothers in particular. His willingness to confide his vulnerability and grieving process meant a great deal to me at an extremely difficult time in my life.  In my view, it also spoke volumes about his caring nature and humanity.

I understand that your Honor is being asked to impose a sentence on Senator Menendez. I respectfully ask that you take both this letter and Senator Menendez's entire career and legacy into consideration.  He has devoted five decades of his life not only to serving the Latino community, but the people of New Jersey and millions of families who have so greatly benefited from his life and work. I believe that he has the ability to continue to contribute to society in many positive ways if he is given the chance.

Thank you very much for taking the time to read this letter.

Sincerely,

Janet Murguía

# **<u>Exhibit C</u>**

District Judge Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

September 24, 2024

Dear Honorable Judge Stein,

My name is Eduardo Bhatia. I am the former President of the Senate of Puerto Rico and currently a visiting professor at Princeton University. I have known Senator Robert Menendez for over two decades, during which I have come to recognize his extraordinary contributions as a public servant, not only to New Jersey but also to communities far beyond, including Puerto Rico.  Although I do not have any personal knowledge of the allegations made against him by the federal prosecutors, I feel it is imperative that I share the following information with you before sentencing Mr. Menéndez.

Early in his Congressional career, Bob Menendez became deeply acquainted with Puerto Rico, and I had the opportunity to work closely with him on critical issues affecting the island.  One of the most significant examples of Bob Menendez's commitment that I personally witnessed was his relentless effort to include Puerto Rican residents in the Affordable Care Act. His dedication to helping poor families attain access to healthcare was unwavering, and his work directly improved the quality of life for so many who had previously been left behind. His leadership on this issue exemplified his deep care for the well-being of vulnerable communities.

I also observed his tireless efforts to uplift Latinos, Blacks, and other minority groups in the United States. Bob spearheaded and championed legislation aimed at providing educational opportunities and creating jobs for those who need it most. I will never forget his leadership on the DACA legislation, which gave countless children of immigrants hope and opportunity in this country. His efforts have always been rooted in a genuine desire to ensure a more just and equitable society for all.

But perhaps most profoundly, I saw firsthand his commitment to Puerto Rico during one of the island's darkest hours. After Hurricane Maria devastated Puerto Rico in 2017, Bob Menendez was one of the first to offer assistance. His immediate and persistent advocacy for aid to rebuild the island demonstrated not only his deep concern for the people of Puerto Rico but also his belief in the responsibility of public service during times of crisis. He was more than a Senator during that time—he was a true friend to Puerto Rico, offering hope when it was needed most.

On a personal level, Bob Menendez is my dear friend. I know his children and his family, and I can attest to the kind of person he is. He is a caring father, a role model for young Latino leaders across the country, and a man of great integrity. Throughout our years of friendship, I have come

to admire not only his political acumen but also his unwavering commitment to making a positive difference in the lives of others.

I understand that Your Honor faces a difficult decision in sentencing Senator Menendez. I want to emphasize that whatever actions are at the heart of this case, they should not overshadow the incredible good he has done for so many people over the course of his life. His record of public service is one that reflects a lifelong dedication to helping others, particularly the most vulnerable.

I humbly ask that Your Honor keep in mind the vast impact that Senator Menendez has had on countless lives—his decades of leadership, the care he has shown to friends and constituents alike, and the profound difference he continues to make, even now. The consequences of this case have already been deeply felt by Senator Menendez, his family, and his career. I sincerely believe that his talents and dedication can still contribute much to the nation in these troubled times.

Thank you for your time and consideration in reading this letter. I am just one of many who have been saddened by the circumstances Senator Menendez now faces, but I remain hopeful that the Court will take into account his lifelong dedication to serving others and his immense contributions to the country.


Very truly yours,

Eduardo Bhatia

# **<u>Exhibit D</u>**

Elio E. Muller



The Honorable Sydney H. Stein
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

August 27, 2024

Dear Judge Stein,

I met Sen. Menendez in in New York in 1992 when I was a young Cuban American political activist in Florida, and he was aspiring to his first Congressional campaign. What first drew me to Sen. Menendez was that we were both relatively young Cuban Americans sharing similar backgrounds and values. My family came to the United States in 1961 fleeing communist dictatorship in Cuba. My family arrived in Tampa when I was 5 years old, and I lived in public housing as boy. I went on to graduate from college and law school and served as an Assistant States attorney and in private practice. He and I hit it off early when we interacted in Washington DC while I served as a political appointee of President Bill Clinton at the U.S. Department of Commerce as the Deputy Director of the Minority Business Development Agency under Commerce Secretary Ron Brown. While at Commerce, I also served as the White House liaison to the Cuban American communities which were mostly in Florida and New Jersey.

Prior to my political appointment in DC, I had a law practice in Florida where my law partner and I had been representing Cuban dissidents active in Cuba, and former Cuban Political Prisoners pro-bono. Like me, Sen. Menendez had grown up within the Cuban refugee community and was an advocate for former Cuban political prisoners in his own community in New Jersey. It should be remembered that in 1993 the Soviet Union and the Berlin Wall had recently fallen and there was great hope that Cuba's communist regime would follow.

Early in his first term in Congress and early in my tenure in the Administration, we went to dinner one evening, after Sen. Menendez had met with President Clinton. The President had asked him for ways to make the embargo more effective and thereby expedite the aspirations of freedom in Cuba. At that dinner, I shared with Sen. Menendez an idea about defining a future transition in Cuba. At the time no one had contemplated or written about how to influence a peaceful transition in Cuba. It was a concept of defining a path of gradual rewards for a future Cuban regime transitioning to democracy and market economy. It was the carrot option to accompany the stick sanctions that already existed in the embargo. Sen. Menendez immediately endorsed the concept and committed to advancing it in legislation. He assigned

1

his legislative assistant to work with me to write the legislation, which became The Menendez Bill, in the House of Representatives and passed and signed into law as the Title II of Cuban Liberty and Democratic Solidarity Act of 1996. While today Sen. Menendez is known for his hard line on US Cuba policy, this early experience that I had with him was focused on making peace and reconciliation with Cuba. He was immensely inspired that he could lead the US in such a direction, and we shared the satisfaction of using our own Cuban American leadership in a such a powerful prospect for our community. There were no financial interests for any of us in these endeavors, only good policy for the American People.

Thereafter, Sen. Menendez and I shared many other common paths due to our alignment of democratic values. We collaborated in advancing environmentally friendly energy policies and generally in leading Hispanic empowerment. In more recently years, it has been his leadership in Hispanic empowerment that I have seen him act giving me most pride in his leadership. While his own constituents in New Jersey are mostly Cuban Americans and Puerto Ricans who have not traditionally had immigration challenges, Sen. Menendez has consistently stood as the leading advocate for immigration policy that is fair and just. I have been the leading advisor and coach to Caribbean Hispanic (Cuban, Puerto Rican, Dominican, Venezuelan, Columbian) candidates for Presidential appointments during the Clinton, Obama and Biden administrations. In all of those years, the most valuable endorsement and support of these candidates has come from Sen. Menendez. In this role, made us, and the process, better by insisting on highly competent candidates that would shine in their proposed jobs so that in turn, through their service, they would reflect the value of Hispanic leadership in Government.

More recently as a member of the Senate Banking Committee, he has worked tirelessly for diversity in US Public Corporations. Quoting from a press release on February 23, 2021:

> "U.S. Senator Bob Menendez (D-N.J.), the highest ranking Latino in Congress, today introduced legislation that would require public companies to disclose information related to the racial, gender, ethnic makeup and veteran status of corporate boards and senior management. The Improving Corporate Governance Though Diversity Act of 2021 addresses shortcomings in the U.S. Securities and Exchange Commission's (SEC) diversity disclosure rule."

For many years, before introducing this legislation, Sen. Menendez has called out the dismal lack of diversity on public corporate boards and has been the biggest advocate for Hispanic inclusion therein.

Through all of these years I have only seen Sen. Menendez apply his power and leadership for the good of his constituents, minorities and for the greater good of making America advance to the aspirational values of our country. He knows power, how to obtain it and wield it, but always for the greater patriotic good. In all these years, I have never seen Sen. Menendez act in a selfish or self-serving manner. I have never seen any action on his part to enrich himself. In turn, his leadership has made the lives of countless thousands of American better and has set a standard of character and honor for Hispanic leaders in this country despite the outcome of this case.

Your honor cannot appreciate the shock and surprise to me and our mutual friends to read and hear the news about the matters giving rise to this case. While we have no personal knowledge of these matters, other than what we have seen in the press, this is not the man we have known and served with for over three decades of his time in Washington. Your honor has the task before your court to judge him in sentence. Please take a measured accounting of his great body of work and his tireless service, his

2

advocacy for the underserved, and his patriotic history. It would not be just to simply follow a sentencing guideline formula to sentence this man. The tragedy of his immense fall through this case has been more than enough punishment. As a former prosecutor, I know that the Government will advance the proposition to make an example of him through your rendered punishment. Justice would not be best served by a sentence of incarceration for Sen. Menendez. I ask you to render an example of equity and justice that balances a life of great and noble service in the sentence that you impose here. No matter how big a mistake you may see before you, it dwarfs in the size of his good works.

Sincerely,

Elio E. Muller

# **<u>Exhibit E</u>**

September 5, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

My family has known Senator Robert Menendez as an advocate for the Armenian-American community for many years, but it wasn't until 2021 that I met him personally. It is my hope that the two examples I will share with you paint a picture of the smart, compassionate, and committed person that he is.

I'm addressing these lines to you as a proud United States citizen, born in Argentina, and the granddaughter of the sole male survivor of the Armenian Genocide on my father's side. My family history resembles that of many other ethnic and religious minorities that have been dispersed around the world seeking safety and freedom. My parents settled in Argentina after fleeing persecution in Turkey, and I came to the U.S. in 1981 during the military dictatorship in Argentina.

I've lived my entire adult life in New Jersey. For 40 of the 42 years that this has been my home, the U.S. government did not acknowledge the basic circumstances that led my family to flee our ancestral homeland: the Armenian Genocide, one of the worst mass atrocities of the 20th century. Beginning in 1915, 1.5 million Armenians, or ⅔ of the Armenian population in present-day Turkey were deported, massacred, or marched to their deaths in a campaign of extermination at the hands of the Ottoman Turks. Adolf Hitler, seeing that the perpetrators of the Genocide were not brought to justice, famously said, "who, after all, remembers the annihilation of the Armenians?" Hitler found the Armenian 'solution' an instructive precedent for the Holocaust. In fact, historians have found that the Nazi worldview was shaped by the Turkish Revolution and getting away with genocide.

To me, and to the approximately 500,000 American-Armenians who call the U.S. home, loving this country has been bittersweet at times. Refusing to acknowledge the genocide for what it was has robbed us of our full humanity. Imagine for a moment how it would feel to be the descendant of Holocaust survivors if the U.S. didn't acknowledge that 6 million Jews had been brutally murdered, or that the events are not taught in schools. Continue to imagine that the U.S. would maintain close diplomatic relations with a country where mere mention of the Holocaust would land you in prison or worse, threaten your life. In this case, I am talking about Turkey. This is largely what it feels like to be a descendant of Genocide survivors, as I am, here in the U.S.

Sen. Menendez took upon himself to listen deeply to the experience that I and others in my community had. Where we once felt unimportant and ignored, he listened to us and understood that this injustice was worth championing. He led the push for a formal Senate Resolution to recognize the Armenian Genocide in every single session of Congress since 2006. Not for two years, or five, but for 13 years. Until finally, in December 2019, the Senate finally passed his resolution. He gave us a voice when we felt powerless to global powers much larger than us. Thanks in large part to his leadership, in April 2022, President Joe Biden became the first sitting U.S. president to recognize the killing and deportation of approximately 1.5 million Armenians in Turkey as genocide. I cannot describe to you how healing, how meaningful this event was for me personally, and for our community at large. I could not be more thankful to Sen. Menendez for standing up for us for so many years. For our community in New Jersey, he was the best champion we could ask for – always answering our calls and fighting for our cause as if it were his own.

Sen. Menendez's dedication and compassion extends outside of the legislative agenda, too. In Spring of 2022, my husband experienced respiratory failure and was in the ICU in critical condition. He wanted nothing more than to see his brother, who lives in Lebanon. When faced with the reality that obtaining a visa to travel to the United States would take over a year, I called on Sen. Menendez to help. Without hesitation, he said he would do whatever he could to ensure that my brother-in-law would make it to the U.S. as soon as possible. Needless to say, through Sen. Menendez's intervention, my brother-in-law was able to quickly obtain a visa appointment at the US Embassy in Beirut, and just one week later, the two brothers were united.

The care and dedication I received as a constituent of Sen. Menendez is unlike anything I ever expected to receive from a politician. As I noted in my opening paragraph, I'm from Argentina, and I know crooked politicians. Sen. Menendez is not one of them! In fact, Sen. Menendez taught me firsthand what selflessness and dedication to public service is all about. I have immense gratitude for his ability to connect with me on a personal level during the most difficult time of my life, and to use his position of power for good. That union would not have been possible without him. Indeed, it ended up being the last time my husband would see his brother on this earth, and for that I am eternally grateful.

Your Honor, I thank you for taking your time in reading this letter where I shared my personal, and positive, experience with Sen. Menendez. I can only imagine that you will hear more examples of good deeds he has done, asking for nothing in return as it was in my family's situation.

I believe that our country will be worse off if Sen. Menendez serves a prison sentence rather than being in the community serving our country. I hope that Your Honor has seen that Sen. Menendez has already been punished in many ways by this case through public shame, the loss

of his office, and how his legacy will be viewed. I believe that he still has so much to offer to all of us.

I want to thank you once again for taking the time to read this letter, amongst so many others, who have been as disheartened as I've been by the circumstances faced by Sen Menendez. I am confident that your court will see all the good he has done, the patriot that he is, and treat him fairly.


Sincerely Yours,
Vera A. Nazarian

# **Exhibit F**

## NICOS ANASTASIADES
FORMER PRESIDENT OF THE REPUBLIC OF CYPRUS [ 2013 - 2023 ]

9th of October, 2024

Honorable
Sidney H.Stein
Daniel Patrick Moynihan United States Courthouse
300 Pearl Street
New York, NY 10007

Your Honor,

I appeal to your honesty, with all due respect, in the hope of helping to paint a more accurate picture of the personality and ethos of the distinguished Senator Robert Menendez.

I am writing to you in the capacity of former President of the Republic of Cyprus between 2013-2023, but also as a former chairman of the Foreign Affairs Committee of the House of Representatives during which I had first met Senator Menendez.

Throughout our long acquaintance I found a genuine and reliable American politician, who with all his political action, for the prevalence of international law, helped in the reorientation of the foreign policy of the Republic of Cyprus, with the result that the former member country of the non-aligned became, during my presidency, a strategic partner of the USA.

At the same time, with his own initiatives, he helped deepen the relations of the Republic of Cyprus with the state of Israel, Egypt and Jordan.

His struggle to end the Turkish occupation of Cyprus, on the basis of UN resolutions, was the most credible solution for the benefit of both communities of the island, Greek Cypriots and Turkish Cypriots, which would also greatly help in the normalization of relations between two allies, the Hellenic Republic and Turkey.

It was precisely this sincere interest in peace in the Eastern Mediterranean region that led me to the decision to award him the highest honor of the Republic of Cyprus.

I cannot ignore his persistent struggles to rid the Republic of Cyprus of Russian influence through the facilitations provided for the docking of Russian warships or the detachment of my country from Russian investments and the fight against money laundering.

NICOSIA TOFARCO BUILDING ♀ 30, CHYTRON STR., BLOCK A, 2ND FLOOR, 1075 NICOSIA ☏ (+357) 22 573 999

LIMASSOL IMPERIUM TOWER ♀ 64, OMIROU STR., 3096 LIMASSOL | P.O. BOX 54722, 3727 LIMASSOL ☏ (+357) 25 842 000 🖷 (+357) 25 842 100

✉ expresident@anastasiades.com.cy



During my many years of presence in the political life of Cyprus, I met numerous leaders and political figures of foreign countries, I assure you that in the person of Senator Robert Menendez was the first time I met such an honest friend who, without ignoring the interests of the USA, made it a priority to highlight and solve the problems of the region.

Your Honor,

As a lawyer, I am aware of the limits of my permissible intervention; it is my request that, in the assessment of the sentence, you take into consideration his invaluable contribution to the restoration of international law and the service of the well-understood interests of the USA.

Your Honor,

Please accept this letter as a token of the deepest gratitude that my country and its people hold for the distinguished and selfless friend, Senator Robert Menendez.

Thank you very much for the honor and the opportunity to contact you.


Yours sincerely,

Nicos Anastasiades
Former President of the Republic of Cyprus (2013-2023)

# **<u>Exhibit G</u>**



# CITY OF PASSAIC

330 PASSAIC STREET
PASSAIC, NEW JERSEY 07055

*OFFICE OF THE MAYOR*
**HECTOR C. LORA**

TELEPHONE:   (973) 365-5510
FAX NUMBER: (973) 472-2639

August 16th, 2024

District Judge Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Stein,

I hope this letter finds you well. I am writing to you with a heavy heart, but also with a profound sense of responsibility, to share my experiences with Senator Bob Menendez in the hope that it may inform your understanding of his character as you deliberate on his sentencing.

I have had the privilege of knowing Senator Menendez for over a decade, during which time his genuine commitment to service has profoundly impacted our community in the City of Passaic. My first encounter with him dates back to 2012 when he visited our City and met with residents, including my own son. What struck me then—and has continued to resonate with me since—was his unshakable dedication to people from all walks of life. One of the moments that stands out most vividly in my memory happened in 2014. Senator Menendez joined us for an event feeding the homeless. When the cameras and crowds had gone, he stayed behind, working alongside staff to mop floors and clean the space. In 2015, I witnessed the same quiet dedication when he once again volunteered to serve the homeless, staying long after the others had left to clean up, offer more food to those in need, and ensure everything was in order. As I volunteered alongside him, I watched him selflessly give his time with care and consideration to every task and person. There were no cameras, no big names—just him, a few staff, and volunteers doing all of the unglamorous work that often goes unnoticed. To this day, those moments remain seared in my mind.

These are not isolated incidents. They speak to the core of who Senator Menendez is—a man who remembers where he came from and who carries a deep-rooted sense of responsibility toward those less fortunate. His commitment to vulnerable populations—children, seniors, the disabled, and those who struggle to navigate bureaucratic processes—has always been unwavering. What has continuously set him apart is that whenever I reached out to him with issues involving individuals, no matter how small the matter, he was always willing to give them his time and face-to-face interaction, something so rare for politicians of his stature. This level of attentiveness and genuine concern for people, regardless of their circumstances, has not only shaped the way I view public service but also deeply influenced how I choose to serve others as Mayor of the City of Passaic.

Over the years, Senator Menendez has been a staunch supporter of the City of Passaic and the broader New Jersey community. His tireless efforts to secure federal funding for our city have been instrumental in addressing critical issues, from storm relief to cultural initiatives. In 2021, after the devastating impact of Tropical Storm Ida, I witnessed firsthand how Senator Menendez worked alongside Governor Phil Murphy, Senator Cory Booker, and others to assess the damage and ensure that our community received the necessary

federal aid. This wasn't just a politician doing his job—it was a man driven by genuine concern for the families who lost everything, including the two young lives of Nidhi Rana and Ayush Rana tragically taken by the storm, the former of which was a member of my own Youth Council. The pain of that loss was palpable, but so was Senator Menendez's compassion and determination to help us recover.

His support has not been limited to times of crisis. Senator Menendez has consistently championed the causes of the most vulnerable among us, whether through his advocacy for Passaic's African American Heritage Festival or his unwavering commitment to ensuring the voices of all New Jerseyans are heard in Washington. His actions are those of a man who deeply cares for his community, someone who understands the struggles faced by many and works tirelessly to create opportunities for them.

I fully acknowledge the difficult task before Your Honor in deciding Senator Menendez's sentence. While I cannot speak to the allegations made against him, I can speak to the man I know—an extraordinary public servant, a devoted family man, and a true friend to our community. He has already endured profound personal and professional consequences, including the loss of his office, public humiliation, and the damage to his legacy. Despite all of this, his dedication to helping others remains unshaken.

Your Honor, I respectfully ask that you consider the totality of Senator Menendez's life and career when making your decision. He has done so much good for so many, often without recognition or reward. The man I have come to know is one who would continue to be a force for good in his community if given the chance. He still has so much to offer, and I believe that our country would be better served with him working for its betterment rather than facing further punishment.

Thank you for taking the time to consider my perspective. I, like many others, have been deeply saddened by the current situation, but I remain hopeful that the Court will recognize the Senator's profound contributions and the impact he has had on countless lives.

Most respectfully and sincerely,

Hector C. Lora
Mayor of the City of Passaic, New Jersey



 Album **Started our Thanksgivi...**    View Album

**Hector Carlos Lora**
November 27, 2014 · 👥

Senator Menendez cleaning up after serving food to
the Homeless in Paterson at Eva's Kitchen

One of the first times I met Senator Menendez was in 2012
with my son as he was walking around in Passaic County
interacting with our community but one of the most impactful
experiences I had with him was watching him feed... See more



Senator Bob Menendez mopping up after the meals were done. See More

One of the first times I met Senator Menendez was in 2012 with my son as he was walking around in Passaic County interacting with our community but one of the most impactful experiences I had with him was watching him feed... See more

# **<u>Exhibit H</u>**

Rabbi Menachem Genack
Congregation Shomrei Emunah
89 Huguenot Ave, Englewood, NJ 07631

September 4, 2024

Honorable Judge Sidney Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stein,

I have had the privilege of knowing Senator Robert Menendez since he first entered Congress as a member of the House of Representatives and throughout his career in the Senate. Over the years, I have come to deeply respect and admire him for his dedication to public service and his caring and kindness in personal interactions.

Throughout my interactions with Senator Menendez, he has consistently demonstrated his commitment to helping others and making a positive impact on the lives of those in need. One such instance that stands out occurred in early 2021, when an eight-year-old boy named ███████, battling leukemia, required immediate medical treatment abroad. The family needed to travel urgently to the United States, but due to COVID-19 restrictions, they were unable to secure the necessary visas. Senator Menendez, upon hearing about their dire situation, intervened. Within hours, he and his staff facilitated the issuance of emergency visas, enabling the family to travel and receive treatment. This act of compassion gave ███████ two additional years of precious life. Although he ultimately passed away, his family remains eternally grateful for the Senator's swift action and support during their most difficult time.

There are other instances that reflect Senator Menendez's deep commitment to helping others. A little over a year ago, the ███████ family faced a similarly critical situation when their 21-year-old son, battling cancer, needed a stem cell transplant from one of his siblings. Time was of the essence, and neither sibling had a visa to enter the United States. Under Senator Menendez's guidance, the consulate expedited their visa processing, allowing the siblings to arrive in New York just in time to assist in the life-saving treatment. More than a year later, the son continues to fight, and the family remains profoundly thankful for the Senator's intervention.

Another example is the ███ family, who have two children with severe physical limitations due to a degenerative bone disease. In 2023, the younger daughter required urgent surgery available only in the United States. Despite numerous obstacles, Senator Menendez's prompt action enabled the family to secure the necessary visas in time, allowing the surgery to proceed. His sensitivity to their plight and his unwavering support made all the difference for the family.

My personal experiences with Senator Menendez reflect a man who has always been devoted to his country and his constituents, with an unwavering commitment to public service and helping those in

need. The Senator I know is a compassionate leader, a true friend, and a dedicated public servant. I understand that Your Honor must weigh many factors in determining a sentence for Senator Menendez. My intention in writing this letter is to provide a glimpse into the profound good he has done throughout his life. I sincerely hope that the Court will consider the countless acts of kindness and service that have defined his career. He has done so much for so many, without seeking anything in return. I respectfully urge the Court to consider these factors and to show leniency in its sentencing.

Thank you for taking the time to read my letter. I am one of many who have been profoundly affected by Senator Menendez's compassion and dedication. I hope that the Court will recognize the positive impact he has had on so many lives.

Respectfully yours,

Menachem Genack

# **Exhibit I**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 6, 2024

Dear Judge,

I have had the privilege and honor of knowing and working with Senator Menendez for over twenty years now. Throughout my experiences with him both personally and professionally, Senator demonstrated immense integrity, kindness, compassion, and dedication to the genuine well being of others. These qualities appeared to be evident to me and to the community that he was serving. I have fond memories of the Senator when he was the Mayor of Union City. My dad who knew him would always praise him and the work and support that he gave the Latino community. I later became acquainted with Senator Menéndez when my father passed in 1999.

One particular instance stands out in my memory, highlighting Senator Menendez's character. My wife, who is an educator and was employed by the WNY school district witnessed the Senator at work making great improvements to the Hudson County schools. He facilitated the allocation of state and federal funds for the improvement of the education system and surrounding neighborhoods which included the construction of new elementary school buildings and one which is named after him, The Robert Menendez School.

 Senator Menéndez' advocacy for a better education and opportunities for minorities has been transformative over the past decades.
His passion for his work and his compassion for people have always been very evident to me. In my experiences with him he has always gone well above his duties to take a call, help a friend or family member and make a difference in any way that he can. For example, during an emergency crisis where a person was dying, he aided the family members in obtaining their green cards before their time expired here in USA. Senator Menéndez personally ensured that aid and support reached the affected families swiftly and effectively as they were at risk of deportation. His actions allowed them to stay longer until the family member passed away.

Additionally, I have witnessed first hand how he has mentored and helped people like me, giving us hope and opportunities that otherwise we would not have had in our community. As the owner of Son Cubano Restaurant, there was a time where my family and I faced tremendous opposition based on discrimination. It was an extremely challenging time for us as the Condominium Association of our location went up against our concept and business, personally attacking me, my wife and my family. We were being bullied, bashed and discriminated for being Latinos. Senator Menéndez was the one who stood up with us against this injustice. This allowed us the opportunity to save our business, create jobs and help build the West New York community.

 Furthermore, during Covid, Senator Menéndez and his team spent countless hours on the ground, listening to people's concerns and offering tangible solutions. His actions provided not only relief through PPP and other programs, but also long-term support for those in need, showcasing his unwavering commitment to his constituents.

The man described in the sensationalized press articles does not resemble the man I have come to know and respect. The Senator I know is a compassionate leader who has always genuinely cared about making a difference in the lives of others. He is someone who inspires those around him to strive for a better community and a better future.

I firmly and sincerely believe that our community and our country will be far worse off if Senator Menendez is placed in confinement, where he is unable to continue his vital work. His absence would leave a significant void in our efforts to improve the lives of many and address the pressing issues and adversity we face today.

I respectfully urge and ask you to strongly consider the positive impact Senator Menéndez has had on our community and the countless lives he has touched. His dedication and contributions are invaluable, and I respectfully and sincerely hope that you will take these factors into account in your deliberations.

Thank you for your time and consideration.

Alexander Duran
Son Cubano Restaurant
███████████

# **Exhibit J**

September 9, 2024

Hon. Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I am writing this letter on behalf of Senator Robert Menendez.
I have known Senator Menendez for 10 years & his public service & advocacy have had a significant impact on my family & the lives of thousands of others. We first met Senator Menendez in the aftermath of superstore Sandy. Our home had been destroyed & while I carried the maximum amount of flood insurance, my insurer only offered us 37 cents on the dollar. They hired an engineering firm out of Louisiana who created a fraudulent report saying that the damage was pre-existing and the ruined foundation was the result of long-term shifting of supporting soils.

This is known as the "earth movement" exclusion and conveniently let the insurance company off the hook for paying for damage. We knew this to be untrue because we had just purchased the home and had photos and inspection reports showing that none of the damage was there prior to the storm. While the insurance company cited the engineering report ss the reason why they would not pay for the damage to our home, they refused to show us the report claiming it was "proprietary information". I could not believe what I was hearing.

We found out later that this was part of a massive fraud against policyholders in superstorm Sandy & even in instances when the inspecting engineer found the damage to be directly attributable to the storm, the reports were forged by their firm during 'peer review' to show pre-existing damage or earth movement.

When we appealed the claim to FEMA (who is in charge of the national flood insurance program), showing pictures and inspection reports to prove the damage hadn't been there prior to the storm, they found in favor of the insurance co. We found out later that FEMA ruled in favor of the insurance companies & against policyholders in 93% of complaints. In litigation it was discovered that FEMA didn't even act on our complaints, they merely sent them to the insurance company we were complaining against and had them answer. FEMA then rubber stamped all of the insurance companies' replies.

 I could not believe what was happening to my family. We would not be able to rebuild our destroyed home with the money the insurance company offered. I remember the heartbreaking moment I had to sit my teenage daughter down and explain to her that we would not be able to return home because our insurance company cheated us and an agency of our government assisted them in doing so. We are a patriotic family: I am a Marine Corps veteran, two of my three siblings and both of my parents are veterans, my nephew is an army ranger who served in

Afghanistan. My children were raised with a spirit of patriotism & belief in fair play. I will never forget the look in my daughter's eyes when I told her we would likely lose our home due to corporate greed & no one would step up to help us. That moment broke in a way that I cannot begin to explain.

By this point we were going to community meetings & finding out that what happened to us was happening to tens of thousands of families. We all had similar experiences & knew something was terribly wrong. However, the insurance companies, engineering firms, and even FEMA ranks. They swore there was nothing dishonest happening at all of our clams have been fairly calculated. As the first, and then the second anniversary of the disaster passed, many survivors lost hope. Many succumbed to depression & there were even suicides.

It was then that I met Senator Menendez.

He was the only representative of our government who stood up for us. He held congressional hearings, press conferences & called for an investigation. The senator actually held a press conference in our destroyed home. Based on his advocacy other senators & members of Congress began to get involved and advocate for us. Eventually, we were able to uncover evidence of the crime: a copy of the original engineering report for a severely damaged home showing "structure was damaged by storm forces" & the post-peer review copy where the engineering firm had simply inserted the word "not" to read "structure was not damaged by storm forces".

This was a case that was in litigation, and the original report was not turned over in discovery . Magistrate Judge Gary R. Brown sitting in the Eastern District of New York sanctioned the insurance co as well as their law firm. He then ordered that the original report was to be turned over in every case that was before his court. Faced with the mass disclosure of evidence showing disaster survivors were systematically cheated, FEMA Director Craig Fugate reached out to the judge and tried to convince him to rescind the order. Can you imagine the Director of a US government agency trying to influence a judge to help suppress evidence of a crime against thousands of US citizens?

It was then that senator Menendez with three other US senators in tow, confronted Mr. Fugate and let him know that his actions were unacceptable. FEMA did a complete 180 And resolved to make Sandy victims whole. The new Director of the national flood insurance program actually appeared on CBS' "60 minutes" and admitted that he saw evidence of criminal fraud. FEMA ordered that all cases that were currently in litigation would be settled immediately, created the "Sandy Task Force", and reopened 144,000 claims. During the claim review process, $350 million of additional monies would eventually be paid to policyholders who had been cheated. My family benefited from these actions and we were eventually able to rebuild our home.

All of this was due to the actions of Senator Menendez. He was a light in the darkness at a time when we had no hope. I cannot imagine what our lives would look like today if he had not stood up for us.

Senator Menendez did not stop there: he has continued to work with policyholders and advocates to reform the national flood insurance program. He has written and sponsored legislation and held congressional hearings to keep the spotlight on the fact that this program has serious issues that need to be fixed in order to better serve the policyholders who have invested their premium dollars and families' security in this vital program.

I am writing this letter because I know that your honor has the responsibility of sentencing Senator Menendez. I would like to put the spotlight on the incredible amount of good the senator has done during his time in public office. While we are deeply saddened by his current circumstances, my family & tens of thousands of disaster victims will forever be grateful for what he has done for us. His leadership & responsibility for those he served has made a permanent impact on our lives: an impact I appreciate every day when I wake up in the home that I would not have had it not been for the actions of Senator Robert Menendez.

I want to thank you for taking the time to read this letter, your honor. I sincerely hope that in the sentencing process you factor in all of the good Senator Menendez is capable of & that you find a way to put his abilities to use in order to benefit our community. Thank you.

Sincerely,

Douglas E Quinn

# **<u>Exhibit K</u>**



Dear Honorable Judge Sidney Stein,

I have had the privilege of knowing Senator Robert Menendez primarily through my role as a Borough Councilman in Sayreville, New Jersey. Although our paths crossed due to our respective roles—his as a senior federal legislator and mine as a local elected official—our interactions were driven by the needs of our shared constituents. Despite the challenges posed by our differing political backgrounds and the often negative media portrayals, I have discovered that Senator Menendez's actions reflect an unwavering commitment to public service and a genuine dedication to helping others.

One example that profoundly stands out is his involvement during the tragic passing of our esteemed Councilwoman, Eunice Dwumfour, in February 2023. Councilwoman Dwumfour was a beloved figure in our community, notable for being the first American-born woman in her borough with strong ties to both Ghana and Nigeria. Her passing left our town in deep mourning, and the logistical challenges of supporting her family, particularly those overseas, were overwhelming.

Amidst this difficult period, while many extended their condolences, it was Senator Menendez who took the initiative to offer real assistance. Despite my initial skepticism, influenced by the negative media coverage surrounding him, Senator Menendez's outreach proved to be more than a formality. He expressed genuine concern and provided tangible help, offering his personal cell number and making himself available to support our efforts, showcasing a commitment to service that went beyond mere protocol.

The complexity of the situation was heightened by the need for federal assistance due to political election unrest and embassy closures in Nigeria at that time. Senator Menendez played a crucial role in guiding us through this challenging process. Despite facing his own personal difficulties, he remained available, often at the latest hours, to offer advice on navigating the complexities of immigration law and the necessary steps to support a grieving family. His guidance was instrumental in facilitating emergency visa applications and bringing Eunice's family from Sub-Saharan Africa to America for her burial.

Senator Menendez's assistance went far beyond conventional expectations. His unwavering support during these trying times reflected his deep understanding of the challenges faced by elected officials. Coming from a minority immigrant background myself, I recognized his appreciation for the extra effort and unbillable, thankless hours required in public service. The widow and family of Councilwoman Eunice Dwumfour continue to express their gratitude, and I am keenly aware that Senator Menendez's tireless intervention made a critical difference.



I do not have personal knowledge of the allegations made against him by the prosecutors. However, my experiences with Senator Menendez reveal a man deeply devoted to his country, his state and constituents. The Senator I have come to know is a true friend, a patriot, and a dedicated public servant. His actions, driven by genuine concern and a commitment to service, illustrate his character far better than any alternative portrayal.

I understand that Your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter is to ensure that the Court is aware of the significant positive impact he has made throughout his life serving the unseen public. His contributions have been invaluable to many, asking for so little in return. Whatever the specifics of the case, I hope that Your Honor will consider the extraordinary good he has done and the sacrifices he has made for others.

In my sincere view, this country will be worse off if our Highly Esteemed Senator Menendez were sidelined rather than continuing to use his skills and experience to benefit our nation. He has already faced considerable punishment through public scrutiny and the impact on legacy. I humbly believe that it would be unjust to compound these consequences with a sentence that would further inhibit his ability to serve and contribute to our community.

Thank you for taking the time to read this letter. I am one of many who have been deeply saddened by the circumstances surrounding Senator Menendez. I hope the Court appreciates the servant he has been and will continue to be to so many.

Respectfully yours,


Christian A. Onuoha
Councilman, Public Safety Committees (Chair)
Sayreville Borough (Government of Middlesex County, NJ)



# Exhibit L

August 31, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein,

I have known Sen. Menendez for over eight years. I came to know him during my desperate need for help pleading with every government representative to save my life. My interactions with Sen. Menendez have been very professional, full of empathy, positivity and support. He and his team have dedicated many hours to my aid. My ██████ ██ with no doctor able to tell me why and the only thing that could save me was ██████████████ ██████ My mother was matched as a perfect donor but she was not able to come to this country so she could donate her ██████ and save my life. I started reaching out to all the representatives in NJ crying for help. No other government representatives in NJ would even just hear my story or how their involvement would make a difference. There was only one who didn't just listen but got everyone he could reach involved and started fighting for my life. I was shocked and in disbelief of all the support I got from him and his staff. That person was Sen. Menendez.

One of the things that stuck with me was Sen. Menendez getting personally involved and visiting me at my home after my ██████ treatments to make sure I was getting all the help I needed from him and his staff. He supported me throughout my journey, during my difficult times, and I will not let this opportunity pass without me letting you know what a kind person Sen. Menendez is.

Another example that comes to mind is during a press conference he wanted me to let people know If anyone else needed help he was available to serve public and do his best to help everyone in need. Sen. Menendez has truly been a godsend; he did everything in his power to save my life and he achieved it. He did not only save me, but he also saved my family and gave me years to see my children grow. Thanks to him I was able to go to school and become a registered nurse and give care to others in need. I was able to gift a life to my now one year old child which is almost impossible to imagine after everything I went through due to health issues.

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Sen. Menendez have been heartwarming, knowing

that at least one person from the government cares about the public, about my life! He is an example of what a good man, good government representative devoted to his county and to its people should be. The man that I have come to know is a true friend, a patriot, and a devoted public servant.

I understand that Your Honor is being asked to impose a sentence on Sen. Menendez. My purpose in writing this letter and sharing my own experiences with Sen. Menendez is to ensure that the Court is aware of the incredibly good that he has done in his life. I very much doubt that Your Honor has ever encountered a defendant who has done so much, for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that Your Honor not lose sight of all the good he has done for his country over decades of public service and the personal attention and care he has shown to people in need.

My personal view is that this country will be far worse off if Sen Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the Court understands that Sen Menendez has already been punished in so many ways by this case — the public shame and mockery, the loss of his office, the impact on how his career will be viewed once and forever in the history books. I do not think it would be fair to ask him to serve a sentence, especially when he can otherwise still be of so much help to his community.

I want to thank you for taking the time to read this letter. I am sure I am just one of many people who have been deeply saddened by the circumstances Sen Menendez now faces. I hope and pray that the Court appreciates how special of a man he has been and will continue to be to so many. We are humans, we all make mistakes but the good we do in life can never be forgotten. Saving a life or simply bettering someone's life is one of the most beautiful things a person can do, and Sen. Menendez is that person who saved and bettered my life with his involvement!

Very truly yours,

Nina Saria


.

# **Exhibit M**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 24, 2024

Dear Honorable Judge Sidney Stein,

My name is Gertrudis Ramirez. I am a father of 5 children and grandfather of 15. I am writing to you because I feel the urgency to help a good man that once helped my family when we desperately needed it. In the year 2012, my granddaughter ██████ was diagnosed with Lymphocytic Leukemia. ██████ was only 5 years old. It is news that nobody expects to hear, especially when it's about a happy and healthy child.

It was a stressful time for my family. My son, unable to understand much because of the language barrier, came to me for help. ██████ doctors stated that her best chance for survival was to perform a bone marrow transplant. The entire family would go in to get tested to see if anyone would be a match, but all came back negative. It was until ██████ sister, ██████ came back as the perfect match. Doctors told me that because ██████ is the only sibling that shares the same biological parents as ██████ their DNA was almost identical. We felt a sense of relief, but unfortunately ██████ lived in El Salvador. This was another obstacle that we faced.

We then began the process of obtaining an emergency 90-day humanitarian visa for ██████ We were denied. The second time we submitted more documents that her doctors gave us showing how ██████ was ██████ only chance of fighting this cancer. They still denied us. My family was devastated. I remember seeing ██████ lay on the hospital floor not having the energy to talk, eat or even lay on the hospital bed anymore. I would ask God how he could let this wonderful child suffer this way.

I was desperately looking for help without knowing where to go or who to talk to. I went to a notary around town and I explained my situation. She told me I should reach out to Senator Bob Menéndez. In my mind, the chances of reaching the senator was like trying to reach the president, impossible. She proceeded to give me the address to his office and off I went. When I arrived, I approached someone working there. I explained my situation and she wrote down some notes and told me I would be receiving a call. I didn't believe her. I was probably just like any other normal person asking for help. I felt hopeless.

In the meantime, I was able to find someone through work connections to write about my granddaughter's case in the newspaper. That gained some traction but nothing that would give us a resolution. It wasn't until a news conference was held in Newark Beth Israel Medical

Center, where to my surprise, Senator Bob Menéndez was present. I remember him saying that he would do everything in his power to get ▮▮▮ to come into the US to save ▮▮▮ life.

While waiting for a miracle, ▮▮▮ received 3 chemotherapy treatments to keep her alive. The amount of chemo she received was a lot for someone her age. As our whole family tried our best to keep ▮▮▮ spirit going, Sen. Menéndez was keeping his word. He spoke to homeland security about the urgency of approving ▮▮▮ visa. In the blink of an eye, Sen. Menéndez called me and told me to run to our immigration lawyer to sign a document because that was the last step to get the visa approved.

It was on Dec 23 that ▮▮▮ flew into Newark airport to be reunited with the entire family. Seeing my two granddaughters together gave me strength. This moment was the first time I felt that there was real hope. ▮▮▮ was a brave 7-year-old who didn't come to play games. I knew there were worries that we wouldn't send ▮▮▮ back to El Salvador after the transplant, but we all wanted to keep our word of sending her back the same way Sen. Menéndez kept his word to help our family. ▮▮▮ is alive because of Senator Bob Menéndez. I have no doubt that my granddaughter would have lost the battle to cancer if Sen. Menéndez was never involved.

It is this reason why my entire family will continue to support Senator Bob Menéndez. The man that we have come to know is an honorable man. I want the court to know how much good Sen. Menéndez has done in his life for people like us. I understand that Your Honor is being asked to carry out a sentence, but I want this letter to give a different perspective despite what the media is trying to portray of the Senator. I sincerely hope that the court understands that Sen. Menéndez has been punished enough by public shame and impact on his career. I don't believe having him serve a sentence would be fair especially when people of the community need someone like him on their side. I'm sure this won't be the only letter you receive that will demonstrate how important Sen. Menéndez is.

Respectfully yours,

Gertrudis Ramirez

# **<u>Exhibit N</u>**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Stein,

We spent months in the same courtroom but have never met. I'm Bob Menendez's eldest child, and only daughter. I am grateful for the careful consideration you have dedicated to these proceedings, and for the opportunity to offer you an additional perspective on my father.

I see Bob Menendez not as a powerful politician, but as a scrappy kid from a small town who learned to be tough as a means of survival. Much of my dad's life happened so young: elected to office at 19, his father dead by suicide at 23. I have heard the former story more times than I can count, the latter exactly once. I explain the delta between my father and my ways of understanding the world in one fact: I had a long runway to adulthood and he did not. It's why as a pre-teen, I'd find him up late at night playing my brother's Nintendo system. It's why like an alien observing a different species, he once asked me why other people seem so happy and carefree. To be the first in your family to do and be many things — a natural-born U.S. citizen, a college graduate, an attorney, an elected official — is all a great privilege. It is also lonelier than most people can imagine.

My father taught me both grit and generosity. He never let me win at board games, insisting that I succeed on merit. Although he himself never learned to ride a bike, Dad somehow helped teach me how to ride mine. Like a true First Gen kid, Dad taught me the words to both the Cuban poet Jose Marti's "Cultiva una Rosa Blanca" and Don McClean's "American Pie." My father shared with me his love of musical theater and when my local production of The Wizard of Oz struggled to sell tickets, he lent his voice as the Munchkin Coroner. To see him in that stupid costume was to understand the depths of his devotion.

Now, he is a silly and doting grandfather, willing to break his back playing horsey if it means hearing his granddaughters giggle. (A few months ago, he gifted them a toy horse. They affectionately named it…Bob Menendez). Grandparents create a sense of identity for grandchildren, and I mourn the hole that will be left for my girls in my father's absence. Throughout this past year, I have been reminded how much I hope they share his fighting spirit.

That spirit is, after all, how Dad shows his love. For more than a decade, I watched him care for my grandmother as Alzheimer's ravaged her mind and body. Her memory fading, Dad would visit her weekly, living for the fleeting moments when she'd remember his name or his face. That pain became a legislative fight for research funding, improving access to early assessment and diagnosis, and helping patients receive proper care. When I was pregnant with my first daughter, and living in Miami, the Zika virus raged. Dad regularly checked in to make sure I was taking care of his first grandchild. But it wasn't enough that we were safe. Dad needed every expectant mother to be protected. So he advocated for calling Congress back into session to pass emergency funding legislation. In these past few months, during the darkest days of his own life, he has navigated his wife's breast cancer diagnosis with a type of grace and forgiveness I honestly do not understand but admire.

My dad loves me and my girls, but I know that being of service to others has been the true love of his life. Growing up, each dinner at a local pizzeria was inevitably punctuated by constituents seeking help. The heat not working in public housing or a stolen trash can elicited the same "fix it" spirit. In 1994, our vacation was cut short when tens of thousands of Cubans desperately fled the island by raft and began to show up on Miami's shores. My parents, having grown up in poverty, taught me and my brother to welcome the sacrifices we were asked to make because we already had so much. We felt lucky to be a part of something bigger than ourselves.

The conceit was that while the work was Sispheyan, at some point, he would entrust the boulder to a new generation of leaders, and finally, he would be ours. Now, on the precipice of what should be the moment when we no longer need to share him, we are at risk of losing him again. My father has spent his life fighting to keep families together. Like millions of American families facing incarceration, ours may soon be torn apart with you alone deciding if, and for how long. I cannot imagine the enormity of that decision.

As you endeavor to measure something as immeasurable as remorse, please do not mistake my father's stoicism for an absence of pain or contrition. He is simply trying to survive. He is no longer a U.S. Senator. His law license and federal pension hang in the balance of his future appeal. In the town where my daughters attend public school, an elementary school has been stripped of his name. A legacy of service 51 years in the making has been reduced to a punchline about gold bars. Those who are advocating for a sentence that would guarantee my father die in prison seek to make an example of him. They already have.

I love my father more than I can possibly capture in the pages of this letter. I believe in his ability to continue to do good, to build bridges, and to do it all with a newfound sense of humility.  I want him to be a presence in my life and my children's life, especially given how much time apart we have already sacrificed. As you contemplate further punishment, please find mercy for the scrappy kid he once was, for the advocate he has been, and for the father and grandfather he can still be.


Respectfully,

Alicia Menendez

# **<u>Exhibit O</u>**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

August 19, 2024

Dear Judge,

I met then-Congressman, now Senator Menendez in 2001.  It was a late weekend night just weeks prior to the election when I returned to the Democratic campaign headquarters in Woodbridge, New Jersey, to find the Congressman speaking to a dozen college student volunteers over pizza and soft drinks.  Woodbridge was not part of his congressional district, the Congressman did not have a competitive election race, and the students were not his constituents.  Nonetheless, Congressman Menendez had given up his evening and drove a good hour to share his enthusiasm for serving others and to encourage the students to consider public service as a way of fighting for change and giving back.

What I did not know that fall night in 2001 was that the dedication and selflessness on display was the defining characteristic of Bob Menendez's life, an elected official who used every day and level of public office in which he served to improve the lives of the people who elected him to office.  Bob Menendez had a natural and deep-seated commitment to using political power on behalf of those who did not possess it.  I ended up serving as Bob Menendez's Chief of Staff, then as Staff Director of the Senate Foreign Relations Committee when he was Chairman for a combined six years.  Additionally, I served another six years as Chief of Staff to then-Senators Biden and Torricelli, and the balance of my career has been spent in one form government and politics or another.  My years working in Congress provided perspective into hundreds of Members of Congress and I can say without reservation that Bob Menendez has served tirelessly, that he sacrificed deeply for 40-plus years.  At his core, he is a very decent, caring man who embraces humanity, finds ways to uplift others and lived his life with integrity.  The allegations in the recent trial do not in any way align with the man I know and served on a daily basis.  Instead, Senator Menendez displayed a common touch grounded in a tireless and unwavering commitment to those in our society with voices that are not heard.

I observed  Bob Menendez's life as a U.S. Senator close up.  Bob's week started Monday mornings in New Jersey where he would conduct constituent meetings and make himself available to the press to raise awareness around his work in Washington on behalf of communities across New Jersey.  He would then board a plane or a train to Washington in order to be there for the first vote of the week.  His weekdays in Washington were extremely routinized: conduct a 9:00 am breakfast meeting with a staff member, attend hearings, conduct votes, meet with colleagues, host constituents, receive staff briefings – all well into the early evening – then participate in working dinners, before retreating to his

apartment where he would study his briefing book for the next day's activities. This was his typical schedule Mondays through Thursdays. Reversing the Monday schedule, on Thursdays he would wrap up activity in Washington, then race back to New Jersey for an event. Fridays, Saturdays, and Sundays were almost all work for Bob Menendez. He logged countless miles to attend events and connect with constituents across New Jersey. The only personal time slot he tried to carve out for himself was Sunday evenings for dinner with his children.

Let me explain a little about his role as Chairman of the Foreign Relations Committee. Senator Menendez constantly dealt with the most critical geo-political issues of the day. He led congressional delegations abroad, and he had profoundly strong views on supporting the issue of democracy in Cuba, Israel's right to exist, the rights of the Cypriots to exist securely without Turkish occupation, and so many other issues. I sat behind him at many meetings with foreign presidents, prime ministers and foreign ministers, as well as private sector leaders who tried to persuade him to change his deeply held positions. I never saw him do anything but ably represent his country and New Jersey.

My close-up view led me to appreciate the many contributions made by an extraordinary public servant of forty-plus years. What I witnessed during the years I followed him, then worked for him, was a man from a very humble upbringing who showed exceptional dedication to serving other people and communities across New Jersey and the country. He was a leader in Congress for parents wanting the best public education for their children. He was a champion to moms who were desperate for federal medical research to address their children's autism, and he promoted environmental rules and laws in response to the needs of New Jersey families whose children suffered high rates of asthma. He was a national leader on immigration reform who was approached daily by Hispanic bag handlers at airports, serving staff at restaurants, construction workers – you name it – worker across the service sector who, when they recognized him, approached him with a sense of a common bond and deep gratitude. And when Superstorm Sandy devastated New Jersey in 2012, he led the fight in Congress for the federal government to deliver vital relief that made it possible for struggling constituents and communities to bounce back from a disaster that left hundreds of thousands without electricity, tens of thousands without homes, and businesses shuttered.

Bob Menendez was a leader who did not have it in his DNA to turn his back on those in need. He dedicated his life to public service because he wanted to get things done on behalf of every-day Americans. He did not store up his political capital, he used it. Having to be a thorn in the side of another legislator, a government official, or leaders in his own party, or a foreign official, was part of the job description for him. He did not go along to get along. He was always principled, guided by middle-class, working values. Bob Menendez has an unflinching belief in the American dream, which led him to dedicate every vote he took to putting that dream a little more within reach. Having come from so little, Senator Menendez knew nothing else than to serve the community from which he came and to give back to the country that gave his family modest material riches but, more importantly in his

view, the opportunity to pursue their dreams in a free and democratic society that was denied to his parents in their native Cuba. In my view, Bob Menendez saw no other meaningful role for his life than public service. His dedication to serving the public resulted in tremendous sacrifices for himself and his family. He exposed himself to political power structures that had not seen the likes of a working-class, first generation American of Cuban descent.

Putting aside the fact that his life was wholly consumed by public service, Bob Menendez raised two very impressive children who are now contributing to our society and making differences in ways that were inspired by their father. Bob Menendez sacrificed financially to create educational opportunities for his children that were not as easily available to him. His children's successes should in part be seen as a measure of their father's integrity and service to others.

During our long days together, late nights working, weekends campaigning for re-election, and travelling to foreign countries to meet with top leaders, I never once witnessed or sensed ethical shortcomings on the part of Bob Menendez. He has a big heart. He is proud of the limitless possibilities of our country and treats everyone with respect. He is loyal to the voters who sent him to Congress. He had a reputation for trying to deliver for his constituents or, if not successful, going down fighting. He is tough and regularly took on some of the most powerful interests in our society and leaders around the globe.

Senator Menendez has served his hometown, his community, the state of New Jersey and the American public his entire adult life. His life's work has been a service to others. He has given as much as anyone in public service. What I can attest to is that I observed his work and his interactions with others on an almost-daily basis for six years, during which I never observed any of the things like those charged in this matter. What Bob Menendez did show me was an abiding love of country and humanity.

Sincerely,

Danny O'Brien

# **Exhibit P**

September 27, 2024

The Honorable Sidney H. Stein, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 23A
New York, NY 10007-1312


Dear Honorable Sidney H. Stein,

I am writing to you today as a constituent of Senator Robert Menendez and as someone who has known him for over 30 years. I have had the honor of observing his tireless work for the people of New Jersey, particularly in my own professional community of Perth Amboy. Senator Menendez has consistently represented and defended the needs of the most oppressed and hardest working individuals in our state. His advocacy for the diverse population of Perth Amboy—a city of many nations—has had a profound impact on countless lives.

As a survivor of a tragedy that deeply affected my family and me, I feel compelled to share my personal experience with Senator Menendez.  On July 19, 2020, my wife and partner of 32 years, Esther Salas, was the target of an assassination attempt that resulted in the murder of our only child, Daniel Mark, and my near killing on that same day.  As you may know, a disgruntled lawyer who was angry with my wife because of the way she was handling his case, stalked our family with a plan to assassinate my wife at our home in North Brunswick, New Jersey.  However, unbeknownst to our son's killer, our son would sacrifice his own life as an act of love for his family, and I would also do my best to protect our family.  I suffered several gunshot wounds that pierced five different parts of my body, and nearly lost my life on the day and weeks following the shooting.  During this unspeakable time of grief, Senator Menendez was there for my family, offering support that went beyond words.

Having a personal connection to Daniel, Senator Menendez's actions following our unfathomable tragedy began with his attendance at Daniel's funeral mass on September 26, 2020.  However, Senator Menendez's support extended well beyond his prayers and physical presence that somber day in church.  Senator Menendez's personal commitment to ensure the safety and independence of the men and women who proudly serve our federal judiciary resulted in a two-plus year endeavor to see the enactment of the Daniel Anderl Judicial Security and Privacy Act on December 23, 2022. During this years-long endeavor, Senator Menendez exhibited selflessness

1

by putting the safety and protection of the federal judiciary before himself. Senator Menendez's support of this much needed legislation never wavered and his perseverance, determination, and love for our Daniel is something our family will never forget.

While I understand the seriousness of the legal matters before the Court, I also know firsthand that this moment in time does not extinguish the long-standing service and good deeds by Senator Menendez. I offer this character letter not just as an attorney, but also as Daniel's father, Esther's husband, and as the child of immigrant parents. My father, Julius Anderl, fled from persecution by leaving his home in Vienna, Austria, to come to America in search of a safer and better life. He met and married my mother, Edith D'Arino, who was from Italy, and together they did their best to raise me and my two sisters. As someone who understands hardship, surviving tragedy, and the power of forgiveness, I humbly request that the Court show compassion and leniency to Senator Menendez.

Thank you, Your Honor, for your attention to this matter and for your consideration of my heartfelt plea.

Respectfully submitted,
Mark A. Anderl
Attorney, Perth Amboy, New Jersey

2

# **<u>Exhibit Q</u>**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

December 26, 2024

Judge Stein:

I first want to thank you for the opportunity to submit this letter on behalf of my father, Sen. Robert Menendez.

This is admittedly not something one - especially a son - has prepared themselves to write. I also appreciate that you will be reviewing many letters speaking to my father's career in public service. And while I can certainly personally attest to many of the anecdotes and stories you will read in other letters, I believe the best use of the Court's time and energy is to share my unique perspective as his son.

My father's story is not one that is common in such an august and revered institution as the United States Senate. As you know, his family immigrated from Cuba - leaving behind the only life they knew - to start anew here in the United States. His ascent through public office from local school board to mayor to state legislature to the House of Representatives to the United States Senate is well documented. But that journey - which represented the first of many - can perhaps be taken for granted. The child of immigrants - a seamstress and a carpenter - the first member of his family to attend college, is not a common profile for an institution of only 100. But in his journey, I believe that there are certain truths about our country, one of which is that inside all of us is the story of our ancestors. Specifically, for my family, the story of my grandmother, Evangelina Menendez, who had the courage and tenacity to start a new life in a new land. That grit, determination, and willingness to sacrifice for the greater good of others was always the foundation of my father's career in public service.

I understand that the trial you presided over and the outcome thereof will color that career in a certain light. But what I believe is important for the Court to know is that the stories and accounts of my father's dedication, support, and advocacy that others will speak of came at a sacrifice. My father was elected to the House of Representatives when I was in third grade. Most of my upbringing was marked by having a parent who traveled back and forth between Washington and New Jersey, away for many of those small moments that make a life. It took me a long time to begin to appreciate why those decisions were made having experienced first-hand the challenges they caused. This is something I grapple with daily as I serve in the same role he did and have two small children (4 and 2) of my own.

The purpose of my letter is not to comment on any facet of the case but, as you make a decision on a sentence for him, to implore you to give him the opportunity for his remaining time to be spent with his grandchildren. For all those days, weeks, years and precious moments that he missed in furtherance of all the causes you will read about in other letters, I believe he is deserving of the opportunity to pick up my son and daughter from school, be there for their games, plays, and ballets (or whatever it is that they choose to pursue), buy them toys that make too much noise, be a source of support when we maybe are too hard on them and for him to find happiness in those moments - moments that can only be created and cherished by a grandfather.

I do believe my father is deserving of a second act, I just want it to be with the people who will always love him for who he is and want to wrap their arms around him whenever he walks through the door. Because that, your Honor, is what being a family is all about.

I thank you for your time and consideration and for your distinguished career of service.

Respectfully,
Robert J. Menendez

# **Exhibit R**

DX 1335

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | **Cash Breakdown** | Contains At Least One Bill Released Into Circulation On or After: |
| 2 | 13 |  GX 1D-134 | Safe Deposit Box #13 (GX 1437, Tr. 2183, 2189-90) | $79,760 (GX 1437) | **Pre-2018 Cash: $65,960/$79,760** <br><br> **2018-Present Cash: $13,800/$79,760** | 3/31/2021 (GX 5G-300) |
| 3 | 19 |  GX 1F-1314 | Room U (Basement) (GX 1301) | $7,500 (GX 1301) | **Pre-2018 Cash: $5,100/$7,500** <br><br> **2018-Present Cash: $2,400/$7,500** | 4/26/2021 (GX 5G-300) |
| 4 | 20 |  GX 1F-1195 | Room C (Closet) Box in safe (GX 1301) | $10,000 (GX 1301) | **Pre-2018 Cash: $5,630/$10,000** <br><br> **2018-Present Cash: $4,370/$10,000** | 8/25/2021 (GX 5G-300) |
| 5 | 22 |  GX 1F-1316 | Room U (Basement) (GX 1301) | $7,000 (GX 1301) | **Pre-2018 Cash: $5,200/$7,000** <br><br> **2018-Present Cash: $1,800/$7,000** | 6/2/2021 (GX 5G-300) |

1335C

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | Cash Breakdown | Contains At Least One Bill Released Into Circulation On or After: |
| 6 | 26 |  GX 1F-1321 | Room U (Basement) (Tr. 283:16-24, GX 1438) | $20,000 (GX 1F-6009 through 1F-6015) | Pre-2018 Cash: $18,400/$20,000 <br><br> 2018-Present Cash: $1,600/$20,000 | 3/24/2020 (GX 5G-300) |
| 7 | 28 |  GX 1F-1276 | Room U (Basement) (GX 1301) | $21,000 (GX 1301) | Pre-2018 Cash: $13,980/$21,000 <br><br> 2018-Present Cash: $7,020/$21,000 | 6/25/2021 (GX 5G-300) |
| 8 | 29 |  GX 1F-1272 | Room U (Basement) (GX 1301) | $6,000 (GX 1301) | Pre-2018 Cash: $5,000/$6,000 <br><br> 2018-Present Cash: $1,000/$6,000 | 2/17/2021 (GX 5G-300) |
| 9 | 30 |  GX 1F-1269 | Room U (Basement) (GX 1301) | $4,300 (GX 1301) | Pre-2018 Cash: $4,060/$4,300 <br><br> 2018-Present Cash: $240/$4,300 | 5/1/2020 (GX 5G-300) |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | Cash Breakdown | Contains At Least One Bill Released Into Circulation On or After: |
| 10 | 31 | <br>GX 1F-1158 | Room C (Closet) Safe (Tr. 253:10-16) | $8,410 (GX 1F-1158 & 1F-1159) | Pre-2018 Cash: $7,610/$8410<br><br>2018-Present Cash: $800/$8,410 | 3/25/2020 (GX 5G-300) |
| 11 | 32 | <br>GX 1F-1280 | Room U (Basement) (GX 1301) | $8,000 (GX 1301) | Pre-2018 Cash: $5,100/$8,000<br><br>2018-Present Cash: $2,900/$8,000 | 1/27/2021 (GX 5G-300) |
| 12 | 34 | <br>GX 1F-1171 | Room C (Closet) Safe (GX 1301) | $9,100 (GX 1301) | Pre-2018 Cash: $4,300/$9,100<br><br>2018-Present Cash: $4,800/$9,100 | 10/12/2021 (GX 5G-300) |
| 13 | 35 | <br>GX 1F-1167 | Room C (Closet) Safe (GX 1301) | $7,400 (GX 1301) | Pre-2018 Cash: $5,380/$7,400<br><br>2018-Present Cash: $2,020/$7,400 | 6/10/2021 (GX 5G-300) |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | Cash Breakdown | Contains At Least One Bill Released Into Circulation On or After: |
| 14 | 37 |  GX 1F-1262 | Room U (Basement) Shelf (GX 1301) | $100,000 (GX 1301) | **Pre-2018 Cash: $98,000/$100,000** <br><br> **2018-Present Cash: $1,200/$100,000** | 2/4/2021 (GX 5G-300) |
| 15 | 41 |  GX 1F-1200 | Room C (Closet) Box #2 in safe (GX 1301) | $5,110 (GX 1301) | **Pre-2018 Cash: $4,960/$5,110** <br><br> **2018-Present Cash: $150/$5,110** | 7/1/2020 (GX 8L-4) |
| 16 | 43 |  GX 1F-1265 | Room U (Basement) Shelf (GX 1301) | $95,000 (GX 1301) | **Pre-2018 Cash: $55,000/$95,000** <br><br> **2018-Present Cash: $40,000/$95,000** | 3/21/2022 (GX 5G-300) |
| 17 | 44 |  GX 1F-1197 | Room C (Closet) Box #2 in safe (GX 1301) | $9,500 (GX 1301) | **Pre-2018 Cash: $5,800/$9,500** <br><br> **2018-Present Cash: $3,700/$9,500** | 9/3/2021 (GX 5G-300) |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | **Cash Breakdown** | Contains At Least One Bill Released Into Circulation On or After: |
| 18 | 49 |  GX 1F-1179 | Room C (Closet) Safe (GX 1301) | $5,300 (GX 1301) | **Pre-2018 Cash:** $4,100/$5,300  **2018-Present Cash:** $1,200/$5,300 | 8/24/2020 (GX 5G-300) |
| 19 | 58 |  GX 1F-1176 | Room C (Closet) Safe (GX 1301) | $10,000 (GX 1301) | **Pre-2018 Cash:** $6,100/$10,000  **2018-Present Cash:** $3,900/$10,000 | 10/5/2021 (GX 5G-300) |
| 20 | 64 |  GX 1F-1245 | Room C (Closet) (GX 1301) | $5,590 (GX 1301) | **Pre-2018 Cash:** $5,190/$5,590  **2018-Present Cash:** $400/$5,590 | 5/26/2021 (GX 5G-300) |
| 21 | 66 |  GX 1F-1305 | Room Q (Office) (GX 1301) | $100,000 (GX 1301) | **Pre-2018 Cash:** $76,660/$100,000  **2018-Present Cash:** $23,340/$100,000 | 7/1/2020 (GX 8L-4) |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **1B** | **Photo Example** | **Seizure location** | **Cash total of 1B** | **Cash Breakdown** | **Contains At Least One Bill Released Into Circulation On or After:** |
| 22 | 67 |  GX 1F-1306 | Room Q (Office) (GX 1301) | $33,220 (GX 1301) | **Pre-2018 Cash: $32,640/$33,220** **2018-Present Cash: $580/$33,220** | 6/1/2018 (GX 8L-1) |

# Exhibit S

# CALVARY BAPTIST CHURCH

## OF NORTH JERSEY AT GARFIELD

"Answering the Macedonian Call..." Acts 16:9

217-245 PASSAIC STREET, GARFIELD, NEW JERSEY 07026, TEL:973 773 2444 FAX:973 773 2424

Calvin McKinney, L.H.D., Pastor

August 21, 2024

Honorable Judge Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Sidney Stein:

I have had the honor of knowing Senator Menendez in every elected position in which he has served more than 40 years in my capacity as a minister of the gospel/pastor of the Calvary Baptist Church of North Jersey at Garfield for the last 52 years. During my tenure as pastor, I have served as Moderator of the North Jersey District Missionary Baptist Association which consists of Hudson, Essex, Morris, Passaic and Bergen counties; President of the General Baptist Convention of New Jersey; and as General Secretary of the National Baptist Convention, USA, Inc., our national denominational witness.

My work with Senator Menendez has covered many constituent issues which has resulted in positive conclusions for his constituents not only here in New Jersey, but across these United States. Examples of such are many, including immigration/paths to citizenship/work visas/job opportunities; directions to funding sources for community initiatives through federal agencies not necessarily known to all communities.

Our churches have suffered for years from the burden of serving the larger community solely through contributions from our memberships, which naturally cannot sustain said desires given our economic climate in these times. But Senator Menendez aided this servant with staff support to discover possibilities that our federal government through cabinet level agencies offers that have been available for years that are not generally known by the public.  To that end many of our churches now find themselves in better positions to serve by virtue of government grants designed to do what we are committed to do through our ministries.

The length of my interactions with the senator and the details of such are stymied only by my inability to put such to paper because of suffering a stroke in 2017 that left me paralyzed on the entire left side of my body which limits my strength even as I continue in my pastoral duties to date.  (By the way, the senator has paid a visit to our church annually despite his schedule to continue to encourage me in the work we have done through the years).

Honorable Jude Sidney Stein                                                    Page 2

I do not have any personal knowledge of the allegations made against him by the prosecutors. But my experiences with Senator Menendez have been of such that they reflect a man with a heart for people, devoted to his country and his constituents, with unfailing devotion to helping others and serving the public. The man that I have had the pleasure of knowing for at least 40 years is a true friend, a patriot and a devoted public servant.

I understand that your Honor is being asked to impose a sentence on Senator Menendez. My purpose in writing this letter and sharing my own experiences with Senator Menendez (especially in the capacity of my calling as a pastor/preacher) is to ensure that the court is aware of the incredible good that he has done in his life as a public servant. I very much doubt that your Honor has ever encountered a defendant who has done so much for so many people, asking for so little in return. Whatever he did or did not do in this case, I ask that your Honor not lose sight of all the good he has done for his country over decades of public service/ the personal attention and care he has shown to his friends/the leadership in important moments in both his personal and professional life.

My personal and pastoral view is that this country will be far worse off if Senator Menendez is serving a sentence rather than using his skills, knowledge, and relationships to help our country in these troubled times. I sincerely hope that the court understands that Senator Menendez has already been punished in so many ways by this case --- the public shame and mockery, the loss of his office, and the impact on how his career will forever be viewed.

I do not think it would be fair or just to also ask him to serve a sentence, especially when he can otherwise still be so much help to his community.

I want to thank you for taking the time to read this letter. I am sure that I am just one of many who have been deeply saddened by the circumstances Senator Menendez now faces. I hope and pray that the court appreciates how special of a person he has been and will continue to be to so many of us.

Sincerely, prayerfully, and respectfully yours,

Dr. Calvin McKinney, Pastor
Calvary Baptist Church of North Jersey at Garfield
President Emeritus, General Baptist Convention of New Jersey, Inc.

# **<u>Exhibit T</u>**

August 30, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Judge Stein:

I'll never forget when I first met Bob Menendez after he was just elected to Congress - it was January of 1993, over 30 years ago.

We ran into each other at the elevator in The Lansburgh apartment building where he lived, and I was excited that a "latino" had been elected to Congress which was rare back then.

You see my mother was a Latina, Yolanda Garza, who had been hired by then Senator Lyndon Johnson as a secretary when he was Senate Majority Leader; she worked for him throughout his career — hence my name, Lyndon.

I was in my 20s and working as an administrative assistant to the US Telecom Association.

Bob's response when I introduced myself was candid, insightful and revealing, "Thank you - I'm Cuban" which at the time I didn't fully appreciate or understand as a descendant of Mexican Americans.

What I did come to appreciate over the next several decades as our relationship evolved from the house to the senate was that his proud heritage defined who he was: grateful, intelligent, selfless, dedicated, magnanimous, humble, candid, loyal, focused and devoted to the public good above all else.

His parents had escaped persecution from Cuba and his gift back to this country for the opportunity to succeed and represent his peers has ALWAYS been to *serve* the public.

It's in his DNA in my opinion and as long as I have know him, his priorities have always been others, not himself.

As a young man, we all know that he had the courage and conviction as a young mayor to expose corruption in Hudson County which lead him to federal office. He has never stopped fighting for those who are disenfranchised, impoverished and need a helping hand from their publicly elected officials which is why he has been so effective as a Congressman and Senator for the citizens of New Jersey and Americans in general.

It is my pleasure to serve as a character reference for Bob Menendez because it is my deep personal belief that the man that I have known professionally well over several decades, is NOT the man that has been portrayed in the public domain and made to be a mockery of in the media.

Bob Menendez is at heart a public servant, and he has devoted his life to serving others.

One of my favorite memories of the Senator is a speech that he gave on the Senate floor on the Obama healthcare act which ultimately passed Congress and was enacted into law.

His compelling case for the underprivileged and disenfranchised reflected his own upbringing and was from the heart, mind and sinew. And he helped ultimately carry the day so that all have access to healthcare irregardless of their employer.

It reflected who Bob Menendez is and why he has spent his entire life in public service working to help others.

I've known Bob well for many decades and, in my experience, personal financial gain has never ever been a consideration for him.

I ask for the court to please consider the entirety of Bob Menendez' career which was in service to his constituents over multiple  decades plus in public service.

Bob Menendez is a good decent man and was an extraordinary public servant for our county.

Respectfully with kind regards,


Lyndon K. Boozer

# **<u>Exhibit U</u>**

September 3, 2024

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

To the Honorable Judge Sidney Stein:

Your honor, I am writing to submit my heartfelt request for leniency for Senator Robert Menendez. I met Menendez on or around 1997 when he was a Member of the United States House of Representatives, and I worked for the City of San Juan as a Federal Affairs Advisor to the Mayor.  I was then a young attorney that had just begun to practice Law and was making my first inroad into this noble profession.  Since Puerto Rico, as a U.S. territory of the United States, had no voting representation in the U.S. Congress, our system of government required that Puerto Rico and its 78 municipal governments, find support from the United States Congress to deal with the many racial barriers the stood in the way for an equitable treatment in federal healthcare and education programs for the U.S. citizens living in Puerto Rico. This meant finding a voice in Congress to help us foster better education opportunities for our kids, better quality of health for our elderly, and improve our infrastructure, particularly after being afflicted by devastating hurricanes. Bob Menendez, without a doubt, was that voice for Puerto Rico.

Despite Puerto Rico's everlasting political divide, Menendez was always there for the people of the Island, democrats or republicans alike. Since I first met him in 1997, Senator Menendez has been a mentor that inspired me to pursue a career in public services. In year 2000, I ran and was elected the youngest Senator-at-Large in Puerto Rico. I always remained in contact with him. It is hard to imagine an issue involving Puerto Rico that he was not willing to be of help. In 2004, I ran for the U.S. Congress as the non-voting representative from Puerto Rico.  Bob Menendez did more for me during that electoral process than anybody I knew in the U.S. Congress.  He supported me, provided good advice, helped me frame a sound public policy for Puerto Rico, and was there for me as a friend and colleague. His friendship was invaluable. While a few decimal points kept me from winning that federal election; the support from Bob Menendez is something I will cherish the most from that experience. Since then, I have been in private practice as an Attorney in San Juan.

 In the nearly thirty years that I have known him, I can attest that Senator Menendez is a decent human being who always inspired me to do better and to find in the public sector an honorable profession. I also consider him a friend. The kind you do not see every week, even months, but when you connect, it is like time never passed. The people of Puerto Rico have an immense debt of gratitude for everything he has done for us. I remember one time when we were combating the inequitable treatment Puerto Ricans received in federal healthcare programs like Medicare, SSI, Medicare Advantage and others. He was the only voice Puerto Rico had in the matter in the U.S Senate. He would block a vote in the Senate Floor until a legislative proposal corrected the inequality problem afflicting Puerto Rico. He did this out of a call for justice for American citizens living in a territory in the Caribbean.

I was saddened with his indictment, more so with the verdict rendered by a jury of his peers in this case. I assure you that my admiration and respect for Robert Menendez has not been affected by the results of his trial in your Court. As you begin to ponder his penalty for the offenses for which he has been convicted, please consider that you are sentencing a good man who devoted his entire professional career to serving others. In doing so, he touched the heart and soul of many citizens, me included, asking for nothing in return. Had it not been for this trial, Senator Menendez would have had concluded an illustrious political career and public service. The punishment imposed on Senator Menendez started even before the jury rendered its verdict. He has been removed from Office, has faced public scorn, and at this time there is no stronger punishment than what he has received. I ask that you employ sentencing measures that will allow you to redirect the punishment into something productive for society and the community he served for so long.

 I thank you for considering this plea for leniency for Bob Menendez.

Respectfully submitted,


Roberto L. Prats, Esq.