

The Honorable Sidney H. Stein
U S Courthouse
500 Pearl Street
New York, NY 1007-1312

January 10, 2024

Re: Robert Menendez sentencing 1/29/25

Dear Sir:

I wish I had the ability to impress upon you how important it is that you sentence our former Senator with a judgement that is appropriate.

No doubt you have received hundreds of letters from influential people asking for leniency. I have no such influence, nor am I acquainted with anyone who does. I simply am a proud life-long NJ resident who feels the betrayal of Mr. Menendez's corruption deeply. Every resident of our state has been impacted by his behavior and we all share his dishonor and shame. When I tell someone "I'm from New Jersey", one of the first comments back is related somehow to Mr. Menendez.

I paid attention to the trial, and it truly was disgraceful. His defense of blaming his wife, whom he claims to love so much, and then use her again to try to postpone his sentencing and even more to plea for a lighter sentence, proves he cares only about himself. There has been much defiance, but no remorse. I have no idea what happened to him or how he became so corrupt, that would require a lot of research.

They say our elected officials are held to a higher standard and that is where you come in. Please make a loud and clear statement for us New Jerseyans that our beloved state is not for sale and corruption will not be tolerated. Please reassure us that our state DOES have values, and we DO hold to them. We need to be reminded that no one is above the law, especially those who are entrusted with public service at such a high level.

I want to write so much more but I am sure you have read enough. Please judge wisely for those of us who cannot.

Sincerely,

Veronica Fernandez