UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 23-Cr-490 (SHS) |
| v. | |
| ROBERT MENENDEZ, WAEL HANA, and FRED DAIBES, | ORDER |
| Defendants. | |

SIDNEY H. STEIN, U.S. District Judge.

In the Opinion & Order dated January 22, 2025 (ECF No. 710), the word "despise" in the fourth paragraph on page 9 should be replaced with the word "despite."

Dated: New York, New York
       January 24, 2025

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.