Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

**Caption:**

United States v.

Robert Menendez

Docket No.: S4 1:23-cr-490

Sidney H. Stein
(District Court Judge)

Notice is hereby given that **Robert Menendez** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on **January 31, 2025** (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: **January 29, 2025**   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [✓]   N/A [ ]

Appellant is represented by counsel? Yes [✓]  No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Adam Fee and Avi Weitzman |
| Counsel's Address: | Paul Hastings LLP |
| | 200 Park Avenue, New York, NY 10166 |
| Counsel's Phone: | (212)-318-6000 |
| Assistant U.S. Attorney: | Daniel Richenthal |
| AUSA's Address: | U.S. Attorney's Office, Southern District of New York |
| | 26 Federal Plaza, 37th Floor, New York, NY 10278 |
| AUSA's Phone: | (212)-637-2109 |

Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Feb 13, 2025 9:57AM

ROBERT MENENDEZ

| Rcpt. No: 37146 | Trans. Date: Feb 13, 2025 9:57AM | | Cashier ID: #JE (6744) | |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** 23CR490 SHS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.