UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,          :     23-Cr-490 (SHS)

    -v-                                :

ROBERT MENENDEZ, WAEL HANA,        :     ORDER
FRED DAIBES,
                                   :
               Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court is in receipt of Mr. Risis's letter dated February 12, 2025 [ECF Doc. No. 768] requesting "enforcement of the restitution order issued in this action."

      IT IS HEREBY ORDERED that that request is denied because (1) no restitution was ordered in this action and (2) Mr. Risis does not appear to be a victim of the crimes committed by Robert Menendez, Wael Hana, and Fred Daibes that are the subject of this action. *See*, Order dated January 27, 2025 [ECF Doc. No. 718].

Dated: New York, New York
       February 26, 2025

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.

*Chambers mailed a copy of this Order to Mr. Risis.*