UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 23-Cr-490 (SHS) |
| ROBERT MENENDEZ, WAEL HANA, and FRED DAIBES, | ORDER |
| Defendants. | |

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of letters from defendants Wael Hana and Fred Daibes requesting 45-day adjournments of their surrender dates. (ECF Nos. 788, 792, 794, 795, 796.) The Court grants these requests. Accordingly, defendants shall surrender for service of their sentences at the institution designated by the Bureau of Prisons on or before 2:30pm on May 19, 2025.

Dated: New York, New York
       March 25, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.