

April 22, 2025

<u>VIA ECF</u>

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Robert Menendez, et al.,* **S4 23 Cr. 490 (SHS)**

Dear Judge Stein:

Senator Menendez filed his application for bail pending appeal on January 27, 2025 (ECF No. 719).  Now, with the conclusion of his wife's trial and his surrender date of June 6, 2025 fast approaching, we ask this Court to issue a decision as soon as possible on that application.

While we understand and respect the tremendous workload this case and Mrs. Menendez's case has imposed on the Court, Sen. Menendez requires a decision from the Court so that, if it is not in his favor, he has time to brief and argue an appeal of that decision before the Second Circuit in advance of his surrender date. Given the 45 days remaining before his surrender, that time is running dangerously short.  And, of course, if the Circuit grants the relief sought by Senator Menendez <u>after</u> his surrender date, there would be no way to "give back" to Senator Menendez the time he would have to spend in prison pending an appellate decision.

The merits of Senator Menendez's application remain compelling in light of the extraordinarily unique legal questions at issue in this case.  Senator Menendez asks only for sufficient time to have these issues resolved in the Circuit, if necessary, without frustrating the relief he is ultimately seeking, and to which we believe he is entitled by statute: to remain on bail pending appeal.

We appreciate the Court's continuing attention to this matter.

                                                                Very truly yours,

                                                                /s/ *Adam Fee*
                                                                Adam Fee
                                                                Avi Weitzman

                                                                *Attorneys for Defendant Robert Menendez*

Paul Hastings LLP  |  200 Park Avenue  |  New York, NY 10166
t: +1.212.318.6000  |  www.paulhastings.com