

May 7, 2025

<u>**VIA ECF**</u>

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Robert Menendez, et al.*, S4 23 Cr. 490 (SHS)

Dear Judge Stein:

We write to request that Sen. Menendez's surrender date be adjourned from June 6 to June 17, 2025. This brief extension would allow Sen. Menendez to attend the wedding of his stepdaughter, the only daughter of Nadine Menendez. The wedding is scheduled for June 14-June 15 in Massachusetts, so we have included an additional two days to allow for necessary travel to Sen. Menendez's home in New Jersey and then to Pennsylvania for his surrender at FCI Schuylkill.

The wedding date was originally set over a year ago, prior to the Court's decisions regarding surrender and bail pending appeal. We respectfully submit that this modest, 11-day extension is reasonable in light of the length of the sentence imposed, Sen. Menendez's consistent compliance with all pretrial and post-trial conditions of release, and the personal nature of the event. We also submit that compassion weighs strongly in favor of permitting Sen. Menendez a brief extension of his surrender date to accompany Nadine to the wedding. As the Court is aware, Nadine's medical condition—and additional impending surgery—makes it hard for her to travel alone. Allowing Sen. Menendez to accompany his wife to their daughter's wedding would alleviate this hardship and permit the family to be together for a meaningful (and perhaps final) gathering before the commencement of Sen. Menendez's lengthy custodial sentence.

                                                  Respectfully Submitted,

                                                  /s/ *Adam Fee*
                                                  Adam Fee
                                                  Avi Weitzman

                                                  *Attorneys for Defendant Robert Menendez*

Paul Hastings LLP | 200 Park Avenue | New York, NY 10166
t: +1.212.318.6000 | www.paulhastings.com