UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| ROBERT MENENDEZ, | : | **ORDER** |
| | : | |
| Defendant. | | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that that defendant's request to adjourn his surrender date to the Bureau of Prisons from June 6 to June 17 [Doc. No. 847] is granted. No further adjournments will be granted.

Dated: New York, New York
       May 9, 2025

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.