UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-cr-490 (SHS) |
| -v- | : | ORDER |
| ROBERT MENENDEZ, et al., | : | |
| Defendants. | : | |

---------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On November 23, 2026, the Court received a letter from Daniel Risis dated October 27, 2026 [Doc. No. 961] requesting that he be declared a crime victim pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771 and that a variety of transactions he had with Mariner's Bank be investigated.

IT IS HEREBY ORDERED that Mr. Risis's request that he be designated a crime victim is denied for the same reasons it was denied upon Mr. Risis's identical request on January 27, 2025. *See,* ECF Doc. No. 718. His request that certain transactions be investigated is denied on the grounds that this Court is part of the Judiciary, not the Executive Branch of government, and does not conduct independent investigations into alleged wrongdoing.

The Clerk of Court shall send a copy of this Order to Daniel Risis, 19 Fordham Road, Livingston, NJ 07035.

Dated: New York, New York
November 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.